United States District Court
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> *Plaintiff,* <br> v. <br><br> **RONALD CRAIG ILG, (a/k/a/ SCAR215),** <br> *Defendant.* | ) <br> ) <br> ) <br> ) Case No.  2:21-MJ-00213 <br> ) <br> ) <br> ) <br> ) |

### CRIMINAL COMPLAINT

I, Special Agent Eric Barker, the complainant in this case, state that the following is true to the best of my knowledge and belief. From on or about March 22, 2021 through April 8, 2021, in the county of Spokane in the Eastern District of Washington, the defendant, RONALD CRAIG ILG, (a/k/a/ SCAR215), violated: 18 United States Code, Sections, 1201(a)(1), (d) – Attempted Kidnapping.

This complaint is based on these facts:

☒Continued on the attached sheet.

_____
Complainant's signature

*Special Agent Eric Barker – Federal Bureau of Investigation*
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  4-16-21

_____
*Judge's signature*

*Johns T. Rodgers, United States Magistrate Judge*
_____
*Printed name and title*

City and state: Spokane , Washington



*AUSAs Assigned: JAG and RRB*

*County of Investigation: Spokane*

*In Re: Affidavit for Criminal Complaint charging RONALD CRAIG ILG, (a/k/a/ SCAR215) with Attempted Kidnapping in violation of Title 18, United States Code, Section 1201(a)(1), (d)*

## AFFIDAVIT

STATE OF WASHINGTON    )
                       ) ss
Spokane County         )

I, Eric Barker, being first duly sworn on oath, do hereby depose and say:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since 2009. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code. I am currently assigned to the Spokane Resident Agency of the FBI, where I have worked various criminal violations for the past seven years. During my career as an FBI special agent, I have conducted surveillance, interviewed suspects, and executed arrest and search warrants. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is

sufficient evidence to support the criminal complaint and does not set forth all of my knowledge about this matter.

3.      This affidavit is being submitted in support of a criminal complaint charging RONALD CRAIG ILG with attempted kidnapping in violation of 18 U.S.C. § 1201(a)(1), (d).

## PROBABLE CAUSE

4.      On April 5, 2021, FBI learned that an international news organization (hereafter, the "News Organization") was conducting an investigation for a series related to murder-for-hire services on the dark web.[1]  The News Organization located a dark-web internet site offering murder-for-hire services in exchange for cryptocurrency. During the investigation, and after receipt of the dark web messages, FBI Agents Dave Dibartolo and Christian Parker spoke with the Journalists 1 and 2 from the News Organization, who provided the messages from dark web vendor sites to the FBI.

---

[1] The "dark web" is a portion of the "Deep Web" of the Internet, where individuals must use an anonymizing software or an application called a "darknet" to access content and websites.  The Deep Web is the portion of the Internet not indexed by search engines. Within the dark web, criminal marketplaces operate, allowing individuals to buy and sell illegal items, such as drugs, firearms, and other hazardous materials, with greater anonymity than is possible on the traditional Internet (sometimes called the "clear web" or simply the "web"). These online market websites use a variety of technologies, including the Tor network and other encryption technologies, to ensure that communications and transactions are shielded from interception and monitoring.

The "Tor network," or simply "Tor" (an abbreviation for "The Onion Router"), is a special network of computers on the Internet, distributed around the world, designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and, thereby, the locations and identities of the network's users.

5. The News Organization investigation observed an individual, later identified as RONALD CRAIG ILG, who was utilizing the moniker[2] "Scar215" and communicating with various administrators/representatives from dark-web sites to hire someone to harm two individuals in Spokane, Washington. The News Organization obtained the communications themselves from a source and/or sources unknown to the FBI, which describe ongoing discussions and negotiations between Scar215 and certain dark web monikers to assault one victim and to kidnap, assault, and extort a second victim, in exchange for cryptocurrency payment. The targets were identified as B.L. (hereafter VICTIM 1) and J.I. (hereafter VICTIM 2). Fearing for the safety of the two individuals, the News Organization[3] forwarded the information to VICTIM 2, who contacted the FBI for investigation through her attorney.

