Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:21-mj-000213-JTR |
| v. | |
| RONALD CRAIG ILG, | Notice of Appearance of Counsel for the United States |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance on behalf of the United States of America.

Dated: April 19, 2021.

Joseph H. Harrington
Acting United States Attorney

*s/ James A. Goeke*
James A. Goeke
Assistant United States Attorney

Notice of Appearance of Counsel for the United States – 1

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                                      *s/ James A. Goeke*
                                      James A. Goeke
                                      Assistant United States Attorney

Notice of Appearance of Counsel for the United States – 2