CARL J. ORESKOVICH, WSBA #12779
ETTER, McMAHON, LAMBERSON
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com

*Attorney for Ronald Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>RONALD ILG<br><br>　　　　　　Defendant. | No.   2:21-MJ-00213<br><br>**NOTICE OF APPEARANCE** |

TO:    THE CLERK OF COURT; and

TO:    UNITED STATES ATTORNEYS OFFICE

YOU WILL PLEASE TAKE NOTICE that CARL J. ORESKOVICH of the law firm of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., does hereby enter his appearance in the above cause for Defendant Ronald Ilg, and requests that all further pleadings and papers herein, except process, be served upon the undersigned attorney at the address above stated.

Notice of Appearance - Page  1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

Defendant enters his appearance without waiving any defense or objections that may exist pursuant to Federal Rules of Civil Procedure 5, 8, or 12.

DATED this 19th day of April, 2021.

          ETTER, McMAHON, LAMBERSON,
          VAN WERT & ORESKOVICH, P.C.

          By: /s/ Carl J. Oreskovich
            CARL J. ORESKOVICH, WSBA #12779
            ETTER, McMAHON, LAMBERSON,
            VAN WERT & ORESKOVICH, P.C.
            618 West Riverside Avenue, Suite 210
            Spokane, WA  99201
            (509)747-9100
            (509)623-1439 Fax
            Email: carl@ettermcmahon.com

            Attorney for Defendant Ilg

Notice of Appearance - Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2021, I electronically filed the following documents:

**Notice of Appearance**

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Richard Barker
USAWAE.RBarkerECF@usdoj.gove

James Goeke
USAWAE.JGoekeECF@usdoj.gov

                        /s/Carl J. Oreskovich
                        CARL J. ORESKOVICH, WSBA 12779
                        ETTER, McMAHON, LAMBERSON,
                        VAN WERT & ORESKOVICH, P.C.
                        618 West Riverside Avenue, Suite 210
                        Spokane, WA  99201

                        Attorney for Defendant Ilg