Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Richard R. Barker
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

            Plaintiff,

            v.

RONALD CRAIG ILG,
(a/k/a, "SCAR215"),

            Defendant.

Case No.: 2:20-MJ-00213-JTR

Motion for Detention

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check one or more):

☒    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117);

☐    Maximum penalty of life imprisonment or death;

Motion for Detention- 1

☐      Drug offense with maximum penalty of 10 years or more;

☐      Felony, with two prior convictions in above categories;

☐      Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒      Serious risk Defendant will flee; or

☒      Serious risk obstruction of justice.

2.      <u>Reason for Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒      Defendant's appearance as required; or

☒      Safety of any other person and the community.

3.      <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

4.      <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐      At the first appearance, or

☒      After a continuance of three days.

Motion for Detention- 2

5.    Other Matters.

Dated:  April 19, 2021.

Joseph H. Harrington
Acting United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
James A. Goeke
Assistant United States Attorneys

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of

such filing counsel of record:

                 s/ Richard R. Barker
                Richard R. Barker
                James A. Goeke
                Assistant United States Attorneys

Motion for Detention- 4