# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers

## USA v.  RONALD CRAIG ILG             Case No.    2:21-MJ-0213-JTR-1

Spokane Video Conference
The Defendant consented to appear via video conference

## Initial Appearance on Complaint:                                    03/10/2021

| | |
|---|---|
| ☒ Melissa Orosco, Courtroom Deputy | ☒ James Goeke, US Atty (IN PERSON) |
| ☒ Patrick J. Dennis, US Probation / Pretrial Services Officer (Telephonic) | ☒ Richard Barker, US Atty (IN PERSON) |
| ☒ Defendant present ☒ in custody USM (VTC/SCJ) | ☒ Carl Oreskovich, Defense Atty (IN PERSON) |
| | ☒ Interpreter **NOT REQUIRED** |

| | |
|---|---|
| ☒ USA Motion for Detention | ☒ Rights given |
| ☐ USA not seeking detention | ☒ Acknowledgment of Rights filed |
| ☐ Financial Affidavit (CJA 23) filed | ☒ Defendant received copy of Complaint |
| ☐ The Court will appoint the Federal Defenders | ☐ Defendant waived reading of Complaint |
| ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ Complaint read in open court |
| | ☐ Supplemental Pretrial Services Report ordered |

## <u>REMARKS</u>

Defendant appeared, in custody, with counsel.  Some parties appeared by video conference/ telephonic due to COVID-19 precautions.

The Defendant acknowledged to the Court that he is known by the name: RONALD CRAIG ILG. Defendant was advised of his rights and the allegations contained in the Complaint.

Defendant has retained private counsel.

Government has filed a motion for detention and requested three-continuance for the detention hearing.

Defendant requested preliminary and detention hearings.

Parties all agreed to conduct preliminary and detention hearing on Wednesday, April 21.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
2. Preliminary and Detention hearings set on April 21, 2021 at 1:30 p.m. IN PERSON
3. Status hearing set on May 4, 2021 at 1:30 p.m.
4. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| Detention Hrg: | Preliminary Hrg: | Status Hrg: |
|---|---|---|
| 04/21/2021 | 04/21/2021 | 05/04/2021 |
| @ 1:30 p.m. [S/JTR] | @ 1:30 p.m. [S/JTR] | @ 1:30 p.m. [S/JTR] |
| (IN PERSON) | (IN PERSON) | (IN PERSON) |