AO 442 (11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## For The Eastern District of Washington

United States of America )
v. )
  )  Case No. 2:21-MJ-00213
RONALD CRAIG ILG, )
(a/k/a/ SCAR215) )
  )

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 20, 2021**

SEAN F. McAVOY, CLERK

*Defendant*

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay RONALD CRAIG ILG, *(a/k/a/ SCAR215)* who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court.

The offense is briefly described as follows:
In violation of Title 18, United States Code, Section 1201(a)(1), (d).

Date: 4-16-21

*Issuing officer's signature*

City and state: Spokane, Washington    John T. Rodgers, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on 4/16/21, and the person was arrested on 4/16/21
at (city and state) Spokane, WA.

Date: 4/16/21

Arrested within the E/WA
By: FBI
*Arresting officer's signature*
Executed On: 4/16/21
Sign: [signature] USMS
*Printed name and title*