# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v.  RONALD CRAIG ILG**           Case No.   2:21-MJ-213-JTR-1

**Preliminary Hearing and Detention Hearing:**           04/21/2021

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Richard Barker, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services (Telephonic) | ☒ | Carl Oreskovich, Defense Atty |
| ☒ | Defendant present in custody USM | ☒ | Andy Waggy, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant appeared, in custody, with counsel.

Defendant waived a preliminary hearing; however, was prepared to go forward with the detention hearing this date.

Testifying for Government: Ryan Butler, FBI Special Agent.  Special Agent Butler was sworn in and testified.

Government moved to adopt Affidavit to Complaint as part of witness testimony for this hearing. Defense had no objection.  Affidavit to Complaint adopted as part of witness testimony for this hearing only.

Direct examination by Richard Barker.
Cross examination by Carl Oreskovich.
Redirect examination by Richard Barker.
Re-cross examination by Carl Oreskovich.
The Court questioned witness.
Witness excused by the Court.

Government identified its proposed Exhibit 1 and moved to admit the same: Defense had no objection.  Government Exhibit 1, Transcripts of Messages Provided by News Organization - admitted by the Court for this hearing only.

Government identified its proposed Exhibit 2 and moved to admit the same: Defense had no objection.  Government Exhibit 2, Supplemental Transcripts of Messages Provided by News Organization - admitted by the Court for this hearing only.

Government identified its proposed Exhibit 3 and moved to admit the same: Defense had no objection.  Government Exhibit 3, Screenshots from Dark Website #1 - admitted by the Court for this hearing only.

Government identified its proposed Exhibit 4 and moved to admit the same: Defense had no objection.  Government Exhibit 4, Screenshots from Dark Website #2 - admitted by the Court for this hearing only.

      Government identified its proposed Exhibit 5 and moved to admit the same: Defense had no objection.  Government Exhibit 5, Screenshots from Dark Website #3 - admitted by the Court for this hearing only.

      Government identified its proposed Exhibit 6 and moved to admit the same: Defense had no objection.  Government Exhibit 6, Comparison of Notes in ILG's Safe with Screenshots from Dark Websites - admitted by the Court for this hearing only.

      Government identified its proposed Exhibit 7 and moved to admit the same: Defense had no objection.  Government Exhibit 7, Suicide Note - admitted by the Court for this hearing only.

      Government identified its proposed Exhibit 8 and moved to admit the same: Defense had no objection.  Government Exhibit 8, FBI 302 Re: ILG's Statements at Sacred Heart - admitted by the Court for this hearing only.

      Government identified its proposed Exhibit 9 and moved to admit the same: Defense had no objection.  Government Exhibit 9, Text Messages between ILG and Witness 1 - admitted by the Court for this hearing only.

      Government moved to admit all proposed exhibits.  Defense counsel has no objection to admittance of any exhibit by defense.  Government's Exhibits admitted for this hearing only.

      Government identified its proposed Exhibit 10, Text Messages Between Witness 1 and Victim 2.

      Government identified its proposed Exhibit 11, Master/Slave Contract.

      Government identified its proposed Exhibit 12, Photographs of Area Identified by Witness 1 as "The Hole".

      Government identified its proposed Exhibit 13, Firearms Located in Ilg's Residence.

      Defendant moved for production of statements/recordings that witness referred to and were adopted by the witness for use in testimony.

      Government objected.

      Argument.

      Defense identified its proposed Exhibit 1 and moved to admit the same: Government had no objection.  Defendant's Exhibit 1, Text Messages from Witness 1 to Defendant's Brother - admitted by the Court for this hearing only.

      USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

      Defense counsel argued why the Defendant should be released and proposed possible release options.

      Rebuttal.

**The Court ordered:**

1. Based on the waiver of Defendant, the Court found probable cause to believe that the charged offense was committed and believes the Defendant committed it.  Defendant–on finding of probable cause–is bound over to the United States District Court for trial.
2. Defendant's Motion for Production of Statements/Recordings that witness referred to and were adopted by the witness for use in testimony was **granted in part**.  Any written materials witness has used in preparation of his testimony shall be made available to defense counsel.
3. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
4. That there are no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
5. Defendant shall be detained by the U.S. Marshal until further order of the Court.