Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Richard R. Barker
James A. Goeke
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:21-MJ-00213-JTR |
| v. | United States' Motion to Disclose for Purpose of Discovery but Remain Otherwise Sealed |
| RONALD CRAIG ILG, (a/k/a, "SCAR215"), | |
| Defendant. | Without Oral Argument 4/30/2021 @ 6:30 pm |

  Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney, for the Eastern District of Washington, and Richard R. Barker and James A. Goeke, Assistant United States Attorneys for the Eastern District of Washington, moves the Court for an Order to Disclose for the Purpose of Discovery but remain sealed from the public.

  The defendant RONALD CRAIG ILG (a/k/a/SCAR215) made an initial appearance on a complaint on April 19, 2021.  The United States seeks authorization to disclose the existence of several search warrants as part of discovery to the defendant, through his counsel, Carl Oreskovic.

Accordingly, the United States seeks an order from the Court to disclose the existence of search warrants 2:21-mj-00203-JTR; 21-mj-00204-JTR; 2:21-mj-00205-JTR; 2:21-mj-00206-JTR, 2:21-mj-00207-JTR, 2:21-mj-00208-JTR, 2:21-mj-00209-JTR, 2:21-mj-00230-JTR, and associated papers in discovery, but requests that the Court keep the affidavits sealed from the public.

Dated: April 30, 2021.

Joseph H. Harrington
Acting United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

 I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

           *s/ Richard R. Barker*
           Rihcard R. Barker
           Assistant United States Attorney