1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

RONALD CRAIG ILG,
(a/k/a, "SCAR215"),

              Defendant.

Case No.: 2:21-MJ-00213-JTR

Order Granting United States' Motion to Disclose for Purpose of Discovery but Remain Sealed

IT IS HEREBY ORDERED that the existence of search warrants: 2:21-mj-00203-JTR; 21-mj-00204-JTR; 2:21-mj-00205-JTR; 2:21-mj-00206-JTR, 2:21-mj-00207-JTR, 2:21-mj-00208-JTR, 2:21-mj-00209-JTR, 2:21-mj-00230-JTR and associated papers may be disclosed to pertinent defense counsel, but not for any further public dissemination, unless otherwise ordered by this Court.

     Dated:  April 30, 2021.

_____
John T. Rogers
United States Magistrate Judge

Order Granting United States Motion to Disclose for Purpose of Discovery but Remain Sealed