Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
James A. Goeke
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 4 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD CRAIG ILG <br> (a/k/a "SCAR215"), <br><br> Defendant. | 2:21-CR-49-WFN <br><br> INDICTMENT <br><br> Vio.: 18 U.S.C. § 1201(a)(1), (d) <br> Attempted Kidnapping <br><br> 18 U.S.C. § 981(a)(1)(C), <br> 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

Beginning on or about February 15, 2021, and continuing until on or about April 11, 2021, in the Eastern District of Washington, the Defendant, RONALD CRAIG ILG (a/k/a "SCAR215"), did unlawfully and willfully attempt to seize, confine, kidnap, abduct and carry away and hold for reward or otherwise, J.L.I., and used a means, facility, and instrumentality of interstate and foreign commerce, to include a cellular phone, the Internet, and related instrumentalities, in attempting to commit and in furtherance of the commission of the offense, all in violation of 18 U.S.C. § 1201(a)(1), (d).

INDICTMENT – 1

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 1201(a)(1), (d), set forth in the Indictment, the Defendant, RONALD CRAIG ILG (a/k/a "SCAR215"), shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property described above, as a result of any act or omission of the Defendant:

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with, a third party;
 c. has been placed beyond the jurisdiction of the court;
 d. has been substantially diminished in value; or
 e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//
//
//
//
//
//

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 4 day of May 2021.

A TRUE BILL

_Joseph H. Harrington_
Joseph H. Harrington
Acting United States Attorney

_James A. Goeke_
James A. Goeke
Assistant United States Attorney

_Richard R. Barker_
Richard R. Barker
Assistant United States Attorney

INDICTMENT – 3