# CHARGES AND PENALTIES

**CASE NAME:** RONALD CRAIG ILG (a/k/a/ SCAR215)          **CASE NO.** 2:21-CR-49-WFN-1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 1201(a)(1), (d), 2 | Attempted Kidnapping | CAG not more than 20 years and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment. |
| | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |