UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>    Defendant. | No. 2:21-CR-0049-WFN-1<br><br>ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT |

  The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

  1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☒ Indictment

    ☐ First/Second/Third/Fourth Superseding Indictment

  2. Of the maximum penalty provided by law;

  3. My right to remain silent at all times and if I make a statement it can be used against me;

  4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

  5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

  6. My right to a detention hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_____
Interpreter Signature

_____
Interpreter Printed Name

Date: 5/5/2021
_____

*[signature]*
_____
Defendant Signature

**RONALD CRAIG ILG**
_____
Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2