# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v.  RONALD CRAIG ILG**                    Case No.    2:21-CR-0049-WFN-1

**Arraignment on Indictment:**                                    05/05/2021

☒  Melissa Orosco, Courtroom Deputy            ☒  Richard Barker, US Atty
☒  Defendant present ☒ in custody USM          ☒  James Goeke, US Atty
                                                ☒  Carl Oreskovich, Defense Atty
                                                ☒  Interpreter **NOT REQUIRED**

---

☒  Rights given                                 ☒  Defendant continued detained
☒  Acknowledgment of Rights filed               ☐  Conditions of release as previously imposed
☒  Defendant received copy of Indictment
☒  Defendant waived reading of Indictment
☐  Indictment read in open court

## REMARKS

Defendant appeared, in custody, with counsel.

Defendant acknowledged to the Court that he is known by the name: RONALD CRAIG ILG.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered.
Defendant has retained private counsel.

Detention previously addressed and issue does not need to be revisited at this time.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined.  Issue of detention not before the Court.  Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.