FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | No. 2:21-CR-00049-WFN-1<br><br>ORDER FOLLOWING ARRAIGNMENT ON INDICTMENT |

At Defendant's May 5, 2021, arraignment based on an Indictment, Defendant appeared in Court while in custody with his Attorney Carl Oreskovich. Assistant U.S. Attorneys Richard Barker and James Goeke represented the United States and were also present in Court.

Defendant, on his plea of not guilty, is bound over to the United States District Court for trial.

The matter of detention having been previously addressed, **ECF No. 16**, **IT IS ORDERED** Defendant shall be detained in the custody of the U.S. Marshal pending disposition of this case or until further order of the Court.

**IT IS SO ORDERED**.

DATED May 5, 2021.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1