UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>    -vs-  Plaintiff,<br><br>RONALD CRAIG ILG,<br><br>    Defendant. | Case No.    2:21-CR-0049-WFN-1<br>CRIMINAL MINUTES<br><br>DATE:    JUNE 1, 2021<br>LOCATION:  SPOKANE<br><br>FIRST PRETRIAL CONFERENCE AND MOTION HEARING |
|---|---|

| Hon. Wm. Fremming Nielsen | | |
|---|---|---|
| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| David M. Herzog   for   Richard R. Barker | | Carl J. Oreskovich |
| **Government Counsel** | | **Defense Counsel** |

   [ X ]  Open Court             [  ]  Chambers             [ X ]  Telecon

[A conference line was open to the public for the entire hearing.]

Defendant present in custody of United States Marshal with retained counsel.  Court queried Defendant as to the accuracy of his name.  Defendant stated his name is accurate as the Court stated it.

The Court inquired of Government counsel as to victim's rights.  Mr. Herzog advised the victims have been notified of these proceedings and their rights.  Mr. Herzog also addressed the Court regarding the status of discovery and understands Defendant will be seeking a continuance of the trial to which the Government has no objection.  Mr. Oreskovich addressed the Court regarding discovery and made an oral motion for a continuance into October.

Court noted a current trial date of July 12, 2021 with a speedy trial timeout of the next day, July 13, 2021.

Court GRANTED Defendant's oral motion to continue trial, making ends of justice findings.

Jury trial of July 12, 2021, is STRICKEN and RESET to October 18, 2021, at 10:00 a.m., S/WFN.

An additional pretrial conference and motion hearing shall be held September 29, 2021, at 9:00 a.m., S/WFN. Court set briefing schedule as follows: Motions shall be filed and served no later than September 11, 2021 with responses to be filed and served no later than September 18, 2021.

Defendant executed a waiver of speedy trial rights.

[ X ]  ORDER FORTHCOMING

| CONVENED:   11:38 A.M. | ADJOURNED:   11:45 A.M. | TIME:   0:07 HR. | CALENDARED   [ X ] |
|---|---|---|---|