Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Facsimile: (509) 623-1439
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Ilg*

THE HONORABOLE W. FREMMING NIELSEN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD GRAIG ILG,<br><br>Defendant. | No. 2:21-CR-00049-WFN-1<br><br>NOTICE OF APPEARANCE |
|---|---|

TO:  UNITED STATES OF AMERICA; and

TO:  THE CLERK OF THE COURT.

YOU WILL PLEASE TAKE NOTICE that ANDREW M. WAGLEY of the law firm of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C.,

NOTICE OF APPEARANCE - PAGE 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

does hereby enter his appearance for defendant RONALD CRAIG ILG in the above cause and requests that all further pleadings and papers herein, except process, be served upon the undersigned attorneys at the address above stated.

DATED this 1st day of June, 2021.

By: /s/Andrew M. Wagley
Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 W. Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Facsimile: (509) 623-1439
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Ilg*

NOTICE OF APPEARANCE - PAGE 2

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2021, I electronically filed the following document:

NOTICE OF APPEARANCE

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Richard R. Barker
Richard.Barker@usdoj.gov

James A. Goeke
James.Goeke@usdoj.gov

DATED this 1st day of June, 2021.

By: /s/Andrew M. Wagley

NOTICE OF APPEARANCE - PAGE 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100