FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

               Plaintiff,

-vs-

Ronald Craig Ylg,

               Defendant.

No.  2 : 21 -CR- 0049 -WFN- 1

WAIVER OF SPEEDY TRIAL

     I have been advised of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from _____July 12, 2021_____ to _____October 18, 2021_____. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
               Defendant

Date: _6/1/21_____

_____
               Defense Counsel's Signature

Printed Name: _PAUL ORESKOVICH_

Date: _June 1, 2021_____

_____
           n/A
           Interpreter

WAIVER OF SPEEDY TRIAL