# EXHIBIT A

12/14/2020

**Ron Ilg cover letter and CV1.DOCX**



To Whom in may concern,

I am a seasoned neonatologist in Spokane Washington. I have practiced here in Spokane at both a Level IV and level III nursery for 17 years. I recently separated from the group in Spokane and I'm searching for a new position in the Northwest.

Briefly, I am originally from a very small, farming community in the Willamette Valley of Oregon. Having learned a strong work ethic and leadership at an early age, I attended a four hear college in Monmouth, Oregon and then was accepted into medical school at Oregon Health Sciences University, in Portland Oregon. I subsequently completed a Pediatric Residency and then worked as a general pediatrician for three to four years. I was drawn back to a neonatology fellowship because of my interest for intensive care and the neonatal population. After completing my fellowship program, I moved to Spokane.

As a neonatologist in Spokane, I had the opportunity to sharpen and develop my clinical skills in a busy level III NICU at Deaconess Hospital, as well as Sacred Heart Children's Hospital, which has a 60 bed, level IV NICU. In Spokane, I quickly found myself in leadership roles as the Transport Medical Director and then the Director of the Deaconess NICU. Subsequently, I also became the Corporate Medical Director for the entire group, overseeing all of our hospitals and the unit directors and ensuring ongoing good relationships with our hospital partners.

As the Corporate Medical Group, I helped to establish more service lines for our group as well as other hospital relationships throughout the region. During my term as the Corporate Medical Director, the group nearly doubled in size but more importantly, significantly increased our contribution to the regional care of neonates. As a group, we began contributing to the neonatal literature with abstracts and poster presentations on a regional and national forum.

My spare time is dedicated to my boys and providing them with the same strong foundation that I had as a child. I have a productive cherry orchard that we, as a family, maintain and bring to harvest every year. I enjoy the solitude of the outdoors while fly fishing and hunting. Additionally, we are often on the ski slopes as a family and as a Ski Patroller for the Mt. Spokane Ski Park.

I am excited to explore the available neonatology position.

Sincerely,

Ron Ilg, MD. FAAP,

**Home Address:** 7207 E. Uhlig Rd
Spokane, WA, 99217

**Telephone:** 509-954-8552

**Post-graduate Education:**

| | |
|---|---|
| 07/1994 – 07/1997 | Pediatric Internship and Residency |
| | Oregon Health Sciences University, Portland, Oregon |
| 07/2000 – 0/72003 | Perinatal-Neonatal Fellowship Program |
| | Oregon Health & Science University, Portland, Oregon |

**Education:**

| | |
|---|---|
| 09/1981 – 07/1985 | Silverton Union High School, Silverton, Oregon |
| 09/1985 – 07/1986 | Chemeketa Community College, Salem, Oregon |
| 09/1986 – 07/1989 | Western Oregon State College, Monmouth, Oregon |
| | (Bachelor of Science Biology, with Honors) |
| 09/1990 – 07/1994 | Oregon Health Sciences University School of Medicine, Portland, Oregon (M.D.) |
| 01/2010 – 10/2010 | Outdoor Emergency Medicine Certification, National Ski Patrol |
| 01/2014 | Medical Leadership Program |

**Chronology of Employment:**

| | |
|---|---|
| Seasonal 1983 – 1998 | Birchwood Farms, Brooks, Oregon |
| | Truck driver, Farmhand and Supervisor |
| 08/1989 – 06/1990 | Portland V.A. Hospital, Portland, Oregon |
| | Research Assistant, Neuroimmunology |
| 08/1997- 07/2000 | Childhood Health Associates of Salem |
| | Partner of General Pediatric Practice |
| 08/2003 – 09/2005 | Northwest Neonatology Associates |
| 09/2005 – 12/2020 | Pediatrix Medical Group of Washington |
| 12/2020 – present | Executive Director and Chief Medical Officer of "Maddie's Place" |

**Honors:**

| | |
|---|---|
| 1989 | Outstanding Biology Student of the Year, Phi Kappa Phi National Honor Society |
| 1997 | Resident Research Award |
| 1997 | Alpha Omega Alpha, National Medical Honor Society |

**Professional Societies (former and present):**

>American Academy of Pediatrics
>Washington Pediatric Society
>National Ski Patrol
>Oregon Pediatric Society
>Oregon Medical Association
>Alpha Omega Alpha, National Medical Honor Society
>Western Society for Pediatric Research
>The Association for Research in Vision and Ophthalmology

**Licensure:**

>State of Oregon, #19939, Expired
>State of Washington, MD00042911, Expiration August 20, 2023
>State of Montana, Med-Phys-Lic-61122, Expiration 03/03/2021

