Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RONALD CRAIG ILG,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S MOTION TO SEAL RE: FORENSIC PSYCHOLOGICAL EVALUATION**<br><br>Without Oral Argument:<br>June 2, 2021 at 6:30 pm |

COMES NOW, the Defendant RONALD CRAIG ILG, by and through his attorneys of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby moves the Court for an Order sealing the Forensic Psychological Evaluation of Defendant

Defendant's Motion to Seal- Page  1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Ronald Craig Ilg, MD ("Dr. Ilg") completed by Alexander Patterson, Psy.D. This Forensic Evaluation is used in support of Dr. Ilg's accompanying Motion to Reopen Detention Hearing Re: Request for Release of Defendant.  This Motion is brought pursuant to Fed. R. Crim. P. 49.1(d) and is supported by the following Memorandum of Law.

## MEMORANDUM OF LAW

Pursuant to Fed. R. Crim. P. 49.1(d), the Court "may order that filing be made under seal without redaction."  "Unless a particular court record is one traditionally kept secret, a strong presumption [exists] in favor of [public] access [to the record]." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).  Therefore, "a party seeking to seal a judicial record bears the burden of overcoming this strong presumption by meeting the compelling reasons standard." *Kamakana*, 447 F.3d at 1179.  However, the public's right of access "can be overcome . . . by an overriding right or interest 'based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Oregonian Publ'g Co. v. U.S. Dist. Court,* 920 F.2d 1462, 1465 (9th Cir. 1990) (quoting *Press–Enterprise Co. v. Superior Court,* 464 U.S. 501, 510 (1985)).

Defendant's Motion to Seal- Page  2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

In the situation at hand, the accompanying Psychological Evaluation contains substantial private information in the form of statutorily-protected medical information regarding Dr. Ilg's mental health. *See* RCW 70.02.005(1) ("Health care information is personal and sensitive information that if improperly used or released may do significant harm to a patient's interests in privacy, health care, or other interests."); *accord* 45 C.F.R. § 164.502(a) ("A covered entity or business associate may not use or disclose protected health information, except as permitted or required by this subpart or by subpart C of part 160 of this subchapter."). As such, various district courts have likewise ordered that mental health evaluations be sealed in the court file. *See United States v. Salisbury*, 2014 WL 1577196, at *3 (D. Nev. 2014) (unpublished) (forensic report filed under seal); *see also United States v. Hutton*, 2020 WL 5018383, at *2 (D. Mont. 2020) (unpublished) (noting that reports on defendant's psychological condition shall be filed under seal); *accord United States v. Caraang*, 2018 WL 2216103, at *6 (W.D. Wash. 2018) (unpublished) (forensic psychological evaluation filed under seal).

To the extent the public has a right of access to documents used in the judicial decision-making process, pertinent excerpts and conclusions of the

Defendant's Motion to Seal- Page 3

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Psychological Evaluation are quoted in the accompanying Motion to Reopened Detention Hearing. Based upon the foregoing, good cause and compelling reasons exist to grant Defendant's Motion to Seal the accompanying Forensic Psychological Evaluation.

RESPECTFULLY SUBMITTED this 2nd day of June, 2021.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Carl J. Oreskovich
   Carl J. Oreskovich, WSBA #12779
   Andrew M. Wagley, WSBA #50007
   *Attorneys for Defendant Ronald Craig Ilg*

Defendant's Motion to Seal- Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2021, I electronically filed the following document:

DEFENDANT'S MOTION TO SEAL RE FORENSIC PSYCHOLOGICAL EVALUATION

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Richard R. Barker
Richard.Barker@usdoj.gov

James A. Goeke
James.Goeke@usdoj.gov

DATED this 2nd day of June, 2021.

By: /s/ Carl J. Oreskovich

Defendant's Motion to Seal- Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100