UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  vs.<br><br>RONALD CRAIG ILG,<br><br>                      Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL RE: FORENSIC PSYCHOLOGICAL EVALUATION** |

      This matter came before the Court on the Defendant's Motion to Seal Re: Forensic Psychological Evaluation.  The Court, having reviewed the Motion to Seal Re: Forensic Psychological Evaluation, along with the accompanying Court File, hereby **GRANTS** Defendant's Motion to Seal.  The Court **FINDS** that good cause and compelling reasons exist to grant Defendant's Motion to Seal the Forensic Psychological Evaluation based upon the private information

[Proposed] Order Granting Defendant's
Motion to Seal- Page  1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

contained therein in the form of statutorily-protected medical information regarding Dr. Ilg's mental health. Additionally, sealing the Forensic Psychological Evaluation is narrowly-tailored to accomplish this result.

It is hereby **ORDERED** that the Forensic Psychological Evaluation of Defendant Ronald Craig Ilg, MD completed by Alexander Patterson, Psy.D shall be filed under seal in the Court File herein.

**DATED** this _____ day of June, 2021.

_____
The Honorable John T. Rodgers
United States District Court Magistrate Judge

[Proposed] Order Granting Defendant's
Motion to Seal- Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2021, I electronically filed the following document:

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Richard R. Barker
Richard.Barker@usdoj.gov

James A. Goeke
James.Goeke@usdoj.gov

DATED this 2nd day of June, 2021.

By: /s/ Carl J. Oreskovich

[Proposed] Order Granting Defendant's Motion to Seal- Page 3

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100