| | |
|---|---|
| 1 | Joseph H. Harrington |
| | Acting United States Attorney |
| 2 | Eastern District of Washington |
| 3 | James A. Goeke |
| | Richard R. Barker |
| 4 | Assistant United States Attorneys |
| 5 | Post Office Box 1494 |
| | Spokane, WA 99210-1494 |
| 6 | Telephone: (509) 353-2767 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | Case No.: 2:21-CR-00049-WFN-1 |
| v. | | United States' Notice of Non-Scannable Exhibit 10 |
| RONALD CRAIG ILG (a/k/a "SCAR215"), | | |
| | Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney, for the Eastern District of Washington, James A. Goeke and Richard R. Barker, Assistant United States Attorneys for the Eastern District of Washington, submits the following CD labeled Exhibit 10 to United States' Opposition to Defendant's Motion for Release to be attached to Notice.

Dated: June 9, 2021.

Joseph H. Harrington
Acting United States Attorney

s/ *Richard R. Barker*
Richard R. Barker
James A. Goeke
Assistant United States Attorneys

Notice of Non-Scannable Exhibit - 1

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record. I further certify that on June 9, 2021, two (2) copies of the CD titled Exhibit 10 to United States' Opposition to Defendant's Motion for Release (one for the Clerk and one for Judge John T. Rodgers) were hand-delivered to the Clerk of the Court in Spokane, Washington. The content of the CD, labeled Exhibit 10 United States' Opposition to Defendant's Motion for Release, either was previously provided in discovery to Defense on 05/19/2021 and/or provided on 06/09/2021 via USAFx file share.

                                          s/ *Richard R. Barker*
                                          Richard R. Barker
                                          James A. Goeke
                                          Assistant United States Attorneys

Notice of Non-Scannable Exhibit