Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
James A. Goeke
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG (a/k/a "SCAR215"),<br>Defendant. | Case No.: 2:21-CR-00049-WFN-1<br><br>Motion to Seal United States' Opposition to Defendant's Motion for Release and Exhibits<br><br>Hearing without oral<br>June 9, 2021 at 6:30 pm |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, James A. Goeke and Richard R. Barker, Assistant United States Attorneys for the Eastern District of Washington, moves the court, pursuant to Rule 49.1(d), for an order sealing United States' Opposition to Defendant's Motion for Release along with the Exhibits, on the ground the opposition contains information from Defendant's phychological evaluation. This evaluation, according to the Defense, contains statutorially-protected medical information regarding Defendant's mental health.

Motion to Seal United States'
Opposition to Defendant's Release - 1

*See* ECF No. 35 at 4. Accordingly, the United States, respecting Defendant's privacy, moves to seal the opposition and related exhibits.

DATED June 9, 2021.

Joseph H. Harrington
Acting United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
James A. Goeke
Assistant United States Attorneys

Motion to Seal United States'
Opposition to Defendant's Release - 2

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

*s/ Richard R. Barker*
Richard Barker
Assistant United States Attorney

Motion to Seal United States'
Opposition to Defendant's Release - 3