1
2
3
4          UNITED STATES DISTRICT
   FOR THE EASTERN DISTRICT OF WASHINGTON
5
6   UNITED STATES OF AMERICA,          Case No.: 2:21-CR-00049-WFN-1

7               Plaintiff,             Order Sealing United States'
                                       Opposition to Defendant's Motion
8                                      for Release with Exhibits
9          v.

10  RONALD CRAIG ILG (a/k/a
    "SCAR215"),
11                  Defendant.
12
13  Upon motion by the Government,

14          IT IS ORDERED that the United States' Opposition to Defendant's Motion

15  for Release with Exhibits be sealed by the Clerk of Court until further order of the

16  Court.

17          DATED this _____ day of June 2021.

18

19                                     _____
                                       John T. Rodgers
20                                     United States Magistrate Judge

21

22

23

24

25

26

27

28

Order United States'
Opposition to Defendant's Motion for Release - 1