FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD CRAIG ILG, <br><br> Defendant. | No.: 2:21-CR-00049-WFN-1 <br><br> ORDER GRANTING UNITED STATES' MOTION TO SEAL |

**BEFORE THE COURT** is the Government's Motion to Seal the United States' Opposition to Defendant's Motion for Release with Exhibits. ECF No. 40.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The Government's motion to seal, **ECF No. 40**, is **GRANTED.**

2. The Government's exhibits, ECF No. 41, shall be **SEALED**, until further order of the Court.

**IT IS SO ORDERED**.

DATED June 10, 2021.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1