# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
### Spokane

**USA v. RONALD CRAIG ILG**       Case No. 2:21-CR-0049-WFN-1

**Defendant's Motion to Re-open Detention Hearing:**      06/11/2021

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Richard Barker, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services (Telephonic) | ☒ | James Goeke, US Atty |
| ☒ | Defendant present ☒ in custody USM | ☒ | Carl Oreskovich, Defense Atty |
| | | ☒ | Andrew Wagley, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained pending further order of the Court | ☐ | Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

Defendant appeared, in custody, with counsel.

The Court has reviewed Defendant's Motion to Reopen Detention and sealed exhibits (ECF No. 34); Government's Sealed Documents (ECF No. 44); Government's Non-Scannable Exhibits; Defendant's Reply Memorandum (ECF No. 42); and victim and witness statements provided by Government.

Defense made factual proffers, reported Defendant would be able to post a $250,000 cash bond, and argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required.

Government made factual proffers and argued that there are no conditions which justify reconsidering the issues of detention and that there are no conditions which will reasonably assure Defendant's appearance as required and/or the safety of any other person and the community.

Rebuttal.

**The Court ordered:**
1. The Court took matter under advisement.
2. Defendant shall be detained by the U.S. Marshal until further order of the Court.