FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | No. 2:21-CR-00049-WFN-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL<br><br>**MOTION GRANTED**<br>**(ECF No. 35)** |

    Before the Court is Defendant's motion to seal the documents filed at **ECF No. 36**.

    After reviewing the submitted material and relevant authority, the Court is fully informed.  **IT IS ORDERED** Defendant's motion, **ECF No. 35,** is **GRANTED**.  The Clerk of Court is directed to file the proposed sealed documents at ECF No. 36 as sealed documents.

    **IT IS SO ORDERED.**

    DATED June 15, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1