FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:21-CR-00049-WFN-1 |
|---|---|
| Plaintiff, | ORDER FOLLOWING DETENTION REVIEW HEARING |
| v. | |
| RONALD CRAIG ILG, | **MOTION DENIED** **(ECF No. 34)** |
| Defendant. | |

At the June 11, 2021 hearing on Defendant's motion **ECF No. 34** to reconsider the earlier order **ECF No. 16** detaining him pending trial, Defendant appeared in custody with his Attorneys Carl Oreskovich and Andrew Wagley. Assistant U.S. Attorneys Richard Barker and James Goeke represented the United States. United States Probation Officer Patrick Dennis was present telephonically.

The undersigned reviewed approximately 90 minutes of audio recordings and 107 pages of written material. This includes the Pretrial Services Report, **ECF No. 8**, the Supplemental Pretrial Services Report, **ECF No. 13**, as well as Defendant's motion to reopen detention, **ECF No. 34,** and accompanying attachment, **ECF No. 36**, the United States' memorandum and attached exhibits including audio recordings **ECF Nos. 39-41**, and three statements proffered on behalf of alleged victims/witnesses. The matter was taken under advisement following extensive arguments by counsel.

Defendant offers to engage in psychotherapy, to reside in a rural location far from alleged victims and witnesses, and to post a cash bond of $250,000.

The United States opposed release of Defendant, arguing that he presents a risk of flight and a danger to the community which cannot be addressed by

ORDER - 1

conditions.

Pursuant to 18 U.S.C. § 3142, this Court has taken into account the nature and circumstances of the offense charged, the weight of the evidence against the Defendant, as well as Defendant's history and characteristics, including character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct and history relating to alcohol and drug abuse, and also criminal history, record concerning appearance at court proceedings, whether Defendant was under supervision at the time of the alleged offense, and the nature and seriousness of the danger to the community posed by Defendant's release.

The Court finds the United States has established by the required preponderance of evidence an absence of conditions or combination of conditions that would reasonably assure this Defendant's presence at trial and by clear and convincing evidence that Defendant poses a present risk to the safety of other persons or the community.

**IT IS ORDERED** Defendant's motion to modify the Court's earlier detention order, **ECF No. 34**, is **DENIED**.  Defendant shall be held in detention pending disposition of this case or until further order of the court.

If a party desires that another Court review this order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington.  Both parties shall cooperate to ensure that the motion is promptly determined.

**IT IS SO ORDERED.**

DATED June 15, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2