Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
James A. Goeke
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

RONALD CRAIG ILG,

          Defendant.

Case No.: 2:21-CR-00049-WFN

Notice Of Withdrawal Of Counsel
For The United States

     Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and James A. Goeke, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Withdrawal on behalf of the United States of America.

     Dated:  June 23, 2021.


Joseph H. Harrington
Acting United States Attorney


*s/ James A. Goeke*
James A. Goeke
Assistant United States Attorney


Notice Of Appearance Of Counsel For The United States – 1
Document1