Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG<br>(a/k/a "SCAR215"),<br><br>Defendant. | 2:21-CR-00049-WFN<br><br>United States' Motion for<br>Additional Pretrial Conditions<br><br>*Without Oral Argument* |

Plaintiff, the United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney, moves for an order precluding contact between Defendant, RONALD CRAIG ILG, and the putative victims and other witnesses in the instant case, including WITNESS 1.

At Defendant's April 27, 2021 and June 11, 2021, detention hearings, this Court ordered Defendant held pending disposition of his case or until further order of the Court. ECF Nos. 7, 48-49. Because Defendant was committed to the custody of the U.S. Marshal for confinement, no other pretrial conditions were specifically detailed by the Court at that time. No conditions were sought at that time by the government.

United States' Motion for Additional Pretrial Conditions- 1

During his custody at the Spokane County Jail, the Government has become aware of Defendant's efforts to communicate with his former girlfriend, WITNESS 1. For example, in recorded phone calls, made from confinement, Defendant has expressed repeatedly that he needs to be in communication with WITNESS 1 and has attempted to reach out to WITNESS 1 through third parties. These calls were provided to the Court in connection with the United States' pleadings pertaining to detention. *See* ECF No. 41 at 15-16.

Additionally, a defense-funded psychological assessment provided to this Court recommended that Defendant have no contact with his estranged wife or WITNESS 1. *See* ECF No. 34 at 14. Specifically, the physiological assessment concluded, "[I]t is essential Dr. Ilg refrain from all contact with the two women involved in his recent emotional decompensation . . . . Contact with [WITNESS 1] could be very detrimental to Dr. Ilg's emotional state and must be avoided." ECF No. 34, Ex. A at 16. Consistent with the psychological assessment, Defendant's brother has indicated that "if things don't go right with [WITNESS 1],' [Defendant] will 'go off the deep end again.'" *Id.* at 11.

The United States has also been in communication with the victims and witnesses in this case. On July 29, 2021, the attorneys representing VICTIM 2 and WITNESS 1 confirmed that both VICTIM 2 and WITNESS 1 believed that a no contact order is both necessary and appropriate.

The government, therefore, seeks to have Defendant remain in pretrial confinement, but additionally seeks the Court enter the following condition:

> Defendant shall avoid all contact, direct or indirect, with any persons, who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant shall have no contact whatsoever with WITNESS 1. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or contact through any third person.

United States' Motion for Additional Pretrial Conditions- 2

A violation of this order may result in a prosecution for contempt of court and could result in imprisonment, a fine, or both.

The United States has consulted with Counsel for the Defense, who indicated that Defendant may oppose this motion.

Dated: July 30, 2021.

                                        Joseph H. Harrington
                                        Acting United States Attorney

                                        s/ *Richard R. Barker*
                                        Richard R. Barker
                                        Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2021, I electronically filed the foregoing with the Clerk of the Court, and I will provide an electronic copy to counsel of record:

Carl J. Oreskovich,
Andrew M. Wagley,
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.

*s/Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

United States' Motion for Additional Pretrial Conditions- 4