UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG<br>(a/k/a "SCAR215"),<br><br>Defendant. | 2:21-CR-00049-WFN<br><br>ORDER GRANTING UNITED STATES' MOTION FOR ADDITIONAL PRETRIAL CONDITIONS |

Before this Court is the United States' Motion for Additional Pretrial Conditions. ECF No. 51. Specifically, the United States requests this Court impose a pretrial condition of confinement requiring Defendant to have no contact with any victim or witness in this case.

Pursuant to this Court's authority under 18 U.S.C. § 3142, IT IS ORDERED, that the United States' motion is GRANTED. In addition to his pretrial confinement, Defendant shall be subject to the following condition:

> Defendant shall avoid all contact, direct or indirect, with any persons, who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant shall have no contact whatsoever with WITNESS 1. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or contact through any third person.

ORDER - 1

A violation of this order may result in a prosecution for contempt of court and could result in imprisonment, a fine, or both.

The United States has consulted with Counsel for the Defense, who indicated that Defendant may oppose this motion.

**IT IS SO ORDERED**

Dated: July 30, 2021.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE