Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**NON-OBJECTION TO UNITED STATES' MOTION FOR ADDITIONAL PRETRIAL CONDITIONS**<br><br>*Without Oral Argument* |

COMES NOW, Defendant Ronald Craig Ilg, MD ("Dr. Ilg"), by and through his attorneys of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby notes his non-objection to the United States' Motion for Additional Pretrial Conditions

Non-Objection to United States' Motion for
Additional Pretrial Conditions - Page 1

ETTER, M<u>c</u>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

(ECF No. 51). As such, the Defendant stipulates to the Order Granting United States' Motion for Additional Pretrial Conditions (ECF No. 51-1).

By entering this non-objection and stipulation, Defendant in no way waives his right to seek pretrial release from confinement at a later date.

RESPECTFULLY SUBMITTED this 4th day of August, 2021.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Carl J. Oreskovich
    Carl J. Oreskovich, WSBA #12779
    Andrew M. Wagley, WSBA #50007
    *Attorneys for Defendant Ronald Craig Ilg*

Non-Objection to United States' Motion for
Additional Pretrial Conditions - Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record in this matter.

DATED this 4th day of August, 2021.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Non-Objection to United States' Motion for
Additional Pretrial Conditions - Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100