FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD CRAIG ILG,<br><br>  Defendant. | No. 2:21-CR-00049-WFN-1<br><br>ORDER GRANTING UNITED STATES' MOTION FOR PRETRIAL CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 51)** |

Before the Court is United States' Motion for Pretrial Conditions, **ECF No. 51**, and Defendant's Response to the Motion, **ECF No. 52.**

Specifically, the United States is requesting the Court impose a pretrial condition of confinement requiring the Defendant to have no contact with any victim or witness in this case. The Defendant does not object and stipulates to the motion, **ECF No. 52.**

Pursuant to this Court's authority under 18 U.S.C. § 3142, **IT IS ORDERED** the United States' motion, **ECF No. 51,** is **GRANTED**. In addition to his pretrial confinement, Defendant shall be subject to the following condition:

> Defendant shall avoid all contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant shall have no contact with WITNESS 1. Prohibited forms of contact include but are not limited to telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

ORDER - 1

A violation of this order may result in a prosecution for contempt of court and could result in imprisonment, a fine, or both.

**IT IS SO ORDERED.**

DATED August 5, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2