UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES** |

THIS MATTER came before the Court upon Defendant's Unopposed Motion to Continue Trial Date and Pretrial Deadlines. The Court, having reviewed the Motion, accompanying Declaration, and the files and records herein, finds **GOOD CAUSE** to continue the currently scheduled trial date and

associated pretrial deadlines. As such, Defendant's Unopposed Motion to Continue Trial Date and Pretrial Deadlines is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the currently scheduled trial date, and all associated pretrial deadlines, are hereby **VACATED** and **CONTINUED.** The Court hereby sets the Defendant's trial for March \_\_\_\_\_, 2022 and reschedules all pretrial deadlines to correspond therewith.

_____
**HON. WM. FREMMING NIELSEN**
**UNITED STATES DISTRICT COURT JUDGE**