Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED PRETRIAL DEADLINES** |

I, Andrew M. Wagley, do hereby declare as follows:

1. I am over the age of eighteen, competent to testify to the matters stated herein, and make this Declaration based upon my own personal knowledge.

Declaration of Andrew M. Wagley
in Support of Unopposed Motion to
Continue- Page  1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

2. I am one of the attorneys of record for the Defendant, Ronald C. Ilg ("Dr. Ilg"). I make this Declaration in Support of Defendant's Unopposed Motion to Continue Trial Date and Associated Pretrial Deadlines.

3. As indicated in the accompanying Unopposed Motion, a continuance is warranted based upon the complex nature of this matter and the need for counsel to adequately prepare for trial. This is a complex matter involving a multitude of discovery regarding the dark web, cryptocurrency, and the forensic analysis of various electronic devices allegedly associated with the Defendant and witnesses.

4. To date, the United States had produced three batches of discovery, which includes hundreds of pages of documents, multiple media (including witness interviews) and native files, various search warrants, and multiple cell phone extractions. At this juncture, the defense needs more time to analyze this discovery and pursue expert witnesses in various areas as applicable.

5. Defense counsel has been diligently reviewing discovery and analyzing various pretrial motions. However, more time is needed to

Declaration of Andrew M. Wagley
in Support of Unopposed Motion to
Continue- Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

finish analyzing discovery, obtain expert witnesses, interview lay witnesses, and adequately prepare for trial.

6. Defense counsel would not have a sufficient amount of time reasonably necessary for effective preparation if a continuance is not granted. Furthermore, complex aspects of this case involving the dark web and cryptocurrency will likely present various novel questions of law in relation to pretrial motions.

7. The Defendant, Dr. Ilg, is in support of this continuance request in order to prepare his case for trial. This Motion is accompanied by an executed Waiver of Speedy Trial.

8. Prior to the filing of this Motion, I have corresponded with Assistant United States Attorney ("AUSA") Richard Barker regarding this continuance request. AUSA Barker indicated that he has no opposition to this continuance request.

9. The parties have agreed upon a new trial date in March 2022. The parties have also agreed upon the continuance of pretrial deadlines to correspond with this new trial date.

Declaration of Andrew M. Wagley
in Support of Unopposed Motion to
Continue- Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

10. This continuance request is brought in good faith and not for the purposes of hindering or delaying this matter.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the State of Washington and the United States.

EXECUTED this 10th day of September, 2021 in Spokane, Washington.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Declaration of Andrew M. Wagley
in Support of Unopposed Motion to
Continue- Page 4

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of September, 2021, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record in this matter.

EXECUTED in Spokane, Washington on September 10, 2021.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Declaration of Andrew M. Wagley in Support of Unopposed Motion to Continue- Page 5

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100