FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 14, 2021**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -vs-<br><br>RONALD CRAIG ILG,<br><br>        Defendant. | Nos.  2:21-CR-0049-WFN-1<br><br>ORDER CONTINUING PRETRIAL AND TRIAL |

      Pending before the Court is Defendant's Unopposed Motion to Continue Trial Date and Associated Pretrial Deadlines.  ECF No. 54.  Defendant asks that the Court declare the case to be complex due to the amount of discovery and type of discovery.  Additionally, Defendant indicates that the case involves novel questions of law pertaining to the dark web and cryptocurrency. Defendant asks to continue the trial until March 2022. Defendant represents that the Government has no objection. The Court has reviewed the file and motions and is fully informed.  Accordingly,

      **IT IS ORDERED** that:

      1.  Defendant's Motion to Continue Trial Date and Associated Pretrial Deadlines, filed September 10, 2021, **ECF No. 54**, is **GRANTED**.  The Court declares the case to be **COMPLEX** for the purposes of speedy trial based on the voluminous discovery as well as novel types of discovery and issues of law.  18 § U.S.C. § 3161(h)(7)(B)(ii).

        The Court finds that the ends of justice served by the granting of a continuance of the trial in this matter outweigh the best interests of the public and the Defendant in a speedy trial.  A trial date of October 18, 2021, would unreasonably deny Defendant the opportunity to review discovery, file appropriate pretrial motions, investigate the charges against him, and to benefit from effective assistance of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

ORDER - 1

2. The trial date of October 18, 2021, is **STRICKEN and RESET to March 21, 2022, at 10:00 a.m., in Spokane**, Washington.

3. All time from the trial date of October 18, 2021, to the new trial date of March 21, 2022, is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7). Defendant executed a waiver of speedy trial rights. ECF No. 57.

4. The October 18, 2021, final pretrial conference is **STRICKEN and RESET to March 21, 2022, at 8:30 a.m., in Spokane**, Washington.

5. All time from the filing of Defendant's Motion to Continue on September 10, 2021, to the date of the hearing on September 14, 2021, is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(D).

6. Trial briefs, motions in limine, requested voir dire and a set of proposed **JOINT JURY INSTRUCTIONS** shall be filed and served on or before **March 7, 2022**.

Jury instructions should only address issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

The Joint Proposed Jury Instructions shall include:

(a) The instructions on which the parties agree; and

(b) Copies of instructions that are disputed (i.e., a copy of each party's proposed version of an instruction upon which they do not agree). All jury instructions from the most current edition of the Ninth Circuit Manual of Model Jury Instructions may be proposed by number. The submission of the Joint Proposed Jury Instructions will satisfy the requirements of LR 51.1(c).

Each party shall address any objections they have to instructions proposed by any other party in a memorandum. The parties shall identify the specific portion of any proposed instruction to which they object and shall elaborate the basis for the objection. Objections asserting that an instruction sets forth an incorrect statement of law shall describe the legal authority that supports this objection. Failure to file an objection and supporting argument may be construed as consent to the adoption of an instruction proposed by another party.

ORDER - 2

7. The parties are requested to submit courtesy copies of witness and exhibit lists to the Court no later than **12:00 noon the Monday before trial**.

8. The September 29, 2021, pretrial conference is **STRICKEN and RESET to February 23, 2022, at 9:00 a.m., in Spokane**, Washington.

    (a)  All additional motions shall be filed and served no later than **February 4, 2022**.

    (b)  Responses shall be filed and served no later than **February 11, 2022**.

9. Indigent Defendant's requests for issuance of subpoenas and payment of costs and fees for trial witnesses shall be filed no later than ten days before trial, excluding weekends and holidays.

10. Defendant's Motion to Shorten Time, filed September 10, 2021, **ECF No. 56**, is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 14th day of September, 2021.

09-13-21

                WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3