|   |   |
|---|---|
| 1  |   |
| 2  |   |
| 3  |   |
| 4  |   |
| 5  |   |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00049-WFN |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO REVOKE PRETRIAL DETENTION ORDER** |
| RONALD CRAIG ILG, | |
| Defendant. | |

This matter came before the Court on the Defendant's Motion to Revoke Pretrial Detention Order. The Court, having reviewed Defendant's Motion to Revoke Pretrial Detention Order, along with the accompanying Court File, hereby **GRANTS** Defendant's Motion to Revoke Pretrial Detention Order.

The Court hereby expressly **FINDS** that Defendant does not pose a flight risk and the following conditions of pretrial release reasonably assure

Defendant's future appearance and the safety of the community and/or any person.

As such, it is hereby **ORDERED** that Defendant be released from custody pending trial pursuant to the following pretrial release conditions:

(1) Defendant shall not commit any offense in violation of federal, state, or local law.

(2) Defendant shall appear at all proceedings and surrender as directed for service of any sentence imposed.

(3) Defendant shall not have contact with Victim 1 and Victim 2, along with any potential witnesses in this matter, unless expressly permitted by the Court.

(4) Defendant shall immediately report to Pretrial Services. Unless previously approved by Pretrial Services or for purposes of meeting with defendant counsel, Defendant shall remain in his residence during all times of pretrial release. Defendant shall be subject to ongoing electronic monitoring to ensure compliance with this requirement.

(5) In no event shall Defendant be allowed to leave the Eastern District of Washington, unless given permission by Pretrial Services.

(6) Defendant shall immediately surrender his passport.

(7) Defendant shall be immediately required to establish psychological and/or psychiatric care with a mental health care professional. Defendant shall be required to remain in such care while this matter is pending.

(8) Defendant shall not posses a firearm, destructive device, or any dangerous weapons.

(9) Defendant shall contact defense counsel at least once a week.

(10) Defendant shall refrain from use or possession of drugs and alcohol.

(11) Defendant shall not have access to digital devices, computers, or any online services, with the following exception.  Defendant may have one computer, which is disclosed to Pretrial Services.  The computer may be used only for work purposes and/or communication with legal counsel and shall be subject to monitoring software.

(12) Defendant may have access to a cell phone that is not Internet enabled.

(13) Defendant shall post a cash bond in the amount of $250,000 in the Court Registry.  In the event Defendant violates any terms and conditions of this Order, such bond shall be immediately forfeited.

[Proposed] Order Granting
Defendant's Motion to Revoke
Pretrial Detention Order- Page  3

**DATED** this \_\_\_\_ day of November, 2021.

---
**The Honorable Mary K. Dimke**
**United States District Court Magistrate Judge**