Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>    Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S MOTION FOR OVERLENGTH BRIEF RE: DEFENDANT'S MOTION TO REVOKE PRETRIAL DETENTION ORDER**<br><br>With Oral Argument:<br>November 18, 2021 at 11:00 am<br>Via Videoconference |

COMES NOW, the Defendant RONALD CRAIG ILG, by and through his attorneys of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby moves the

Defendant's Motion for
Overlength Brief- Page  1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Court for an Order permitting Defendant to submit an overlength brief for Defendant's Motion to Revoke Pretrial Detention Order. In the accompanying Motion to Revoke Pretrial Detention Order, the Defendant respectfully requests the Court revoke his pretrial detention and grant his release from custody pending trial.

Pursuant to LCivR 7(f)(2), "[n]ondispositive motions . . . shall not exceed 10 pages." In turn, LCivR 7(b)(3) indicates "[a] 'dispositive motion' is a motion requesting summary judgment, judgment on the pleadings, dismissal, remand, or permanent injunctive relief. A 'nondispositive motion' is a motion seeking any other relief." As such, pursuant to LCivR 7, Defendant's to Revoke Pretrial Detention Order is a "nondispositive motion" that is subject to a 10-page limit. However, page limits "may only be exceeded by obtaining prior approval of the Court. A motion to exceed page limits must demonstrate good cause and recite the opposing party's position." LCivR 7(f)(5).

Defendant's Motion to Revoke Pretrial Detention Order is brought pursuant to the Bail Reform Act ("BRA"), 18 U.S.C. § 3141, *et seq*., along with the Due Process Clause. In addition, Defendant's Motion is supported by the Forensic Psychological Evaluations of two expert witnesses. The various in-

Defendant's Motion for
Overlength Brief- Page  2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

depth analysis required under the BRA and Due Process Clause would be insufficient in a brief under 10-pages. Moreover, Assistant United States Attorney Richard Barker has been apprised of this Motion for Overlength Brief and indicated the United States has no objection. As such, good cause exists to grant this Motion for Overlength Brief.

RESPECTFULLY SUBMITTED this 10th day of November, 2021.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
　　Carl J. Oreskovich, WSBA #12779
　　Andrew M. Wagley, WSBA #50007
　　*Attorneys for Defendant Ronald Craig Ilg*

Defendant's Motion for
Overlength Brief- Page  3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the United States and the State of Washington that on the 10th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send electronic service to all attorneys of record.

EXECUTED this 10th day of November, 2021 in Spokane, WA.

By: /s/ Jodi Dineen
Jodi Dineen

Defendant's Motion for
Overlength Brief- Page  4

ETTER, M<u>c</u>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100