1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,

vs.

RONALD CRAIG ILG,

　　　　　　　　　Defendant.

Case No. 2:21-cr-00049-WFN

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR OVERLENGTH BRIEF**

　　　This matter came before the Court on the Defendant's Motion for

Overlength Brief Re: Defendant's Motion to Revoke Pretrial Detention Order.

The Court, having reviewed the Motion for Overlength Brief, along with the

accompanying Court File, hereby **GRANTS** Defendant's Motion for Overlength

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Brief.  It is hereby **ORDERED** that Defendant's Motion to Revoke Pretrial

Detention Order may exceed the 10 page limit for nondispositive motions.

    **DATED**  this _____ day of November, 2021.


_____

**The Honorable Mary K. Dimke**
**United States District Court Magistrate Judge**