UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL RE: MICHAEL STANFILL, Ph.D., FORENSIC PSYCHOLOGICAL EVALUATION** |

This matter came before the Court on the Defendant's Motion to Seal Re: Forensic Psychological Evaluation. The Court, having reviewed the Motion to Seal Re: Forensic Psychological Evaluation, along with the accompanying Court File, hereby **GRANTS** Defendant's Motion to Seal. The Court **FINDS** that good cause and compelling reasons exist to grant Defendant's Motion to Seal

the Medical Records based upon the private information contained therein in the form of statutorily-protected medical information regarding Defendant's mental health. Additionally, sealing the Forensic Psychological Evaluation is narrowly-tailored to accomplish this result.

As such, it is hereby **ORDERED** that the Forensic Psychological Evaluation of Defendant Ronald Craig Ilg, completed by Michael Stanfill, Ph.D., shall be filed under seal in the Court File herein.

**DATED** this ____ day of November, 2021.

**The Honorable Mary K. Dimke**
**United States District Court Magistrate Judge**