# Michael L. Stanfill, Ph.D.
**Licensed Psychologist**

4742 42nd Ave SW #282, Seattle, WA 98116
253.234.5439
mlstanfill@gmail.com
www.wisepsychpnw.com

---

## LICENSURE
Licensed Psychologist in the State of Washington (PY60273012)
Licensed Psychologist in the State of California (PSY25177)
Prior Interjurisdictional Practice Certificate (#4505) for Temporary Licensed Psychologist in the States of Georgia, Idaho, Kentucky, Mississippi, Ohio and South Carolina

## EDUCATION & TRAINING

| | |
|---|---|
| Doctorate: | Doctor of Philosophy in Clinical Psychology (APA accredited program; Awarded 2011)<br>California School of Professional Psychology, Alliant International University, San Diego, California |
| Masters: | Master of Arts in Clinical Psychology (Awarded 2008)<br>CSPP, Alliant International University, San Diego, California |
| Masters: | Master of Education in Mental Health Counseling (Awarded 2005)<br>University of Massachusetts, Boston, Massachusetts |
| Undergraduate: | Bachelor of Sciences in Psychology, cum laude (Awarded 2003)<br>University of Arizona, Tucson, Arizona |
| Postdoctoral: | Trauma Psychology Fellow (Completed 2011 to 2012)<br>Military Programming, Aurora Behavioral Healthcare, San Diego, California |
| Internship: | Clinical Psychology Intern (APA accredited program; Completed 2010 to 2011)<br>Western State Hospital, Tacoma, Washington |

## CLINICAL EXPERIENCE

| | |
|---|---|
| 01/2013 - Present | Clinical & Forensic Psychologist<br>Private Practice, Seattle & Tacoma, Washington |
| 01/2017 – Present | Forensic Evaluator<br>Special Commitment Center, Steilacoom, Washington |
| 10/2012 – 01/2017 | Psychiatric & Social Services Director<br>Jail Health Services, Public Health—Seattle & King County, Seattle, Washington |
| 07/2009 - 09/2010 | Psychological Assistant<br>Private Practice, Vista, California |
| 08/2007 - 09/2010 | Pre-doctoral Psychology Fellow<br>Viglione Consulting, San Diego, California |

| | |
|---|---|
| 11/2007 - 07/2010 | Intake/Intervention Therapist<br>Cal Works/Step Forward, San Diego, California |
| 06/2004 - 09/2007 | Masters Level Mental Health Therapist<br>Massachusetts Department of Corrections, Walpole & Shirley, Massachusetts |

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 05/2020 – Present | Clinical Practicum Supervisor<br>Seattle Pacific University, Clinical Psychology PhD Program<br>Seattle, Washington |
| 02/2014 - Present | Clinical Assistant Professor<br>University of Washington, Department of Health Services<br>Seattle, Washington |
| 05/2012 - 05/2013 | Adjunct Professor<br>Alliant International University, Clinical Psychology PhD Program<br>San Diego, California |
| 08/2008 - 08/2010 | Teaching Assistant<br>CSPP, Alliant International University, San Diego, California |

**PUBLICATIONS**

Brief for King County as Amicus Curiae, *Trueblood et al. v. Washington State Department of Social and Health Services, et al.*, US C14-1178 MJP (2015).

Stanfill, M. L., O'Brien, S., & Viglione, D. J. (2014). Multi-method violence risk assessment (pp.379-402). In C. J. Hopwood & R. F. Bornstein (Eds.) *Multi-method clinical assessment*. Guilford Press: New York.

Stanfill, M. L., Viglione, D. J., & Resende, A. C. (2013). Measuring psychological development with the Rorschach. *Journal of Personality Assessment, 95*(2), 174-186.

Stanfill, M. L. (2010). *Examination of a juvenile sex offender typology as measured by the Rorschach Inkblot Test, cognitive functioning, and victim and offense characteristics*. Unpublished doctoral dissertation: San Diego.

Contributor to: Sattler, J. M., & Ryan, J. J. (2009). *Assessment with the WAIS-IV*. San Diego: Sattler Publishing.

Stanfill, M. L. (2009). Juvenile sex offenders. In T. Pizitz (Ed.) *Criminally-Minded: Forensic psychological perspectives, theories and research on criminal offenders* (pp. 9-45). Berlin: VDM Verlag.

