FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>    Defendant. | No. 2:21-cr-00049-WFN-1<br><br>ORDER SEALING PSYCHOLOGICAL EVALUATION<br><br>**ECF No. 61** |

Before the Court is Defendant's Motion to Seal Re: Michael Stanfill, Ph.D., Forensic Psychological Evaluation.  ECF No. 61.  For the reasons stated in the motion, the Court finds good cause to seal the psychological evaluation.

**IT IS ORDERED:**

1. The Motion to Seal (**ECF No. 61**) is **GRANTED**.

2. The District Court Executive is directed to file under seal the Proposed Sealed Documents filed at ECF No. 62.

ORDER - 1

DATED November 10, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2