UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO AMEND ORDER GRANTING UNITED STATES' MOTION FOR PRETRIAL CONDITIONS (ECF No. 51)** |

This matter came before the Court on the Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions (ECF No. 51). The Court, having reviewed the Motion to Amend, along with the accompanying Court File, hereby finds good cause exists and **GRANTS** Defendant's Motion.

It is hereby **ORDERED** that Defendant's Pretrial Conditions shall be amended to indicate: "Defendant's prohibition on indirect contact with J.I. and M.P. shall not apply to contact by and through legal counsel for purposes of taking depositions in the parallel family law matter. Additionally, nothing herein shall prohibit discovery and witness interviews by legal counsel for purposes of defending this federal prosecution."

**DATED** this \_\_\_\_ day of November, 2021.

---

**The Honorable Mary K. Dimke**
**United States District Court Magistrate Judge**