Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG (a/k/a "SCAR215"),<br><br>Defendant. | Case No.: 2:21-CR-00049-WFN-1<br><br>Motion to Seal United States' Exhibit C  to the Opposition to Defendant's Second Motion for Release |

 Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney for the Eastern District of Washington, moves the court, pursuant to Rule 49.1(d), for an order sealing Exhibit C to United States' Opposition to Defendant's Second Motion for Release, on the ground the Exhibits contains information containing identification information and sensitive audio of that witness, who appears to be a victim of a sexual assault.  Accordingly, the United States, respecting the Witness's privacy, moves to seal the related exhibit.

Motion to Seal Exhibit C to United States'
Opposition to Defendant's Release - 1

DATED November 16, 2021.

Vanessa R. Waldref
United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

*s/ Richard R. Barker*
Richard Barker
Assistant United States Attorney