Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD CRAIG ILG (a/k/a "SCAR215"),<br><br>　　　　　　　Defendant. | Case No.: 2:21-CR-00049-WFN-1<br><br>United States' Notice of Non-Scannable SEALED Exhibit C |

　　　Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney, for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney for the Eastern District of Washington, submits the following CD labeled SEALED Exhibit C to United States' Opposition to Defendant's Second Motion for Release to be attached to Notice.

　　　Dated: November 16, 2021.

　　　　　　　　　　　　　　　　　　　Vanessa R. Waldref
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　s/ *Richard R. Barker*
　　　　　　　　　　　　　　　　　　　Richard R. Barker
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

Notice of Non-Scannable Exhibit

- 1

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.  I further certify that on November 16, 2021, two (2) copies of the CD titled SEALED Exhibit C to United States' Opposition to Defendant's Second Motion for Release (one for the Clerk and one for Judge Mary K. Dimke) were hand-delivered to the Clerk of the Court in Spokane, Washington.  The content of the CD, labeled SEALED Exhibits C to United States' Opposition to Defendant's Second Motion for Release, either was previously provided in discovery to  Defense  and/or via USAFx file share.

s/ *Richard R. Barker*
Richard R. Barker
Assistant United States Attorneys

- 2

Notice of Non-Scannable Exhibit