Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RONALD CRAIG ILG**,<br><br>　　　　　　　Defendant. | Case No.: **21-cr-00049-WFN**<br><br>**MOTION TO FILE OVER-LENGTH BRIEF RE: GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REVOKE PRETRIAL DETENTION ORDER.**<br><br>With Oral Argument:<br>November 18, 2021 at 11:00 am |

　　　Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion for leave to File Over-length Brief.

　　　This motion is based upon the files and records herein and Local Rule 7.1(f)(2).

Motion And Memorandum To File Over-length Brief –1
C:\Users\ACalkins1\Desktop\DRAFTS\Ilg filing 11-16-21\Draft_Ilg_Motion for Over-length Response.docx

The Defendant was charged by Indictment on May 4 2021, with Attempted Kidnapping, in violation of 18 U.S.C. § 1201(a)(1),(d).  On November 10, 2021 Defendant file a Motion to Revoke Pretrial Detention Order (ECF 59), with a Motion for leave to file over-length Brief (ECF 60). The Government cannot provide a response within the 10-page limitation for nondispositive motion response and finds it necessary to file a brief longer than 10 pages in order to adequately respond to defense counsel's Motion.

The Government has contacted Defense counsel, and they have no objection to the over- length brief therefore the Government requests the Court grant its Motion to File Over-length Brief.

Dated:  November 16, 2021.

Vanessa R. Waldref
United States Attorney


*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney