UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RONALD CRAIG ILG,**<br><br>Defendant. | Case No.: **21-cr-00049-WFN**<br><br>Order Granting United States'<br>Motion to File Over-length Brief |

THIS MATTER coming before the Court upon motion by the United States, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to File Over-length Brief in Response to Defendant's Second Motion to Revoke Pretrial Detention Order is granted.

IT IS SO ORDERED this _____ of November, 2021.

_____
Mary K. Dimke
United States District Judge

Order Granting United States' Motion To File Attachments Under Seal – 1
\\Usawaesfile31\Cases\RRB\_Electronic Case Files\Ilg, RONALD Craig_JAG (Barker)\07-Pleadings-drafts\2nd Motion to Reopen Detention\Proposed ORDER re Gov's Mot for OL brief. _Ilg.docx