# EXHIBIT A

**United States' Opposition to Defendant's Second Motion for Release**

July 10th

[WITNESS 1]

I knew on the day we met, the day our energies touched each others, we were meant to be together. The way our energies flowed so naturally together was unlike anything I had experienced before. And you felt the same. You feel the same.

The end of our trip to Mexico I felt reborn. I was ready & wanting to build a new life with you and the [REDACTED] & [REDACTED]. I am still wanting the same.

I want us to be married. [WITNESS 1] We can do that now, even with me in here. By doing it now, it is a clear and powerful message to the world of what we knew on the day we met. It would declare our love & deepen and wash aside all the negativity that has been described about what we know is TRUE love, not an obsession, not a woman trapped in domestic violence. No. It is two people who

have found what we have always been looking for, our soulmate.

If either of us decides to ignore the powerful magnetism between us, and tries to unweave one's intertwined energy from the other, it will fail. We will both be forever empty and lost. Please do not abandon us, [WITNESS 1].

I have been renewed in God's light & grace. I have a story to share. I want you and the girls to be the first to hear "His Story." I have titled it "Wrapped in Darkness, Redeemed by the Light." I literally died that night [WITNESS 1]. I died. But God gave me another chance. My first night in jail he blessed me with true visions. Not just something you see in your mind's eye. No, these were true visions. And in one of these True Visions was you, ▮ & ▮ & something else. I was there too. I want to tell you what that looked like. More

important is how it felt. Now, God revealed that these visions may or may not come to fruition. We have choice. [WITNESS 1], my [WITNESS 1], please join your first name with my last name. Let's build that family. I love you with every ounce of energy that God has blessed me with. I pray each night, [WITNESS 1], much like Jesus did in Gethsemane (spelly??). I pray from the depths of my heart & soul that you do not abandon me like everyone else has. Rifer, I pray that we will rebuild. Our union will be forever & will be reflected in God's daily presence in our lives & in our trust for each other. We will not need a prenuptial or postnuptial. We only need God's grace & love in our lives to achieve always & forever. And we will achieve it.

I DID NOT WRITE ANY OF THOSE EMAILS. NONE of THEM.

What I told you long ago & in Mexico was true. And in fact, I had essentially arranged my early departure & it was to look like an accident or robbery. This was arranged with a second team.

It was the first team who wrote all those emails. Remember the week I stayed with you after getting an email saying "you are going to jail." That email was from the 1st group after they tried to extort an enormous amount of money from me and I told them to fuck off. That group also sent another email while we were in Mexico. It said, "Now we got you!"

I did NOT write those emails, WITNESS 1

There is so much I want to share with you. I will get out from under this rock. God has shown this to me and I believe it. Also, my attorneys have

found some significant deficiencies in the government's case.

I know you are worried about cooperating & being truthful. I want you to be also. Importantly, if we are married, we can decide if you testify or not. Washington law is unique in this way. One would think that you would have to testify regarding things that happened when we weren't married. That is NOT the case in Washington.

I am taking a GIANT risk in sending you this letter, which I hope will find you. It could leave me here, in this jail, until the trial. And this county jail is known as the worst in the United States. The worst.

I need your support & love now. As soon as we were married we could talk & communicate as much as we wanted. I am

tired of only talking to ANOTHER EX WIFE. I need you, WITNESS 1. I can't do this in here much longer without you.

Please tell your lawyer that you want us to be married as soon as possible. Today or tomorrow. Curt will make it happen.

If you are back with ▓ or hooked up with someone new, please text this to EX-WIFE. The unknown is so much worse than the known. It will be devastating but if you think you will be happier that way, then that is what I want for you & the girls the most.

If you want an amazing future with God leading the way, text EX WIFE, "Tell Ron/Sir, I will." I have so much more I want to share about what has happened & about our (the) future.

I love you. Always & Forever
R

P.S. If you love me now, or ever loved me, please keep this letter & don't mention it to anyone. And if you do want to build a family & home, I want to forge it in OPREP soon & just if that works for you. I have so many plans for us. But I need to not do that - get my hopes up forward & get — I have so many plans for you.