# EXHIBIT B

**United States' Opposition to Defendant's Second Motion for Release**





