# EXHIBIT C

## Non-scannable

## *SEALED*

**United States' Opposition to Defendant's Second Motion for Release**