# EXHIBIT D

**United States' Opposition to Defendant's Second Motion for Release**

# Exhibit 1
Transcripts of Messages
Provided by News Organization

# Scar215

## Notes

VICTIM 1

Link to VICTIM 1's address

She is a neonatal pediatrician

Links to VICTIM 1's identifying information

The person effectively linked to this page as ID:

Link to VICTIM 1 identifying information

VICTIM 2

Links to identifying Information for VICTIM 2

## Connection?

There is a 'Dr. Ron C. Ilg' who is a neonatologist who might connect the two

https://health.usnews.com/doctors/ron-ilg-310690

# Payment



Scar215 on H added 0.0399 BTC to 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 65 on Feb 23 21:53[1]

- tx
- Wallet

~$1,985.45

<div style="background:#4a4a4a; color:white; text-align:center; padding:8px;">REFERENCE TO DARK WEBSITE #2</div>

scar215 on S added 0.1758 BTC to 15SKXF5i7cWZcSQVezF5PP3xLkYfUfwto7 0 L5S8J3Er7a8ko2Nie5nphURSFj1UYXJ312219wENqEVNuZNzxjQD on Mar 30 13:59 (not sure what this elongated format is about)

- TX
- Wallet

~ $10,192.78

<div style="background:#4a4a4a; color:white; text-align:center; padding:8px;">Reference to Dark Website #3</div>

- 5sneyavp on E added 0.2 BTC to 1DGZ5LPNYbodxdPuCRx2k3kWUiuoFF9mq5 72 on Apr 01 12:47
- 5sneyavp on E added 0.464 BTC to 1DGZ5LPNYbodxdPuCRx2k3kWUiuoFF9mq5 63 on Apr 01 15:28[2]
- TX1 0.2 $11,897.64
- TX2 0.464 $27,602.52
- Wallet

~$39,500.16

## Totals

~$51,678.39

# Correspondence - Hydra

## Order 1.0

A Scar215 S Feb 23 21:14 L Feb 24 5:30 T C B 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 0.0399 BTC X

==Name== VICTIM 1 ==Lang Address== VICTIM 1's Address ==Country: United States Send 0.0396 Bitcoin==

==Description: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. I tried to attach a pic but it wouldn't load.==

## Correspondence body

Subject Your order Dec 31 16:33 Message: Hello , We got the order and saved it in an encrypted form. Let me know if you have any preferences regarding how this will be done, and then we will assign the order to a hitman. After the order is assigned, it usually takes between 1-2 weeks for the job to be completed. When is finished we send you a confirmation along with proof, and a link to release the bitcoin to the hitman. We can keep in touch here on this encrypted messaging system all time during the execution to ensure things work out smoothly. Do you know how to get bitcoins, do you need any help with that? Looking forward to hear from you Admin Reply Del

Subject Re: Your order Dec 31 16:33 Message: I want to use an independent escrow account. Once I have this established, how do I let you know which one. Reply Del

Subject Order has been updated Dec 31 16:33 Message: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you Admin ████████ Reply Del

Subject Re: Re: Your order Dec 31 16:33 Message: Yes, we can use independent escrow account Reply Del

Subject Re: Re: Re: Your order Dec 31 16:33 Message: I sent the bitcoin to this sites escrow. You should have it. Once it is available, can you give me a time line. Reply Del

Subject Re: Re: Re: Re: Your order Dec 31 16:33 Message: Hi, I see the bitcoin have arrived to escrow. I am assigning a hitman to do the job. It will take about 1 week or so. Are you sure you only want the target beaten and not killed? Once we beat the target, we wont touch it again until at least 6 months pases... so you can not submit a killing job on the same target for at least 6 months Reply Del

Subject Re: Re: Re: Re: Re: Your order Dec 31 16:33 Message: Yes, this is all I want . ==I would like to see evidence that it happened. If this goes well, I have another, more complicated job.== Reply Del[3]

Subject Re: Re: Re: Re: Re: Re: Your order Dec 31 16:33 Message: The another more complicated job is for the same target? or different target? Reply Del

Subject Re: Re: Re: Re: Re: Re: Your order Dec 31 16:33 Message: An entirely different target wi th entirely different objectives Reply Del[4]

## Order 1.1

Name ████VICTIM 1████ Address ███VICTIM 1's Address███ Dr Country: United States Send 0.0428 Bitcoin

Description: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. Follow this link for the targets pic. She is the second pic

Link to VICTIM 1's employer's website

## Correspondence body

Subject Order has been updated Dec 31 16:33 Message: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you Admin ▓▓▓▓▓▓▓ ▓▓▓▓ Reply Del[5]

Subject Re: Re: Re: Re: Re: Order has been updated Dec 31 16:33 Message: Ok. Thanks for the update. I will need picture verification Reply Del[6]

Subject Re: Re: Re: Re: Order has been updated Dec 31 16:33 Message: the hitman said it will be done soon Reply Del

Subject Withdraw in progress Dec 31 16:33 Message: Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is : .03 BTC. The withdraw is going to: bc1qaz7azljaqmj9v5vvvuvylym5y8qzalk5xccg8a Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you Reply Del[7]

## Order 2.0

A Scar215 S Feb 23 21:14 L Mar 21 23:37 T C B 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 0.0429 BTC X

Name ▓ VICTIM 2 ▓ Address ▓▓▓▓▓▓ VICTIM 2's Address ▓▓▓▓▓▓ Country: United States Send 0.2603 Bitcoin

Description: I need a rush job for next week. I need the target kidnapped for five to seven days. While being held she is given at least daily doses of heroin. She is also strongly persuaded to do a few things within two weeks. 1, stop ALL Court proceedings, 2, return to your husband and the chaos you created, 3. Tell absolutely no one about this. Also, the team should plant heroin and used needles with her DNA inside. After about seven days she is returned to her home[8]

## Order 2.1

A Scar215 S Feb 23 21:14 L Mar 30 20:18 T C B 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 0.0429 BTC X

Name ▓ VICTIM 2 ▓ Address ▓▓▓▓▓▓ VICTIM 2's Address ▓▓▓▓ United States Send 0.3595 Bitcoin

Description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own

should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First,cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids,depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done in two weeks Subject Re: Your order Dec 31 16:33 Message: I would prefer to use an independent escrow service. Can you give me 3 diffent ones and how exactly it works using an independent service Reply Del

## Correspondence body

Subject Re: Your order Dec 31 16:33 Message: I am hesitant to use so much money with your escrow. At one point I had tried to reclaim some Bitcoin from this escrow and it didnt go anywhere despite waiting 2 or 3 days. I will deposit the amount needed if I can be reassured I will get it back if the job is not completed Reply Del


Subject Re: Your order Dec 31 16:33 Message: I have that much Bitcoin already. How can I show you proof of that without putting it in your escrow? Thanks Reply Del


Subject Order has been updated Dec 31 16:33 Message: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you Admin ███████ Reply Del


Subject Re: Order has been updated Dec 31 16:33 Message: Can you adjust the goal. It is stated as a high profile kill. That is wrong. It is a seven day kidnapping of a non-high profile person. What would the escrow be for this?? What would be the real timeline? The reason I ask is because I had ordered a simple beating of a target. After almost four weeks, nothing had happened so I canceled it. So, how long should it take and if it hasnt happened, then what?? Thanka Reply Del


Subject Re: Order has been updated Dec 31 16:33 Message: I am looking for someone who can do this job around April 9 to the 18th. If you identify someone who can do it I will provide the Bitcoin needed to start. If it goes well within the time frame, I will at least double the pay. I would provide a pic of my Bitcoin balance of $38k but it is not attaching. Thanks for your prompt reply Reply Del

Subject Withdraw in progress Dec 31 16:33 Message: Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is : 0.04 BTC. The withdraw is going to: 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you Reply Del[9]

# Correspondence - [Reference to DARK WEBSITE #2]

Alias scar215 Signup : Mar 29 12:18 Last Mar 30 21:39 Type: Customer Bitcoin: to7 0 BTC X

Name kidnapping Address Name [VICTIM 2] Address: [VICTIM 2's address] : spokane, Washington, 99216Country: United States Send 0.17 Bitcoin

description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First,cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids,depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done around April 9 to the 18th. If it is done at this time and the goals are achieved, the payment will be doubled

1 8751 Subject New job request received Date2021-03-29 15:54:31 Message: Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del

Subject Reply : New job request received Date2021-03-29 16:07:27 Message: I am trying to prove I have enough Bitcoin. I am trying to attach a pic of my wallet with $38k in bitcoin but it is not attaching?? Can you send this on to a vendor since it needs to be done in a timely way?

