# EXHIBIT E

**United States' Opposition to Defendant's Second Motion for Release**

CN: 2030115432
SN: 22
PC: 2

**FILED**

JAN 20 2021

Timothy W. Fitzgerald
SPOKANE COUNTY CLERK

Superior Court, State of Washington, County of Spokane

In re:

VICTIM 2,

    Petitioner,

and

RONALD ILG,

    Respondent.

No. 20-3-01154-32

AGREED CIVIL NO-CONTACT ORDER

## BASIS

This Agreed Order was brought before the Court by motion of both parties, to settle and dismiss the Anti-Harassment Protection Order Proceedings, Spokane County Case No. 20-2-03517-32.

## FINDINGS

There is good cause to enter this order as both parties are in agreement.

## ORDER

Ronald Ilg ("Dr. Ilg) and VICTIM 2, of their own free will, enter into the following Agreed Civil No-Contact Order ("Order"). Dr. Ilg agrees to:

1. Refrain from harassing, following, keeping under physical or electronic surveillance, cyberstalking as defined in RCW 9.61.260, and using telephonic, audiovisual, or other electronic means to monitor the actions, locations, or wire or electronic communication of VICTIM 2.

2. Refrain from having any contact whatsoever, in person or through others, by phone, mail,

AGREED CIVIL NO-CONTACT ORDER - 1

DAVID J. CROUSE & ASSOCIATES, PLLC
Attorneys at Law
422 West Riverside, Suite 920
Spokane, Washington 99201
(509) 624-1380
Fax (509) 747-6724

or any means, directly or indirectly with VICTIM 2. The one exception is that Dr. Ilg may contact VICTIM 2 only through written or electronic means, regarding medical emergencies of their son emergent/unforeseen inability to make scheduled pick-up times, or other minor logistical issues. Every other communication shall be by and through counsel.

3. Refrain from coming within 200 feet of VICTIM 2's residence or workplace. The one exception is that VICTIM 2 may come within 200 feet of VICTIM 2's workplace only for the purpose of seeking medical treatment or in the course of his own employment as a physician.

In return, VICTIM 2 will agree to sign a stipulated dismissal/termination of the current Anti-Harassment Order against VICTIM 2 and will not refile based on the same set of facts.

This Order goes into effect immediately after it is signed by all parties. This Order expires in one (1) year and may only be terminated before that time upon the express consent of both parties in writing. Dr. Ilg and VICTIM 2 agree that full and fair consideration were voluntarily exchanged in agreeing to this Order.

If any provisions of this Order are Violated by Dr. Ilg, he so stipulates to the entry of an Anti-Harassment Order Protecting VICTIM 2 from Dr. Ilg, if VICTIM 2 can prove in Court, by a preponderance of the evidence, that Dr. Ilg has violated this Order. This Order cannot be enforced by law enforcement.

DATED: 1/20/2021

JUDGE/COMMISSIONER KEVIN STEWART
Court Commissioner

Presented by:

EVAN C. DOBBS, WSBA #54247
Attorney for Respondent Ronald Ilg

Approved for Entry:

BEVAN MAXEY, WSBA #13827
Attorney for Petitioner Jennifer Ilg

AGREED CIVIL NO-CONTACT ORDER - 2

DAVID J. CROUSE & ASSOCIATES, PLLC
Attorneys at Law
422 West Riverside, Suite 920
Spokane, Washington 99201
(509) 624-1380
Fax (509) 747-6724