FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | No. 2:21-cr-00049-WFN-1<br><br>ORDER SEALING UNITED STATES' EXHIBIT C<br><br>**ECF No. 69** |
|---|---|

Before the Court is the United States' Motion to Seal the United States' Exhibit C to the Opposition to Defendant's Second Motion for Release, ECF No. 69. For the reasons stated in the motion, the Court finds good cause to seal the exhibit.

**IT IS ORDERED:**

1. The Motion to Seal (**ECF No. 69**) is **GRANTED**.

2. The District Court Executive is directed to file the United States' Exhibit C under seal.

ORDER - 1

1   DATED November 17, 2021.

2                         *s/Mary K. Dimke*
                          MARY K. DIMKE
3                    UNITED STATES MAGISTRATE JUDGE

ORDER - 2