# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. RONALD CRAIG ILG**      Case No.      **2:21-CR-00049-WFN-1**

Richland Video Conference (MKD @ Richland; Counsel and Defendant @ Spokane)
The Defendant agreed to appear via video conference.

**Defendant's Motion to Reopen Detention Hearing (ECF No. 63) and Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions Hearing (ECF No. 67):**      11/18/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Richard Barker, US Atty [S] |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Andrew Wagley and Carl Oreskovich, Defense Atty [S] |
| ☒ | PJ Dennis, US Probation / Pretrial Services (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | Defendant continued detained | ☐ | Additional Conditions of Release imposed |
| | | ☐ | 199C Advice of Penalties/Sanctions |

## REMARKS

    Court addresses the parties stating she would be covering due to Judge Rodger's retiring and advising the parties of all the document's she has reviewed.

    USA clarifies with the Court regarding victims.

    Defense counsel argued why there are conditions which justify reconsidering the issues of detention and that such conditions will reasonably assure Defendant's appearance as required. Defense counsel argues the Defendant's family, work history and evaluations. Defense counsel advises the Court that a presumption for release exists. Defense counsel argues proposed conditions of release with a substantial bond, GPS monitoring and home confinement.

    Colloquy between Court and counsel conditions to provide community safety to the victims.

    Defense counsel continues argument for release. Defense counsel argues the Defendant mental stability since he has been incarcerated. Defendant is willing to offers a quarter million-dollar bond. Defense counsel asks the Court to reconsider and grant the Defendant's release.

    USA argued that there are no conditions which justify reconsidering the issues of detention or that there are no conditions which will reasonably assure Defendant's appearance as required and/or the safety of the community. USA argues the nature and circumstances of the case, which demonstrates the length to which the Defendant will go to harm those close to him. USA argues the letter that the Defendant wrote and its content. Defendant has violated his previous protective order and believes he will not abide any new protective orders.

Rebuttal argument by Defense counsel.

USA addresses the Court regarding Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions.
Response by defense counsel.

Parties to submit a proposed order to the Court regarding Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions.

**The Court ordered:**
1. Defendant's Motion to Reopen Detention is **denied**.
2. The Court ruled that it will abide by Judge Rogers' earlier determination.
3. The Court ruled that there are no conditions which justify reconsidering the issue of bail or that there are conditions of release which will reasonably assure Defendant's appearance as required.
4. Defendant shall be detained by the U.S. Marshal until further order of the Court.