UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RONALD CRAIG ILG,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**JOINT STIPULATION TO PROPOSED ORDER AMENDING PRETRIAL CONDITIONS** |

COMES NOW, Defendant RONALD CRAIG ILG, by and through his attorneys of record Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and the United States of America, by and through Assistant United States Attorney Richard R. Barker, and hereby submits the following Joint Stipulation to the Proposed Order Amending Pretrial Conditions.

Joint Stipulation to Proposed Order
Amending Pretrial Conditions- Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

This matter originally came before this Court pursuant to Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions. (*See* ECF No. 67.) The United States, after considering Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions, hereby stipulates to the proposed amendment of Defendant's pretrial conditions as indicated in the accompanying [Proposed] Order Amending Pretrial Conditions. As such, good cause exists to amend Defendant's pretrial conditions based upon the reasons articulated in Defendant's Motion to Amend, along with the Joint Stipulation of the parties.

IT IS SO STIPULATED this 7th day of January, 2022.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Andrew M. Wagley
  Carl J. Oreskovich, WSBA #12779
  Andrew M. Wagley, WSBA #50007
  *Attorneys for Defendant Ronald Craig Ilg*

VANESSA R. WALDREF
  UNITED STATES ATTORNEY

By: /s/ Richard R. Barker
  Richard R. Barker,
  *Assistant United States Attorney*

Joint Stipulation to Proposed Order
Amending Pretrial Conditions- Page  2

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the United States and the State of Washington that on the 7th day of January, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send electronic service to all attorneys of record.

EXECUTED this 7th day of January, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
Jodi Dineen

Joint Stipulation to Proposed Order
Amending Pretrial Conditions- Page  3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100