UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER AMENDING PRETRIAL CONDITIONS (ECF No. 51)** |

This matter came before the Court on Defendant's Motion to Amend Order Granting United States' Motion for Pretrial Conditions (ECF No. 51) and the subsequent Joint Stipulation to Proposed Order Amending Pretrial Conditions. The Court, having reviewed the Motion to Amend and Joint Stipulation, along with the accompanying Court File, hereby finds good cause exists and **GRANTS** the Joint Stipulation.

[Proposed] Order Amending Pretrial Conditions (ECF No. 51)- Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

It is hereby **ORDERED** that Defendant's Pretrial Conditions shall be amended to indicate: "Defendant's prohibition on indirect contact with J.I. and M.P. shall not apply to contact by and through Mark Cassell, who is Defendant's legal counsel in a pending family law matter (*J.I. v. Ilg*, Spokane County Superior Court Case No. 20-3-01154-32), for purposes of taking depositions according to the schedule set in the parallel family law matter.  Additionally, nothing herein shall prohibit discovery and witness interviews by legal counsel for purposes of defending this federal prosecution.  The parties understand that in defending this federal prosecution Counsel for Defendant shall not have any contact, whether direct or indirect, with J.I. or M.P., without first seeking and obtaining authorization from counsel representing J.I. and M.P."

**DATED** this _____ day of January, 2022.

---

**The Honorable Mary K. Dimke**
**United States District Court Magistrate Judge**

[Proposed] Order Amending Pretrial
Conditions (ECF No. 51)- Page  2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100