FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>　　　　　　　Defendant. | No. 2:21-CR-00049-WFN<br><br>ORDER AMENDING PRETRIAL CONDITION<br><br>**ECF No. 78** |

　　　On August 30, 2021, the United States moved for an order prohibiting contact between Defendant and the putative victims and witnesses in this criminal matter. ECF No. 51. Defendant stipulated to the motion and the Court entered an order prohibiting such contact. ECF No. 53. On November 11, 2021, Defendant filed a Motion to Modify Pretrial Conditions, ECF No. 67, seeking permission to indirectly contact victim J.I. and purported witness M.P. related to a collateral family law matter. ECF No. 67 at 1-2. The United States did not object to Defendant's limited request, and the parties agreed to propose language for the Court's consideration. At the time, the Court denied as moot Defendant's Motion

ORDER - 1

to Modify Pretrial Conditions. ECF No. 77 at 10-11. The parties have now filed a Joint Stipulation.

For the reasons stated in the Joint Stipulation, **IT IS ORDERED:**

1. The Court **GRANTS** the parties' stipulated motion to amend condition (**ECF No. 78**).

2. Per the parties' stipulation, the pretrial condition (ECF No. 53 at 1) regarding contact with victims and potential witnesses shall be **MODIFIED** as follows:

> Defendant shall avoid all contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant shall have no contact with WITNESS 1. Prohibited forms of contact include but are not limited to telephone, mail, email, text, video, social media, and/or any contact through any third person or parties. However, Defendant's prohibition on indirect contact with J.I. and M.P. shall not apply to contact by and through Mark Cassell, Defendant's legal counsel in a pending family law matter (*J.I. v. Ilg*, Spokane County Superior Court Case No. 20-3-01154-32), for purposes of taking depositions according to the schedule set in the collateral family law matter. Additionally, nothing herein shall prohibit discovery and witness interviews by legal counsel for purposes of defending this Federal prosecution. Counsel for Defendant have expressed their understanding that they shall not have any contact, whether direct or indirect, with J.I. or M.P. without first seeking and obtaining authorization from counsel representing J.I. and M.P.

DATED January 10, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2