# CHARGES AND PENALTIES

**CASE NAME:** RONALD CRAIG ILG (a/k/a/ SCAR215)   **CASE NO.** 2:21-CR-0049-WFN-1

TOTAL # OF COUNTS: 7   ✓ FELONY   ✓ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1, 4 | 18 U.S.C. 875(c) | Threats in Interstate Commerce | CAG not more than 5 years and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment. |
| 2, 5 | 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) | Cyberstalking | CAG not more than 5 years and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment. |
| 3 | 18 U.S.C. §§ 1201(a)(1), (d), 2 | Attempted Kidnapping | CAG not more than 20 years and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment. |
| 6 | 18 U.S.C. § 1030(a)(5)(A), (b), (c)(4)(G)(ii) | Attempted Damage to a Protected Computer | CAG not more than 1 year and/or $100,000 fine; not more than 1 year supervised release; a $25 special penalty assessment. |
| 7 | 18 U.S.C. § 1512(b)(2) | Tampering with a Witness | CAG not more than 20 years and/or $250,000 fine; not more than 3 years supervised release; a $100 special penalty assessment. |
| | 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) | Forfeiture Allegations | |