1
2
3
4       UNITED STATES DISTRICT COURT
5       EASTERN DISTRICT OF WASHINGTON
6
7   UNITED STATES OF AMERICA,           No. 2:21-CR-0049-WFN-1
8                  Plaintiff,
                                        ACKNOWLEDGMENT OF NOTICE
9   vs.                                 OF RIGHTS - INDICTMENT
10  Ronald Craig Ilg
11         Defendant's Printed Name.

12      The undersigned defendant does hereby acknowledge: I appeared on this date
13  and was advised as follows:

14      1. Of the charge or charges placed against me, and I acknowledge receipt of
15         a copy of the:
16             ☐ Indictment
17             ☒ First/Second/Third/Fourth Superseding Indictment

18      2. Of the maximum penalty provided by law;
19

20      3. My right to remain silent at all times and if I make a statement it can be
21         used against me;

22      4. My right to retain my own counsel; and if I am without funds, to have
23         counsel appointed to represent me in this matter;

24      5. My right to a jury trial before a United States District Judge, to be
25         confronted by the United States' witnesses and to have witnesses attend
           on my behalf;
26
27      6. My right to a detention hearing, if I am in custody;
28

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

Date: 2/2/22

_____
Interpreter Signature

_____
Defendant Signature

_____
Interpreter Printed Name

**Ronald C. Ilg**
Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2