# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00049-WFN |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE AND SETTING INITIAL PRETRIAL MOTIONS BRIEFING SCHEDULE** |
| RONALD CRAIG ILG, | |
| Defendant. | |

THIS MATTER came before the Court upon Defendant's Unopposed Motion to Continue and Set Initial Pretrial Motions Briefing Schedule. The Court, having reviewed the Motion, accompanying Declaration, and the files and records herein, finds **GOOD CAUSE** to continue the currently scheduled trial date and associated pretrial deadlines. As such, Defendant's Unopposed Motion to Continue is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the currently scheduled trial date, and all associated pretrial deadlines, are hereby **VACATED** and **CONTINUED.** The Court hereby sets Defendant's trial for September ___, 2022 and reschedules all pretrial deadlines to correspond therewith. Furthermore, the Court sets the following briefing schedule and hearing date regarding the parties' initial Pretrial Motions:

| Item | Date / Time |
| --- | --- |
| Initial Pretrial Motions Due | February 25, 2022 |
| Responses to Pretrial Motions Due | March 11, 2022 |
| Replies in Support of Pretrial Motions Due | March 17, 2022 |
| Hearing Date | March 21, 2022 at 8:30 am |

**IT IS SO ORDERED** this ___ day of February, 2022.

**HON. WM. FREMMING NIELSEN**
**UNITED STATES DISTRICT COURT JUDGE**