UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RONALD CRAIG ILG<br>Defendant. | No. 2:21-CR-00049-WFN<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from 3/21/22 to September 2022. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: 2/2/22

Andrew Wagley
Printed Name of Attorney

_____
Counsel for Defendant

Date: 2-2-22 (AMW)

_____
Interpreter

WAIVER OF SPEEDY TRIAL