# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

RONALD CRAIG ILG,

       Defendant.

| Case No. | 2:21-CR-0049-WFN-1 |
|---|---|

**CRIMINAL MINUTES**

**DATE:**    **FEBRUARY 23, 2022**
**LOCATION:**  **SPOKANE**

**PRETRIAL CONFERENCE
AND MOTION HEARING**

| Hon. Wm. Fremming Nielsen | | |
|---|---|---|
| Joanna L. Knutson | Heather Foe | Crystal L. Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Richard R. Barker | | Andrew M. Wagley |
| **Government Counsel** | | **Defense Counsel** |

**[ X ]  Open Court**    **[  ]  Chambers**    **[ X ]  Telecon**

Defendant present in custody of United States Marshal with retained counsel.

Initial comments by Court noting a current trial date of March 21, 2022 with a speedy trial timeout of March 23, 2022, and noting Defendant's Unopposed Motion to Continue.

Court inquired of counsel as to the status of discovery.  Mr. Barker responded and advised he believes the majority of discovery is complete and that materials is being turned over as received.  Further, Mr. Barker advised that the victims have been informed of Defendant's motion to continue the trial into September, that they understand the case is complex and have no objection to a continuance into September.

Mr. Wagley confirmed Mr. Barker's statements and addressed the Court in support of the requested trial continuance and the type of motions the defense anticipates will be filed.  The Court noted some alteration to the filing deadlines proposed by the Defendant.

Court GRANTED Defendant's Motion to Continue, making ends of justice findings.

An additional pretrial conference and motion hearing shall be held March 21, 2022, at 8:30 a.m., S/WFN.  Court set briefing schedule as follows: Motions shall be filed and served no later than February 28, 2022, with responses to be filed and served no later than March 8, 2022 and replies to be filed and served no later than March 15, 2022.

Another pretrial conference shall be set for June 15, 2022, at 9:00 a.m.  The Court will set a briefing schedule at the pretrial conference now set for March 21, 2022.

Jury trial of March 21, 2022, is STRICKEN and RESET to September 19, 2022, at 10:00 a.m., S/WFN.  Defendant executed a waiver of speedy trial rights.

Mr. Barker requested that the new trial date be considered to be a firm setting.  Mr. Wagley concurred.

# [ X ]  ORDER FORTHCOMING

| CONVENED:  10:30 A.M. | ADJOURNED:  10:54 A.M. | TIME:  0:24 HR. | CALENDARED  [ X ] |
|---|---|---|---|