FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>-vs-<br>*Ronald Craig Sly,*<br><br>　　　　　　Defendant. | No. 2:21-CR-0049-WFN-1<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from _March 21, 2022_ to _September 19, 2022_. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Defendant

Date: _2/23/22_

_____
Defense Counsel's Signature

Printed Name: _Andrew Wagley_

Date: _2/23/22_

____n/a____
Interpreter

WAIVER OF SPEEDY TRIAL