FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Nos.  2:21-CR-0049-WFN-1 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER |
| RONALD CRAIG ILG, | |
| Defendant. | |

A pretrial conference and motion hearing was held February 23, 2022. The Defendant, who is in custody, was present and represented by Andrew Wagley; Assistant United States Attorneys Richard Barker represented the Government.

The Government updated the Court regarding the status of discovery. The bulk of disclosures have been made, but additional discovery will be made available once it is generated. The Court addressed Defendant's Motion to Continue and Set Initial Pretrial Motions Briefing Schedule. ECF No. 85. Defendant anticipates four substantive motions. The Government had no objection to the requested continuance, and reported that the victims also agreed to the continuance. However, the Government anticipates that the new trial date is a firm setting. Counsel estimate that the trial will take approximately two weeks to complete. The Court has reviewed the file and motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Continue and Set Initial Pretrial Motions Briefing Schedule, filed February 4, 2022, **ECF No. 85**, is **GRANTED**.

The Court finds that the ends of justice served by the granting of a continuance of the trial in this matter outweigh the best interests of the public and the Defendant in a speedy

ORDER - 1

trial. A trial date of March 21, 2022, would unreasonably deny Defendant the opportunity to review discovery, file appropriate pretrial motions, investigate the charges against him, and to benefit from effective assistance of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7). The Court also notes that this case was previously declared complex, and a continuance is needed due to the complexity of the case.

    2.    The trial date of March 21, 2022, is **STRICKEN and RESET to September 19, 2022, at 10:00 a.m., in Spokane**, Washington.

    3.    All time from the trial date of March 21, 2022, to the new September 19, 2022 trial date is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7). Defendant executed a waiver of speedy trial rights.

    4.    The March 21, 2022, final pretrial conference is **STRICKEN and RESET to September 19, 2022, at 8:30 a.m., in Spokane**, Washington.

    5.    All time from the filing of Defendant's Motion to Continue on February 4, 2022, to the date of the hearing on February 23, 2022, is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(D).

    6.    Trial briefs, motions in limine, requested voir dire and a set of proposed **JOINT JURY INSTRUCTIONS** shall be filed and served on or before **September 2, 2022**.

    Jury instructions should only address issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form. The Joint Proposed Jury Instructions shall include:

    (a)    The instructions on which the parties agree; and

    (b)    Copies of instructions that are disputed (i.e., a copy of each party's proposed version of an instruction upon which they do not agree). All jury instructions from the most current edition of the Ninth Circuit Manual of Model Jury Instructions may be proposed by number. The submission of the Joint Proposed Jury Instructions will satisfy the requirements of LR 51.1(c).

    Each party shall address any objections they have to instructions proposed by any other party in a memorandum. The parties shall identify the specific portion of any proposed

ORDER - 2

instruction to which they object and shall elaborate the basis for the objection. Objections asserting that an instruction sets forth an incorrect statement of law shall describe the legal authority that supports this objection. Failure to file an objection and supporting argument may be construed as consent to the adoption of an instruction proposed by another party.

7. The parties are requested to submit courtesy copies of witness and exhibit lists to the Court no later than **12:00 noon the Monday before trial**.

8. A pretrial conference shall be held **March 21, 2022, at 8:30 a.m., in Spokane**, Washington.

    (a) Motions shall be filed and served no later than **February 28, 2022**.

    (b) Responses shall be filed and served no later than **March 8, 2022**.

    (c) Replies, if any, shall be filed and served no later than **March 15, 2022.**

9. An additional pretrial conference shall be held **June 15, 2022, at 9:00 a.m., in Spokane**, Washington.

    (a) All additional motions shall be filed and served no later than **May 27, 2022**.

    (b) Responses shall be filed and served no later than **June 3, 2022**.

10. Indigent Defendant's requests for issuance of subpoenas and payment of costs and fees for trial witnesses shall be filed no later than ten days before trial, excluding weekends and holidays.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 23rd day of February, 2022.

02-23-22

                                        WM. FREMMING NIELSEN
                                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3