# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED IN VIOLATION OF *MIRANDA*** |

THIS MATTER came before the Court pursuant to Defendant's Motion to Suppress Evidence Obtained in Violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) and its progeny. The Court has reviewed the Motion to Suppress Evidence Obtained in Violation of *Miranda* Rights, any Responses and Replies thereto, as well as the pertinent files and records herein.

THEREFORE, the Court hereby finds that the Defendant, Ronald C. Ilg, MD ("Dr. Ilg"), was subject to a custodial interrogation by the Federal Bureau

of Investigation ("FBI") Agents at the Spokane International Airport on April 11, 2021 absent the requisite *Miranda* warnings.  The Court also finds that Dr. Ilg unequivocally invoked his right to counsel during said custodial interrogation, but the FBI nevertheless persisted.

As such, Defendant's Motion to Suppress Evidence Obtained in Violation of *Miranda* Rights is hereby **GRANTED**.  Any and all evidence obtained in violation of Dr. Ilg's *Miranda* rights pursuant to the Fifth Amendment of the Constitution of the United States shall be **SUPPRESSED** at all further proceedings in this matter, including at the time of trial.

It is so **ORDERED** this ___ day of March, 2022.

**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 28th day of February, 2022.

By: _____
     Jodi Dineen, Paralegal