Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DECLARATION OF RONALD C. ILG, MD RE: VIOLATION OF *MIRANDA* RIGHTS** |

I, Ronald C. Ilg, MD do hereby declare the following is true and correct to the best of my knowledge and recollection:

1. I am the Defendant in this case. I make this Declaration in Support of Defendant's Motion to Suppress Evidence Obtained in Violation of *Miranda* Rights.

Declaration of Ronald C. Ilg, MD- Page 1

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

2. On April 11, 2021, I was returning from a vacation to Mexico. I was accompanied by my fiancé, "Witness 1," and her children. Prior to flying to Mexico, we had traveled to Spokane International Airport in Witness 1's vehicle.

3. At approximately 5:00 pm that day (April 11, 2021), we exited our Southwest Airlines flight into Concourse A (I believe) of the Spokane International Airport. I was confronted by FBI Agents Eric Barker and Christian Parker in the public area of the Spokane International Airport. From my recollection, FBI Agents Barker and Parker were wearing sport coats and business casual clothing. Both showed me their FBI credentials and commanded that I follow them into an internal office area of the Spokane International Airport.

4. FBI Agents Barker and Parker separated me from Witness 1 (who I was reliant on for a ride) and led me to an interview room in the internal office area. Once we entered the internal office area, the door returning to the public area was shut. The Agents led me through various hallways and past empty cubicles to the interview room for approximately 30-to-45 seconds.

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

5. I believed this internal office area was vacant because the cubicles were empty, and the area was poorly lit. I noticed various individuals standing by the cubicles in business casual clothing. Later, some of these individuals assisted in the download of my phone pursuant to the search warrant. Based upon the various twists and turns leading to the interview room, I was unable to recall how to return to the public area of the Spokane International Airport.

6. FBI Agents Barker and Parker led me into the interview room and we all sat at a desk. The room had no windows. Agents Barker and Parker sat between me and the door leaving the interview room. During the course of the interview, the FBI also retrieved my luggage and similarly set it between me and the door. During our discussion in the interview room, I noticed that one of the FBI Agents (I believe Agent Parker) had a firearm holstered inside his sport coat.

7. Throughout the course of this interrogation, I had no means of transportation as the FBI indicated they were seizing my person, phone, and luggage pursuant to a search warrant. As I had indicated

to Agents Barker and Parker during our initial contact, I anticipated calling an Uber from my phone after our discussion was over.

8. Overall, my contact with FBI Agents Barker and Parker at the Spokane International Airport lasted approximately two hours. After the FBI executed the search warrant, the Agents gave me a ride to my residence, where they were also executing another search warrant.

9. During the course of the interrogation by the FBI, I did not feel I was free to terminate the encounter and leave. I believed I had to remain in the internal office area of the Spokane International Airport based upon the show of authority by the FBI, the search warrant for my phone, person, and luggage, and my lack of transportation home.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the State of Washington and United States of America.

EXECUTED this 28 day of February, 2022 in Spokane, Washington.

By: /s/ Ronald C. Ilg
Ronald C. Ilg, MD

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 28th day of February, 2022.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Declaration of Ronald C. Ilg, MD- Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100