UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>RONALD CRAIG ILG,<br><br>                  Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE DERIVATIVE OF COINBASE SEARCH WARRANT** |

THIS MATTER came before the Court pursuant to Defendant's Motion to Suppress Evidence Derivative of Coinbase Search Warrant.  The Court has reviewed the Motion to Suppress Evidence Derivative of Coinbase Search Warrant, any Responses and Replies thereto, as well as the pertinent files and records herein.

THEREFORE, the Court hereby finds and concludes that the April 9, 2021 Search Warrant for Bitcoin transactions and records maintained by Coinbase

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

(hereinafter "Coinbase Search Warrant") was issued in violation of the Fourth Amendment of the Constitution of the United States.  The Coinbase Search Warrant lacked adequate probable cause based upon the totality of the circumstances analysis under *Illinois v. Gates*, 462 U.S. 213 (1983).  The Federal Bureau of Investigation ("FBI") did not adequately corroborate information provided by the anonymous source by virtue of future activity of the alleged suspect, the Defendant Ronald C. Ilg, MD.

As such, Defendant's Motion to Suppress Evidence Derivative of Coinbase Search Warrant is hereby **GRANTED**.  Any and all evidence pursuant to the unconstitutional Coinbase Search Warrant shall be **SUPPRESSED** at all further proceedings in this matter, including at the time of trial.

It is so **ORDERED** this ___ day of March, 2022.


_____
**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**

[Proposed] Order Granting Defendant's
Motion to Suppress Evidence Derivative
of Coinbase Search Warrant- Page  2

1
2

## <u>CERTIFICATE OF SERVICE</u>

3
4
5
6
7
8

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

9
10

EXECUTED in Spokane, Washington this 28th day of February, 2022.

11
12
13

By:_____
        Jodi Dineen, Paralegal

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32