Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF DEFENDANT'S PRETRIAL MOTIONS** |

I, Andrew M. Wagley, do hereby declare the following is true and correct to the best of my knowledge:

1.   I am an attorney of record for the Defendant, Ronald C. Ilg, MD ("Dr. Ilg"), in this matter.  I make this Declaration in support of the Defendant's Pretrial Motions filed contemporaneously herewith.

Declaration of Andrew M. Wagley
in Support of Defendant's Pretrial
Motions- Page  1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2. Attached hereto as **Exhibit A** is a true and correct copy of the Application for Search Warrant authored by FBI Special Agent Eric Barker on April 9, 2021. This Application is explicitly "for information related to the certain Bitcoin Transactions set forth in Attachment A, which are stored on premises controlled by Coinbase." This Application was propounded by the Government during discovery in this matter.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Search and Seizure Warrant issued by United States Magistrate Judge John T. Rodgers on April 9, 2021. This Search Warrant is "for information related to the certain Bitcoin Transactions as further described in Attachment A, which are stored on premises controlled by Coinbase." This Search Warrant was propounded by the Government during discovery in this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of a transcript of the interview of Dr. Ilg by FBI Agents Eric Barker and Christian Parker at the Spokane International Airport on April 11, 2021. This audio was transcribed from a recording produced by the Government during discovery in this matter. The audio was

Declaration of Andrew M. Wagley
in Support of Defendant's Pretrial
Motions- Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

transcribed by Cindy J. Chatterton, CCR of Chatterton Court Reporting and is certified on page 71.

5. Attached hereto as **Exhibit D** is a true and correct copy of an article from the Department of Justice's website. This article is entitled: "Beverly Hills Man Arrested on Federal Charges of Attempting to Hire Hitman to Murder One-Time Girlfriend Who Had Rebuffed Him." I accessed and printed this article on February 28, 2022 from the following link: https://www.justice.gov/usao-cdca/pr/beverly-hills-man-arrested-federal-charges-attempting-hire-hitman-murder-one-time.

6. Attached hereto as **Exhibit E** is a true and correct copy of an April 20, 2021 FBI Report authored by Agents Parker and Barker. This FBI Report was propounded by the Government during discovery in this matter.

7. Pursuant to Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and Eastern District of Washington ECF filing requirements, my office has redacted the social security numbers, dates of birth, names of minor children, financial account numbers, and home addresses in the

Declaration of Andrew M. Wagley
in Support of Defendant's Pretrial
Motions- Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Exhibits herein.  We have also redacted the full names of Victim 1, Victim 2, and Witness 1.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the State of Washington and United States of America.

EXECUTED this 28th day of February, 2022 in Spokane, Washington.

By: /s/ Andrew M. Wagley
     Andrew M. Wagley

Declaration of Andrew M. Wagley in Support of Defendant's Pretrial Motions- Page 4

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 28th day of February, 2022.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Declaration of Andrew M. Wagley in Support of Defendant's Pretrial Motions- Page 5

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100