6. Upon receiving transcripts of these messages, and as described below, the FBI was able to obtain actual copies of several of the messages sent by ILG (using the moniker Scar215) to hire a person from the dark web to kidnap, assault,

---

[2] On dark web sites, vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a clear web site. If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces.

[3] The News Organization utilized a confidential source of information, who is unknown to the FBI. Utilizing the same source, the News Organization identified an earlier murder-for hire plot that resulted in the FBI arrest of a woman in Wisconsin for attempting to kill her husband via dark web murder-for-hire services. On April 6, 2021, the FBI sought to obtain identification information for the confidential source. The News Organization has not provided identification information at this time. The FBI is unaware of any incident in which the source has failed to provide accurate information.

extort, and drug VICTIM 2.   The FBI's investigation and the specific messages recovered are described below:

EXCERPTS OF MESSAGES PROVIDED BY THE NEWS ORGANIZATION

7. On or about April 5, 2020, the News Organization forwarded to FBI transcripts of the messages soliciting a hitman.  In messages that appear to be from on or about February 23, 2021 and February 24, 2021, ILG used the moniker Scar215 to request a hitman from DARK WEBSITE #1, which purported to provide murder for hire services.  In the messages, Scar215 sought the hitman to target VICTIM 1, identifying her by name and her home address.  The messages also indicate that Scar215 placed approximately $1,984.45 in Bitcoin into an escrow account for someone from DARK WEBSITE #1 to physically assault VICTIM 1 by breaking her hands:[4]

> **Scar215**: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. I tried to attach a pic but it wouldn't load.

In subsequent messages between Scar215 and an administrator for DARK WEBSITE #1, ILG again requested a hit on VICTIM 1, identifying her by name and address.  ILG also sent an internet link to a picture of VICTIM 1.

8. According to a printout from the News Organization of additional dark web messages, in late March 2021 and early April 2021, ILG, again using the moniker Scar215, placed additional bitcoin in escrow and communicated with DARK WEBSITE #1 and a dark website purported to be associated with a foreign cartel, DARK WEBSITE #2.  In these messages, Scar215 sought to hire a hitman to physically kidnap, assault, drug, and extort VICTIM 2, ILG's estranged wife.  These

---

[4] Unless otherwise noted, the messages appear in their original form.  Spelling and grammatical errors from these messages have not been corrected in this affidavit.

messages identify VICTIM 2 by name, address, work location, and discuss violent acts against VICTIM 2, her father, and her pet dog:

> **Scar215**: I need a rush job for next week. I need the target kidnapped for five to seven days. While being held she is given at least daily doses of heroin. She is also strongly persuaded to do a few things within two weeks. 1, stop ALL Court proceedings, 2, return to your husband and the chaos you created, 3. Tell absolutely no one about this. Also, the team should plant heroin and used needles with her DNA inside. After about seven days she is returned to her home
>
> **Scar215**: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done in two weeks

Scar215 also offered a bonus, if certain goals associated with the attempted kidnapping were achieved – i.e., for VICTIM 2 to do the following:

> 1) drop court proceedings (this appears to be a reference to then on-going divorce proceedings between ILG and VICTIM 2),
>
> 2) return to her husband (*i.e.*, ILG) and be intimate with him (i.e., ILG);
>
> 3) tell no one whatsoever about the kidnapping;
>
> 4) plant drugs and drug paraphernalia in VICTIM 2's home;

5) inject VICTIM 2 with heroin 2 times a day, teaching her to inject herself; and

6) send pictures and videos of VICTIM 2 injecting herself to be used to extort VICTIM 2 in the future

This correspondence is set forth below:

**Scar215** (timestamp 4-1-21 at 05:01:09):  First, lets ensure the goals are correct. I think you accidently wrote "not go back" when in fact she MUST go back. This is the absolute goal that she must do for a good bonus. Goals 1. Stop all court proceedings 2. Do go back to her husband weather she wants to or not 3. Keep her mouth shut, and tell no one about the kidnapping 4. Plant drugs in her home and used needles a day or so after collecting her. So, if people start looking for her while she is detained, they will find them. 5. Inject her with heroin 2 times per day. Teach her to inject herself. 6. Send pics and videos of her injecting herself for bribery later. Her schedule I have described. I have been told she has kids every other week starting on Friday. She has kids starting this Friday. She works week days from about 8 to 4. When she does NOT have kids she works at the spa on Saturday and then Wednesday after work. I will use an external escrow. Hidden WiKi, where I first discovered your link, suggests the following: "Bitcoin Escrow – Best escrow service on dark web, low fees, ensures that both vendor and customers are safe by keeping the funds in a secure account until goods or services are delivered" Can you please encourage your guy to start now. I have $40k in a wallet right now. I tried to send a pic of it but I cant get this email to select that file. I will start moving the Bitcoin as soon as we agreed on an escrow. But it will take a couple days to get there. I dont want to loose much more time. If he collects her when she has kids it will be immediately publisized. If she doesnt have kids AND she is forced to send texts out to work and any nosey friends , she could say she has COVID and is quarantined. So, please have him start now and send me updates and pics as soon as you have her. AND is the Bitcoin Escrow gonna work for us? Thanks

**Scar215** (timestamp 4-1-21 at 07:18:29):  I am moving Bitcoin around for the independent escrow. I think being very clear about the bonus will avoid a dispute. So, I will propose the following: To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame

Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. He had a similar experience though to make sure he will take her back, which he agreed to do. She is strong for a woman. And she is stubborn and will need lots of persuasion. And she will say yes when she is thinking "fuck no" so after she is released a way to continue to encourage her would be a good idea. Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals

9. On or about April 1, 2021, ILG, using the dark web moniker Scar215, messaged a dark web escrow service (DARK WEBSITE #3), regarding his plans to hire a hitman to harm VICTIM 2. ILG also transferred several thousands of dollars of Bitcoin into an account with the escrow service. In messages that were provided by the News Organization to the FBI, ILG reiterated the criteria to an administrator for DARK WEBSITE #3 for paying a bonus as long as certain goals were achieved during the planned kidnapping of VICTIM 2:

> **User** (timestamp 04-01-21 at 12:51): To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k

10. Between April 2 and April 8, 2021, ILG, using the dark web moniker Scar215, engaged additional correspondence through DARK WEBSITE #2, which again purported to be affiliated with a foreign cartel. In this further correspondence, Scar215 described additional arrangements for VICTIM 2 to be kidnapped during

Affidavit of Eric Barker Page **7** of **19**

the weekend of April 9, 2021 – April 11, 2021, while ILG was visiting Mexico with his then-current girlfriend, WITNESS 1:

> **Scar215** (timestamp 04-07-21 at 15:38:06):  $5k is on the way to your escrow. A new escrow in the other will be established with $10k by tomorrow. Please alert your guy that it will be ready AND that the full $40k bonus escrow will be filled by the time it will be needed if the bonus goals are achieved. The job needs to start this weekend for the timing to work. Thanks
>
> **Scar215** (timestamp 04-08-21 at 00:07:24):  The new escrow is started. view code: y3awan8u9b Funds will be added shortly
>
> **Scar215** (timestamp 04-08-21 at 00:19:26):  Please have your man begin this weekend and send a timeline AND pics and videos the day he starts as verification. I will do my best to answer any questions in a timely manner

### IDENTIFYING ILG AS SCAR215

11.   During the investigation, on April 10, 2021, FBI Special Agent David Dibartolo learned from sources at the News Organization that Scar215 was sending these messages through three dark websites associated with specific dark "onion addresses," which are akin to URLs for the regular internet  The names of the websites themselves and the "onion addresses" for the dark website are known to the FBI, but not included in this affidavit.