**Certifications:**

>Pediatric Board Certification, October, 1997
>>Pediatric Board MOC December, 2025
>
>Neonatal-Perinatal Medicine Certification, 2003
>>Neonatal-Perinatal MOC, September, 2025
>
>Pediatric Advanced Life Support, Course Director, Instructor, and Provider, Expired
>Neonatal Resuscitation Program, Exp 2021
>National Ski Patrol, 2014 - present

**Grants:** Tartar Grant Award, 2001

**Abstracts:**

>**R.C.Ilg**, M.H. Davies, M.R. Powers. *Retinal Neovascularization is Altered in TNF Receptor Deficient Mice in Oxygen-Induce Retinopathy.* Abstract presented at Western Society for Pediatric Research Annual Meeting, Carmel California, February 2002.

**Publications:**

Whitman, R.H., D.N. Bourdette, G.A. Hashim, R.M. Herndon, **R.C. Ilg**, A.A. Vandenbark, H. Offner. *Lymphocytes for SJL/J Mice Immunized with Spinal Cord Respond Selectively to a Peptide of a Proteolipid Protein and Transfer Relapsing Demyelinating Experimental Autoimmune Encephalomyelitis.* Journal of Immunology 146(1):101-7 (1991).

**Ron C. Ilg**, Michael H. Davies & Michael R. Powers. *Altered Retinal Neovascularization in TNF Receptor–Deficient Mice.* Current Eye Research. 2005 Nov;30(11):1003-13.


**Presentations:**

1. OHSU Neonatal Nurses Education Lecture – Extracorporeal Membrane Oxygenation, 10/18 & 11/15/2000

2. Northwest Perinatal Nursing Conference – Reviewing the Evidence for CPAP, 10/26/2001

3. Northwest Neonatal Nurse Practitioner's Neonatal Drug therapy 2002 Conference; Seattle, Washington – "Ureaplasma," 2/2002

4. Northwest Neonatal Nurse Practitioner's Neonatal Drug Therapy 2002 Conference; Seattle, Washington – "Ibuprofen," 2/2002

5. Western Society for Pediatric Research; Carmel, California – "Retinal Neovascularization is Altered in TNF Receptor Deficient Mice in Oxygen-Induced Retinopathy," 2/2002

6. Neonatal Perinatal Lecture Series, Medford, Oregon – "Reviewing the Evidence for CPAP," 4/2002

7. Pediatric Grand Rounds; Salem, Oregon – "CPAP; Reviewing the New Data," 6/2002

8. Oregon Neonatal Society Seminars – "Retinal neovascularization is altered in TNF receptor deficient mice in oxygen-induced retinopathy," 6/2003

9. Three River's Hospital, Brewster, Washington – "Hyperbilirubinemia in the Neonate" 6/2006

10. St. Mary's Clearwater Valley Hospital, Orofino, Idaho, "Neonatal Sepsis," 9/2006

11. Walla Walla General Hospital, Walla Walla, Oregon, "Nasal CPAP in Late Preterm Infants," 7/2007

12. Coulee Medical Center, Grand Coulee, Washington, "Neonatal Sepsis," 9/2007

13. Sacred Heart Children's Hospital and Deaconess Medical Center, Spokane, Washington, "Retinopathy of Prematurity," 4/2008

14. Sacred Heart Children's Hospital and Deaconess Medical Center, Spokane, Washington, "Hypoxic Ischemic Encephalopathy and Whole Body Cooling," 2/2010

## Medical Directorships and Committees:

*Deaconess Medical Center, NICU Medical Director;* 9/2008 – 8/2016

*Deaconess Medical Executive Board;* 9/2008 – 8/2016

*Medstar Transport Team Neonatal Medical Director;* 9/2008 – 8/2016;

*Deaconess and Valley Hospital Hearing Screen Director;* 9/2010 – 12/2020

*Sacred Heart Children's Hospital and Holy Family Hospital Hearing Screen Director;* 9/2016 – 12/2020

*Spokane Medical Group, Corporate Medical Director;* 1/2013 – 11/2019

*Valley Hospital, Medical Director;* 7/2016 - 08/2019

*Virginia Mason Memorial Hospital, Yakima, WA, NICU Medical Director;* 2018 - 2019

*St. Patrick Hospital, Missoula, MT; Interim Medical Director;* 2019

*Mt. Spokane Ski Patrol, Medical Director;* 1/2015 - 04/2019

**References upon request:**

Dr. Teicha Wilson,
    Teicha_Wilson@mednax.com; 509-481-8871
Dr. David Egger
    David_Egger@mednax.com; 509-979-2538
Penelope Watson, ARNP
    Penelope_Watson@mednax.com; 509-216-7217
Linda Cahill, ARNP
    Linda_Cahill@mednax.com; 509-994-7321