**JURIED PRESENTATIONS, SYMPOSIA & POSTERS**

Rederford, S. & Stanfill, M. (September 2015). *Treating psychological trauma in custody.* Paper presented at the 5th Annual Northwest Regional Crisis Intervention Training Meeting, Vancouver, WA.

Stanfill, M. L. with Ando, C., Goodman, R., & DaPra, E. (January 2015). *The jail system: Washington's*

*largest mental health provider.* Symposium round table presented at the 2015 Washington State of Reform Health Policy Conference, Seattle, WA.

Stanfill, M. L. (October 2014). King County's Approach to Treating Mental Illness in Jails. In H. J. Steadman (Chair) *Jails, Communities and Persons with Behavioral Health Disorders.* Symposium sponsored by the John D. and Catherine T. MacArthur Foundation, Miami, FL.

Stanfill, M. L. (August 2014). *Jail: The New Psychiatric Treatment Facility.* Paper presented at the 4th Annual Northwest Regional Crisis Intervention Training Meeting, Burien, WA.

Stanfill, M. L. (July 2014). *Turning involuntary antipsychotic medication policies into practice.* Paper presented at the Annual National Commission on Correctional Health Care Correctional Mental Health Care Conference, Denver, CO.

Stanfill, M. L. (April 2013). Treating psychiatric issues in correctional settings. In A. Schoenfield (Chair) *Use of the Sequential Intercept Model of Mental Health and Criminal Justice.* Symposium presented to the Regional Law and Justice Committee, Seattle, WA.

Stanfill, M. L., Resende, A. C., & Viglione, D. J. (March 2012). A developmental index for assessing maturity and psychological growth. In D. J. Viglione (Chair) *Research on the Rorschach and Rorschach Performance Assessment System.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, Chicago, IL.

Newsome, L., McGlone, G., Viglione, D. J., & Stanfill, M. L. (March 2011). Rorschach scales in an investigation of Roman Catholic clergy sex-offenders and narcissism, dependency, immaturity, and sexualization. In D. J. Viglione (Chair) *Recent Rorschach Validity Research.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, Boston, MA.

Pizitz, T. D., McCulluagh, J. M., & Stanfill, M. L. (March 2011). Are all sex offenders similar? MMPI-2 profiles of contact and non-contact sexual offenders. In T. Pizitz (Chair) *Forensic Assessment.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, Boston, MA.

Pizitz, T. D., McCulluagh, J. M., & Stanfill, M. L. (March 2011). Surrogate mother MMPI-2 profiles: A preliminary scale exploration. In E. Rossini (Chair) *Unique Assessment Applications.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, Boston, MA.

Stanfill, M. L., Meloy, J. R., Franks, K., & Viglione, D. J. (March 2011). Use of the Rorschach to assess a juvenile sex offender typology. In D. J. Viglione (Chair) *Recent Rorschach Validity Research.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, Boston, MA.

Stanfill, M. L. (February 2011). *Using the Rorschach in clinical and forensic practice.* Continuing education presentation at the Washington Institute Seminar Series, Lakewood, WA.

McCulluagh, J. M., Pizitz, T. D., Stolberg, R., & Stanfill, M. L. (March 2010). MMPI-2 and MMPI-2-RF sexual offender profile comparison. In A. Blass (Chair) *Assessment with Sex Offenders.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, San Jose, CA.

Stanfill, M. L., & Pizitz, T. D. (March 2010). K corrected versus non-k corrected profiles of contact and

non-contact sexual offenders. In A. Blass (Chair) *Assessment with Sex Offenders.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, San Jose, CA.

Stanfill, M. L., & Viglione, D. J. (March 2010). Development and validation of a new empirically-based Rorschach variable: The Rorschach Maturity Index. In W. Reynolds (Chair) *New and Established Measures.* Paper presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, San Jose, CA.

Pizitz, T. D., Stanfill, M. L., Stolberg, R., & Milton, K. (March 2010). *MMPI-2 profiles of surrogate mothers*. Poster presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, San Jose, CA.

Pizitz, T. D., Stanfill, M. L., Stolberg, R., & Milton, K. (March 2010). *MMPI-2 profiles of stalking and domestic violence perpetrators: Are these offenders really that different?* Poster presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, San Jose, CA.