Can you suggest how to share that I have adequate Bitcoin? old message below -------- : Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del

Subject Reply : New job request received Date2021-03-29 16:11:12 Message: If you have a vendor that can do the job as described in the time frame described, I will add the Bitcoin to your escrow now. old message below -------- : Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del

Subject Reply : New job request received Date2021-03-30 11:28:50 Message: I will be adding the minimum Bitcoin today. If the job gets done within the next 2 weeks, I will add a bonus of $5k. If the goals that are specified happen within 2 weeks of the job being done, I will provide a bonus of $20k to $40k in bonus. I am not sure how to prove I have this Bitcoin available to reassure the vendor of my sincerity. Do you have any suggestions? old message below -------- : Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del[10]

8751 1 Subject Reply : Re: Reply : New job request received Date2021-03-31 10:10:55 Message: The information shared with me regarding the target is she has a full time job and a part-time job at [Link to VICTIM 2's employer] She works there every other Wednesday night and closes the business by herself around 7 pm. I dont know for sure if she is actually working tonight, but it is likely. Her schedule gets complicated because she has kids every other week. This week she does not have kids. She will have kids starting Friday after work,around 4. That is something to consider now. But, since it is such short notice, I am sure you will have other ideas. She is stubborn. The vendor/team will have to be very persuasive to get her to follow through with the goals. But I suspect your team can be just that, very persuasive and hopefully will be able to encourage her to complete the tasks even after she is released. old message below -------- : Hi, I see the minimum amount of bitcoin that you sent is arriving to your wallet. Yes, the goals can be done withing the 2 weeks of the job being done, for the bonus of $20k to $40k. As for proof of the bonus, you can put the bitcoin for the bonus $20k to $40k either here on your wallet, or on an external bitcoin wallet. After the two weeks after the job is done, when the goals have been achieved, you can release the bonus to us Is this ok? Let me know Juan admin [████] Cartel cyberteamReply Del

1 8751 Subject Re: Reply : Re: Reply : New job request received Date2021-03-31 11:30:02 Message: Hi, I got the information. I have spoken with the assigned hitman, and he said he would prefer to see the entire bonus amount added to escrow before he proceeds with the job. Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as possible and follow with everything so that the goals are done within 2 weeks after that Can you please add the bonus to escrow? Let me know Juan admin [████] Cartel cyberteamReply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : New job request received Date2021-03-31 17:47:47 Message: Let me know which of those two would work. I would prefer to just add the bonus Bitcoin shortly after the target is in hand, with some sort of obvious pics that prove it. Does you guy need more details? Does he understand the goals? The top goals to get the biggest bonus is stopping all court proceeding AND going back to her husband. Importantly, the court timeline is coming up, that is why there is a 2 week window. If we miss that, then the bonus will shrink, unfortunately. What is his timeline for getting her? I have few restrictions on what it will take to persuade her. Threatening family, use her dog as a demonstration, whatever. And pics and videos are necessary to use to keep her mouth shut in the future. Time is of the essence to avoid the court stuff moving forward. Thanks old message below -------- : Hi, I got the information. I have spoken with the assigned hitman, and he said he would prefer to see the entire bonus amount added to escrow before he proceeds with the job. Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as possible and follow with everything so that the goals are done within 2 weeks after that Can you please add the bonus to escrow? Let me know Juan admin [████] Cartel cyberteamReply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-03-31 23:32:56 Message: Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin ███ Cartel cyberteamReply Del


Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 05:01:09 Message: First, lets ensure the goals are correct. I think you accidently wrote "not go back" when in fact she MUST go back. This is the absolute goal that she must do for a good bonus. Goals 1. Stop all court proceedings 2. Do go back to her husband weather she wants to or not 3. Keep her mouth shut, and tell no one about the kidnapping 4. Plant drugs in her home and used needles a day or so after collecting her. So, if people start looking for her while she is detained, they will find them. 5. Inject her with heroin 2 times per day. Teach her to inject herself. 6. Send pics and videos of her injecting herself for bribery later. Her schedule I have described. I have been told she has kids every other week starting on Friday. She has kids starting this Friday. She works week days from about 8 to 4. When she does NOT have kids she works at the ███ on Saturday and then Wednesday after work. I will use an external escrow. Hidden WiKi, where I first discovered your link, suggests the following:. "Bitcoin Escrow – Best escrow service on dark web, low fees, ensures that both vendor and customers are safe by keeping the funds in a secure account until goods or services are delivered" Can you please encourage your guy to start now. I have $40k in a wallet right now. I tried to send a pic of it but I cant get this email to select that file. I will start moving the Bitcoin as soon as we agreed on an escrow. But it will take a couple days to get there. I dont want to loose much more time. If he collects her when she has kids it will be immediately publisized. If she doesnt have kids AND she is forced to send texts out to work and any nosey friends , she could say she has COVID and is quarantined. So, please have him start now and send me updates and pics as soon as you have her. AND is the Bitcoin Escrow gonna work for us? Thanks old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use an external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can

use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin ▮▮▮▮Cartel cyberteamReply Del


Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 07:18:29 Message: I am moving Bitcoin around for the independent escrow. I think being very clear about the bonus will avoid a dispute. So, I will propose the following: To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. He had a similar experience though to make sure he will take her back, which he agreed to do. She is strong for a woman. And she is stubborn and will need lots of persuasion. And she will say yes when she is thinking "fuck no" so after she is released a way to continue to encourage her would be a good idea. Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin ▮▮▮▮Cartel cyberteamReply Del


Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 07:22:51 Message: The escrow listed on Hidden wiki leaks is Dark Bitcoin Escrow. ▮▮▮▮▮▮

Onion Address old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin███████Cartel cyberteamReply Del[11]

8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 12:29:39 Message: Because of time constraints, I will set up the escrow now and begin to fill it with Bitcoin if I can. I may need information from you to include you or your guy. old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin ███████Cartel cyberteamReply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 12:57:48 Message: The independent escrow is startwd at the Dark Bitcoin Escrow using the link I supplied. Your view code is. 9y5qv2352h I sent some Bitcoin to eventually get to a total Bitcoin of 0.68 I copied the goals from my previous email. Please have you guy proceed. I can verify that he has the correct target if and when he is wanting that. Thanks old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his

power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin ███████Cartel cyberteamReply Del


1 8751 Subject Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 14:30:58 Message: Hi, I agree with the bitcoin of your choise, http:// ████████████ is fine with us. Please add the 0.68 btc there as bonus for the goals, and then we proceed . You can put the following bitcoin address as succes wallet there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres. Let me know after you have added funds there, so we can proceed with the job soon Let me know Juan admi ███████Cartel cyberteamReply Del


8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 15:44:36 Message: Done. Because of volatility with Bitcoin I still need to add a tiny amount 0.019. Would you agree that there is sufficient funds now to proceed? Thanks old message below -------- : Hi, I agree with the bitcoin of your choise, ███████████████ is fine with us. Please add the 0.68 btc there as bonus for the goals, and then we proceed . You can put the following bitcoin address as succes wallet there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres. Let me know after you have added funds there, so we can proceed with the job soon Let me know Juan admin ███████Cartel cyberteamReply Del


1 8751 Subject Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 15:50:58 Message: Hi, I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that? About the other of your messages, I got it and I have forwarde it to the hitman. All is understood To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND

supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. Let me know Juan admin ████Cartel cyberteamReply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 15:57:24 Message: Yes, I will add the additional Bitcoin. I had to convert cash to bitcoin and that will take a day or two to be available. Before the weekend is over,it will all be there. Hopefully sooner than later. I hope that is satisfactory. If your guy has any questions, let me know. Is it possible to get a timeline from your guy? Thanks old message below -------- : Hi, I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that? About the other of your messages, I got it and I have forwarde it to the hitman. All is understood To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. Let me know Juan admin████Cartel cyberteamReply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 16:12:51 Message: Hi, Yes, I agree is enouch to proceed. No problem for the 0.019 btc, you can add it during the following days. We will proceed with the job tomorow. The hitman is happy he sees the bonus in escrow; he is glad to know you have the money available. He will follow the directions as exactly specified by you, and the goals will be filled exactly as requested. I will keep you updated soon Let me know Juan admin ████ Cartel cyberteamReply Del

1 8751 Subject one small issue Date2021-04-01 16:15:01 Message: Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know Juan admin ████Cartel cyberteamReply Del

8751 1 Subject Reply : one small issue Date2021-04-01 18:01:18 Message: I already noticed that also. I emailed the admin and asked them to add it and my refund address wasnt correct either. It should be added soon. It will be fixed one way or another I absolutely want to pay him if he gets it right. I have other jobs worth quite a bit to accomplish in the near future. So, if this goes well, then we can work together on a few other things also. Im not sure if you can email admin with the same request? It may help to expedite the fix. Please have your man proceed. All will get worked out very soon. Thanks old message below -------- : Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know Juan admin ████ Cartel cyberteamReply Del

8751 1 Subject Reply : one small issue Date2021-04-01 18:20:54 Message: I am talking with admin and we are getting it worked out. Hopefully it shouldnt take long. But, I hope your guy is reassured that I clearly have the Bitcoin ready. So, please proceed while I work out this small detail. Thanks old message below -------- : Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know Juan admin ████Cartel cyberteamReply Del

Subject Re: Reply : one small issue Date2021-04-01 23:20:42 Message: Hi, I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address. Please let me know once you startup a new escrow transaction for the bonus, and add funds there. Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more How soon can you start a new escrow transaction and add the funds there? Let me know Juan admin ████Cartel cyberteamReply Del[12]

# Correspondence - ████████ DARK WEBSITE #3

Code: 5sneyavp M : Apr 01 12:44 L: Apr 01 18:17 So far: 0.664 BTC mq5 Transaction Name: Bonus for Goals

Description: Pending

Price: 0.68 BTC. Fee: 0.0034 by customer

Total: 0.6834 Paid so far: 0.664

s: c: bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef

Duration: 30 Days Status: Pending funds from customer.