12.   Additionally, the transcripts of messages provided by the News Organization identified several transactions in which ILG, using the moniker Scar215, placed cryptocurrency into an escrow account for purposes of going forward with the assault on VICTIM 1 and the kidnapping, assault, extortion, and plan to drug VICTIM 2.  The bitcoin transactions recorded in the messages each have unique Bitcoin payment addresses.  Bitcoin also has a "blockchain," which provides an immunable and historical record of each transaction.  After FBI received the messages from the News Organization describing ILG's dark web activities, the FBI Virtual Currency Response Team conducted Bitcoin blockchain analysis on the

unique transaction hashes associated with the Bitcoin payment addresses referenced in the dark website messages. This analysis revealed that the vast majority of the cryptocurrency payments referenced in messages with DARK WEBSITE #2, which again purports to be affiliated with a foreign cartel, originated from Coinbase.com. These include the following transactions:

| Transaction Hash | Date | Coinbase Deposit Address | BTC |
|---|---|---|---|
| 41759e86e0e5d4e8feeeadf106ab943edfc6e7e9c374727363e3e3d5b222e397 | 3/30/2021 12:27 | 39mm8MoSzoQdFNSt26szMqFCR57Hhs6ofw | 0.01956642 |
| c13aa62ed1292c5bb5611bd3c1aeb3a838825ce81b5a0a22c6e8bf7f10d94f73 | 3/30/2021 12:55 | 3DJ3VTMBRhcfjfMqcaPMZNhoXizYRGPrm1 | 0.10515685 |
| c2c7088f48793211c9ffc3fe7c6c9c446e0a276366f664f080921034581a04c7 | 3/30/2021 20:54 | 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR | 0.051104 |
| 6cc5c29887cea0f20039d0f1b47a21bdd9ac7ad054065894e2644bef73d41eed | 4/1/2021 12:28 | 3GSrpkB3QWpeLthgSKB3A8gDgKep87xcFB | 0.34101853 |
| 329946d271682142984629f84f98f26fc686472e33e21e27faf747b63d49e837b | 4/1/2021 22:33 | 3HiCSzQFa3ZZCd66fSsgxSvwgAbfmJC28M | 0.32392734 |

13. On or about April 9, 2021, FBI served process on Coinbase.com to obtain account records associated with these transactions. Notably, the funds associated with the transaction hashes outlined in the prior paragraph were withdrawn from a Coinbase account in the name of "Ron Ilg." The account also is associated with ILG's known phone number, email address, and social security number. Coinbase also provided the following list of transactions. In this regard, the highlighted transactions are believed to relate to those that appear in the dark web messages involving ILG, who utilized the moniker, Scar215. Notably, the highlighted transactions indicate that ILG used Coinbase.com to transfer approximately $56,308.12 into escrow to pay for the assault of VICTIM 1 and for the plan to kidnap, assault, extort, and drug VICTIM 2. The timing and value of these transactions also corresponds with the messages obtained from the News Organization and later confirmed by the FBI.