Stanfill, M. L., Pizitz, T. D., Kropp, J. N., Stolberg, R., & McCulluagh, J. (March 2010). *MMPI-2 clinical and RC profiles of male stalkers*. Poster presented at the Mid-Winter Annual Meeting for the Society for Personality Assessment, San Jose, CA.

Pizitz, T. D., Stanfill, M. L., & Kropp, J. N. (September 2009). *MMPI-2 profiles and classification rates of contact and non-contact sexual offenders: Are all sexual offenders the same?* Poster presented at the 14th International Conference on Violence, Abuse, and Trauma, San Diego, CA.

**SELECTED PROFESSIONAL & OTHER INVITED PRESENTATIONS**

Stanfill, M. L. (March 2017). *Volk v. DeMeerleer: Where are we and where are we going?* Continuing education presentation sponsored by Evidence-Based Treatment Centers of Seattle, Seattle, WA.

Stanfill, M. L. (December 2015). *Treatment in the criminal justice system*. Continuing education presentation sponsored by Evidence-Based Treatment Centers of Seattle, Seattle, WA.

Stanfill, M. L. (December 2014). *The last resort provider.* Continuing education presentation sponsored by the National Alliance on Mental Illness, Kirkland, WA.

Stanfill, M. L., Condon, M., & Murphy, L. D. (July 2014). *Treating mental illness within the criminal justice system.* Invited presentation to the Snohomish County Community Action Advisory Committee, Everett, WA.

Pine, B., Sanders, B., Stanfill, M., & Balducci, C. (October 2013). DAJD/Jail Health Services psych services strategic lean improvement. In D. Constantine (Executive) *Washington Business Alliance Good Government Check*, Seattle, WA.

Pine, B., Stanfill, M., Balducci, C., & Hyatt, C. (July 2013). *Using Lean management in correctional healthcare.* Invited presentation to the King County Counsel, Seattle, WA.

Stanfill, M. L. (March 2013). *Best practices in correctional psychiatric healthcare.* Invited presentation to the King County Department of Adult and Juvenile Detention, Kent, WA.

Stanfill, M. L. (August 2012). *Using multi-method approach to personality assessment.* Invited presentation to the Aurora Behavioral Healthcare staff, San Diego, CA.

Stanfill, M. L. (March 2012). *Functional performance assessment in various contexts.* Guest lecture to

advanced psychological assessment class at Alliant International University, San Diego, CA.

Stanfill, M. L. & Burt, A. (January 2012). *Managing difficult patients with posttraumatic stress: A case study*. Invited presentation to the Aurora Behavioral Health Care Psychology Department, San Diego, CA.

Stanfill, M. L. (October 2011). *Rorschach: Integrating old and new systems of scoring and interpretation.* Invited presentation to the Aurora Behavioral Health Care Psychology Department, San Diego, CA.

Stanfill, M. L. (August 2011). *Child sexual behaviors.* Invited presentation to the Child Study and Treatment Center, Lakewood, WA.

Stanfill, M. L. (May 2011). *Treating expressive and receptive language problems in children.* Invited presentation to the Child Study and Treatment Center, Lakewood, WA.

Stanfill, M. L. (May 2011). *Providing treatment to difficult patients in secure settings.* Invited presentation to the Special Commitment Center Clinical Department, McNeil Island, WA.

Stanfill, M. L. (April 2011). *Predicting risk with logistic regression.* Invited presentation to the Special Commitment Center Forensic Unit, Steilacoom, WA.

## SPECIALIZED CLINICAL TRAINING

| | |
|---|---|
| 2003 – Present | Ongoing continuing education on various topics related to evidenced based treatment, psychological assessment, consultation, and ethics. Topics vary and are consistent with requirements for licensure as a psychologist. |
| 06/2021 | Train the trainer advanced training for the Violence Risk Scale—Sex Offender Version with Sharon Kelley, PsyD |
| 10/2019 | Advanced training on Violence Risk Scale—Sex Offender Version with Sharon Kelley, PsyD |
| 10/2017 | Advanced training on static and dynamic risk for sex offenders using the Static-99R, Stable-2007, and Acute-2007 |
| 06/2017 | Completed Static-99R Booster training with L. Maaike Helmus, PhD |
| 05/2017 | Completed advanced multi-day training on assessing psychopathy with the Psychopathy Checklist, Revised Version (PCL-R) with J. Reid Meloy, PhD |
| 03/2017 | Completed advanced seminar on managing bias in forensic evaluations by Daniel Murrie, PhD |
| 05/2014 | Completed eight-hour seminar on Advanced Threat Assessment by J. Reid Meloy, PhD |
| 02/2012 | Completed 10-hour seminar on providing individual Cognitive Processing Therapy (CPT) for the treatment of PTSD with a focus on military and veteran populations. Received individual supervision on providing this treatment to several cases. |