Date Apr 01 2021, 12:51 User : To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5kReply Del

Date Apr 01 2021, 15:41 User : I cant seem to find the place to edit the transaction. The vendor providing the service wants the following address used: 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie My "comment" to the vendor can be moved to the "Directions" heading where it says pending. Can these be done? ThanksReply Del

Date Apr 01 2021, 16:21 Admin : I am sorry there is no way to change the success wallet or any other details after the bitcoin escrow has been started. This is because, some people could change the success wallet or other details after escrow has been started, breaking the deal. For example: Person A wants to sell a gun to person B. The success wallet is set, refund wallet is set. If person A doesnt get the gun, person A gets funds back If person A receive the gun, person B gets funds But if person A is able to change the success wallet, then success wallet can become a wallet of person A When deal is completed, person A receives funds that are needed to be sent to person B This is why, nothing can be changed after escrow has been started If you are not happy with the escrow details, please start new escrow transaction This escrow transaction can be canceled, and the funds will be received back to you within 15 to 30 daysReply Del

Date Apr 01 2021, 18:06 User : Can the funds be transferred to another address not listed? Reply Del

Date Apr 01 2021, 18:17 User : Ok I will cancel and restart. The address that it should go back to us bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef If that doesnt work then it should go to 3FgRnwSMHr5wqowcpEEZv5ua7nVUnw9GXBReply Del

Date Apr 01 2021, 23:17 Admin : Ok. The funds will be sent back to the address you provided, and the transaction is being canceled. The seller is being notified by this request. The processing time is 15-30 days. This is to avoid situations where the transaction is being canceled without the seller being aware of what is happening.Reply Del[13]

**Exhibit 2**
Supplemental Transcripts of
Messages Provided by News
Organization

8751 1 Subject Reply : Re: Reply : one small issue Date2021-04-02 07:37:40 Message: Unfortunately they said 15 days to get the funds. I am also getting more funds available. Please reassure him I will restart it as soon as possible. By the time he has finished and the 2 weeks after it will be there The time is gonna run low so if he would please start it is best old message below -------- : Hi, I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address. Please let me know once you startup a new escrow transaction for the bonus, and add funds there. Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more How soon can you start a new escrow transaction and add the funds there? Let me know Juan admin ████████Cartel cyberteam Reply Del

1 8751 Subject Re: Reply : Re: Reply : one small issue Date2021-04-06 14:55:59 Message: Hi, Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission Let me know Juan admin ████████Cartel cyberteam Reply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : one small issue Date2021-04-06 23:16:03 Message: Sorry for the late reply. I had to go to a place that had no cell coverage. Would he start this weekend if I add $5k to your escrow and start a new escrow that I will eventually fill to $40k? I will start #10k by this weekend. Send me the address you want me to put into this new escrow. Again, the timing is an issue. Since stopping the court proceedings soon is a major part of the bonus, the bonus may be affected if we wait too long. So, will he start this weekend with the above? Thanks old message below -------- : Hi, Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission Let me know Juan admin ████████ Cartel cyberteam Reply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : one small issue Date2021-04-07 10:43:33 Message: Hi, Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin ████████Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue Date2021-04-07 13:34:35 Message: Ok I am working on that today. I will let you know when the additional is added and I have started a new escrow the proper way this time old message below -------- : Hi, Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin ▓▓▓▓▓▓ Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue Date2021-04-07 15:38:06 Message: $5k is on the way to your escrow. A new escrow in the other will be established with $10k by tomorrow. Please alert your guy that it will be ready AND that the full $40k bonus escrow will be filled by the time it will be needed if the bonus goals are achieved. The job needs to start this weekend for the timing to work. Thanks old message below -------- : Hi, Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin ▓▓▓▓▓▓ Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue Date2021-04-08 00:07:24 Message: The new escrow is started. view code: y3awan8u9b Funds will be added shortly old message below -------- : Hi, Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin ▓▓▓▓▓▓ Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue Date2021-04-08 00:19:26 Message: Please have your man begin this weekend and send a timeline AND pics and videos the day he starts as verification . I will do my best to answer any questions in a timely manner old message below -------- : Hi, Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin ▓▓▓▓▓▓▓ Cartel cyberteam Reply Del[14]

**Exhibit 3**
Screenshot from
Dark Website #1

DARK WEBSITE #1

User: Scar215
Escrow: 0.0429 BTC   Add ฿   Withdraw ฿

ORIGINAL

Home   Inbox   Sent   Escrow   Order   FAQ   Forum   Profile   Signout



Name   VICTIM 2

Address:

City: spokane, Washington, 99216

Country: United States

Description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First,cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids,depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done in two weeks

Submitted on: Mar 22, 21:30

Status: Waiting for proof you have bitcoin    How does it work? Steps on process

Please Provide proof you have 0.3166 Bitcoin and we start the job.

**Exhibit 4**
Screenshots from
Dark Website #2



**Home**    **Vendors**    **Customers**    **Drugs**    **Guns**    **Assault and Murder**    **Support**

Welcome to ▮▮▮▮ Cartel marketplace!

Under the shelter and protection of the Deep Web, our hundreds of ▮▮▮▮ Cartel members offer you high-quality drugs, guns, and professional assault services at affordable costs.

We can kill any person you want, as long as is not a president or very important person that is guarded by military.

We can make the murder look accidental, so that Police will not suspect anyone.

We also do kidnappings, beatings, and set fire to properties.

Murder, wet work, assault, arson can be easily provided worldwide by our experienced strongmen via a secure way, while you remain fully anonymous and your order confidential. Thousands of happy customers recommend our products and services such as drugs, guns, assault, arson, and murder.

You can place the order on our marketplace anonymously without providing your name, email, phone number or address. Only description about the job and the mark.

You will need to provide proof you have the funds available, but you pay after the job is completed.

The selected killer doing your job can not scam you because he does not receive payment until the job is done.

You can choose your heavie, goon, enforcer, juce man, leg-breaker, strongman, shylock, repo man, bagman from a large selection of criminals providing services in various countries.

Customers are fully anonymous on our website. We advise our customers to mask their IP addresses when visiting the site. This is done by using the Tor browser or trusted VPN.







Customers are fully anonymous on our website. We advise our customers to mask their IP addresses when visiting the site. This is done by using the Tor browser or trusted VPN.

  

Payments are secured as they are made through bitcoins. We do not ask for any advance payments and the customer pays from the personal wallet after the job has been done.

No risky meet-ups are required. You are exposed to the potential of blackmail or arrest if you meet a drug dealer or vendor face to face. On the internet, you are anonymous.

Buy drugs, guns or hire a vendor the safest and easiest way by submitting an order while hiding your IP and personal information. Cartel vendors will provide the goods or services in the most effective and discreet manner.

All services providers on our website have been thoroughly checked before approval and we guarantee that there are no undercover cops or law enforcement agents among them. This is done by asking them to harm specific people that we can check afterward, knowing that cops will never be allowed to harm innocents for the sole purpose of infiltrating our service.

Customers will never provide their real names, addresses, phone numbers or other personally identifiable information, so there is no incentive for anyone to hack our website as there is no information to steal or to share with the police.



Delivery information, messages and mark information for murder jobs are permanently destroyed as soon as the job is done. All communications and temporary information submitted through our website is stored securely and encrypted then destroyed when no longer necessary.

If cops will try to disguise as customers and submit orders asking for drugs or guns, they will receive the items in packages with fake sender information, after submitting bitcoin to the escrow system.

It is very risky for law enforcement agents to place murdering orders on fake marks in order to trap our contract killers because our killers will check the mark and the surroundings for several days without carrying a gun before completing the order. If they will spot anything suspicious, they have the right to abort the order and the customer will get the money back from the escrow system.

Further more, cops that will try to place trapping orders risk having their decoy killed by the assigned contract killer in case their security agents will cover too well and won't be spotted.

Police cannot risk having their decoys killed even if they will catch the killer afterward, this leading to our hitmen to encounter almost no trapping orders during their entire activity.

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 1    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

 # Customer control panel

These are the orders you have in work.

Job Name: kidnapping

Options: View description        Change Specifications        Delete

Price: USD 10000 , that is 0.17 BTC

Status: Proof of funds received. Job in progress.



All orders are stored encrypted and are deleted as soon as completed.

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

⌂ Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

Your job description are stored encrypted. Once the job is completed all info will be deleted from our server. To change any description please click on the edit button

Job name : kidnapping Edit Job       Cancel

Job type: kidnapping

You as customer are offering: US $10000 for the job.

That is : 0.17 BTC as the official Exchange rate: 1 BTC = US $

Provide proof you have bitcoin available     or View a guide to buy bitcoin

Address where to look for mark:

Name  VICTIM 2  Address:   VICTIM 2's Address   Washington, 99216 Country: United States

Job description :

The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done around April 9 to the 18th. If it is done at this time and the goals are achieved, the payment will be doubled

As a new user, please provide proof that you have the bitcoins ready and available to get the job started. As soon as we see that you have the funds ready we will proceed.

This is neccesary in order for us to filter out kids, trolls and people who are playing pretend.

Once we see proof that you have the funds available we will will put you in contact with one of our contractors.