Affidavit of Eric Barker Page **9** of **19**

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT | CURRENCY | TO | NOTES | EQUIV US |
|---|---|---|---|---|---|---|---|---|---|
| 2/23/2021 22:50 | BTC Wallet | Send | Complete | 0.18920004 | -0.03974473 | BTC | bc1q86r849mfsneq3zal99l3kjvlxfv5pd8zxznh8e | | -1990.29 |
| 3/6/2021 16:35 | BTC Wallet | Send | Complete | 0.14857288 | -0.04062716 | BTC | 1C4took1Eb7DxeDDpkPTzDm2xH7kTEh2sV | | -2001 |
| 3/18/2021 18:16 | BTC Wallet | Send | Complete | 0.1134057 | -0.03516718 | BTC | 1AEb8hTAqT44Rc95Wc4DQioJTvYCjuz63J | | -2002 |
| 3/22/2021 9:38 | BTC Wallet | Send | Complete | 0.14158728 | -0.05805513 | BTC | 36tGfyvEk1yNmwwcGg42WytFJEH4LZpBms | | -3273.28 |
| 3/23/2021 12:27 | BTC Wallet | Send | Complete | 0.29477336 | -0.18045357 | BTC | 3JqQLwAFjTDkXCbHLUR3QoArfPA3rXhwP6 | | -9916.3 |
| 3/25/2021 21:08 | BTC Wallet | Send | Complete | 1.07112197 | -0.0191108 | BTC | 3Qgmq66Vkbkv8omDvGVn2Y51QFJNRA2Nac | | -1001.53 |
| 3/26/2021 12:41 | BTC Wallet | Send | Complete | 0.99652208 | -0.07459989 | BTC | 3PReKaQCkg3qj5161XTAUbfgPvQWdXmcdV | | -4006.59 |
| 3/26/2021 14:35 | BTC Wallet | Send | Complete | 0.97077419 | -0.02574789 | BTC | 3KtxTV5oFznAVEspASFqpE95ysTxo1qvZn | | -1400.93 |
| 3/26/2021 17:32 | BTC Wallet | Send | Complete | 0.78978927 | -0.18098492 | BTC | 1KKXpvRGUsu54VpTdzaXtuXGD1HPnF3HAU | | -10025.17 |
| 3/29/2021 12:15 | BTC Wallet | Send | Complete | 0.66838657 | -0.1214027 | BTC | 3MAJe2bN3N9wNVFaLHVg9q5WXcmQWJX3sR | | -7015.19 |
| 3/30/2021 5:18 | BTC Wallet | Send | Complete | 0.64879657 | -0.01959 | BTC | 39mm8MoSzoQdFNSt26szMqFCR57Hhs6ofw | | -1159.62 |
| 4/1/2021 5:13 | BTC Wallet | Send | Complete | 0.64170629 | -0.34104331 | BTC | 3GSrpkB3QWpeLthgSKB3A8gDgKep87xcFB | | -20011.6 |
| 4/1/2021 15:22 | BTC Wallet | Send | Complete | 0.31775329 | -0.323953 | BTC | 3HiCSzQFa3ZZCd66fSsgxSvwgAbfmJC28M | | -19063.93 |
| 4/7/2021 13:32 | BTC Wallet | Send | Complete | 0.22450686 | -0.09324643 | BTC | 3FgRnwSMHr5wqowcpEEZv5ua7nVUnw9GXB | | -5217.13 |

14.    After FBI received transcripts of the dark web messages from the News Organization describing ILG's plans and after FBI reviewed the records from Coinbase corroborating the payments referenced in those messages, FBI was able to locate actual copies of several of ILG's messages from DARK WEBSITEs #1 – 3. Specifically, on April 11, 2021, FBI executed a search warrant on ILG's residence located at 7207 East Uhlig Road, Spokane, WA, 99217. Inside the residence, FBI Special Agent Ryan Butler located a locked safe, which contained, among other things, a sticky note with the moniker "Scar215"and an apparent password, written immediately below Scar215. The locked safe was located in ILG's bedroom and required a fingerprint to access. ILG provided his fingerprint to open the safe and facilitate the search.

15.    On April 13, 2021, FBI obtained a search warrant to remotely access the dark web accounts associated with Scar215 and the Onion addresses associated with the DARK WEBSITEs #1 –3. Using the credentials obtained from ILG's safe, Special Agent Christian Parker was able to remotely login to each of these sites. SA Parker then took screenshots of ILG's dark web messages, which were sent using the moniker Scar215. During the search of ILG's accounts, SA Parker recovered several of the same messages referenced above pertaining to the plan to kidnap, assault, extort, and drug VICTIM 2. These messages were obtained directly from

DARK WEBSITE # 1 – 3.[5]  The following are examples and excerpts of messages recovered directly from the dark web accounts.  These screenshots are redacted and do not show the Onion Addresses used to remotely access these pages and messages:

Redacted Screenshot from DARK WEBSITE #1



---

[5] The messages, which date back to March and February 2021, between Scar215 and DARK WEBSITE #1 regarding the plot to assault VICTIM 1, dated prior to March 2021 were not located during the search, indicating those messages were somehow deleted or not retained by the site.