| | |
|---|---|
| 05/2011 | 10-hour seminar on providing Trauma Focused Cognitive Behavioral Therapy (TF-CBT) for the treatment of PTSD with children and adolescents. Received individual supervision on providing this treatment to several cases. |
| 09/2010 - 03/2011 | Completed year-long seminar on various topics related to forensic psychology to include: mental health law and policy, competency to stand trial, mental health defenses and sanity, voluntary intoxication, risk assessment, evidence rules and procedures, expert testimony, sexual offender evaluations and sexually violent predators, juvenile forensic evaluations, civil competencies, parental fitness examinations, malingering, correctional mental health, child custody and high-impact parenting evaluations, and violence assessment. |
| 08/2007 - 12/2009 | Forensic Specialization within Ph.D. Program and completed dissertation on a forensic-related topic. |
| 11/2009 | Advanced multiday training in Prolonged Exposure Therapy for the treatment of PTSD Presented by Edna Foa, Ph.D. Provided treatment, and received intense individual supervision on multiple cases. |
| 06/2009 | Advanced multiday training on the Psychopathy Checklist—Revised by J. Reid Meloy, Ph.D. |
| 08/2003 - 08/2005 | Forensic Services and Counseling Specialization within M.Ed. Program |

**CONSULTATION SERVICES**

| | |
|---|---|
| 08/2011 – 12/2014 | Psychological Testing Scoring and Interpretation Services<br>San Diego, California, and Seattle and Tacoma, Washington |
| 01/2009 – 12/2012 | Statistics Consultation<br>San Diego, California, and Seattle and Tacoma, Washington |

**LEGISLATIVE & POLICY ADVISEMENT**

| | |
|---|---|
| 2021 - Present | Participated in development of telepsychology practice and research guidelines for the American Psychology-Law Society |
| 2015 - 2016 | Part of King County Executive-initiated policy advisory group to create policy aimed at recidivism reduction for the locally detained population. |
| 2014 – 2016 | Legislative lobbying review on behavioral health and forensic mental health matters for Public Health—Seattle & King County |
| 2014 | Participated in King County Council-initiated advisory group to provide recommendations and policy suggestions for the improved treatment and housing of the incarcerated veterans in King County. Culminated with creation of Veteran's Housing Unit and corresponding programming at the Maleng Regional Justice Center. |
| 2013 | Participated on legislative workgroup tasked with development of legislation recommendations for the treatment of mental illness within county-based correctional settings. Culminated with the passing of Washington State HB2195 (2013-2014): Relating to involuntary medication for maintaining the level of restoration in jail (amending RCW 10.77.092). |

**COMMITTEE MEMBERSHIP**
Member, American Psychology-Law Society Telepsychology Guidelines Taskforce, 2021 - present
Member, King County Regional Mental Health and Veterans Court Executive Committee, 2015 - 2017
Member, King County Recidivism Reduction and Reentry Policy Advisory Committee, 2015 - 2017
Chair, Jail Health/RSN Continuity Integration Workgroup, 2014 - 2015
Member, Incarcerated Veterans Levy Advisory Committee, 2014
Member, Impact of Competency Restoration on Correctional Environments Washington State Legislative Workgroup, 2013
Ad-Hoc Member, Regional Law, Safety and Justice Committee, 2012 - 2017

**SCHOLARSHIPS & AWARDS**
Contributing Investigator, Robert Wood Johnson Foundation Public Health Services and Systems Research Grant, 2015
Recognition of Contribution, John D. and Catherine T. MacArthur Foundation, 2014
Merit Scholarship, Alliant International University, 2007 - 2011
Student Travel Award, Society for Personality Assessment, 2010
Dissertation Grant, Society for Personality Assessment, 2009
Graduate Associate Award, University of Massachusetts, 2003 - 2005
Regent Scholar, University of Arizona, 1999 - 2000

**PROFESSIONAL AFFILIATIONS**
American Psychology-Law Society (current)
American Psychological Association (current)
Society for Personality Assessment (prior)