After you agree with the contractor on all job terms, you will put the funds into escrow.

After the contractor finishes the job you send him money from escrow.

Bitcoin is the easiest and most anonymous way to pay, we do not accept credit cards or wire transfers

U.S. v. Ronald Craig Ilg                                    4.21.2021 Exhibits 026

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .

Submit a job request. Fill in the description and specify the maximum amount of money that you can pay for it. We will check with trusted contractors in the marked area, whether it can be done, and get back to you.

Name of job

| kidnapping |     To distinguish jobs in your job list

Job Type

| Shot and get away    Minimum price : $4 000    ▼ |

Maximum amount that you can pay

| 10000 |     for this job. We employ a large network of contractors, with various skills and prices. The more you offer, the better skilled the contractor will be

Image

| Browse...    No file selected. |     To make sure we get the right person

Address to find mark

```
Please replace with information to locate mark
Street:
City:
Country:
Other info: not mandatory, but if you can't upload the
picture, provide a social media page
```

U.S. v. Ronald Craig Ilg

picture, provide a social media page

## Job description

```
The target destroyed two families and walked away as if she
did nothing. I want the target kidnapped for 7 days. While
being held, she will be given injections of heroin at least
two times per day. She will be taught to do it herself and
pics and videos of her doing on her own should be collected.
Also, while being held, all means necessary will be done to
get the following goals with in 2 weeks of her release.
First,cancel all court proceedings immediately. Second,
return to the chaos she left with her husband and the 3rd
party she invited into the house, and third she will tell
absolutely no one about her kidnapping and goals. She should
```



Prove us that you are human

Submit Job Inquiry

Quick advise: Never provide your own personal description, and always hide your IP using the Tor Browser.

To cops: don't try to trap our contractors, you risk having your mark killed and no arrests.

To kids: don't waste your time sending us job inquiries. We screen out trolls and jokers.

To suiciders: don't contact us. We don't do suicide because you pay after the mark is dead and you can't pay if you are dead.

For additional advice and answers please consult our Support section .

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself

picture, provide a social media page

## Job description

First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done around April 9 to the 18th.   If it is done at this time and the goals are achieved, the payment will be doubled



Prove us that you are human

Submit Job Inquiry

Quick advise: Never provide your own personal description, and always hide your IP using the Tor Browser.

To cops: don't try to trap our contractors, you risk having your mark killed and no arrests.

To kids: don't waste your time sending us job inquiries. We screen out trolls and jokers.

To suiciders: don't contact us. We don't do suicide because you pay after the mark is dead and you can't pay if you are dead.

For additional advice and answers please consult our Support section   .

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🏠Home   🕵Inbox: 0   💿Outbox   💰 Wallet: 0.1758 BTC   🎩 User: Scar215   🔫 Shop   📋Help   🚪Logout

Submit a job request. Fill in the description and specify the maximum amount of money that you can pay for it. We will check with trusted contractors in the marked area, whether it can be done, and get back to you.

Name of job

[                    ]    To distinguish jobs in your job list

Job Type

[ Shot and get away    Minimum price : $4 000    ▼ ]

Maximum amount that you can pay

[ 4000            ]    for this job. We employ a large network of contractors, with various skills and prices. The more you offer, the better skilled the contractor will be

Image

[ Browse...    No file selected. ]    To make sure we get the right person

Address to find mark

```
Please replace with information to locate mark
Street:
City:
Country:
Other info: not mandatory, but if you can't upload the
picture, provide a social media page
```

U.S. v. Ronald Craig Ilg

4.21.2021 Exhibits 030

Job description



Prove us that you are human

Submit Job Inquiry

Quick advise: Never provide your own personal description, and always hide your IP using the Tor Browser.

To cops: don't try to trap our contractors, you risk having your mark killed and no arrests.

To kids: don't waste your time sending us job inquiries. We screen out trolls and jokers.

To suiciders: don't contact us. We don't do suicide because you pay after the mark is dead and you can't pay if you are dead.

For additional advice and answers please consult our Support section   .

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

# Inbox

| From | Date | Subject | Status |
|------|------|---------|--------|
| Admin | 23:16 Apr 13 2021 | Re: Reply : Re: Reply : Re: Reply : Re: Reply : one small issue | Read |
| Admin | 5:02 Apr 11 2021 | Re: Reply : Re: Reply : Re: Reply : Re: Reply : one small issue | Read |
| Admin | 10:43 Apr 07 2021 | Re: Reply : Re: Reply : Re: Reply : one small issue | Read |
| Admin | 14:55 Apr 06 2021 | Re: Reply : Re: Reply : one small issue | Read |
| Admin | 23:20 Apr 01 2021 | Re: Reply : one small issue | Read |
| Admin | 16:15 Apr 01 2021 | One small issue | Read |
| Admin | 16:12 Apr 01 2021 | Re: Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 15:50 Apr 01 2021 | Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 14:30 Apr 01 2021 | Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 23:32 Mar 31 2021 | Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 11:30 Mar 31 2021 | Re: Reply : Re: Reply : New job request received | Read |
| Admin | 6:00 Mar 31 2021 | Re: Reply : New job request received | Read |



U.S. v. Ronald Craig Ilg                                                                4.21.2021 Exhibits 032

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

## Outbox

| To | Date | Subject | Status |
|---|---|---|---|
| Admin | 0:19 Apr 08 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : one small issue | Read |
| Admin | 23:16 Apr 06 2021 | Reply : Re: Reply : Re: Reply : one small issue | Read |
| Admin | 7:37 Apr 02 2021 | Reply : Re: Reply : one small issue | Read |
| Admin | 18:20 Apr 01 2021 | Reply : one small issue | Read |
| Admin | 18:01 Apr 01 2021 | Reply : one small issue | Read |
| Admin | 15:57 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 15:44 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 12:57 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 12:29 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 7:22 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 7:18 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 5:01 Apr 01 2021 | Reply : Re: Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 17:47 Mar 31 2021 | Reply : Re: Reply : Re: Reply : New job request received | Read |
| Admin | 10:10 Mar 31 2021 | Reply : Re: Reply : New job request received | Read |

U.S. v. Ronald Craig Ilg                                                                                                    1.21.2021 Exhibits 033

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : New job request received

Received: 6:00 Mar 31 2021

Content:

Hi,

I see the minimum amount of bitcoin that you sent is arriving to your wallet.

Yes, the goals can be done withing the 2 weeks of the job being done, for the bonus of $20k to $40k.

As for proof of the bonus, you can put the bitcoin for the bonus $20k to $40k either here on your wallet, or on an external bitcoin wallet.

After the two weeks after the job is done, when the goals have been achieved, you can release the bonus to us

Is this ok?

Let me know
Juan admin
Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🏠Home    📥Inbox: 0    📤Outbox    Wallet: 0.1758 BTC    👤User: Scar215    Shop    🕐Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : New job request received

Received: 10:10 Mar 31 2021

Content:

The information shared with me regarding the target is she has a full time job and a part-time job at ████. She works there every other Wednesday night and closes the business by herself around 7 pm. I dont know for sure if she is actually working tonight, but it is likely. Her schedule gets complicated because she has kids every other week. This week she does not have kids. She will have kids starting Friday after work, around 4.

That is something to consider now. But, since it is such short notice, I am sure you will have other ideas.

She is stubborn. The vendor/team will have to be very persuasive to get her to follow through with the goals. But I suspect your team can be just that, very persuasive and hopefully will be able to encourage her to complete the tasks even after she is released.

old message below -------- :
Hi,

I see the minimum amount of bitcoin that you sent is arriving to your wallet.

Yes, the goals can be done withing the 2 weeks of the job being done, for the bonus of $20k to $40k.

As for proof of the bonus, you can put the bitcoin for the bonus $20k to $40k either here on your wallet, or on an external bitcoin wallet.

After the two weeks after the job is done, when the goals have been achieved, you can release the bonus to us

Is this ok?

Let me know
Juan admin
████ Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : New job request received

Received: 11:30 Mar 31 2021

Content:

Hi,

I got the information. I have spoken with the assigned hitman, and he said he would prefer to see the entire bonus amount added to escrow before he proceeds with the job. Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as possible and follow with everything so that the goals are done within 2 weeks after that

Can you please add the bonus to escrow?

Let me know
Juan admin
███      Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🏠 Home    📧 Inbox: 0    📧 Outbox    Wallet: 0.1758 BTC    🎩 User: Scar215    🛒 Shop    🕐 Help    🚪 Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : New job request received

Received: 17:47 Mar 31 2021

Content:

Let me know which of those two would work.

I would prefer to just add the bonus Bitcoin shortly after the target is in hand, with some sort of obvious pics that prove it.

Does you guy need more details? Does he understand the goals? The top goals to get the biggest bonus is stopping all court proceeding AND going back to her husband. Importantly, the court timeline is coming up, that is why there is a 2 week window. If we miss that, then the bonus will shrink, unfortunately.

What is his timeline for getting her? I have few restrictions on what it will take to persuade her. Threatening family, use her dog as a demonstration, whatever. And pics and videos are necessary to use to keep her mouth shut in the future.

Time is of the essence to avoid the court stuff moving forward.