Affidavit of Eric Barker Page **11** of **19**

Redacted Screenshot from DARK WEBSITE #2



Redacted Screenshot from DARK WEBSITE #3



Affidavit of Eric Barker Page **12** of **19**

## FBI'S FURTHER INVESTIGATION LINKING
## ILG TO THE DARK WEB MESSAGES

16. Additional evidence in the FBI's investigation further corroborates that ILG sent the dark messages using the moniker Scar215. On April 7, 2021, VICTIM 2 provided FBI with text message communications between VICTIM 2 and WITNESS 1, who was ILG's then-current intimate partner. The messages, which occurred sometime prior to February 16, 2021, contained screenshots of communications between WITNESS 1 and ILG, which had been forwarded to VICTIM 2. In these messages, WITNESS 1 stated that ILG (who was saved in WITNESS 1's phone as "sir") hired someone to hurt VICTIM 2 "from the dark web using bitcoin." ILG responded by denying that he hired anyone, claiming, "[t]he dark web is all a scam as all the studies show":




17.  On April 6, 2021, I participated in an interview with VICTIM 2 in which she provided background about her relationship with ILG, who is her estranged husband. VICTIM 2 explained that she married ILG in November of 2016. Following the birth of their child in May 2018, ILG located WITNESS 1 on the internet and invited her into the relationship with ILG and VICTIM 2.  As time passed, VICTIM 2 increasingly became uncomfortable with the relationship. VICTIM 2 explained that she and ILG are currently involved in contentious divorce proceedings, and they split custody of their young child. WITNESS 1 (ILG's then-current partner) and VICTIM 2 (ILG's estranged wife) have maintained communication with each other regarding ILG throughout the relationship. Consistent with the dark messages between Scar215 and various dark web monikers, VICTIM 2 confirmed that the identifying information in the dark web messages describing and identifying VICTIM 2 as a target was accurate.

18.  During her interview with the FBI, VICTIM 2 provided FBI with a statement and supporting text messages from WITNESS 2, who was hired to care for ILG and VICTIM 2's minor child. In his messages with WITNESS 2, ILG discussed a "kidnapping scenario," as part of some sexual fantasy. The FBI has not

yet contacted WITNESS 2 to confirm the content of the messages provided by VICTIM 2.



19.    On April 7, 2021, I participated in an interview with VICTIM 1 – for whom ILG solicited a hitman to physically assault by breaking her hands.  VICTIM 1 explained that she previously worked for ILG for several years and that he did not like her, possibly because he thought that she had something to do with a complaint that was filed against him. VICTIM 1 surmised that ILG may have faulted her for him not obtaining a position at another hospital in the region where she currently works. On or around November 2020, ILG reached out to VICTIM 1 regarding employment and to "bury the hatchet," but VICTIM 1 did not respond.  Based on the interview with VICTIM 1, ILG's alleged animosity against VICTIM 1 appears to have provided a motive for ILG to hire someone to harm her.

Affidavit of Eric Barker Page **15** of **19**

20. On April 8, 2021, WITNESS 1, who was then in a relationship with ILG, sent the following text message to VICTIM 2, while WITNESS 1 was on vacation with ILG in Mexico:



As noted above, in his dark web messages, ILG was pushing to have the kidnapping initiated the weekend of April 9-11, which would have been prior to ILG's return from abroad.

21. On April 11, 2021, I interviewed ILG at the Spokane International Airport. During the interview, I explained to ILG that he was free to leave, and ILG agreed to speak with me. Later in the interview, ILG referenced, at various points retaining counsel, but then provided additional information. During the interview, ILG admitted to using the dark web to hire a hitman and acknowledged using the moniker SCAR"2something." He also explained that he, VICTIM 2, and WITNESS 1 were previously in an unusual or unordinary relationship.

22. ILG explained that he used a Tracfone to contact a hitman on the dark web, but claimed that the phone was tossed into a swimming pool in Mexico by WITNESS 1 after she suspected ILG of using the phone to talk to other women. According to ILG, the login information/passwords to the dark web Tor sites he used to contact the hitman were maintained on the Tracfone, and he did not know the login information to access the sites. ILG also admitted to transferring

Affidavit of Eric Barker Page **16** of **19**

cryptocurrency (Bitcoin) from his account with Coinbase.com to site(s) on the dark web related to the hitman.

23. While ILG acknowledged using the dark web to hire a hitman, he denied hiring someone to have VICTIMs 1 and 2 assaulted and/or kidnapped. Instead, ILG claimed that he was hiring the hitman as a way to commit suicide – i.e., to have the hitman kill ILG. The purpose of the hitman was to allow for the flow of ILG's assets to his then current partner, WITNESS 1, because it would look like an accident rather than a suicide. When asked if he has altered his will or updated the beneficiaries on his life insurance, ILG said he had not.