Thanks


old message below ———— :
HI,

I got the information. I have spoken with the assigned hitman, and he said he would prefer to see the entire bonus amount added to escrow before he proceeds with the job. Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as possible and follow with everything so that the goals are done within 2 weeks after that

Can you please add the bonus to escrow?

Let me know
Juan admin
▓▓▓▓▓ Cartel cyberteam

U.S. v. Ronald Craig Ilg                                4.21.2021 Exhibits 037

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 23:32 Mar 31 2021

Content:

Hi,

Yes, I understand you being nervous to add all bitcoin in a single escrow here.

To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline

He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband.

But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask

If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin

Let me know
Juan admin
Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 5:01 Apr 01 2021

Content:

First, lets ensure the goals are correct. I think you accidently wrote "not go back" when in fact she MUST go back. This is the absolute goal that she must do for a good bonus.
Goals
1. Stop all court proceedings
2. Do go back to her husband weather she wants to or not
3. Keep her mouth shut, and tell no one about the kidnapping
4. Plant drugs in her home and used needles a day or so after collecting her. So, if people start looking for her while she is detained, they will find them.
5. Inject her with heroin 2 times per day. Teach her to inject herself.
6. Send pics and videos of her injecting herself for bribery later.
Her schedule I have described. I have been told she has kids every other week starting on Friday. She has kids starting this Friday. She works week days from about 8 to 4. When she does NOT have kids she works at the ███ on Saturday and then Wednesday after work.

I will use an external escrow. Hidden WiKi, where I first discovered your link, suggests the following:. ███████ - Best escrow service on dark web, low fees, ensures that both vendor and customers are safe by keeping the funds in a secure account until goods or services are delivered"

Can you please encourage your guy to start now. I have $40k in a wallet right now. I tried to send a pic of it but I cant get this email to select that file. I will start moving the Bitcoin as soon as we agreed on an escrow. But it will take a couple days to get there. I dont want to loose much more time.

If he collects her when she has kids it will be immediately publisized. If she doesnt have kids AND she is forced to send texts out to work and any nosey friends , she could say she has COVID and is quarantined.

So, please have him start now and send me updates and pics as soon as you have her.
AND is the Bitcoin Escrow gonna work for us?

U.S. v. Ronald Craig Ilg

Thanks

<span style="color:darkred">4.21.2021 Exhibits 039</span>

So, please have him start now and send me updates and pics as soon as you have her.
AND is the Bitcoin Escrow gonna work for us?

Thanks


old message below -------- :
Hi,

Yes, I understand you being nervous to add all bitcoin in
a single escrow here.

To easier the worries, we agree to use external escrow.
This means, we can use an external escrow site that is
independent from us, to put the bonus there. We will have no
control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he
needs to see if you have bonus ready, he will do everything
in his power to fulfill the goals in the two week window,
before the court timeline

He can be very persuasive into convincing her to keep the
mouth shut, he can use really scary ways of threatening her
into not talking to anyone and not going back to her
husband.

But all these efforts he will put into, are depending on if
he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can
ensure that he will fulfill all the goals, because he is a
really determined person, he can do whatever it takes to
persuade her into the goals you ask

If you agree into using external escrow, we will then look
for an escrow that is agreeable with both you and me, an
escrow that doesnt ask for personal details nor email
addresses, and uses bitcoin

Let me know
Juan admin
▓▓▓▓ Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself



DARK WEBSITE #2

Home     Inbox: 0     Outbox     Wallet: 0.1758 BTC     User: Scar215     Shop     Help     Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 7:18 Apr 01 2021

Content:

I am moving Bitcoin around for the independent escrow.

I think being very clear about the bonus will avoid a dispute. So, I will propose the following:
To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal.
1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k
2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k
3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k
4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k
5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k

It is important to note that the husband does NOT know this is happening. He had a similar experience though to make sure he will take her back, which he agreed to do.

She is strong for a woman. And she is stubborn and will need lots of persuasion. And she will say yes when she is thinking "fuck no" so after she is released a way to continue to encourage her would be a good idea.

Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals

old message below     -Craig Ilg --- :
Hi,

4.21.2021 Exhibits 041

Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals

old message below -------- :
Hi,

Yes, I understand you being nervous to add all bitcoin in a single escrow here.

To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline

He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband.

But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask

If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin

Let me know
Juan admin
████      Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

⟳ Home    👜 Inbox: 0    📦 Outbox    💲 Wallet: 0.1758 BTC    👥 User: Scar215    🛒 Shop    🕐 Help    📕 Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 7:22 Apr 01 2021

Content:

The escrow listed on Hidden wiki leaks is Dark Bitcoin Escrow.

http:/ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

old message below -------- :
Hi,

Yes, I understand you being nervous to add all bitcoin in
a single escrow here.

To easier the worries, we agree to use external escrow.
This means, we can use an external escrow site that is
independent from us, to put the bonus there. We will have no
control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he
needs to see if you have bonus ready, he will do everything
in his power to fulfill the goals in the two week window,
before the court timeline

He can be very persuasive into convincing her to keep the
mouth shut, he can use really scary ways of threatening her
into not talking to anyone and not going back to her
husband.

But all these efforts he will put into, are depending on if
he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can
ensure that he will fulfil all the goals, because he is a
really determined person, he can do whatever it takes to
persuade her into the goals you ask

If you agree into using external escrow, we will then look
for an escrow that is agreeable with both you and me, an
escrow that doesnt ask for personal details nor email
addresses, and uses bitcoin

Let me know
Juan admin
▮▮▮▮▮ Cartel cyberteam

U.S. v. Ronald Craig Ilg                    4.21.2021 Exhibits 043

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🏠 Home    💻 Inbox: 0    📧 Outbox    Wallet: 0.1758 BTC    👥 User: Scar215    Shop    🕐 Help    🔒 Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 12:29 Apr 01 2021

Content:

Because of time constraints, I will set up the escrow now and begin to fill it with Bitcoin if I can.

I may need information from you to include you or your guy.


old message below ———— :
Hi,

Yes, I understand you being nervous to add all bitcoin in
a single escrow here.

To easier the worries, we agree to use external escrow.
This means, we can use an external escrow site that is
independent from us, to put the bonus there. We will have no
control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he
needs to see if you have bonus ready, he will do everything
in his power to fulfill the goals in the two week window,
before the court timeline

He can be very persuasive into convincing her to keep the
mouth shut, he can use really scary ways of threatening her
into not talking to anyone and not going back to her
husband.

But all these efforts he will put into, are depending on if
he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can
ensure that he will fulfil all the goals, because he is a
really determined person, he can do whatever it takes to
persuade her into the goals you ask

If you agree into using external escrow, we will then look
for an escrow that is agreeable with both you and me, an
escrow that doesnt ask for personal details nor email
addresses, and uses bitcoin

Let me know
Juan admin
▬▬▬ Cartel cyberteam

U.S. v. Ronald Craig Ilg                    4.21.2021 Exhibits 044

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself.



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 12:57 Apr 01 2021

Content:

The independent escrow is startwd at the Dark Bitcoin Escrow using the link I supplied.

Your view code is. 9y5qv2352h

I sent some Bitcoin to eventually get to a total Bitcoin of 0.68

I copied the goals from my previous email.

Please have you guy proceed.

I can verify that he has the correct target if and when he is wanting that.

Thanks

old message below -------- :
Hi,

Yes, I understand you being nervous to add all bitcoin in
a single escrow here.

To easie the worries, we agree to use external escrow.
This means, we can use an external escrow site that is
independent from us, to put the bonus there. We will have no

U.S. v. Ronald Craig Ilg

4.21.2021 Exhibits 045

old message below -------- :
Hi,

Yes, I understand you being nervous to add all bitcoin in
a single escrow here.

To easier the worries, we agree to use external escrow.
This means, we can use an external escrow site that is
independent from us, to put the bonus there. We will have no
control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he
needs to see if you have bonus ready, he will do everything
in his power to fulfill the goals in the two week window,
before the court timeline

He can be very persuasive into convincing her to keep the
mouth shut, he can use really scary ways of threatening her
into not talking to anyone and not going back to her
husband.

But all these efforts he will put into, are depending on if
he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can
ensure that he will fulfill all the goals, because he is a
really determined person, he can do whatever it takes to
persuade her into the goals you ask

If you agree into using external escrow, we will then look
for an escrow that is agreeable with both you and me, an
escrow that doesnt ask for personal details nor email
addresses, and uses bitcoin

Let me know
Juan admin
         Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🏠 Home    ⚙ Inbox: 0    ⚙ Outbox    💧 Wallet: 0.1758 BTC    🕵 User: Scar215    🛍 Shop    📖 Help    📒 Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 14:30 Apr 01 2021

Content:

Hi,

I agree with the bitcoin of your choise, [Onion Address] is fine with us. 

Please add the 0.68 btc there as bonus for the goals, and then we proceed .

You can put the following bitcoin address as succes wallet there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie

It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres. Let me know after you have added funds there, so we can proceed with the job soon

Let me know
Juan admin
[    ] Cartel cyberteam

1.21.2021 Exhibits 047

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🌐 Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    👤 User: Scar215    🖨 Shop    Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 15:44 Apr 01 2021

Content:

Done.

Because of volatility with Bitcoin I still need to add a tiny amount 0.019.

Would you agree that there is sufficient funds now to proceed?