24. On April 11, 2021, FBI interviewed WITNESS 1 at the Spokane International Airport, after WITNESS 1 returned from her trip with ILG in Mexico. According to FBI Special Agent Jenni Banks and Language Specialist Ghassan Hajjar, who conducted the interview, WITNESS 1 provided the following information:

   a. WITNESS 1 provided information to ILG's estranged wife, VICTIM 2, about a confrontation that WITNESS 1 had with ILG regarding his dark web activities and intent to scare VICTIM 2. WITNESS 1 further explained that ILG paid someone to scare VICTIM 2.

   b. ILG claimed that he went to the dark web to gamble, but WITNESS 1 pointed out that she and ILG traveled to Las Vegas, Nevada on a prior occasion, and while there, ILG did not gamble.

   c. ILG told WITNESS 1 about his alleged desire to locate someone on the dark web that would kill him so that his children could get an inheritance.

   d. WITNESS 1 explained that she threw ILG's cellular device in a resort pool after suspecting that he was speaking with other women. WITNESS 1 found the device during the trip and was unaware of its existence prior. ILG responded by attacking her and saying something to the effect of "we're in Mexico, I can do whatever I want to you," and "I'm working with the Mexican Mafia." ILG later commented to

> WITNESS 1 that he was arranging a "hit" on himself utilizing the telephone.

e. When asked if ILG would hurt VICTIM 2, WITNESS 1 said that she hoped not and stated that ILG still loves VICTIM 2 and their child.

25. On April 12, 2021, the morning after I spoke with ILG at the airport and confronted him with the allegations that he hired a hitman to harm VICTIMs 1 and 2, I received a call from the Spoken County Sherriff's Office that ILG attempted to kill himself. Sheriff's Deputy Totman reported that he received a call for a possible assault at ILG's home. Upon arrival, Deputy Totman observed ILG with a black eye, lying unconscious on the kitchen floor. Totman located a medication sheet inside the home indicating that there were approximately 46 missing pills of Xanax. In the kitchen area, where ILG was found, Deputy Totman observed an apparent suicide note, which was next to a business card for FBI Special Agent Eric Barker. The suicide note contained the following messages to WITNESS 1 and VICTIM 2:

> [WITNESS 1], I love you with everything I have. I'm sorry. Please remember the good. I loved no other more than you.
>
> [VICTIM 2], I loved you also. You mocked my love. You made fun of it. Why?? You laughed with your family + coworkers. Please care for [Minor 1] + love him like I do.

The other side of the suicide note contained the following message, which appears to be addressed more generally:

> I am about to drift off to sleep. I pray that God forgives me. I pray with all my heart that He does. I did this not for me. But for all of you. You can move on faster + easier + quicker. I just wanted to norm [sic] back but I couldn't see the path. I fucked it up. Irreparable fuck up. [VICTIM 2], if it is allowed in my will[,] please share half with [WITNESS 1], somehow. She deserved that. [VICTIM 2], you have a big heart that I destroyed.

26.     The timing and content of the note, coupled with the placement of SA Barker's business card next to the note, are consciousness of guilt that ILG attempted to kidnap, assault, extort, and drug VICTIM 2. Based on this, as well as all of the foregoing, I submit that there is probable cause to believe that RONALD CRAIG ILG attempted to kidnap VICTIM 2 by soliciting a "hitman" through the dark web to kidnap, assault, extort, and drug VICTIM 2.

## CONCLUSION

27.     Based on the foregoing facts, I believe that probable cause exists for the issuance of a Criminal Complaint and Arrest Warrant for RONALD CRAIG ILG, (a/k/a/ Scar215), for Attempted Kidnapping in violation of Title 18, United States Code, Sections 1201(a)(1), (d).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

_____
Eric Barker
Special Agent
Federal Bureau of Investigation

☒ Sworn to telephonically and signed electronically this 16th day of April, 2021.

_____
Honorable John T. Rodgers
United States Magistrate Judge