Thanks


old message below -------- :
Hi,

I agree with the bitcoin of your choise,
ONION ADDRESS          is fine with us.

Please add the 0.68 btc there as bonus for the goals, and
then we proceed .

You can put the following bitcoin address as succes wallet
there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie

It belongs to the assigned hitman. When all goals are
completed, you can release funds to that addres. Let me know
after you have added funds there, so we can proceed with the
job soon

Let me know
Juan admin
          Cartel cyberteam

U.S. v. Ronald Craig Ilg                                        4.21.2021 Exhibits 048

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 15:50 Apr 01 2021

Content:

Hi,

I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that?

About the other of your messages, I got it and I have forwarde it to the hitman. All is understood

To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening.

Let me know
Juan admin
Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

⊕Home    📧Inbox: 0    📪Outbox    ⚡Wallet: 0.1758 BTC    📧User: Scar215    🛒Shop    ⏱Help    ⬛Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 15:57 Apr 01 2021

Content:

Yes, I will add the additional Bitcoin. I had to convert cash to bitcoin and that will take a day or two to be available. Before the weekend is over,it will all be there. Hopefully sooner than later.

I hope that is satisfactory.

If your guy has any questions, let me know.

Is it possible to get a timeline from your guy?

Thanks

old message below ——— :
Hi,

I checked the escrow transaction view code and I see you
have added 0.664 to escrow of your choise. We will proceed.
Just one question, there is about 0.016 that needs to be
aded more, can you please add that?

About the other of your messages, I got it and I have
forwarde it to the hitman. All is understood.

To earn the additional associated bonus, within 2 weeks of
the target being released, she will have completed the
specific goal. 1. Permanently withdraw all court motions and
all mediated agreements. Bonus $10k 2. Return to your
husband by asking to move back home AND fucking him at least
three times within the 2 week time frame Bonus: $10k 3. Keep
her mouth shut and tell no one, ever about the kidnapping
Bonus $10k 4. Inject her daily with heroin and teach her to
do it AND supply pics and videos of her injecting herself.
$5k 5. Plant drugs and used needles with her DNA in the
needles through her home. Provide some pics of drugs and
needles scattered around $5k It is important to note that
the husband does NOT know this is happening.

Let me know
Juan admin
▬▬▬ Cartel cyberteam

U.S. v. Ronald Craig Ilg

4.21.2021 Exhibits 050

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received

Received: 16:12 Apr 01 2021

Content:

Hi,

Yes, I agree is enouch to proceed. No problem for the 0.019 btc, you can add it during the following days. We will proceed with the job tomorow. The hitman is happy he sees the bonus in escrow; he is glad to know you have the money available.

He will follow the directions as exactly specified by you, and the goals will be filled exactly as requested. I will keep you updated soon

Let me know
Juan admin
Cartel cyberteam

4.21.2021 Exhibits 051

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🌐 Home    📧 Inbox: 0    📧 Outbox    Wallet: 0.1758 BTC    👤 User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: one small issue

Received: 16:15 Apr 01 2021

Content:

Hi,

The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested.

Can you please put the bitcoin address provided in my message to as success wallet there in escrow?

The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job

Let me know
Juan admin
Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🖵 Home    🌐 Inbox: 0    📭 Outbox    Wallet: 0.1758 BTC    🏠 User: Scar215    Shop    🖳 Help    🔳 Logout

From: scar215

To: admin

Subject: Reply : one small issue

Received: 18:01 Apr 01 2021

Content:

I already noticed that also.

I emailed the admin and asked them to add it and my refund address wasnt correct either. It should be added soon.

It will be fixed one way or another

I absolutely want to pay him if he gets it right.

I have other jobs worth quite a bit to accomplish in the near future. So, if this goes well, then we can work together on a few other things also.

Im not sure if you can email admin with the same request? It may help to expedite the fix.

Please have your man proceed. All will get worked out very soon.

Thanks



old message below ------- :
Hi,

The hitman reported to me that he checked the bitcoin
wallet that you put at success, and is not any bitcoin
wallet there. He is afraid he wont be able to receive the
bonus funds if he completes the goals as requested.

Can you please put the bitcoin address provided in my
message to as success wallet there in escrow?

The hitman will wait for the bitcoin address to be shown
there in escrow as success wallet before he proceeds with
doing the job

Let me know
Juan admin
▆▆▆▆ Cartel cyberteam

U.S. v. Ronald Craig Ilg                              4.21.2021 Exhibits 053

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself



DARK WEBSITE #2

 Home     Inbox: 0     Outbox     Wallet: 0.1758 BTC     User: Scar215     Shop     Help     Logout

From: scar215

To: admin

Subject: Reply : one small issue

Received: 18:20 Apr 01 2021

Content:

I am talking with admin and we are getting it worked out. Hopefully it shouldnt take long. But, I hope your guy is reassured that I clearly have the Bitcoin ready.

So, please proceed while I work out this small detail.

Thanks

old message below ———— :
Hi,

The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested.

Can you please put the bitcoin address provided in my message to as success wallet there in escrow?

The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job

Let me know
Juan admin
█████ Cartel cyberteam

4.21.2021 Exhibits 054

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : one small issue

Received: 23:20 Apr 01 2021

Content:

Hi,

I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address.

Please let me know once you startup a new escrow transaction for the bonus, and add funds there.

Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more

How soon can you start a new escrow transaction and add the funds there?

Let me know
Juan admin
         Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : one small issue

Received: 7:37 Apr 02 2021

Content:

==Unfortunately they said 15 days to get the funds.==

==I am also getting more funds available.==

Please reassure him I will restart it as soon as possible. By the time he has finished and the 2 weeks after it will be there

The time is gonna run low so if he would please start it is best


old message below ———— :
Hi,

I see. I have been informed that the escrow transaction is
being ended and the funds are being sent to your address.

Please let me know once you startup a new escrow
transaction for the bonus, and add funds there.

Unfortunatelly, the hitman doesnt want to start the job
until he sees the bonus funds in escrow. He is afraid you
might change your mind and not add the funds to escrow any
more

How soon can you start a new escrow transaction and add
the funds there?

Let me know
Juan admin
Cartel cyberteam

U.S. v. Ronald Craig Ilg

4.21.2021 Exhibits 056

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : one small issue

Received: 14:55 Apr 06 2021

Content:

Hi,

Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission

Let me know
Juan admin
Cartel cyberteam

U.S. v. Ronald Craig Ilg    4.21.2021 Exhibits 057



Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

🏠 Home    Inbox: 0    Outbox    | Wallet: 0.1758 BTC    👤 User: Scar215    Shop    Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : one small issue

Received: 23:16 Apr 06 2021

Content:

Sorry for the late reply. I had to go to a place that had no cell coverage.

Would he start this weekend if I add $5k to your escrow and start a new escrow that I will eventually fill to $40k? I will start #10k by this weekend.

Send me the address you want me to put into this new escrow.

Again, the timing is an issue. Since stopping the court proceedings soon is a major part of the bonus, the bonus may be affected if we wait too long.

So, will he start this weekend with the above?

Thanks

old message below ——— :
Hi,

Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission

Let me know
Juan admin
▆▆▆▆ Cartel cyberteam

4.21.2021 Exhibits 058

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : one small issue

Received: 10:43 Apr 07 2021

Content:

Hi,

Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed

The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie

Let me know
Juan admin
Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: scar215

To: admin

Subject: Reply : Re: Reply : Re: Reply : Re: Reply : one small issue

Received: 0:19 Apr 08 2021

Content:

Please have your man begin this weekend and send a timeline AND pics and videos the day he starts as verification .

I will do my best to answer any questions in a timely manner

old message below -------- :
Hi,

Yes, if you put $5k in our escrow and you start a new
escrow that will eventually fill to 40k we can start this
weekend. Please let me know once you have added the bitcoin
and we can proceed

The bitcoin wallet for escrow is
1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie

Let me know
Juan admin
        Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2

Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : Re: Reply : one small issue

Received: 5:02 Apr 11 2021

Content:

Hi,

I see uou have added $5k to escrow here, and $10 k to external escrow as per the view code you provided . This is $15 k of the bonus

I talked to the hitman and he said he can fill the tasks for the bonus in max two weeks from today even if he starts the job within several days from now

He said he cant start the job until he sees the full amount of bonus in the external escrow

Can you please add the remaining $25 k of funds in the external escrow within the next few days so that the hitman starts the job soon? He wont start the job until he sees the full bonus added in external escrow and I dont want to delay the starting too much is this ok can you do it ?

Let me know
Juan admin
          Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .



DARK WEBSITE #2



Home    Inbox: 0    Outbox    Wallet: 0.1758 BTC    User: Scar215    Shop    Help    Logout

From: admin

To: scar215

Subject: Re: Reply : Re: Reply : Re: Reply : Re: Reply : one small issue

Received: 23:16 Apr 13 2021

Content:

Hi,

Let me know the plan. If you can add the remaining of bitcoin bonus, the hitman can start today or tomorrow. He will be still able to complete the tasks for the bonus in two weeks time from last sunday.

By 26th April all tasks for bonus will be completed. But we need to start asap. Is there a way for you to add the remaining bitcoin for bonus today or tomorrow so that he can start?

Let me know
Juan admin
███████Cartel cyberteam

Hiding your IP with the Tor Browser will keep you safe. Always protect your identity by never giving personal description about yourself .

**Exhibit 5**
Screenshots from
Dark Website #3

U.S. v. Ronald Craig Ilg

DARK WEBSITE #3



Helps secure trade since 2018
over 18 million transactions processed
4.2 million satisfied customers

**Saftey. On Dark web.**

## Home    **What is Dark Escrow**    **Start escrow**    **Check status**    **Fees**    **About**

# Escrow status



Transaction Name: Bonus for Goals

Secret code: 5sneyavp

view code: 9y5bqv2352h

⬆ Please give this code to the other party so they can see status!

Escrow description:

Pending

Transaction Status: Pending funds from customer.    Balance : 0.664 BTC.    To send: 0.0194 BTC.

Next step: Send 0.0194 BTC to your escrow transaction bitcoin address :

DARK WEBSITE #3

   

Next step: Send 0.0194 BTC to your escrow transaction bitcoin address :

1DGZ5LPNYbodxdPuCRx2k3kWUiuoFF9mq5

Escrow amount: 0.68 BTC.    Fee: 0.0034 BTC to be paid by customer    Total 0.6834 BTC

Started at: Apr 01, 12:44    Duration: 30 Days

Apr 01 2021, 12:51 You : To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k

Apr 01 2021, 15:41 You : I cant seem to find the place to edit the transaction. The vendor providing the service wants the following address used: 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie My "comment" to the vendor can be moved to the "Directions" heading where it says pending. Can these be done? Thanks

Apr 01 2021, 16:21 Admin : I am sorry there is no way to change the success wallet or any other details after the bitcoin escrow has been started. This is because, some people could change the success wallet or other details after escrow has been started, breaking the deal. For example: Person A wants to sell a gun to person B. The success wallet is set, refund wallet is set. If person A doesnt get the

DARK WEBSITE #3

 Apr 01 2021, 16:21 Admin : I am sorry there is no way to change the success wallet or any other details after the bitcoin escrow has been started. This is because, some people could change the success wallet or other details after escrow has been started, breaking the deal. For example: Person A wants to sell a gun to person B. The success wallet is set, refund wallet is set. If person A doesnt get the gun, person A gets funds back If person A receive the gun, person B gets funds But if person A is able to change the success wallet, then success wallet can become a wallet of person A When deal is completed, person A receives funds that are needed to be sent to person B This is why, nothing can be changed after escrow has been started If you are not happy with the escrow details, please start new escrow transaction This escrow transaction can be canceled, and the funds will be received back to you within 15 to 30 days

 Apr 01 2021, 18:06 You : Can the funds be transferred to another address not listed?

 Apr 01 2021, 18:17 You : Ok I will cancel and restart. The address that it should go back to us bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef If that doesnt work then it should go to 3FgRnwSMHr5wqowcpEEZv5ua7nVUnw9GXB

Apr 01 2021, 23:17 Admin : Ok. The funds will be sent back to the address you provided, and the transaction is being canceled. The seller is being notified by this request. The processing time is 15-30 days. This is to avoid situations where the transaction is being canceled without the seller being aware of what is happening.

Add a comment for  Other party ▾

4.21.2021 Exhibits 066

**Exhibit 6**
Comparison of notes in ILG's
Safe with Screenshots from
Dark Websites







**Exhibit 7**
Suicide Note

**WITNESS 1**

I love you with everything I have. I'm sorry. Please remember us good. I loved no other more than you.

**VICTIM 2**

I loved you also. You mocked my love. You made fun of it. Why?? You laughed with your family + coworkers. Please care for **MINOR** + love him like I do.

**MINOR**

I have no words to say the joy you brought to me. What little time you were in my life was a lifetime of of happiness, joy + love.

My son. My joy. I'm sorry. This was not the easy way out. It was the best for everyone except me. I love you + cherished every minute with you. Please live life to the fullest. And always remember me for the good.

I am about to drift off
to sleep. I pray that God
forgives me. I pray with all
my heart that it does. I did
this Not for me. But for all
of you. You can move on
faster + easier + quicker.
I just wanted to Norm back
but I couldn't see the path.
I fucked it up. Irreparable fuck up.

VICTIM 2 , if it is allowed in my will
please show half with WITNESS 1
somehow. She deserved that.
VICTIM 2 you have a big heart that I
destroyed.

U.S. v. Ronald Craig Ilg                    4.21.2021 Exhibits 071

**Exhibit 8**
FBI 302 re. ILG's statements
at Sacred Heart

FD-302 (Rev. 5-8-10)

- 1 of 1 -

FEDERAL BUREAU OF INVESTIGATION



Date of entry    04/19/2021

On 04/15/2021, a physical surveillance was conducted by SSRA Christian Parker in the vicinity of Room 441 at Sacred Heart Medical Center in Spokane, WA. RONALD ILG (ILG) was admitted to the hospital and was being treated/observed in Room 441. The following observations were made during the surveillance:

Just before 6:00 am, ILG received a call on the phone in his hospital room that had been transferred from the nurse's station. ILG had been trying to call his brother on the phone earlier in the morning, but it is unknown at this time who was on the other end of the phone call.

From his position outside Room 441, SSRA Parker could overhear ILG's side of the phone conversation. ILG discussed where WITNESS 1 (known to SSRA Parker to be referring to WITNESS 1 ) would stay because she had just sold her house in Idaho. ILG indicated she could stay at his house for a couple months until things get figured out. ILG also said WITNESS #1 could talk to "them" as long as she had an attorney sitting with her. The attorney might even be the same attorney who is representing ILG. (Agent note: ILG was likely referring to the FBI when he said WITNESS 1 could talk to "them.")

ILG also asked a question to the person on the other end of the phone call. He said words to the effect of "Do I tell the attorney the story I started with or do I tell him everything and say 'what do I do?'"

Investigation on  04/15/2021  at  Spokane, Washington, United States (In Person)

File #  166C-SE-3418226                                                Date drafted  04/16/2021

by  Christian L. Parker

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Ronald Craig Ilg
4.21.2021 Exhibits 073

**Exhibit #9**
Text Messages between
ILG and WITNESS 1





# Exhibit 10
Messages between WITNESS
#1 and VICTIM #2

11:02


WITNESS 1

11:01 AM, Apr 15

**(No subject)**

~~I found another phone that I threw in the pool while he was sleeping and he freaked out~~. He made up two stories that I did not believe regarding the phone

I found some strange dates written on all the orange juice glasses on the clear wrap

~~He was taking my phone and money and passports and that is when I text you~~. He was acting stranger than his normal strange

~~He went crazy one night and pinned me down and started beating me and slapping me around saying we were in Mexico now and he could do whatever he wanted to me and no one could help me~~

Another night h~~e went crazy and hurt me~~ and I recorded some of it. I tried to lock him out of the room but he was going to cause drama with my kids there so I let him in.

Before the trip I left him maybe three times at least two. ~~He put me down in a hold in the yard. Maybe an older water tank not sure. Dark and wet and put the top on.~~

~~During the trip anytime I would get mad at him he added one hour to the time I was going to have to spend in the hole when we got back. 6 hours he kept saying.~~

~~He took my finger and drew blood and dragged me to sign some slave contract in blood and with my signature. I did not use my real signature and there are texts of me telling him no and I'm not some slave and he made me sign it~~

He was hurting me bad and I did not know how to get away

Copy text        Share        More

11:02 



< 11:01 AM, Apr 15

**(No subject)**

He went crazy one night and pinned me down and started beating me and slapping me around saying we were in Mexico now and he could do whatever he wanted to me and no one could help me

Another night he went crazy and hurt me and I recorded some of it. I tried to lock him out of the room but he was going to cause drama with my kids there so I let him in.

Before the trip I left him maybe three times at least two. He put me down in a hold in the yard. Maybe an older water tank not sure. Dark and wet and put the top on.

During the trip anytime I would get mad at him he added one hour to the time I was going to have to spend in the hole when we got back. 6 hours he kept saying.

He took my finger and drew blood and dragged me to sign some slave contract in blood and with my signature. I did not use my real signature and there are texts of me telling him no and I'm not some slave and he made me sign it

He was hurting me bad and I did not know how to get away

I had no clue he was such a monster and capable of what he was doing to you as well

He was keeping me up so much I was just so tired and not wanting to fight with him as much about what he was doing to me but I kept leaving and freaking out because you don't put people in fake holes under the ground



Copy text        Share        More

4.21.2021 Exhibits 078

**Exhibit #11**
Master/Slave
Contract

# A Consensual Real Slavery Contract between a slave and its Master

This contract is provided as an agreement which defines the relationship and interaction between an individual, hereinafter termed the slave and one or more other individuals, hereinafter termed the Master. This agreement is being entered voluntarily but cannot be broken except under the conditions stated herein, after which certain precautions shall be taken to protect those involved.

## 1.0   Description of the parties involved

This is an agreement between,

Dr. Ron Ilg
7207 E. Whitg RD
Spokane, WA 99217

hereinafter called the Master, and

WITNESS 1

hereinafter called the slave.

## 1.1   Declaration of consensus

Both parties, Master and slave, acknowledge to have read, understood and agreed on the document describing in general what is meant by the term 'Consensual Real Slavery'. Both parties also acknowledge that this general description has been completed by a document describing the Rules of the House.

## 1.2   Declaration of lucidity

Both parties state explicitly to enter this agreement fully lucid and aware of their actions and consequences.

## 1.3   Declaration of free will

Both parties state explicitly to enter this agreement of their own free will. This agreement is being entered voluntarily, but cannot be broken except under the conditions stated herein, after which certain precautions shall be taken to protect those involved.

## 2.0  The slave's Role

The slave will obey the Master at all times and will wholeheartedly seek the Master's comfort, pleasure and well-being, above all other considerations the slave may have. The slave agrees that the slave shall derive its own pleasures from accepting its part in the contract and that the slave will gladly accept the pleasures the Master provide. The slave further agrees to confess the slave's desires for the Master's consideration. Failing to do so, the Master take no responsibility in the consequences of the slave's failure to disclose desires, even if the slave is unable to communicate the its desires. The slave will strive diligently to re-mold the slave's body, habits, attitudes, knowledge and skills in accordance with the Master's desires. Also, the slave agrees to change the slave's actions and speech to express the slave's changed habits and attitudes. The slave will seek to learn how to please the Master better, and will gracefully accept any criticism in whatever form the Master chooses. The slave renounces all rights to privacy or concealment from the Master. The slave will answer truthfully and completely, to the best of the slave's knowledge, any and all questions the Master may ask of the slave. The slave understands and agrees that any failure by the slave to comply fully with the Master's desires shall be regarded as sufficient cause for any punishment the Master deem appropriate. The slave unconditionally accepts, as the Master's right, anything the Master may choose to do with the slave, whether as punishment, for the Master's amusement, or for whatever purpose the Master desire, no matter how painful, unpleasant, or uncomfortable to the slave. The slave agrees to take all the experiences that occur during the enslavement, as a chance to learn and grow, and use them to improve the service to its Master. The slave agrees to submit completely to the Master in all ways. All of the slave's body, mind, heart, soul, time, talents, knowledge and skills are at the Master's disposal. There are no boundaries of place, time, or situation in which the slave may willfully refuse to obey the directive of the Master without risking punishment, except in situations where the slave's veto applies. The slave also agrees that, once entered into the Real Slavery Contract, its body, soul and mind belong to its Master, to be used as seen fit, within the guidelines defined herein. All of the slave's possessions likewise belong to the Master, including all assets, finances, and material goods; to do with as he sees fit. The slave agrees to please the Master to the best of its ability, in that it now exist solely for the pleasure of said Master.

## 2.1  The slave's Veto

The slave, where appropriate, holds veto power over any command given by the Master, at which time they may rightfully refuse to obey that command. This power may only be invoked under the following circumstances, or where agreed by both Master and slave.

- Where said command conflicts with any existing laws and may lead to fines, arrest, or prosecution of either party.

- Where said command may cause permanent bodily harm to the slave or to some other person.

## 2.2  The safeword and -gesture

Both parties, Master and slave, declare having agreed on a safeword and gesture. The safeword and/or gesture can be used by any of both parties to temporarily postpone this agreement. The Master determine when the agreement comes back into effect. The slave accepts the responsibility of using this safeword and/or gesture when necessary, and trusts implicitly in the Master to respect the use of that safeword and/or gesture. If a condition arises in which the slave needs to use the safeword or gesture, the Master will assess the situation, and determine an appropriate course of action.

3.0    *The Master's Role*

The Master accept the responsibility of the slave's mind, body and worldly possessions, to do with as he sees fit, under the provisions determined in this contract. The Master agrees to care for the slave, to arrange for the safety and well-being of the slave, as long as They shall own the slave.

4.0    *Punishment*

The slave agrees to accept any punishment the Master decide to inflict, whether earned or not. Two levels of punishment are defined.

*Punishment*

This is a normal level of punishment bound to the rules mentioned below. This level is used for training the slave and in cases of moderate misbehavior and

*Extreme punishment*

This level of punishment can only be applied in cases explicitly described in documents. The rules of punishment do not apply for extreme punishments and permanent bodily harm could be the result of it without the slave having the right to ask for an ending of this contract

## 4.1 *Rules of Punishment*

Punishment of the slave is subject to certain rules designed to protect the slave from intentional abuse or permanent bodily harm. Punishment must not incur permanent bodily harm, or the following forms of abuse.

- Blood may not be drawn intentionally at any time. Punishment must stop immediately if blood is drawn.
- Burning the body
- Drastic loss of circulation
- Causing internal bleeding
- Loss of consciousness
- Withholding of any necessary materials, such as food, water, or sunlight for extended periods of time.

## 4.2 *Permanent Bodily*

Harm Since the body of the slave now belongs to the Master, it is the Master's responsibility to protect that body from permanent bodily harm. Should the slave ever intentionally come to permanent bodily harm during the course of punishment, it will be grounds for immediate termination of this contract, should the slave so desire. Permanent bodily harm shall be determined as.

- Death
- Any damage that involves permanent loss of mobility or function.
- Any permanent marks on the skin, including scars, burns, or tattoos, (unless accepted by the slave)

## 5.0 Contact with other people

The slave may not seek any other Master or lover or relate to others in any sexual, submissive or affectionate way without the Master's permission. To do so will be considered a breach of contract, and will result in extreme punishment. The Master may give the slave to another Master, provided the rules of this contract are upheld. In such a situation, the Master will inform the new Master of the provisions stated herein, and any breach by the new Master will be considered a breach by the Master as well, subject to all rules stated in this contract.

## 6.0 Activities not mentioned

The slave is forbidden to engage in any activities not actively allowed by the contract, unless it is addended or by later edict of the Master. All rights and privileges not otherwise noted in this contract belong to the Master, and he may exercise them as he choose.

## 7.0 Duration of the Contract

This contract is applicable 24 hours per day, 7 days a week, every week of the year until death of the slave. The relation and contract will go through several phases to allow each party to fully understand what it means. During the trial periods Master and slave are fully bound to all terms of this contract. At the end of each trial period and before the start of the next, each party involved can decide to end the contract as described in the "Termination of Contract" clause. After each trial period a cooling down period of a few days can be agreed upon. During this cooling down period, the contract is postponed with the same terms as if the safeword or -gesture had been used. After this contract has been terminated, the parties can, in mutual agreement, decide to split up or to start a new contract with other terms.

## 7.0.1 first trial period

The first trial period starts on 03/20/2021 . It will last for 3 months and so will end on 06/20/2021 at noon. The cooling down period after this trial is agreed to be 3 days

## 7.0.2 second trial period

The second trial period starts on 06/24/2021 . It will last for 6 months and so will end on 12/24/2021 at noon. The cooling down period after this trial is agreed to be 3 days

## 7.0.3 third trial period

After the second trial period has ended, both parties decide together and in mutual agreement, whether they want to start a third trial period or whether they let the contract enter its permanent state. If a third trial period is chosen for, it will start on 12/29/2021 . It will last for 12 months and so will end on 12/29/2022 at noon. The cooling down period after this trial is agreed to be 3 days

## 7.0.4 permanent state of the contract

After the trial periods have ended, the agreement enters its final and permanent state and can only be ended as mentioned elsewhere in this contract. This final and permanent state will start on 01/03/2023.

## 7.1 Alteration of Contract

This contract may not be altered. When both parties, Master and slave, agree fully aware and out of their free will to change the contractual terms of their relationship, they will first terminate this existing contract as described below and afterwards agree on and sign a new one.

## 7.2 Termination of Contract

This contract may be terminated at any time by the Master, but never by the slave, except under special conditions explained within this contract. Upon termination, all physical evidence of the slavery, including this contract, will be destroyed, and all materials and belongings shall belong to the Master, to be shared or kept as he sees fit. The slave, owning nothing and having agreed to give up all worldly possessions and body to the Master, shall once again own their body and mind, but nothing else, unless the Master decides to give back some or all of its possessions.

## 8.0 Slave's Signature

I, **WITNESS 1** have read and fully understand this contract in its entirety. I agree and accept Master's claim of ownership over my physical body. I understand that I will be commanded, trained and punished as a slave, and I promise to be true and to fulfill the pleasures and desires of my Master to the best of my abilities. I understand that I cannot withdraw from this contract except as stated in this contract.

Signature: **WITNESS 1**                                        Date: 3/27/21

## 8.1 Master's Signature

I, Dr. Ron Ilg, have read and fully understand this contract in its entirety. I agree to accept this slave as my property, mind, body and possessions, and to care for it to the best of my ability. I shall provide for its security and well-being and command it, train it, and punish it as a slave. I understand the responsibility implicit in this arrangement, and agree that no intentional harm shall come to the slave as long as it is Mine. I further understand that I can withdraw from this contract at any time.

Signature: _____                            Date: 3/27/2021

**Exhibit 12**
Photographs of area identified
by WITNESS 1 as "the hole"





U.S. v. Ronald Craig Ilg



U.S. v. Ronald Craig Ilg

4.21.2021 Exhibits 088



U.S. v. Ronald Craig Ilg

**Exhibit 13**
Firearms Located in ILG's
Residence



4.21.2021 Exhibits 091