# EXHIBIT A

AO 106 (04/10) Application for a Search Warrant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
## for the Eastern District of Washington

**Apr 09, 2021**

SEAN F. McAVOY, CLERK

**In the Matter of the Search of** )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Information from Coinbase, Inc., related to certain )
Bitcoin Transactions and Accounts )
)

Case No.    2:21-MJ-00202-JTR

## APPLICATION FOR SEARCH WARRANT

I, Eric Barker, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property *(identify the person or describe property to be searched and give its location)*: *for information related to the certain Bitcoin Transactions set forth in Attachment A, which are stored on premises controlled by Coinbase, a virtual currency exchange headquartered at 548 Market Street #23008, San Francisco, CA 94104,* further described in Attachment "A" attached hereto and incorporated herein by this reference located in the EASTERN District of WASHINGTON, there is now concealed *(identify the person or describe property to be seized) for information related to the certain Bitcoin Transactions* See Attachment B, attached hereto and incorporated herein by this reference.

The basis for the search under 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A) and 18 U.S.C. § 2711(3)(A)(i) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:
1) 18 U.S.C. § 373 - Solicitation to Commit a Crime of Violence (Kidnapping),
2) 18 U.S.C. § 1201(a), (d) – Attempt Kidnapping,
3) 18 U.S.C. § 1201(c) – Conspiracy to Kidnap,
4) 18 U.S.C § 875(b)-(c) – Extortion, and
5) 21 U.S.C. § 846, 841 – Conspiracy to distribute heroin

The application is based on these facts:

☒ Continued on attached sheet.
☐ Delayed notice of days (give exact ending date if more than 30 days:) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Eric Barker, Special Agent FBI

☒Sworn to before me and signed in my presence.
~~Sworn to telephonically and signed electronically~~

Date: 4-9-21

City and state: Spokane, Washington

*Judge's signature*
John T. Rodgers,
United States Magistrate Judge

US v. Ilg

00000099

*AUSAs Assigned: JAG and RRB*

*County: Spokane*

*Re*     *Search of information related to the certain Bitcoin Transactions, set forth in Attachment A, which are stored on premises controlled by Coinbase, a virtual currency exchange headquartered at 548 Market Street #23008, San Francisco, CA 94104*

## AFFIDAVIT

STATE OF WASHINGTON     )
                                   )   :ss
County of Spokane                )

     I, Eric Barker being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

     1.     This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require Coinbase, a virtual currency exchange headquartered at 548 Market Street #23008, San Francisco, CA 94104, to disclose to the government records and other information, including the contents of communications, that are in Coinbase's possession and that pertain to the information described in Attachment A, hereby incorporated by reference. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B. This affidavit arises from RONALD CRAIG ILG's alleged solicitation of a "hitman" to target his estranged wife and one of ILG's former colleagues. As set forth herein, the Federal Bureau of Investigation ("FBI") received a tip that in April 2021, ILG used an electronic device to send approximately $51,678.39 in cryptocurrency to: 1) arrange for a hitman to kidnap his estranged wife, extort her, and inject her with heroin; and, 2)

US v. Ilg                                                          00000099.02

arrange for a former work colleague to be physically assaulted. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

2.      I am a Special Agent with the FBI, and have been since 2009. I am an investigative or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code. I am currently assigned to the Spokane Resident Agency of the FBI, where I have worked various criminal violations for the past six years. During my career as an FBI special agent, I have conducted surveillance, interviewed suspects, and executed arrest and search warrants. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe RONALD CRAIG ILG committed the following violations: 1) 18 U.S. C. § 373 - Solicitation to Commit a Crime of Violence (Kidnapping); 2) 18 U.S.C. § 1201(a), (d) – Attempted Kidnapping; 3) 18 U.S.C. § 1201(c) – Conspiracy to Kidnap; 4) 18 U.S.C § 875(b)-(c) – Extortion; and, 5) 21 U.S.C. § 846, 841 – Conspiracy to distribute heroin (hereafter and

Affidavit of Eric Barker                    2

collectively, the "SUBJECT OFFENSES"). There is also probable cause to search for the information described in Attachment A for evidence of these crimes further described in Attachment B.

## BACKGROUND ON THE DARK WEB AND CRYPTOCURRENCY

4.    As set forth in more detail below, the alleged violations of law noted previously involve activity on the so-called "dark web" and involve payments through cryptocurrency. Based on my training, research, education, and experience, I am familiar with the following relevant terms and definitions:

   a.    The "dark web" is a portion of the "Deep Web[1]" of the Internet, where individuals must use an anonymizing software or an application called a "darknet" to access content and websites. Within the dark web, criminal marketplaces operate, allowing individuals to buy and sell illegal items, such as drugs, firearms, and other hazardous materials, with greater anonymity than is possible on the traditional Internet (sometimes called the "clear web" or simply the "web"). These online market websites use a variety of technologies, including the Tor network (defined below) and other encryption technologies, to ensure that communications and transactions are shielded from interception and monitoring. Famous dark web marketplaces, also called Hidden Services, such as Silk Road, AlphaBay, and Hansa (all of which have since been shut down by law enforcement), operated similarly to clear web commercial websites such as Amazon and eBay, but offered illicit goods and services.

---

[1] The Deep Web is the portion of the Internet not indexed by search engines. Examples are databases and internal networks belonging to private industry, government agencies, or academic institutions.

Affidavit of Eric Barker                    3

                    00000099.04

b. "Vendors" are the dark web's sellers of goods and services, often of an illicit nature, and they do so through the creation and operation of "vendor accounts" on dark web marketplaces. Customers, meanwhile, operate "customer accounts." Vendor and customer accounts are not identified by numbers, but rather monikers or "handles," much like the username one would use on a clear web site. If a moniker on a particular marketplace has not already been registered by another user, vendors and customers can use the same moniker across multiple marketplaces, and based on seller and customer reviews, can become well known as "trusted" vendors or customers. It is also possible for the same person to operate multiple customer accounts and multiple vendor accounts at the same time. For example, based on my training and experience, I know that one person could have a vendor account that he or she uses to sell illegal goods on a dark web marketplace in exchange for cryptocurrency; that same vendor could also have a different customer account that he or she uses to exchange cryptocurrency earned from vendor sales for fiat currency.[2] Because there are separate accounts, a person could use different accounts to send and receive the same cryptocurrency on the dark web. I know from training and experience that one of the reasons dark web vendors have multiple monikers for different vendor and customer accounts, is to prevent law enforcement from identifying which accounts belong to

---

[2] Fiat currency is currency issued and regulated by a government such as the U.S. Dollar, Euro, or Japanese Yen.

Affidavit of Eric Barker                    4

the same person, and who the actual person is that owns or uses the accounts.

c.  The "Tor network," or simply "Tor" (an abbreviation for "The Onion Router"), is a special network of computers on the Internet, distributed around the world, designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and, thereby, the locations and identities of the network's users. Tor also enables websites to operate on the network in a way that conceals the true IP addresses of the computer servers hosting the websites, which are referred to as "hidden services" on the Tor network. Such hidden services operating on Tor have complex web addresses, generated by a computer algorithm, ending in ".onion" and can only be accessed through specific web browser software, including a browser known as "Tor Browser," designed to access the Tor network. Examples of hidden services websites are the aforementioned AlphaBay and Hansa. Tor is available on cellphones using the Android and Apple operating systems by installing an application that puts a TOR-enabled internet browser on a user's cellphone, which then routes the phone's IP address through different servers all over the world, making it extremely difficult to track.

d.  Cryptocurrency, a type of virtual currency, is a decentralized, peer-to-peer, network-based medium of value or exchange that may be used as a substitute for fiat currency to buy goods or services or exchanged for fiat currency or other cryptocurrencies. Examples of cryptocurrency are Bitcoin, Litecoin, and Ether. Cryptocurrency can exist digitally on the Internet, in an electronic storage device, or in

Affidavit of Eric Barker                    5

cloud-based servers. Although not usually stored in any physical form, public and private keys (described below) used to transfer cryptocurrency from one person or place to another can be printed or written on a piece of paper or other tangible object. Cryptocurrency can be exchanged directly person to person, through a cryptocurrency exchange, or through other intermediaries. Generally, cryptocurrency is not issued by any government, bank, or company; it is instead generated and controlled through computer software operating on a decentralized peer-to-peer network. Most cryptocurrencies have a "blockchain," which is a distributed public ledger, run by the decentralized network, containing an immutable and historical record of every transaction.[3] Cryptocurrency is not illegal in the United States.

e.     Bitcoin ("BTC") is a type of cryptocurrency. Payments or transfers of value made with bitcoin are recorded in the Bitcoin blockchain and thus are not maintained by any single administrator or entity. As mentioned above, individuals can acquire Bitcoin through exchanges (i.e., online companies which allow individuals to purchase or sell cryptocurrencies in exchange for fiat currencies or other cryptocurrencies), Bitcoin ATMs, or directly from other people. Individuals can also acquire cryptocurrencies by "mining." An individual can "mine" Bitcoins by using his or her computing power to solve a complicated algorithm and verify and record payments on

---

[3] Some cryptocurrencies operate on blockchains that are not public and operate in such a way to obfuscate transactions, making it difficult to trace or attribute transactions.

US v. Ilg                                                                          00000099.07

the blockchain. Individuals are rewarded for this task by receiving newly created units of a cryptocurrency. Individuals can send and receive cryptocurrencies online using many types of electronic devices, including laptop computers and smart phones. Even though the public addresses of those engaging in cryptocurrency transactions are recorded on a blockchain, the identities of the individuals or entities behind the public addresses are not recorded on these public ledgers. If, however, an individual or entity is linked to a public address, it may be possible to determine what transactions were conducted by that individual or entity. Bitcoin transactions are therefore sometimes described as "pseudonymous," meaning that they are partially anonymous. And while it's not completely anonymous, Bitcoin allows users to transfer funds more anonymously than would be possible through traditional banking and financial systems.

f.    Cryptocurrency is stored in a virtual account called a wallet. Wallets are software programs that interface with blockchains and generate and/or store public and private keys used to send and receive cryptocurrency. A public key or address is akin to a bank account number, and a private key is akin to a PIN number or password that allows a user the ability to access and transfer value associated with the public address or key. To conduct transactions on a blockchain, an individual must use the public address (or "public key") and the private address (or "private key"). A public address is represented as a case-sensitive string of letters and numbers, 25–26 characters long. Each public address is controlled and/or accessed through the use of a unique corresponding private key—the cryptographic equivalent of a

00000099.08

password or PIN—needed to access the address. Only the holder of an address' private key can authorize any transfers of cryptocurrency from that address to another cryptocurrency address.

g.    Although cryptocurrencies such as Bitcoin have legitimate uses, cryptocurrency is also used by individuals and organizations for criminal purposes such as money laundering, and is an oft-used means of payment for illegal goods and services on hidden services websites operating on the Tor network. By maintaining multiple wallets, those who use cryptocurrency for illicit purposes can attempt to thwart law enforcement's efforts to track purchases within the dark web marketplaces. As of 04/08/2021, one bitcoin is worth approximately $57,866, though the value of bitcoin is generally much more volatile than that of fiat currencies.

h.    Exchangers and users of cryptocurrencies store and transact their cryptocurrency in a number of ways, as wallet software can be housed in a variety of forms, including on a tangible, external device ("hardware wallet"), downloaded on a PC or laptop ("desktop wallet"), with an Internet-based cloud storage provider ("online wallet"), as a mobile application on a smartphone or tablet ("mobile wallet"), printed public and private keys ("paper wallet"), and as an online account associated with a cryptocurrency exchange. Because these desktop, mobile, and online wallets are electronic in nature, they are located on mobile devices (e.g., smart phones or tablets) or at websites that users can access via a computer, smart phone, or any device that can search the Internet. Moreover, hardware wallets are located on some type of external or removable media device, such as a

00000099.09

USB thumb drive or other commercially available device designed to store cryptocurrency (e.g. Trezor, Keepkey, or Nano Ledger). In addition, paper wallets contain an address and a QR code[4] with the public and private key embedded in the code. Paper wallet keys are not stored digitally. Wallets can also be backed up into, for example, paper printouts, USB drives, or CDs, and accessed through a "recovery seed" (random words strung together in a phrase) or a complex password. Additional security safeguards for cryptocurrency wallets can include two-factor authorization (such as a password and a phrase). I also know that individuals possessing cryptocurrencies often have safeguards in place to ensure that their cryptocurrencies become further secured in the event that their assets become potentially vulnerable to seizure and/or unauthorized transfer.

i.   Bitcoin "exchangers" and "exchanges" are individuals or companies that exchange bitcoin for other currencies, including U.S. dollars. According to Department of Treasury, Financial Crimes Enforcement Network ("FinCEN") Guidance issued on March 18, 2013, virtual currency administrators and exchangers, including an individual exchanger operating as a business, are considered money services businesses.[5] Such exchanges and exchangers are required to register with FinCEN and have proper state licenses (if required under

---

[4] A QR code is a matrix barcode that is a machine-readable optical label.

[5] See "Application of FinCEN's Regulations to Person Administering, Exchanging, or Using Virtual Currencies," *available at* https://www.fincen.gov/resources/statutes-regulations/guiadance/application-fincens-regulations-persons-administering.

Affidavit of Eric Barker                    9

applicable state law). From my training and experience, I know that registered money transmitters are required by law to follow Bank Secrecy Act anti-money laundering ("AML") regulations, "Know Your Customer" ("KYC") protocols, and other verification procedures similar to those employed by traditional financial institutions. For example, FinCEN-registered cryptocurrency exchangers often require customers who want to open or maintain accounts on their exchange to provide their name, address, phone number, and the full bank account and routing numbers that the customer links to an exchange account. As a result, there is significant market demand for illicit cryptocurrency-for-fiat currency exchangers, who lack AML or KYC protocols and often also advertise their ability to offer customers stealth and anonymity. These illicit exchangers routinely exchange fiat currency for cryptocurrencies by meeting customers in person or by shipping cash through the mail. Due to the illicit nature of these transactions and their customers' desire for anonymity, such exchangers are frequently able to charge a higher exchange fee, often as high as 9–10% (in contrast to registered and BSA-compliant exchangers, who may charge fees as low as 1–2%).

5.    Some companies offer cryptocurrency wallet services, which allow users to download a digital wallet application onto their smart phone or other digital device. A user typically accesses the wallet application by inputting a user-generated PIN code or password. Users can store, receive, and transfer cryptocurrencies via the application; however, many of these companies do not store or otherwise have access to their users' funds or the private keys that are necessary to access users' wallet applications. Rather, the private keys are stored

Affidavit of Eric Barker                    10

on the device on which the wallet application is installed (or any digital or physical backup private key that the user creates). As a result, these companies generally cannot assist in seizing or otherwise restraining their users' cryptocurrency. Nevertheless, law enforcement could seize cryptocurrency from the user's wallet directly, such as by accessing the user's smart phone, accessing the wallet application, and transferring the cryptocurrency therein to a law enforcement-controlled wallet. Alternatively, where law enforcement has obtained the recovery seed for a wallet (see above), law enforcement may be able to use the recovery seed phrase to recover or reconstitute the wallet on a different digital device and subsequently transfer cryptocurrencies held within the new wallet to a law enforcement-controlled wallet.

## BACKGROUND RELATED TO COIN BASE

6.     Through my training and experience, as well my review of Coinbase's publicly accessible website, I have learned that Coinbase is a global virtual currency exchange where buyers and sellers can connect and conduct transactions.[6] Specifically, Coinbase allows users to buy and sell bitcoin in exchange for digital assets, fiat currencies, goods and services, gift cards, and the like. It also allows users to store their bitcoin in virtual wallets on Coinbase's platform. To facilitate these transactions, Coinbase allows subscribers to create accounts, like the Target Account(s), that are associated with basic subscriber information, including an email address. Additionally, Coinbase facilitates private communications, via instant chat, which may allow users and Coinbase employees to communicate

---

[6] The information in this section is based on information published by Coinbase on its website (Coinbase), including, specifically, Coinbase's User Agreement, About and Legal & Privacy pages.

Affidavit of Eric Barker              11

00000099.12

regarding customer service issues, as well as between buyers and sellers about potential or ongoing transactions.

7. In my training and experience, I know that Coinbase typically retains transactional information about the creation and use of each account on Coinbase's systems. This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), notes on trade disputes, the methods used to connect to the account (such as logging into the account via Coinbase's website or mobile application), and other log files that reflect usage of the account. Coinbase further retains records of the Internet Protocol ("IP") address used to register the account, and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the account.

8. In addition to the information described above, Coinbase is believed to retain information regarding Coinbase account activity on the aforementioned instant chat platform. This may include, among other things, messages between Coinbase subscribers, which are private messages sent between two Coinbase users while conducting a transaction. These trade chats may include financial information (if the subscriber provided that information to another subscriber) and any attachments to messages between Coinbase subscribers. Coinbase also keeps and stores trading activity and transaction history. Coinbase may also retain affiliate names, affiliate IDs, affiliate links, affiliate transactions, information regarding offers created and the terms of those offers, instructions provided by Coinbase subscribers regarding certain trades, and account notifications. Finally, I

Affidavit of Eric Barker                    12

know from my training and experience that Coinbase retains information regarding a user's Bitcoin wallet, such as Bitcoin private keys, Bitcoin public keys, wallet balances, and information regarding Bitcoin transactions sent by, and received from, wallets on Coinbase's service.

9.    Finally, virtual currency exchanges doing business in the United States are regulated under the Bank Secrecy Act, codified at 31 U.S.C. § 5311 *et seq*. As a result, virtual currency exchanges must collect information regarding their customers and then must verify that information as part of "know your customer" ("KYC") requirements. Coinbase s website outlines the KYC data that Coinbase collects, including name, email address, phone number, country, address, date of birth, profile picture, government-issued identification, proof of address, photographs, and video.

## PROBABLE CAUSE

10.    On April 5, 2021, FBI learned from Bevan Maxey, who is an attorney for VICTIM 2 (identified below), that the British Broadcasting Company ("BBC") was conducting an investigation for a podcast series related to murder-for-hire on the dark web. The BBC located a dark-web internet site offering murder-for-hire services in exchange for cryptocurrency. During the investigation, and after receipt of the dark messages (enclosed herein as Exhibits 1 and 2), FBI Agents Dave Dibartolo and Christian Parker spoke with the following individuals from BBC, who provided the dark messages to the FBI: Carl Miller, who is a journalist/investigator with BBC and Sean Glynn, who is a director with BBC.

11.    The BBC investigation identified an individual, believed to be RONALD CRAIG ILG, who is utilizing the moniker "**Scar215**" and communicating with various administrators/representatives from dark-web sites hire someone to harm two individuals in Spokane, Washington. The BBC obtained

Affidavit of Eric Barker                13

the communications themselves from a source and/or sources unknown to the FBI, which describe ongoing negotiations between **Scar215** and various monikers to assault one victim and to kidnap, assault, and extort a second victim, in exchange for cryptocurrency payment. The targets were identified as B██ L██ ("VICTIM 1") and J██████ 1██ ("VICTIM 2"). Fearing for the safety of the two individuals, the BBC[7] forwarded the information to VICTIM 2, who contacted the FBI for investigation through her attorney. The FBI's subsequent investigation is described in detail below. The correspondence between **Scar215** and the dark-web contract violence site representatives is described herein. The materials in the format provided by BBC to the FBI are also attached as Exhibits 1 and 2 to this affidavit. According to the dark web messages provided to the FBI by Carl Miller and Sean Glynn from the BBC, between on or about February 23 through February 24, 2021,[8] **Scar215** sent an order to Admin Internet Killers, identifying VICTIM 1 as a target and identifying her home address of ████ Redacted ████ **Scar215** also placed .0399 Bitcoin (BTC) digital currency (approximately $1,984.45) into

---

[7] The BBC utilized a confidential source of information, who is unknown to the FBI. This BBC group, utilizing the same source, identified an earlier murder-for-hire plot that resulted in the FBI arrest of a woman in Milwaukee, Wisconsin for attempting to kill her husband via dark web murder-for-hire services. On April 6, 2021, the FBI sought to obtain identification information for the confidential source. BBC has not provided identification information at this time. The FBI is unaware of any incident in which the source has failed to provide accurate information.

[8] The dark web messages contain date information going back to December 2020. Based on my review of the messages, it appears that **Scar215** may have began communications prior to February 2021.

Affidavit of Eric Barker                    14

an escrow account as payment for Internet Killers to physically assault VICTIM 1 by breaking her hands:[9]

> **Scar215**: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. I tried to attach a pic but it wouldn't load.

> **Admin**: Hello , We got the order and saved it in an encrypted form. Let me know if you have any preferences regarding how this will be done, and then we will assign the order to a hitman. After the order is assigned, it usually takes between 1-2 weeks for the job to be completed. When is finished we send you a confirmation along with proof, and a link to release the bitcoin to the hitman. We can keep in touch here on this encrypted messaging system all time during the execution to ensure things work out smoothly. Do you know how to get bitcoins, do you need any help with that? Looking forward to hear from you

> **Scar215**: I want to use an independent escrow account. Once I have this established, how do I let you know which one.

> **Admin**: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you

> **Admin**: Yes, we can use independent escrow account

> **Scar215**: sent the bitcoin to this sites escrow. You should have it. Once it is available, can you give me a time line.

> **Admin**: Hi, I see the bitcoin have arrived to escrow. I am assigning a hitman to do the job. It will take about 1 week or so. Are you sure you only want the target beaten and not killed? Once we beat the target, we wont touch it again until at least 6 months pases... so you can not submit a killing job on the same target for at least 6 months

---

[9] Unless otherwise noted, the messages appear in their original form. Spelling and grammatical errors from these messages have not been corrected in this affidavit.

Affidavit of Eric Barker                    15

**Scar215**: Yes, this is all I want . I would like to see evidence that it happened. If this goes well, I have another, more complicated job.

**Admin**: The another more complicated job is for the same target? or different target?

**Scar 215**: An entirely different target wi th [sic] entirely different objectives

12.     Subsequent to these messages, in what I understand to be follow-up correspondence, **Scar215** provided Internet Killers additional information, including a link to a photograph of VICTIM 1.  According to a printout of these dark web messages, **Scar215** sent an order to Admin Internet Killers, again identifying VICTIM 1's name, identifying her home address of ▮Redacted▮ Dr.  **Scar215** also allegedly placed .0428 Bitcoin (BTC) digital currency into an escrow account as payment for the hitman to physically assault VICTIM 1:

> **Scar215**: Name B▮ Y▮ L▮ Address  ▮Redacted▮
> Country: United States
>
> Send 0.0428 Bitcoin
>
> Description: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. Follow this link for the targets pic. She is the second pic
>
> https://www.kh.org/▮▮▮▮▮▮▮▮▮▮▮.

**Admin**: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you

**Scar 215**: Ok. Thanks for the update. I will need picture verification

**Admin**: the hitman said it will be done soon

**Admin**: Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is : .03 BTC. The withdraw is going to: bc1qaz7azljaqmj9v5vvvuvylym5y8qzalk5xccg8a Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you

13.     According to a printout of additional dark web messages timestamped between February 23, 2021 and March 21, 2021, **Scar215** sent a separate order to Admin Internet Killers, identifying VICTIM 2 as a target and identifying her home address of ▮▮▮ Redacted ▮▮▮ Spokane Washington. **Scar215** also placed .2603 Bitcoin (BTC) digital currency into an escrow account as payment for a hitman to physically kidnap, assault, drug, and extort VICTIM 2:

**Scar215**: Name: J▮▮▮ i▮ Address ▮▮ Redacted ▮▮ Spokane Washington Country: United States

Send 0.2603 Bitcoin

Description: I need a rush job for next week. I need the target kidnapped for five to seven days. While being held she is given at least daily doses of heroin. She is also strongly persuaded to do a few things within two weeks. 1, stop ALL Court proceedings, 2, return to your husband and the chaos you created, 3. Tell absolutely no one about this. Also, the team should plant heroin and used needles with her DNA inside. After about seven days she is returned to her home

14.     Between on or about February 23, 2021 and on or about March 30, 2021, **Scar215** sent additional information in efforts to hire someone to kidnap, assault, extort, and drug VICTIM 2. **Scar215** also referenced placing BTC into escrow. In the messages that follow further below, **Scar215** indicated that he

ultimately cancelled the assault/beating of VICTIM 2 because the hitman was taking too long to complete the job. These messages also reflect that **Scar215** would pay a bonus if the hitman achieved certain "goals" for VICTIM 2 to 1) drop court proceedings (this appears to be reference to then on-going divorce proceedings between ILG and VICTIM 2), 2) return to her husband (*i.e.*, ILG) and be intimate with him; and 3) tell no one whatsoever about the kidnapping. This correspondence is set forth below:

**Scar215**: Name: J█████ i█ Address Redacted Spokane Washington Country: United States

Send 0.3595 Bitcoin

Description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done in two weeks

I would prefer to use an independent escrow service. Can you give me 3 diffent ones and how exactly it works using an independent service

> **\*Agent's Note: During my investigation, I interviewed VICTIM 2, who confirmed that she has a dog and her father lives in the Spokane area.**

**Scar215**: I am hesitant to use so much money with your escrow. At one point I had tried to reclaim some Bitcoin from this escrow and it didnt go

anywhere despite waiting 2 or 3 days. I will deposit the amount needed if I can be reassured I will get it back if the job is not completed

**Scar215**: I have that much Bitcoin already. How can I show you proof of that without putting it in your escrow?

**Admin**: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you

**Scar215**: Can you adjust the goal. It is stated as a high profile kill. That is wrong. It is a seven day kidnapping of a non-high profile person. What would the escrow be for this?? What would be the real timeline? The reason I ask is because I had ordered a simple beating of a target. After almost four weeks, nothing had happened so I canceled it. So, how long should it take and if it hasnt happened, then what?? Thanka

**Scar215:** I am looking for someone who can do this job around April 9 to the 18th. If you identify someone who can do it I will provide the Bitcoin needed to start. If it goes well within the time frame, I will at least double the pay. I would provide a pic of my Bitcoin balance of $38k but it is not attaching. Thanks for your prompt reply

**Admin**: Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is 0.04 BTC. The withdraw is going to: 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you

15.     From on or about March 29, 2021 through March 30, 2021, **Scar215** sent additional information and Bitcoin related to V2.  This additional correspondence, this time with an individual using the moniker of "Miguel," is set forth below.  In the correspondence, **Scar215** reiterated the request to kidnap, assault, extort, and drug VICTIM 2:

00000099.20

**Scar215:** kidnapping Address Name J█████ I█ Address: ██Redacted██
██Redacted██City: spokane, Washington, ████Country: United States

Send 0.17 Bitcoin

description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done around April 9 to the 18th. If it is done at this time and the goals are achieved, the payment will be doubled

**Miguel:** Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not. In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your area You can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel

**Scar215:** I am trying to prove I have enough Bitcoin. I am trying to attach a pic of my wallet with $38k in bitcoin but it is not attaching?? Can you send this on to a vendor since it needs to be done in a timely way? Can you suggest how to share that I have adequate Bitcoin?

Affidavit of Eric Barker                    20

**Scar215**: If you have a vendor that can do the job as described in the time frame described, I will add the Bitcoin to your escrow now.

**Scar215**: I will be adding the minimum Bitcoin today. If the job gets done within the next 2 weeks, I will add a bonus of $5k. If the goals that are specified happen within 2 weeks of the job being done, I will provide a bonus of $20k to $40k in bonus. I am not sure how to prove I have this Bitcoin available to reassure the vendor of my sincerity. Do you have any suggestions?

16. On or about March 31, 2021, **Scar215** and a person using the moniker **Juan admin Sinaloa Cartel** engaged in additional correspondence reflecting specific identification information for Victim 2 and further details regarding Victim 2's schedule and location. The additional correspondence described a bonus that would be paid if the goals of the abduction were met. Additionally, **Scar215** demanded that VICTIM 2 return to her husband (ILG) and engage in sexual intercourse with him at least three times during the first two weeks after returning:

**Juan admin Sinaloa Cartel**: Hi, I see the minimum amount of bitcoin that you sent is arriving to your wallet. Yes, the goals can be done withing the 2 weeks of the job being done, for the bonus of $20k to $40k. As for proof of the bonus, you can put the bitcoin for the bonus $20k to $40k either here on your wallet, or on an external bitcoin wallet. After the two weeks after the job is done, when the goals have been achieved, you can release the bonus to us Is this ok? Let me know

**Scar215** (timestamp 3-31/21 at 10:10:55): The information shared with me regarding the target is she has a full time job and a part-time job at SpaBlue, https://spabluespokane.com/. She works there every other Wednesday night and closes the business by herself around 7 pm. I dont know for sure if she is actually working tonight, but it is likely. Her schedule gets complicated because she has kids every other week. This week she does not have kids. She will have kids starting Friday after work,around 4. That is something to consider now. But, since it is such short notice, I am sure you will have other ideas. She is stubborn. The vendor/team will have to be very persuasive to

Affidavit of Eric Barker      21

get her to follow through with the goals. But I suspect your team can be just that, very persuasive and hopefully will be able to encourage her to complete the tasks even after she is released.

**\*Agent's Note: VICTIM 2 does work part time at Spa Blue and works evenings on weeks that she does not have her kids. VICTIM 2 and Subject transfer custody of their child every Friday afternoon.**

**Juan admin Sinaloa Cartel** (timestamp 3-31-21 at 11:30:02): Hi, I got the information. I have spoken with the assigned hitman, and he said he would prefer to see the entire bonus amount added to escrow before he proceeds with the job. Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as possible and follow with everything so that the goals are done within 2 weeks after that Can you please add the bonus to escrow? Let me know

**Scar215** (timestamp 3-31-21 at17:47:47): Let me know which of those two would work. I would prefer to just add the bonus Bitcoin shortly after the target is in hand, with some sort of obvious pics that prove it. Does you guy need more details? Does he understand the goals? The top goals to get the biggest bonus is stopping all court proceeding AND going back to her husband. Importantly, the court timeline is coming up, that is why there is a 2 week window. If we miss that, then the bonus will shrink, unfortunately. What is his timeline for getting her? I have few restrictions on what it will take to persuade her. Threatening family, use her dog as a demonstration, whatever. And pics and videos are necessary to use to keep her mouth shut in the future. Time is of the essence to avoid the court stuff moving forward. Thanks

**Juan admin Sinaloa Cartel** (timestamp 3-31-21 at 23:32:56): Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of

Affidavit of Eric Barker                          22

threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know

**Scar215** (timestamp 4-1-21 at 05:01:09): First, lets ensure the goals are correct. I think you accidently wrote "not go back" when in fact she MUST go back [*i.e., go back to her husband*]. This is the absolute goal that she must do for a good bonus. Goals 1. Stop all court proceedings 2. Do go back to her husband weather she wants to or not 3. Keep her mouth shut, and tell no one about the kidnapping 4. Plant drugs in her home and used needles a day or so after collecting her. So, if people start looking for her while she is detained, they will find them. 5. Inject her with heroin 2 times per day. Teach her to inject herself. 6. Send pics and videos of her injecting herself for bribery later. Her schedule I have described. I have been told she has kids every other week starting on Friday. She has kids starting this Friday. She works week days from about 8 to 4. When she does NOT have kids she works at the spa on Saturday and then Wednesday after work. I will use an external escrow. Hidden WiKi, where I first discovered your link, suggests the following:. "Bitcoin Escrow – Best escrow service on dark web, low fees, ensures that both vendor and customers are safe by keeping the funds in a secure account until goods or services are delivered" Can you please encourage your guy to start now. I have $40k in a wallet right now. I tried to send a pic of it but I cant get this email to select that file. I will start moving the Bitcoin as soon as we agreed on an escrow. But it will take a couple days to get there. I dont want to loose much more time. If he collects her when she has kids it will be immediately publisized. If she doesnt have kids AND she is forced to send texts out to work and any nosey friends , she could say she has COVID and is quarantined. So, please have him start now and send me updates and pics as soon as you have her. AND is the Bitcoin Escrow gonna work for us? Thanks

**Scar215** (timestamp 4-1-21 at 07:18:29): I am moving Bitcoin around for the independent escrow. I think being very clear about the bonus will avoid a dispute. So, I will propose the following: To earn the additional associated

bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. He had a similar experience though to make sure he will take her back, which he agreed to do. She is strong for a woman. And she is stubborn and will need lots of persuasion. And she will say yes when she is thinking "fuck no" so after she is released a way to continue to encourage her would be a good idea. Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals

**Scar215** (timestamp 4-1-21 at 07:22:51): The escrow listed on Hidden wiki leaks is Dark Bitcoin Escrow. http://jxotugbval26qqlv.onion/

**Scar215** (timestamp 4-1-21 at 12:29:39: Because of time constraints, I will set up the escrow now and begin to fill it with Bitcoin if I can. I may need information from you to include you or your guy.

**Scar215** (timestamp 4-1-21 at 12:57:48): The independent escrow is startwd at the Dark Bitcoin Escrow using the link I supplied. Your view code is. 9y5qv2352h I sent some Bitcoin to eventually get to a total Bitcoin of 0.68 I copied the goals from my previous email. Please have you guy proceed. I can verify that he has the correct target if and when he is wanting that.

**Juan admin Sinaloa Cartel** (timestamp 4-1-21 at 14:30): Hi, I agree with the bitcoin of your choise, http://jxotugbval26qqlv.onion is fine with us. Please add the 0.68 btc there as bonus for the goals, and then we proceed . You can put the following bitcoin address as succes wallet there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres.

Let me know after you have added funds there, so we can proceed with the job soon Let me know

**Scar215** (timestamp 4-1-21 at 15:44:36): Done. Because of volatility with Bitcoin I still need to add a tiny amount 0.019. Would you agree that there is sufficient funds now to proceed? Thanks

**Juan admin Sinaloa Cartel** (timestamp 4-1-21 at 15:50:58): Hi, I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that? About the other of your messages, I got it and I have forwarde it to the hitman. All is understood To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. Let me know

**Scar215** (timestamp 4-1-21 at 15:57:24) :Yes, I will add the additional Bitcoin. I had to convert cash to bitcoin and that will take a day or two to be available. Before the weekend is over, it will all be there. Hopefully sooner than later. I hope that is satisfactory. If your guy has any questions, let me know. Is it possible to get a timeline from your guy? Thanks

**Juan admin Sinaloa Cartel** (timestamp 4-1-21 at 16:12:51): Hi, Yes, I agree is enouch to proceed. No problem for the 0.019 btc, you can add it during the following days. We will proceed with the job tomorow. The hitman is happy he sees the bonus in escrow; he is glad to know you have the money available. He will follow the directions as exactly specified by you, and the goals will be filled exactly as requested. I will keep you updated soon Let me know

**Juan admin Sinaloa Cartel** (timestamp 4-1-21 at 16:15:01): Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know

**Scar215** (timestamp 4-1-21 at 18:01:18): I already noticed that also. I emailed the admin and asked them to add it and my refund address wasnt correct either. It should be added soon. It will be fixed one way or another I absolutely want to pay him if he gets it right. I have other jobs worth quite a bit to accomplish in the near future. So, if this goes well, then we can work together on a few other things also. Im not sure if you can email admin with the same request? It may help to expedite the fix. Please have your man proceed. All will get worked out very soon. Thanks

**Scar215** (timestamp 4-1-21 at 18:20:54): I am talking with admin and we are getting it worked out. Hopefully it shouldnt take long. But, I hope your guy is reassured that I clearly have the Bitcoin ready. So, please proceed while I work out this small detail. Thanks

**Juan admin Sinaloa Cartel** (timestamp 4-1-21 at 23:20:42): Hi, I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address. Please let me know once you startup a new escrow transaction for the bonus, and add funds there. Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more How soon can you start a new escrow transaction and add the funds there? Let me know

17.     Close in time to the communications above, the following messages were observed between an apparent escrow service and the individual who was using the dark web to solicit someone to kidnap, assault, extort, and drug VICTIM 2. These communications were dated April 1, 2021 and associated with the following internal reference code:

"s: c: bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef." The transaction was labeled, "Bonus for Goals" and identifies a total of 0.6834 Bitcoin currency (.664, which had already been paid) and placed into an escrow account. In the communications, which are between the escrow account administrator and an individual identified as "**user**," the user's messages reflect that he wanted to change some aspect of the Bitcoin transaction, but was unable to do so. The content and timing of the these communications strongly indicates that the "user" is the same person as **Scar215**:

> **User** (timestamp 04-01-21 at 12:51): To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k

> **User** (timestamp 04-01-21 at 15:41): I cant seem to find the place to edit the transaction. The vendor providing the service wants the following address used: 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie My "comment" to the vendor can be moved to the "Directions" heading where it says pending. Can these be done? Thanks

> **Escrow Admin** (04-01-21 at 16:21): I am sorry there is no way to change the success wallet or any other details after the bitcoin escrow has been started. This is because, some people could change the success wallet or other details after escrow has been started, breaking the deal. For example: Person A wants to sell a gun to person B. The success wallet is set, refund wallet is set. If person A doesnt get the gun, person A gets funds back If person A receive the gun, person B gets funds But if person A is able to change the success wallet, then success wallet can become a wallet of person A When deal is completed, person A receives funds that are needed to be sent to person B This is why, nothing can be changed after escrow has been

Affidavit of Eric Barker          27

started If you are not happy with the escrow details, please start new escrow transaction This escrow transaction can be canceled, and the funds will be received back to you within 15 to 30 days

**User** (timestamp 04-01-21 at 18:06): Can the funds be transferred to another address not listed?

**User** (timestamp 04-01-21 at 18:17): Ok I will cancel and restart. The address that it should go back to us bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef If that doesnt work then it should go to 3FgRnwSMHr5wqowcpEEZv5ua7nVUnw9GXB

**Escrow Admin** (04-01-21 at 23:17): Ok. The funds will be sent back to the address you provided, and the transaction is being canceled. The seller is being notified by this request. The processing time is 15-30 days. This is to avoid situations where the transaction is being canceled without the seller being aware of what is happening.

18. The correspondence between **Scar215** and **Juan admin Sinaloa Cartel** has continued, including from April 2, 2021 through April 8, 2021. In this further correspondence, **Scar215** described an issue with the funds in escrow and discusses additional arrangements for VICTIM 2 to be kidnapped during the weekend of April 9, 2021 – April 11, 2021.

**Scar215** (timestamp 04-02-21 at 7:37:40): Unfortunately they said 15 days to get the funds. I am also getting more funds available. Please reassure him I will restart it as soon as possible. By the time he has finished and the 2 weeks after it will be there The time is gonna run low so if he would please start it is best

**Juan admin Sinaloa Cartel** (timestamp 04-06-21 at 14:55:59): Hi, Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission Let me know

**Scar215** (timestamp 04-06-21 at 23:16:03): Sorry for the late reply. I had to go to a place that had no cell coverage. Would he start this weekend if I add $5k to your escrow and start a new escrow that I will eventually fill to $40k? I will start #10k by this weekend. Send me the address you want me to put into this new escrow. Again, the timing is an issue. Since stopping the court proceedings soon is a major part of the bonus, the bonus may be affected if we wait too long. So, will he start this weekend with the above? Thanks

**Juan admin Sinaloa Cartel** (timestamp 04-07-21 at 10:43:33): Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know

**Scar215** (timestamp 04-07-21 at 13:34:35): Ok I am working on that today. I will let you know when the additional is added and I have started a new escrow the proper way this time

**Scar215** (timestamp 04-07-21 at 15:38:06): $5k is on the way to your escrow. A new escrow in the other will be established with $10k by tomorrow. Please alert your guy that it will be ready AND that the full $40k bonus escrow will be filled by the time it will be needed if the bonus goals are achieved. The job needs to start this weekend for the timing to work. Thanks

**Scar215** (timestamp 04-08-21 at 00:07:24): The new escrow is started. view code: y3awan8u9b Funds will be added shortly

**Scar215** (timestamp 04-08-21 at 00:19:26): Please have your man begin this weekend and send a timeline AND pics and videos the day he starts as verification . I will do my best to answer any questions in a timely manner

19.    During the investigation, FBI identified the following evidence corroborating that RONALD CRAIG ILG is the person who was communicating with **Internet Killers**, the Bitcoin escrow administrator referenced above, and **Juan admin Sinaloa Cartel** about assaulting VICTIM 1 (who is ILG's former

work colleague) and soliciting a hitman to kidnap, assault, and inject his estranged wife (VICTIM 2) with heroin.

20.     The FBI Virtual Currency Response Team conducted Bitcoin blockchain analysis revealing that the vast majority of the Sinaloa payment originated from Coinbase.com. Records from Coinbase are expected to confirm whether the transactions took place and are likely to provide identification information for the person who opened and operated the Coinbase account from which BitCoin was exchanged for purposes of harming VICTIM 1 and VICTIM 2. Based on my training and experience, Coinbase retains account information, including the username, telephone number, and email address for the wallet associated with the transaction hashes that are contained in the dark web messages set forth herein and in Exhibits 1 and 2.[10]

21.     On April 7, 2021, VICTIM 2 provided FBI with text message communications between VICTIM 2 and P&#9608;&#9608;&#9608;&#9608;. The messages also contained screenshots of messages between &#9608;&#9608;&#9608;&#9608;, which she had forwarded to VICTIM 2. In this regard, text message communications between RONALD CRAIG ILG and his current partner M&#9608;&#9608;&#9608;&#9608; P&#9608;&#9608;&#9608;&#9608; further corroborate that RONALD CRAIG ILG was using the dark web to locate a hitman to harm VICTIM 2. The following screenshots of text messages, which were sent on or sometime prior to February 16, 2021 between RONALD CRAIG ILG (whose contact name is saved as "sir") and &#9608;&#9608;&#9608;&#9608;. In these messages, P&#9608;&#9608;&#9608;&#9608; confirmed that RONALD CRAIG ILG "hired someone to hurt [VICTIM 2] from

---

[10] The United States Attorney's Office for the Eastern District of Washington, has sought transaction and account information from Coinbase, Inc. on April 7, 2021 through other process, but that process will not conclude prior to April 13, 2021.

the dark web using bitcoin." RONALD CRAIG ILG denied hiring anyone, claiming, "[t]he dark web is all a scam as all the studies show." Screenshots of these communications were provided by VICTIM 2, who again stated she received the messages from P█████, to the FBI on April 7, 2021:



22.     Your Affiant participated in an interview with VICTIM 2 on April 6, 2021 in which she provided background as to her relationship with RONALD CRAIG ILG, who again is her husband. VICTIM 2 explained and stated the following: RONALD CRAIG ILG is a Doctor whom VICTIM 2 married in November of 2016. Following the birth of their child in May 2018, RONALD CRAIG ILG located M█████ P█████ on the internet and invited her into a sexual relationship with RONALD CRAIG ILG and VICTIM 2. As time passed, RONALD CRAIG ILG became more interested in P█████, leaving VICTIM 2 increasingly uncomfortable with the relationship. RONALD CRAIG ILG and

Affidavit of Eric Barker                    31

VICTIM 2 are currently engaged in contentious divorce proceedings and maintain joint custody of their young child. P███████ and VICTIM 2 have maintained communication with each other regarding RONALD CRAIG ILG throughout the relationship.

23.    VICTIM 2 provided the FBI with a statement and supporting text messages from a person VICTIM 2 identified as a nanny that VICTIM 2 and RONALD CRAIG ILG hired to care for their son. Among the messages, the RONALD CRAIG ILG approached their nanny with a "kidnapping scenario" as described below:



FBI has not yet contacted the nanny to confirm the content of the messages provided by VICTIM 2.

Affidavit of Eric Barker                    32

24.     Your Affiant participated in an interview with VICTIM 1 on April 7, 2021. VICTIM 1 stated that she previously worked for RONALD CRAIG ILG for several years, and that he did not like her, possibly because he thought that she had something to do with a complaint that was filed against - RONALD CRAIG ILG. VICTIM 1 surmised that RONALD CRAIG ILG may have faulted her for him not obtaining a position at Kootenai Health, where VICTIM 1 serves as a Medical Director. On or around November 2020, RONALD CRAIG ILG reached out to VICTIM 1 regarding employment and to "bury the hatchet," but VICTIM 1 did not respond.

25.     On April 8, 2021, M&#9608;&#9608;&#9608;&#9608; P&#9608;&#9608;&#9608;&#9608;, who is currently in a relationship with RONALD CRAIG ILG, sent the following text message to VICTIM 2:

Thursday, April 8, 2021



Some strange stuff has happened while we have been here

I need to talk to you asap when we get back                     1:21 PM

P&#9608;&#9608;&#9608; and RONALD CRAIG ILG are currently in Mexico on vacation and are due back in the Spokane area the evening of April 11, 2021. As noted above, **SCAR215** is pushing to have the kidnapping initiated this same weekend, which would be prior to RONALD CRAIG ILG's return.

## CONCLUSION

26.     Based on the forgoing, I request that the Court issue the proposed search warrant. Because the warrant will be served on Coinbase, which will then

Affidavit of Eric Barker                     33

compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

27.    It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations as not all of the targets of this investigation will be searched at this time. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

Eric Barker
Special Agent
Federal Bureau of Investigation

Sworn and signed in my presence

~~X Sworn to telephonically and signed electronically~~

on April 9, 2021:
Did not read or consider Exhibit 1 or 2.
Did not read footnote 5 or 6, or cited materials

John T. Rodgers
United States Magistrate Judge

Affidavit of Eric Barker          34



Exhibit 1

00000099.36

# Scar215

## Notes



**B**███

Washington state https://www.zillow.com/homedetails████████████
████████

She is a neonatal pediatrician

https://www.medicinenet.com/████████████████████/
████████████████ ▪

https://www.doximity.com/pub/b███-l███-md

The person effectively linked to this page as ID:

https://www.kh.org/provider████████

**J**███

https://www.linkedin.com/in███████████

https://www.instantcheckmate.com/people/j████-i██

https://www.evepla.com/U███████████████

### Connection?

There is a 'Dr. Ron C. Ilg' who is a neonatologist who might connect the two

https://health.usnews.com/doctors/ron-ilg-310690

## Payment

### Hydra

Scar215 on H added 0.0399 BTC to 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 65 on Feb 23 21:53[1]

- ▪ tx
- ▪ Wallet

~$1,985.45

## Sinaloa

scar215 on S added 0.1758 BTC to 15SKXF5i7cWZcSQVezF5PP3xLkYfUfwto7 0 L5S8J3Er7a8ko2Nie5nphURSFj1UYXJ312219wENqEVNuZNzxjQD on Mar 30 13:59 (not sure what this elongated format is about)

- TX
- Wallet

~ $10,192.78

## DBE

- 5sneyavp on E added 0.2 BTC to 1DGZ5LPNYbodxdPuCRx2k3kWUiuoFF9mq5 72 on Apr 01 12:47
- 5sneyavp on E added 0.464 BTC to 1DGZ5LPNYbodxdPuCRx2k3kWUiuoFF9mq5 63 on Apr 01 15:28[2]
- TX1 0.2 $11,897.64
- TX2 0.464 $27,602.52
- Wallet

~$39,500.16

## Totals

~$51,678.39

# Correspondence - Hydra

### Order 1.0

A Scar215 S Feb 23 21:14 L Feb 24 5:30 T C B 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 0.0399 BTC X



Name B█████ Y█████ L██ Address Redacted : United States Send 0.0396 Bitcoin

Description: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. I tried to attach a pic but it wouldn't load.

### Correspondence body

Subject Your order Dec 31 16:33 Message: Hello , We got the order and saved it in an encrypted form. Let me know if you have any preferences regarding how this will be done, and then we will assign the order to a hitman. After the order is assigned, it usually takes between 1-2 weeks for the job to be completed. When is finished we send you a confirmation along with proof, and a link to release the bitcoin to the hitman. We can keep in touch here on this encrypted messaging system all time during the execution to ensure things work out smoothly. Do you know how to get bitcoins, do you need any help with that? Looking forward to hear from you Admin Reply Del

Subject Re: Your order Dec 31 16:33 Message: I want to use an independent escrow account. Once I have this established, how do I let you know which one. Reply Del

Subject Order has been updated Dec 31 16:33 Message: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you Admin Internet Killers Reply Del

Subject Re: Re: Your order Dec 31 16:33 Message: Yes, we can use independent escrow account Reply Del

Subject Re: Re: Re: Your order Dec 31 16:33 Message: I sent the bitcoin to this sites escrow. You should have it. Once it is available, can you give me a time line. Reply Del

Subject Re: Re: Re: Re: Your order Dec 31 16:33 Message: Hi, I see the bitcoin have arrived to escrow. I am assigning a hitman to do the job. It will take about 1 week or so. Are you sure you only want the target beaten and not killed? Once we beat the target, we wont touch it again until at least 6 months pases... so you can not submit a killing job on the same target for at least 6 months Reply Del

Subject Re: Re: Re: Re: Re: Your order Dec 31 16:33 Message: Yes, this is all I want . I would like to see evidence that it happened. If this goes well, I have another, more complicated job. Reply Del[3]

Subject Re: Re: Re: Re: Re: Your order Dec 31 16:33 Message: The another more complicated job is for the same target? or different target? Reply Del

Subject Re: Re: Re: Re: Re: Re: Your order Dec 31 16:33 Message: An entirely different target wi th entirely different objectives Reply Del[4]

### Order 1.1

Name B███ Y███ L██ Address  United States Send 0.0428 Bitcoin

Description: The target should be given a significant beating that is obvious. It should injure both hands significantly or break the hands. Follow this link for the targets pic. She is the second pic



## Correspondence body

Subject Order has been updated Dec 31 16:33 Message: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you Admin Internet KillersReply Del[5]

Subject Re: Re: Re: Re: Re: Order has been updated Dec 31 16:33 Message: Ok. Thanks for the update. I will need picture verification Reply Del[6]

Subject Re: Re: Re: Order has been updated Dec 31 16:33 Message: the hitman said it will be done soon Reply Del

Subject Withdraw in progress Dec 31 16:33 Message: Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is : .03 BTC. The withdraw is going to: bc1qaz7azljaqmj9v5vvvuvylym5y8qzalk5xccg8a Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you Reply Del[7]

## Order 2.0

A Scar215 S Feb 23 21:14 L Mar 21 23:37 T C B 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 0.0429 BTC X

Name J███ █Address ███Redacted███ Spokane Washington Country: United States Send 0.2603 Bitcoin

Description: I need a rush job for next week. I need the target kidnapped for five to seven days. While being held she is given at least daily doses of heroin. She is also strongly persuaded to do a few things within two weeks. 1, stop ALL Court proceedings, 2, return to your husband and the chaos you created, 3. Tell absolutely no one about this. Also, the team should plant heroin and used needles with her DNA inside. After about seven days she is returned to her home[8]

## Order 2.1

A Scar215 S Feb 23 21:14 L Mar 30 20:18 T C B 187EDQY2C9VfEsvgEUMeAmeopxg9M7Fs6a 0.0429 BTC X

Name J███ █ Address ███Redacted███ Country: United States Send 0.3595 Bitcoin

Description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own

should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First,cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids,depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done in two weeks Subject Re: Your order Dec 31 16:33 Message: I would prefer to use an independent escrow service. Can you give me 3 diffent ones and how exactly it works using an independent service Reply Del

## Correspondence body

Subject Re: Your order Dec 31 16:33 Message: I am hesitant to use so much money with your escrow. At one point I had tried to reclaim some Bitcoin from this escrow and it didnt go anywhere despite waiting 2 or 3 days. I will deposit the amount needed if I can be reassured I will get it back if the job is not completed Reply Del

Subject Re: Your order Dec 31 16:33 Message: I have that much Bitcoin already. How can I show you proof of that without putting it in your escrow? Thanks Reply Del

Subject Order has been updated Dec 31 16:33 Message: Hello , Your order has been updated and the information has been saved. Looking forward to hear from you Admin Internet Killers Reply Del

Subject Re: Order has been updated Dec 31 16:33 Message: Can you adjust the goal. It is stated as a high profile kill. That is wrong. It is a seven day kidnapping of a non-high profile person. What would the escrow be for this?? What would be the real timeline? The reason I ask is because I had ordered a simple beating of a target. After almost four weeks, nothing had happened so I canceled it. So, how long should it take and if it hasnt happened, then what?? Thanka Reply Del

Subject Re: Order has been updated Dec 31 16:33 Message: I am looking for someone who can do this job around April 9 to the 18th. If you identify someone who can do it I will provide the Bitcoin needed to start. If it goes well within the time frame, I will at least double the pay. I would provide a pic of my Bitcoin balance of $38k but it is not attaching. Thanks for your prompt reply Reply Del

Subject Withdraw in progress Dec 31 16:33 Message: Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is : 0.04 BTC. The withdraw is going to: 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you Reply Del[9]

## Correspondence - Sinaloa

Alias scar215 Signup : Mar 29 12:18 Last Mar 30 21:39 Type: Customer Bitcoin: to7 0 BTC X

Name kidnapping Address Name J████ I█Address:  City: spokane, Washington,████Country: United States Send 0.17 Bitcoin

description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First,cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids,depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done around April 9 to the 18th. If it is done at this time and the goals are achieved, the payment will be doubled

1 8751 Subject New job request received Date2021-03-29 15:54:31 Message: Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del

Subject Reply : New job request received Date2021-03-29 16:07:27 Message: I am trying to prove I have enough Bitcoin. I am trying to attach a pic of my wallet with $38k in bitcoin but it is not attaching?? Can you send this on to a vendor since it needs to be done in a timely way?

Can you suggest how to share that I have adequate Bitcoin? old message below -------- : Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del

Subject Reply : New job request received Date2021-03-29 16:11:12 Message: If you have a vendor that can do the job as described in the time frame described, I will add the Bitcoin to your escrow now. old message below -------- : Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del

Subject Reply : New job request received Date2021-03-30 11:28:50 Message: I will be adding the minimum Bitcoin today. If the job gets done within the next 2 weeks, I will add a bonus of $5k. If the goals that are specified happen within 2 weeks of the job being done, I will provide a bonus of $20k to $40k in bonus. I am not sure how to prove I have this Bitcoin available to reassure the vendor of my sincerity. Do you have any suggestions? old message below -------- : Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not.In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your areaYou can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts Best regards Miguel Reply Del[10]

8751 1 Subject Reply : Re: Reply : New job request received Date2021-03-31 10:10:55
Message: The information shared with me regarding the target is she has a full time job and a
part-time job at SpaBlue, https://spabluespokane.com/. She works there every other
Wednesday night and closes the business by herself around 7 pm. I dont know for sure if she is
actually working tonight, but it is likely. Her schedule gets complicated because she has kids
every other week. This week she does not have kids. She will have kids starting Friday after
work,around 4. That is something to consider now. But, since it is such short notice, I am sure
you will have other ideas. She is stubborn. The vendor/team will have to be very persuasive to
get her to follow through with the goals. But I suspect your team can be just that, very
persuasive and hopefully will be able to encourage her to complete the tasks even after she is
released. old message below -------- : Hi, I see the minimum amount of bitcoin that you sent is
arriving to your wallet. Yes, the goals can be done withing the 2 weeks of the job being done, for
the bonus of $20k to $40k. As for proof of the bonus, you can put the bitcoin for the bonus $20k
to $40k either here on your wallet, or on an external bitcoin wallet. After the two weeks after the
job is done, when the goals have been achieved, you can release the bonus to us Is this ok? Let
me know Juan admin Sinaloa Cartel cyberteamReply Del


1 8751 Subject Re: Reply : Re: Reply : New job request received Date2021-03-31 11:30:02
Message: Hi, I got the information. I have spoken with the assigned hitman, and he said he
would prefer to see the entire bonus amount added to escrow before he proceeds with the job.
Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as
possible and follow with everything so that the goals are done within 2 weeks after that Can you
please add the bonus to escrow? Let me know Juan admin Sinaloa Cartel cyberteamReply Del


8751 1 Subject Reply : Re: Reply : Re: Reply : New job request received Date2021-03-31
17:47:47 Message: Let me know which of those two would work. I would prefer to just add the
bonus Bitcoin shortly after the target is in hand, with some sort of obvious pics that prove it.
Does you guy need more details? Does he understand the goals? The top goals to get the
biggest bonus is stopping all court proceeding AND going back to her husband. Importantly, the
court timeline is coming up, that is why there is a 2 week window. If we miss that, then the
bonus will shrink, unfortunately. What is his timeline for getting her? I have few restrictions on
what it will take to persuade her. Threatening family, use her dog as a demonstration, whatever.
And pics and videos are necessary to use to keep her mouth shut in the future. Time is of the
essence to avoid the court stuff moving forward. Thanks old message below -------- : Hi, I got the
information. I have spoken with the assigned hitman, and he said he would prefer to see the
entire bonus amount added to escrow before he proceeds with the job. Seeing the entire bonus
added to escrow is a great incentive for him to do the job as careful as possible and follow with
everything so that the goals are done within 2 weeks after that Can you please add the bonus to
escrow? Let me know Juan admin Sinaloa Cartel cyberteamReply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-03-31 23:32:56 Message: Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin Sinaloa Cartel cyberteamReply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 05:01:09 Message: First, lets ensure the goals are correct. I think you accidently wrote "not go back" when in fact she MUST go back. This is the absolute goal that she must do for a good bonus. Goals 1. Stop all court proceedings 2. Do go back to her husband weather she wants to or not 3. Keep her mouth shut, and tell no one about the kidnapping 4. Plant drugs in her home and used needles a day or so after collecting her. So, if people start looking for her while she is detained, they will find them. 5. Inject her with heroin 2 times per day. Teach her to inject herself. 6. Send pics and videos of her injecting herself for bribery later. Her schedule I have described. I have been told she has kids every other week starting on Friday. She has kids starting this Friday. She works week days from about 8 to 4. When she does NOT have kids she works at the spa on Saturday and then Wednesday after work. I will use an external escrow. Hidden WiKi, where I first discovered your link, suggests the following:. "Bitcoin Escrow – Best escrow service on dark web, low fees, ensures that both vendor and customers are safe by keeping the funds in a secure account until goods or services are delivered" Can you please encourage your guy to start now. I have $40k in a wallet right now. I tried to send a pic of it but I cant get this email to select that file. I will start moving the Bitcoin as soon as we agreed on an escrow. But it will take a couple days to get there. I dont want to loose much more time. If he collects her when she has kids it will be immediately publisized. If she doesnt have kids AND she is forced to send texts out to work and any nosey friends , she could say she has COVID and is quarantined. So, please have him start now and send me updates and pics as soon as you have her. AND is the Bitcoin Escrow gonna work for us? Thanks old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can

use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin Sinaloa Cartel cyberteamReply Del


Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 07:18:29 Message: I am moving Bitcoin around for the independent escrow. I think being very clear about the bonus will avoid a dispute. So, I will propose the following: To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. He had a similar experience though to make sure he will take her back, which he agreed to do. She is strong for a woman. And she is stubborn and will need lots of persuasion. And she will say yes when she is thinking "fuck no" so after she is released a way to continue to encourage her would be a good idea. Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin Sinaloa Cartel cyberteamReply Del


Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 07:22:51 Message: The escrow listed on Hidden wiki leaks is Dark Bitcoin Escrow. http://

jxotugbval26qqlv.onion/ old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin Sinaloa Cartel cyberteamReply Del[11]

8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 12:29:39 Message: Because of time constraints, I will set up the escrow now and begin to fill it with Bitcoin if I can. I may need information from you to include you or your guy. old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin Sinaloa Cartel cyberteamReply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 12:57:48 Message: The independent escrow is startwd at the Dark Bitcoin Escrow using the link I supplied. Your view code is. 9y5qv2352h I sent some Bitcoin to eventually get to a total Bitcoin of 0.68 I copied the goals from my previous email. Please have you guy proceed. I can verify that he has the correct target if and when he is wanting that. Thanks old message below -------- : Hi, Yes, I understand you being nervous to add all bitcoin in a single escrow here. To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control. The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his

power to fulfill the goals in the two week window, before the court timeline He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband. But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not. Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin Let me know Juan admin Sinaloa Cartel cyberteamReply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 14:30:58 Message: Hi, I agree with the bitcoin of your choise, http://jxotugbval26qqlv.onion is fine with us. Please add the 0.68 btc there as bonus for the goals, and then we proceed . You can put the following bitcoin address as succes wallet there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres. Let me know after you have added funds there, so we can proceed with the job soon Let me know Juan admin Sinaloa Cartel cyberteamReply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 15:44:36 Message: Done. Because of volatility with Bitcoin I still need to add a tiny amount 0.019. Would you agree that there is sufficient funds now to proceed? Thanks old message below -------- : Hi, I agree with the bitcoin of your choise, http://jxotugbval26qqlv.onion is fine with us. Please add the 0.68 btc there as bonus for the goals, and then we proceed . You can put the following bitcoin address as succes wallet there 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres. Let me know after you have added funds there, so we can proceed with the job soon Let me know Juan admin Sinaloa Cartel cyberteamReply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 15:50:58 Message: Hi, I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that? About the other of your messages, I got it and I have forwarde it to the hitman. All is understood To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND

supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. Let me know Juan admin Sinaloa Cartel cyberteamReply Del


8751 1 Subject Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 15:57:24 Message: Yes, I will add the additional Bitcoin. I had to convert cash to bitcoin and that will take a day or two to be available. Before the weekend is over,it will all be there. Hopefully sooner than later. I hope that is satisfactory. If your guy has any questions, let me know. Is it possible to get a timeline from your guy? Thanks old message below -------- : Hi, I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that? About the other of your messages, I got it and I have forwarde it to the hitman. All is understood To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening. Let me know Juan admin Sinaloa Cartel cyberteamReply Del


1 8751 Subject Re: Reply : Re: Reply : Re: Reply : Re: Reply : Re: Reply : New job request received Date2021-04-01 16:12:51 Message: Hi, Yes, I agree is enouch to proceed. No problem for the 0.019 btc, you can add it during the following days. We will proceed with the job tomorow. The hitman is happy he sees the bonus in escrow; he is glad to know you have the money available. He will follow the directions as exactly specified by you, and the goals will be filled exactly as requested. I will keep you updated soon Let me know Juan admin Sinaloa Cartel cyberteamReply Del


1 8751 Subject one small issue Date2021-04-01 16:15:01 Message: Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know Juan admin Sinaloa Cartel cyberteamReply Del

8751 1 Subject Reply : one small issue Date2021-04-01 18:01:18 Message: I already noticed that also. I emailed the admin and asked them to add it and my refund address wasnt correct either. It should be added soon. It will be fixed one way or another I absolutely want to pay him if he gets it right. I have other jobs worth quite a bit to accomplish in the near future. So, if this goes well, then we can work together on a few other things also. Im not sure if you can email admin with the same request? It may help to expedite the fix. Please have your man proceed. All will get worked out very soon. Thanks old message below -------- : Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know Juan admin Sinaloa Cartel cyberteamReply Del

8751 1 Subject Reply : one small issue Date2021-04-01 18:20:54 Message: I am talking with admin and we are getting it worked out. Hopefully it shouldnt take long. But, I hope your guy is reassured that I clearly have the Bitcoin ready. So, please proceed while I work out this small detail. Thanks old message below -------- : Hi, The hitman reported to me that he checked the bitcoin wallet that you put at success, and is not any bitcoin wallet there. He is afraid he wont be able to receive the bonus funds if he completes the goals as requested. Can you please put the bitcoin address provided in my message to as success wallet there in escrow? The hitman will wait for the bitcoin address to be shown there in escrow as success wallet before he proceeds with doing the job Let me know Juan admin Sinaloa Cartel cyberteamReply Del

Subject Re: Reply : one small issue Date2021-04-01 23:20:42 Message: Hi, I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address. Please let me know once you startup a new escrow transaction for the bonus, and add funds there. Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more How soon can you start a new escrow transaction and add the funds there? Let me know Juan admin Sinaloa Cartel cyberteamReply Del[12]

# Correspondence - Dark Bitcoin Escrow

Code: 5sneyavp M : Apr 01 12:44 L: Apr 01 18:17 So far: 0.664 BTC mq5 Transaction Name: Bonus for Goals

Description: Pending

Price: 0.68 BTC. Fee: 0.0034 by customer

Total: 0.6834 Paid so far: 0.664

s: c: bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef

Duration: 30 Days Status: Pending funds from customer.

Date Apr 01 2021, 12:51 User : To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5kReply Del

Date Apr 01 2021, 15:41 User : I cant seem to find the place to edit the transaction. The vendor providing the service wants the following address used: 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie My "comment" to the vendor can be moved to the "Directions" heading where it says pending. Can these be done? ThanksReply Del

Date Apr 01 2021, 16:21 Admin : I am sorry there is no way to change the success wallet or any other details after the bitcoin escrow has been started. This is because, some people could change the success wallet or other details after escrow has been started, breaking the deal. For example: Person A wants to sell a gun to person B. The success wallet is set, refund wallet is set. If person A doesnt get the gun, person A gets funds back If person A receive the gun, person B gets funds But if person A is able to change the success wallet, then success wallet can become a wallet of person A When deal is completed, person A receives funds that are needed to be sent to person B This is why, nothing can be changed after escrow has been started If you are not happy with the escrow details, please start new escrow transaction This escrow transaction can be canceled, and the funds will be received back to you within 15 to 30 daysReply Del

Date Apr 01 2021, 18:06 User : Can the funds be transferred to another address not listed? Reply Del

Date Apr 01 2021, 18:17 User : Ok I will cancel and restart. The address that it should go back to us bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef If that doesnt work then it should go to 3FgRnwSMHr5wqowcpEEZv5ua7nVUnw9GXBReply Del

Date Apr 01 2021, 23:17 Admin : Ok. The funds will be sent back to the address you provided, and the transaction is being canceled. The seller is being notified by this request. The processing time is 15-30 days. This is to avoid situations where the transaction is being canceled without the seller being aware of what is happening.Reply Del[13]

Exhibit 2

00000099.52

8751 1 Subject Reply : Re: Reply : one small issue Date2021-04-02 07:37:40 Message: Unfortunately they said 15 days to get the funds. I am also getting more funds available. Please reassure him I will restart it as soon as possible. By the time he has finished and the 2 weeks after it will be there The time is gonna run low so if he would please start it is best old message below -------- : Hi, I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address. Please let me know once you startup a new escrow transaction for the bonus, and add funds there. Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more How soon can you start a new escrow transaction and add the funds there? Let me know Juan admin Sinaloa Cartel cyberteam Reply Del

1 8751 Subject Re: Reply : Re: Reply : one small issue Date2021-04-06 14:55:59 Message: Hi, Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission Let me know Juan admin Sinaloa Cartel cyberteam Reply Del

8751 1 Subject Reply : Re: Reply : Re: Reply : one small issue Date2021-04-06 23:16:03 Message: Sorry for the late reply. I had to go to a place that had no cell coverage. Would he start this weekend if I add $5k to your escrow and start a new escrow that I will eventually fill to $40k? I will start #10k by this weekend. Send me the address you want me to put into this new escrow. Again, the timing is an issue. Since stopping the court proceedings soon is a major part of the bonus, the bonus may be affected if we wait too long. So, will he start this weekend with the above? Thanks old message below -------- : Hi, Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address and add as much bonus funds as you can there, for him to start the mission Let me know Juan admin Sinaloa Cartel cyberteam Reply Del

1 8751 Subject Re: Reply : Re: Reply : Re: Reply : one small issue Date2021-04-07 10:43:33 Message: Hi, Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin Sinaloa Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue
Date2021-04-07 13:34:35 Message: Ok I am working on that today. I will
let you know when the additional is added and I have started a new
escrow the proper way this time old message below -------- : Hi, Yes, if you
put $5k in our escrow and you start a new escrow that will eventually fill to
40k we can start this weekend. Please let me know once you have added
the bitcoin and we can proceed The bitcoin wallet for escrow is
1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin
Sinaloa Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue
Date2021-04-07 15:38:06 Message: $5k is on the way to your escrow. A
new escrow in the other will be established with $10k by tomorrow. Please
alert your guy that it will be ready AND that the full $40k bonus escrow will
be filled by the time it will be needed if the bonus goals are achieved. The
job needs to start this weekend for the timing to work. Thanks old
message below -------- : Hi, Yes, if you put $5k in our escrow and you start
a new escrow that will eventually fill to 40k we can start this weekend.
Please let me know once you have added the bitcoin and we can proceed
The bitcoin wallet for escrow is
1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin
Sinaloa Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue
Date2021-04-08 00:07:24 Message: The new escrow is started. view
code: y3awan8u9b Funds will be added shortly old message below
-------- : Hi, Yes, if you put $5k in our escrow and you start a new escrow
that will eventually fill to 40k we can start this weekend. Please let me
know once you have added the bitcoin and we can proceed The bitcoin
wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me
know Juan admin Sinaloa Cartel cyberteam Reply Del

Subject Reply : Re: Reply : Re: Reply : Re: Reply : one small issue
Date2021-04-08 00:19:26 Message: Please have your man begin this
weekend and send a timeline AND pics and videos the day he starts as
verification . I will do my best to answer any questions in a timely manner
old message below -------- : Hi, Yes, if you put $5k in our escrow and you
start a new escrow that will eventually fill to 40k we can start this
weekend. Please let me know once you have added the bitcoin and we
can proceed The bitcoin wallet for escrow is
1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know Juan admin
Sinaloa Cartel cyberteam Reply Del[14]

## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with all Coinbase accounts associated with the following person, email addresses, and transaction hashes that are stored on premises controlled by Coinbase, a virtual currency exchange headquartered at 548 Market Street #23008, San Francisco, CA 94104:

     **Name:**    **Ronald Ilg**
     **SSN:** ███████
     **DOB:** ███████
     ILGRON.WA@gmail.com

| Transaction Hash | Date | Coinbase Deposit Address | BTC |
|---|---|---|---|
| 41759e86e0e5d4e8feeeadf106ab943edfc6e7e9c374727363e3e3d5b222e397 | 3/30/2021 12:27 | 39mm8MoSzoQdFNSt26szMqFCR57Hhs6ofw | 0.01956642 |
| c13aa62ed1292c5bb5611bd3c1aeb3a838825ce81b5a0a22c6e8bf7f10d94f73 | 3/30/2021 12:55 | 3DJ3VTMBRhcfjfMqcaPMZNhoXizYRGPrm1 | 0.10515685 |
| c2c7088f48793211c9ffc3fe7c6c9c446e0a276366f664f080921034581a04c7 | 3/30/2021 20:54 | 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR | 0.051104 |
| 6cc5c29887cea0f20039d0f1b47a21bdd9ac7ad054065894e2644bef73d41eed | 4/1/2021 12:28 | 3GSrpkB3QWpeLthgSKB3A8gDgKep87xcFB | 0.34101853 |
| 329946d27168214298462f84f98f26fc686472e33e21e27faf747b63d49e837b | 4/1/2021 22:33 | 3HiCSzQFa3ZZCd66fSsgxSvwgAbfmJC28M | 0.32392734 |

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Coinbase (the "Provider")**

To the extent that information associated with the **Target Accounts and Transactions** identified in Attachment A is within the possession, custody, or control of Coinbase, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Provider, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Provider is required to disclose the following information to the government:

a)   Names (including subscriber names, usernames, and screen names);

b)   Addresses (including mailing addresses, residential addresses, business addresses, and email addresses);

c)   Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

d)   Length of service (including start date) and types of service utilized;

e)   Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

f)   Other subscriber numbers or identities (including the registration IP address);

g)   Means and source of payment for such service (including any credit card or bank account number) and any billing records**;**

h)    Records regarding user-to-user trade chats, including, but not limited to, the content of the chats, and any attachments to the chats, from **December 1, 2020 – April 9, 2020**;

i) Name, address, country, email address, phone number, date of birth, IP addresses, cookie ID and/or other device identifiers, government-issued identification, and proof of address;

j) Username; profile picture; the date the user joined the service; account status; information relating to a user's access of Coinbase.com and/or Coinbase's mobile application (such as device characteristics, date, and time); and information related to a user's actions taken while using Coinbase.com and/or Coinbase's mobile application;

k) Photographs or video (if provided by the user);

l) Transaction history, account notifications, offers created, offer terms, trade instructions, trade activity, trade chat messages (which may contain financial information, if provided by users), transactions received, transactions sent, wallet balance, public keys, and private keys;

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I of Attachment B that constitutes fruits, evidence, and instrumentalities of violations of: (1) 18 U.S. C. § 373 - Solicitation to Commit a Crime of Violence (Kidnapping), (2) 18 U.S.C. § 1201(a), (d) – Attempt Kidnapping, (3) 18 U.S.C. § 1201(c) – Conspiracy to Kidnap, (4) 18 U.S.C § 875(b)-(c) – Extortion, and (5) 21 U.S.C. § 846, 841 – Conspiracy to distribute heroin (hereafter and collectively, the "SUBJECT OFFENSES"). that have been and are being committed by unknown persons, and their associates, since December 2020 – April 9, 2021, including information pertaining to the following matters:

a) All communications, from December 2020 – April 9, 2021, between the user(s) of the TARGET ACCOUNTS identified in Attachment A and others regarding the receipt, handling, distribution, diversion, and/or exchange of virtual currency, such as Bitcoin and Ethereum.

b)     Evidence indicating how and when the TARGET ACCOUNTS were accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the offenses under investigation.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review

# EXHIBIT B

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched* | ) Case No.: 2:21-MJ-00202-JTR |
| *or identify the person by name and address)* | ) |
| | ) |
| *Information from Coinbase, Inc., related to* | ) |
| *certain Bitcoin Transactions and Accounts* | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Washington *(identify the person or describe the property to be searched and give its location)*: *for information related to the certain Bitcoin Transactions as further described in Attachment A, which are stored on premises controlled by Coinbase, a virtual currency exchange headquartered at 548 Market Street #23008, San Francisco, CA 94104 described in Attachment A* which is herein incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*: See Attachment B, which is herein incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before **April 23, 2021** *(not to exceed 14 days)*
☑ ~~in the daytime 6:00 a.m. to 10 p.m.~~     ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____John T. Rodgers_____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of

Date and time issued:     4-9-21 @ 4:37 p.m.     _____
*Judge's signature*

City and state:     Spokane, Washington     John T. Rodgers, United States Magistrate Judge
*Printed name and title*

US v. Ilg

00000099.59

| Return | | |
|---|---|---|
| Case No.: 2:21-MJ-00202-JTR | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____

*Executing officer's signature*

_____

*Printed name and title*

## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with all Coinbase accounts associated with the following person, email addresses, and transaction hashes that are stored on premises controlled by Coinbase, a virtual currency exchange headquartered at 548 Market Street #23008, San Francisco, CA 94104:

Name: **Ronald Ilg**
SSN: ▮▮▮▮
DOB: ▮▮▮▮
ILGRON.WA@gmail.com

| Transaction Hash | Date | Coinbase Deposit Address | BTC |
|---|---|---|---|
| 41759e86e0e5d4e8feeeadf106ab943edfc6e7e9c374727363e3e3d5b222e397 | 3/30/2021 12:27 | 39mm8MoSzoQdFNSt26szMqFCR57Hhs6ofw | 0.01956642 |
| c13aa62ed1292c5bb5611bd3c1aeb3a838825ce81b5a0a22c6e8bf7f10d94f73 | 3/30/2021 12:55 | 3DJ3VTMBRhcfjfMqcaPMZNhoXizYRGPrm1 | 0.10515685 |
| c2c7088f48793211c9ffc3fe7c6c9c446e0a276366f664f080921034581a04c7 | 3/30/2021 20:54 | 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR | 0.051104 |
| 6cc5c29887cea0f20039d0f1b47a21bdd9ac7ad054065894e2644bef73d41eed | 4/1/2021 12:28 | 3GSrpkB3QWpeLthgSKB3A8gDgKep87xcFB | 0.34101853 |
| 329946d27168214298462f84f98f26fc686472e33e21e27faf747b63d49e837b | 4/1/2021 22:33 | 3HiCSzQFa3ZZCd66fSsgxSvwgAbfmJC28M | 0.32392734 |

## ATTACHMENT B
### Particular Things to be Seized

I.  **Information to be disclosed by Coinbase (the "Provider")**

To the extent that information associated with the **Target Accounts and Transactions** identified in Attachment A is within the possession, custody, or control of Coinbase, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Provider, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Provider is required to disclose the following information to the government:

a) Names (including subscriber names, usernames, and screen names);
b) Addresses (including mailing addresses, residential addresses, business addresses, and email addresses);
c) Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
d) Length of service (including start date) and types of service utilized;
e) Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
f) Other subscriber numbers or identities (including the registration IP address);
g) Means and source of payment for such service (including any credit card or bank account number) and any billing records**;**
h) Records regarding user-to-user trade chats, including, but not limited to, the content of the chats, and any attachments to the chats, from **December 1, 2020 – April 9, 2020**;

i)   Name, address, country, email address, phone number, date of birth, IP addresses, cookie ID and/or other device identifiers, government-issued identification, and proof of address;

j)   Username; profile picture; the date the user joined the service; account status; information relating to a user's access of Coinbase.com and/or Coinbase's mobile application (such as device characteristics, date, and time); and information related to a user's actions taken while using Coinbase.com and/or Coinbase's mobile application;

k)   Photographs or video (if provided by the user);

l)   Transaction history, account notifications, offers created, offer terms, trade instructions, trade activity, trade chat messages (which may contain financial information, if provided by users), transactions received, transactions sent, wallet balance, public keys, and private keys;

The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.   Information to be seized by the government

All information described above in Section I of Attachment B that constitutes fruits, evidence, and instrumentalities of violations of: (1) 18 U.S. C. § 373 - Solicitation to Commit a Crime of Violence (Kidnapping), (2) 18 U.S.C. § 1201(a), (d) – Attempt Kidnapping, (3) 18 U.S.C. § 1201(c) – Conspiracy to Kidnap, (4) 18 U.S.C § 875(b)-(c) – Extortion, and (5) 21 U.S.C. § 846, 841 – Conspiracy to distribute heroin (hereafter and collectively, the "SUBJECT OFFENSES"). that have been and are being committed by unknown persons, and their associates, since December 2020 – April 9, 2021, including information pertaining to the following matters:

a)   All communications, from December 2020 – April 9, 2021, between the user(s) of the TARGET ACCOUNTS identified in Attachment A and others regarding the receipt, handling, distribution, diversion, and/or exchange of virtual currency, such as Bitcoin and Ethereum.

b)   Evidence indicating how and when the TARGET ACCOUNTS were
accessed or used, to determine the geographic and chronological
context of account access, use, and events relating to the offenses
under investigation.

This warrant authorizes a review of electronically stored information,
communications, other records and information disclosed pursuant to this warrant
in order to locate evidence, fruits, and instrumentalities described in this warrant.
The review of this electronic data may be conducted by any government personnel
assisting in the investigation, who may include, in addition to law enforcement
officers and agents, attorneys for the government, attorney support staff, and
technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy
of the disclosed electronic data to the custody and control of attorneys for the
government and their support staff for their independent review

# EXHIBIT C

1

2

3

4  _____

5

6                           **INTERVIEW**

7                              **OF**

8                         **RONALD ILG**

9  _____

10

11

12                  CONDUCTED BY INTERVIEWERS

13       SPECIAL AGENTS ERIC BARKER & CHRISTIAN PARKER

14

15              ON APRIL 11, 2021, @ 5:00 P.M.

16            AT SPOKANE INTERNATIONAL AIRPORT

17                   SPOKANE, WASHINGTON

18

19

20

21

22              AUDIO TRANSCRIBED BY:
                CINDY J. CHATTERTON, CCR
23                    CCR #2951

24

25

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

1

1                    MEMBERS IN ATTENDANCE

2

3

4    INTERVIEWERS:

5         SPECIAL AGENT ERIC BARKER
          SPECIAL AGENT CHRISTIAN PARKER
6

7

8
     INTERVIEWEE:
9
          DR. RONALD ILG
10        Spokane, Washington

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

2

1      (COMMENCING AUDIO TRANSCRIPTION)

2

3          **COURT REPORTER'S DISCLAIMER:**

4      **The interviewee was outside the range of the**

5  **microphone.  As a result, the audio recording was unclear**

6  **throughout the interview proceedings.  This transcript**

7  **may contain mishears, as well as many areas designated as**

8  **"inaudible" due to indecipherable recorded audio.**

9

10

11          * * * P R O C E E D I N G S * * *

12

13              (AIRPORT ACTIVITY)

14

15          AGENT PARKER:  Sir?  Dr. Ilg?  Come this

16      way.  Special Agent Parker with the FBI.

17

18              (ENTERING INTERVIEW ROOM)

19

20          AGENT PARKER:  Special Agent Barker.

21          AGENT BARKER:  Good evening, sir.

22          DR. ILG:  Should I just tell them to go

23      ahead?  Send them a text and just to go without me?

24      Is this going to be a while?

25          AGENT PARKER:  Yeah, it might be a few

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

3

1    minutes.

2              DR. ILG:  Minutes or -- let me just text

3    them.

4              AGENT PARKER:  Yeah.

5              AGENT BARKER:  Did you guys drive in

6    today or driving out from the airport?

7              AGENT PARKER:  Separate cars, I guess, is

8    what we're --

9              DR. ILG:  No.  No, no, no.  No.  We came

10   together.

11        I've got to tell her where it's at.

12             AGENT BARKER:  You got luggage coming?

13             DR. ILG:  Yeah.

14        Again, hopefully, she knows where the car is.

15             AGENT PARKER:  Okay.  Can I take my mask

16   off?  Is that okay?  Yep?

17             AGENT BARKER:  We're fully vaccinated

18   too.

19             AGENT PARKER:  Okay.  Cool.

20             AGENT BARKER:  We appreciate you swinging

21   in with us.

22        We received some allegations regarding some

23   threats to your wife.  The vast majority of these

24   things are, you know, scams or what have you.  We

25   are bringing people in.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

4

1      We have to take all of them very seriously,

2  obviously.  When we get these, it is a serious

3  matter.  That's why we're here on a Sunday at the

4  airport.

5          DR. ILG:  Yeah, sorry.

6          AGENT PARKER:  We know you have been

7  traveling a long ways.

8          AGENT BARKER:  Yeah, I know.  It has been

9  a long time.

10     We're trying to get things -- you know, get

11  some answers to these questions.  Get you in here

12  and get you out of here.  As soon as we're done

13  here, you're out of there.  So we'll, hopefully, get

14  you on the road as quick as we can.

15          DR. ILG:  Yeah.  I mean, I can catch an

16  Uber, if I need to.  So, that's fine.

17          AGENT BARKER:  Okay.  All right.

18  Perfect.

19          AGENT PARKER:  We appreciate your

20  cooperation.

21          DR. ILG:  They do have an Uber here in

22  Spokane.

23          AGENT BARKER:  Yes, they do.  Yes, they

24  do.

25      How was Mexico?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

5

1          DR. ILG:  It was fine.  We had a good

2     time.

3          AGENT BARKER:  Excellent.  Excellent.

4     So let's -- we like to just get a little bit

5     of background, as far as when we're doing these.

6     Get kind of a framework of knowledge on the family

7     and --

8          DR. ILG:  Sure.

9          AGENT BARKER:  -- any contacts that you

10    have that might kind of point us in the right

11    direction to either prove this out, disprove it or

12    prove it out.

13         DR. ILG:  Sure.

14         AGENT BARKER:  So that we can adjudicate

15    it and get back home and carry on with our weekend.

16    So...

17

18          * * * I N T E R V I E W * * *

19

20   BY AGENT BARKER:

21   Q.   What can you tell us about your family structure

22        right now?

23   A.   Well, I think you guys know that we're in the midst

24        of a divorce.

25   Q.   Well, how long have you been married?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

6

1  A.  J███ and I were married for three, four years.  Three

2      or four years.

3  Q.  Okay.

4  A.  Yeah.

5  Q.  And you have --

6  A.  Together for seven.  So, seven or eight.

7  Q.  Okay.  Okay.

8      All right.  And then, you say -- when did the

9      divorce proceedings start?

10  A.  That's a good question.  Eight, nine months ago,

11      maybe.

12  Q.  Okay.

13  A.  Yeah.

14  Q.  All right.  How would you characterize that?  Has it

15      been fairly amicable or --

16  A.  No.  I mean, I think you guys know that it's been

17      contentious and -- in that it's something that she

18      pushed.  I wasn't wanting it.  And so -- but that's

19      -- that's where that went.

20  Q.  Okay.  What's your current job situation right now?

21      Are you still up here?

22  A.  So, I -- in December, I separated from the group in

23      Spokane.

24  Q.  Who was that?

25  A.  The Spokane group that I worked with.

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

7

1   Q.   What was the name of it?

2   A.   It depends on what you go by.  But Spokane -- no,

3       Washington Pediatrics.

4   Q.   Okay.  Okay.  Do you know of anybody that has any

5       ill will against your wife or --

6   A.   No.

7   Q.   Describe her for us.  Is she pretty even keel?  Or

8       how would you describe her?

9   A.   Generally speaking, yes.  I mean, there were some

10      times where -- well, I mean, she had domestic

11      violence.  I think she kind of -- I called the

12      police on her.

13   Q.   When was that?

14   A.   A couple a months.  (Inaudible).  I think it was in

15      the fall.

16   Q.   Okay.

17   A.   And so, yeah, she got arrested for that.

18   Q.   What happened there?

19   A.   Well, I mean, there had been some times where she

20      had -- well, just to be honest with you, she just

21      got violent.  And I didn't call anybody that time

22      because, generally, it's the guy that gets arrested.

23           But that night, she was -- and every time

24      she's done it, you know, she's been drunk.  She has

25      a drinking history.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

8

1   Q.   Okay.

2   A.   And she had a DUI when we first met. And so, she

3        has a drinking history.

4           And so, on that particular night, when --

5        some, in the night, when she has been violent. She

6        has been violent with L.I., my two-year-old L.I.

7        Holding him, she would attack him (inaudible).

8           And on that night --

9   Q.   Did she ever touch L█ or just you?

10  A.   Just me. I had to move him out of the way. But

11       just me.

12          And so, during that -- that particular night,

13       she was escalating pretty rapidly. And so, she was,

14       you know, doing the typical, pushing me around and

15       hitting me.

16          And L█ and I were in the bedroom. I moved

17       out of the bedroom. And she came after me then.

18       And I just -- I said, "I'm going to have to call the

19       police if you don't stop." Because I didn't want it

20       to continue. And so, she kept. And so I said,

21       "Well, I've got to call the police."

22   Q.   Sure.

23   A.   And so -- you know. And so -- and she was drunk

24       that night too.

25   Q.   Okay. Okay. How does she --

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

9

```
1    A.   And then -- and then, subsequently, I called the
2         prosecute -- because I didn't want it to hurt her
3         too badly.  So I called the prosecutor and tried to
4         get it dropped.  Eventually, got the whole thing
5         dropped.
6    Q.   Okay.
7    A.   Because I don't even think she has a mark on her
8         record.
9    Q.   Oh.  It got expunged?
10   A.   I think.
11   Q.   Okay.
12   A.   Yeah.  I don't -- yeah, I don't think (inaudible)
13        mark on her record.
14   Q.   Okay.
15
16                    (PHONE RINGING)
17
18             AGENT PARKER:  You need to get that?  I'd
19        rather you didn't until we're done.
20   A.   Okay.  It's my Realtor.  So I'll just (inaudible).
21   Q.   Okay.  So tell us, has she been sideways at all with
22        anybody that you work with, or how is that
23        relationship?
24   A.   Anybody I work with?
25   Q.   You work with or she works with that you know of
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

10

1        that might want to cause her a problem?

2  A.   I mean, her and I have been separated for so long,

3        it don't matter.  I mean --

4  Q.   Do you talk to her regularly other than --

5  A.   No.

6  Q.   -- to L.I.?

7  A.   Yeah.  We can't talk that good.  Well, we can't even

8        talk.  So...

9  Q.   Okay.

10              AGENT PARKER:  There's a no-contact

11      order?

12  A.   Yeah.  There's -- okay.  It's a no-contact order

13        that's within the divorce.

14              AGENT PARKER:  Okay.

15  A.   So I don't know if it's within the court as a legal

16        thing.  But it's a no contact.

17  Q.   Okay.

18  A.   And so, we use this app on the phone to communicate.

19  Q.   Okay.  I gotcha.  Okay.

20        And inside her world, I mean, has she brought

21        up anything, through the course of this divorce,

22        about threats or anything like that; or is this kind

23        of out of the blue that you know of?

24  A.   Yeah.  I don't know of anything about that.

25  Q.   Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

11

```
1    A.   I don't know of anything about that.
2    Q.   Okay.  All right.  What kind of social media does
3         she prefer?  Do you know?  Is she on --
4    A.   Facebook, as far as I know.  But other than that.
5    Q.   Is that the only one?
6    A.   I don't know.
7    Q.   Okay.
8    A.   When we were together, she was on Facebook.
9    Q.   How about yourself?
10   A.   I don't.
11   Q.   Do you have a preference?
12   A.   I don't use social media.
13   Q.   Okay.
14   A.   I mean, I have a Facebook account.  I'm not sure if
15        I deleted it or turned it off.  I don't even know
16        how to get on it or how to use them.  So I
17        (inaudible) just turn it off.
18   Q.   Okay.  All right.  What e-mail accounts and phone
19        numbers does she use, generally?
20   A.   I don't know.  Just her -- I just know her regular
21        phone.
22   Q.   What is that?
23   A.   ███████████ -- ██.  I'm not a hundred percent, but
24        --
25   Q.   Okay.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

12

1   A.    Unless she's changed it.  But that's the one that I

2          call her on.  That's her main one.

3               In fact, she texted me in Mexico saying that

4          that parenting app that we use, that she was going

5          to reuse it.  And I said, no --

6   Q.    Okay.

7   A.    -- I'm going to shut it down in Mexico.

8               Well, no.  And then, I texted her again.  I

9          texted her on the weekend saying, Hey.  This is on

10         Monday.  And she texted me back on that parenting

11         app.  So she (inaudible).

12   Q.    Okay.  That's good.

13               As far as e-mail accounts, anything like that

14          that she would use?

15   A.    Well, during the divorce proceedings, I see that

16          she's got -- she's got her work e-mail.  I see that,

17          you know, we've got -- also, recently, you know,

18          selling property.  We have some rental property.

19          And the Realtor has been e-mailing us.  And I think

20         he's been using her Gmail account.  And then she

21         also has her work e-mail.

22   Q.    Okay.

23   A.    And I don't recall what that is.  I just know that

24          she has a work e-mail.

25   Q.    How was her -- how is her relationship with Ms.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

13

```
 1        P      ?  Is that how you pronounce that?  P      ?
 2   A.   Oh, with       ?
 3   Q.        .
 4   A.   I don't know.  It's up and down, as far as I know.
 5        I don't know where it's at right now.
 6   Q.   Okay.
 7   A.   But it's been up and down.
 8   Q.   Okay.  Do they talk regularly or --
 9   A.   I don't know that either.
10   Q.   Okay.
11   A.   But, yeah,        doesn't necessarily tell me how
12        often they talk.  I know, recently -- meaning
13        "recently," maybe a couple weeks ago.  No.  Maybe a
14        month ago that they were talking more on a regular
15        basis, it seemed like, is what it sounded like.
16   Q.   Okay.
17   A.   But then, from that point, I don't know.
18   Q.   Okay.  How did they meet?  Just --
19   A.   It's a crazy kind of story.  But J   and I kind of
20        have an unorthodox kind of relationship, sexual
21        relationship, where we kind of have dominance in the
22        relationship.  And as part of that, we also
23        experimented with adding others into the -- into the
24        relationship.
25   Q.   Okay.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

14

1  A.   And ████ was the first one that we met and
2       brought into the relationship.
3  Q.   When did that happen, roughly?
4  A.   About two years ago.
5  Q.   Okay.
6  A.   And then that's kind of the turmoil, within that.
7       That, eventually, led to the --
8  Q.   Was there any friction between the two of them?  Or
9       on and off, maybe?
10 A.   Oh, absolutely.  Absolutely.
11           There were times where they went kind of
12      after each other in one way or another.  I don't
13      know all the details of it.  So I don't know that
14      part.  I just know that they are.
15           At times, they were kind of -- at times, it
16      was funny.  Because at times, they would kind of
17      gang up on me.  And I was the bad guy.  And then
18      they would kind of fight kind of amongst themselves.
19      And then everybody just kind of (inaudible).
20 Q.   Sure.  Sure.
21           What social media does she run?  Do you know?
22 A.   I know she does Facebook.  I think she has
23      Instagram.  But I think that's more to kind of watch
24      her daughter, some.
25 Q.   Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

15

1  A.   And she was using the WhatsUp app in Mexico.  That's
2       the first time that I have heard of, that she was
3       using that.
4  Q.   The WhatsApp?
5  A.   WhatsApp, whatever.  I mean, that was part of the --
6       you know, that's how we communicated with
7       (inaudible).
8            And let's see.  Instagram.  WhatsApp.  What's
9       the other name that she has?  I think that's the
10      main ones, as far as I know.
11  Q.  Okay.  Okay.  Do you maintain separate financial
12      relationships with ████████?
13  A.  (Inaudible).
14  Q.  So, there's nothing commingled as far as that goes?
15  A.  No.  No.
16  Q.  What about J█████?  Has everything been severed on
17      that end of things?
18  A.  Yeah, as much as -- I mean, we had a postnuptial
19      agreement.  So when we were married, things were
20      relatively separated.
21           I was disappointed that, despite having a
22      postnuptial agreement, J█ has been trying to kind
23      of squeeze everything she can.  But that didn't
24      (inaudible).
25  Q.  Okay.  All right.  What about banking accounts?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

16

1     Where do you maintain those, as far as yours and

2     ████ 's?

3  A.    ████ s, I don't know.

4         Mine, I have Bank of America, Chase. I have

5     some money in Merrill Lynch and the U.S. Bank.

6  Q.    Okay. Stock-trading relationship? Any stock

7     exchange accounts?

8  A.    Yeah. I mean, I just -- I had a pretty big account

9     in Merrill Lynch, and I just moved all that over to

10     a new account.

11  Q.    Okay. Okay. What about the big bank, crypto these

12     days? Do you have any crypto accounts?

13  A.    Yeah. I have a couple.

14  Q.    Okay. Where?

15  A.    Before I go, should I have a lawyer?

16  Q.    That's always up to you. That's your call.

17  A.    Yeah.

18         AGENT PARKER: Yeah. You're here of your

19     own will.

20  A.    Yeah.

21         AGENT PARKER: If you ever want to get up

22     and walk out, you're free to do that. But I -- you

23     know, we can't give legal advice. That's up to you.

24  A.    Right. You know, I'll be honest with you, I watched

25     a recent video about three month ago. There was a

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

17

1    prosecutor and a detective.  And both of them said:

2    Never talk to a police officer without a lawyer

3    present.  It doesn't matter if you're guilty or not,

4    never talk to them.

5         So, I prefer that, at this point, is to have

6    a lawyer present.  Not because I have anything to

7    hide.

8         AGENT PARKER:  Uh-huh.

9 A.  But more because -- because of the advice I actually

10   heard on YouTube.  So...

11        AGENT PARKER:  Okay.

12 Q.  Okay.  With that, we do have a warrant for your

13   personal device.

14 A.  Which one?

15        AGENT PARKER:  Well, we actually have a

16   warrant for your person and all your luggage.  So --

17 A.  For me, personally?

18        AGENT PARKER:  Yes.  So what that means

19   is we have a search warrant, a federal search

20   warrant.

21 A.  Oh, a search warrant?

22        AGENT PARKER:  Yes.  Not an arrest

23   warrant.

24 A.  Okay.

25        AGENT PARKER:  Not being arrested.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

18

1   A.   Okay.   That's what I --

2                   AGENT PARKER:   And so, we do just need to

3        search you.   We'll search your luggage, your check

4        bag, looking for the items that are outlined in the

5        warrant.

6   A.   Okay.

7                   AGENT PARKER:   And we will -- you know,

8        you will get a copy of the warrant, as well as a

9        receipt for everything that we seize.

10  A.   Okay.

11                  AGENT PARKER:   If you are -- if you are

12       interested, as I mentioned, we have a warrant for --

13       for digital items in general but, specifically, for

14       a phone.

15            If you would like us to forensically image

16       that for right now and have you wait, when we're

17       done, you can take it with you.   Or we can take it

18       and you can be on your way.

19  A.   Umm.   Boy.   It's my only means of communication is

20       why I hesitate.

21                  AGENT PARKER:   Oh, I know.   Without that

22       phone, none of us can function.

23  A.   Right.   Why don't you guys do that, do the digital

24       imaging while I wait.

25                  AGENT PARKER:   Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

19

1  A.   That way, I have my phone.

2  Q.   Okay.

3              AGENT PARKER:  And there is the caveat

4       that if something goes wrong and we're not able to

5       do it, for some technical glitch or reason, then we

6       would need to send it off to a lab.  Just kind of --

7  A.   Okay.

8              AGENT PARKER:  -- in full disclosure.

9  A.   No, no.  That's fine.

10 Q.   We'll do what we can.

11             AGENT PARKER:  We're being honest with

12      you.  We're not here to yank you around.

13 A.   Okay.  No, that's fine.

14             There's one thing that I will share with you,

15      since I don't have my lawyer.  But I did put it on

16      there.  We have an older model.  I will just read it

17      to you, because you are going to see it anyway.

18             And the reason I put it on there is because I

19      was (inaudible).

20             AGENT PARKER:  Okay.  But if you don't

21      mind, I'll -- do you want me to hold it?

22             Is there a specific app you're looking for or

23      something?

24 A.   Yeah.  It's just --

25             AGENT PARKER:  If you know the name of

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

20

1      it, you can search there in that search engine.

2   A.  Yeah.  Okay.  It's a Word document.

3          Okay.  So the reason I wrote this is because

4      -- well, I'll just read it.  Because of -- I'll just

5      say it this way:  The last several months has been

6      very difficult.  And this reflects it.

7          AGENT PARKER:  Okay.  Okay.

8   A.  Is that okay?

9   Q.  Yeah.

10  A.  Fair enough?

11         And I have some abbreviations in here so that

12     -- it says:  I have occasionally visited the dark

13     web over the last couple of years and out of

14     curiosity, looking at porn and then buying steroids.

15     Okay.

16         AGENT PARKER:  Okay.

17  A.  I'll admit that.

18  Q.  Okay.

19  A.  Because I was part of a competitive (inaudible).

20  Q.  Okay.

21  A.  There's lots of interesting sites there.  Some are

22     harmless and just provide a platform for dialog

23     about different things; politics, religions.  Oh.  I

24     said sex.  Oh, and media (inaudible).  So that was

25     kind of one of the places I would go there, to

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

21

1       actually have dialog with other people that did

2       that.

3               But it's called the dark web for a reason.

4       And there are a lot of nefarious sites also.  The

5       markets are sites where all of the various wares are

6       advertised; drugs, hackers, stolen credit cards and

7       PayPal accounts.

8               And once, I actually experimented and paid

9       for a stolen credit card information, but it was all

10      --

11              AGENT PARKER:  Scams?

12  A.  Scams.

13              AGENT PARKER:  Yeah.

14  A.  And so, it turned out to be a total scam.  And I

15      (inaudible) a hundred dollars.

16              I did occasional reading about the dark web

17      on the regular web and found what I suspected to be

18      true, which was that, essentially, all the sites are

19      scams.  A few articles pointed to what they call

20      legitimate sites.  But I was certain these were

21      scams as well.

22              The one site I visited was the -- what's

23      called "Hidden Wiki," "WikiLeaks."  It listed a

24      bunch of sites that were, obviously, legit.

25      Curious, I visited several of these sites and,

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

22

1    indeed, they did seem to be legit.  Most of them

2    were based upon using escrow accounts.  Some had

3    their own built-in escrow, and others encouraged

4    using an independent escrow.  This included all of

5    the things I mentioned; drugs, steroids, hackers,

6    stolen credit cards, et cetera.

7        They also listed hitmen.  The hitmen sites

8    intrigued me.  Again, this was a while ago.  They

9    are interesting.  There was one that had a forum

10    where customers and apparent hitmen would talk.

11    Some hitmen advertise themselves.  And customers

12    would ask questions or actually recorded a

13    successful deal.

14        In this forum, one customer had asked a

15    question if he could order a hit on himself and make

16    it look like an accident.  Again, interesting.  And,

17    therefore -- and there was an affirmation of the

18    administration on that site that this could be

19    arranged.  The customer wanted to ensure that his

20    life insurance would pay out to his family.  And,

21    therefore, it needed to be looked like an accident.

22    And that was a while ago.

23        So about six to eight weeks ago, my

24    depression was probably at its worse.  And I hate to

25    admit it, but I constantly contemplated suicide.  I

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

23

1    know enough to be careful about it, because I have a

2    psychologist.  I know enough to be careful about

3    exactly what I should say to Dr. Mead, my

4    psychologist.

5         She, I'm sure, had contemplated -- and she

6    did -- had contemplated having me admitted as an

7    in-patient.  But I just didn't give her enough

8    information to make that happen.  Had she known that

9    I had laid awake on several occasions with my loaded

10   Glock next to me, there's no doubt she would have.

11   I considered other possibilities also; carbon

12   monoxide poisoning, overdoses, (inaudible).

13        The gun option -- this is what I said.  The

14   gun option seemed to be too violent and I didn't

15   want anyone finding me like that.  But I also didn't

16   want to see -- be seen as defeated.  It says

17   (inaudible).  That they had won.  Meaning, too many

18   things had been going on, as far as separating from

19   the group and everything else going on and all that.

20   But I didn't want to be seen as not being strong

21   enough to make it through.  Anyway, so I didn't want

22   them to think that they had won.

23        So the conversation on that site -- I

24   remember that conversation became real.  Likewise, I

25   thought on my lawsuit.  Because I have a lawsuit

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

24

1    pending against the group.  If I would have

2    committed suicide, I think that would have probably

3    impacted the ability for that to move forward

4    significantly.  And I thought, Well, if it looked

5    like I died from an accident, then that -- it could

6    continue the lawsuit as part of my estate.

7 Q.  Right.

8 A.  And that would have helped ███████ and her girls as

9    well.  I didn't want that (inaudible).

10       I thought my lawsuit could continue for my

11   estate, and my life insurance would pay out.  I also

12   think -- I'm not sure, but I think there's a clause

13   in my life insurance policy that if you die from a

14   suicide that it doesn't pay out.  So...

15       I visited this site again.  Started an e-mail

16   thread with the particular hitman associated with

17   what seemed to be -- I think it was MS-13.  After

18   many discussions and about how and when and where, I

19   loaded up my Bitcoin account, transferred it to

20   them.

21       I know that was stupid to think that.  So,

22   ignorantly, it was not an escrow account.  It

23   started at 10,000.  But quickly, they went to

24   26,000.  And then there -- they said for it to be

25   done right, it would need a bigger team and need

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

25

1    more and more. And -- but I didn't really care. I

2    thought that's how things would work out. A few

3    extra dollars here or there wasn't a big deal.

4          I didn't have an easy way to quickly transfer

5    the Bitcoin. It always seems to take forever for

6    the Bitcoin to -- for the cash to turn to Bitcoin.

7  Q.  Sure.

8  A.  Anyway, the coinbase takes weeks is what -- and the

9    Bitcoin ATMs they have just have limits of money

10    that you can transfer from. Obviously, they are

11    wanting more than what I can do.

12          Anyway, it came back. There was a lot of

13    back and forth. And, eventually, it led to them

14    saying, "Fuck this whole thing," and they backed

15    out. But in saying that, they said, "This will be

16    interesting information to pass along." Or pass

17    along to the authorities. And so, they were

18    threatening me.

19          But, anyway, I just -- I just let that go. I

20    just -- I didn't know what they would do with it. I

21    just -- I was like, Well, you can't (inaudible)

22    these people.

23          Anyway --

24          AGENT PARKER: How long ago was that at

25    this point?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

26

1    A.   So that probably -- a good question.  Maybe three,

2         four -- three or four weeks ago.

3              AGENT PARKER:  Okay.

4    A.   When I originally started talking to them, they said

5         that they -- if things didn't go right, or whatever,

6         that they would send back the money that they -- so

7         I asked them to send it back.  But, obviously, they

8         didn't.

9              And then, obviously, my depression wasn't

10        getting any better over the last couple weeks,

11        despite going up on my medication dose and visiting

12        with my doctor.  It just hasn't become much better.

13        A little bit better in Mexico, but not great.

14             Ongoing drama and the strife with ██████.

15        Nothing was going right.  Nothing was going right.

16        I cried almost -- like I said, I cried almost every

17        night being alone.  Just being alone in my house is

18        just torture.  It's just torture.  I can't describe

19        it.

20             So, I went back, looking for somebody that

21        would help to orchestrate some sort of an accident.

22        Again, this time, it was -- it was with -- it was,

23        like, the Sandinista cartel people is what it is --

24        what it was.

25             AGENT PARKER:  Um.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

27

1    A.   And they had that -- their own independent escrow.

2         Well, they had their own escrow.  And then I said,

3         Well, I'll also use an independent escrow for a

4         bonus.  And they said the bonus being if it truly

5         was seen as an accident, then it would pay itself

6         out.

7              And the administration -- the administrators

8         of the site would be the arbiter of it to be an

9         accident or not.  Obviously, they (inaudible).  They

10        would, based upon what was in the papers or the

11        obituary.  At least the Bitcoin was to pay on the

12        outcome.

13             So, I created the first escrow account, but I

14        messed that up.  I thought -- I thought I could go

15        back and add some more information afterwards, but I

16        messed it all up.  So that escrow account was --

17        that particular escrow account was canceled, and it

18        had $40,000 in it as the bonus if things went right.

19             But -- well, that was still going on.  But I

20        found out I couldn't edit it.  So I had to close

21        that, waiting for that $40,000 to get returned to

22        me.  And I started another escrow account to try to

23        (inaudible).

24   Q.   Okay.

25   A.   And the administrators said that it would take about

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

28

1    15 to 30 days for it to be returned.  So, again,

2    using some Bitcoin in my coinbase account and

3    transferred more money into my coinbase account.  So

4    if you look at my coinbase account, there's a lot of

5    movement in there just because of --

6  Q.  Sure.

7  A.  Now, like I said, this is the reason why I was

8    writing this all down is to actually kind of -- for

9    me and just to try and understand everything.

10       Now that I am rethinking things, the trip,

11    relationship with ████████, and building this

12    relationship with ████████ and her girls has made it

13    at least a fact from wanting to kind of orchestrate

14    this accident.  Not that I -- to be honest with you

15    guys, it's not that I haven't completely taken it

16    off the table for various reasons.

17       AGENT PARKER:  Well, we'll tell you --

18    I'm sure your psychiatrist has told you the same

19    thing -- that's never a good option.  It's never a

20    strategy.

21  Q.  We just don't want anybody to get hurt on this

22    thing; you, ████████, J████████.  That's the worst

23    possible option on this thing.  Okay?

24  A.  I would like to agree with you guys, but I think

25    sometimes it's best that maybe that I'm just not

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

29

1    here.  Because I think it would just be easier for

2    everybody.  (Inaudible).  Sorry.

3        So, the hitman guy that -- he -- actually, I

4    haven't been talking to the hitman or the

5    administrator of the site.  They didn't want to do

6    anything that would be perceived, in any way, until

7    the escrow account was fully funded.  So that's

8    where it stands right now.  I think there's about

9    $10,000 in the escrow.

10       Let's see.  No idea what -- oh.  That's what

11   I was trying to say there, yeah.

12       They never even really discussed it.  It was

13   always going to -- and I didn't want to know how it

14   would happen.  So I never knew the timing or the

15   how.  But -- because that -- again, I wrote that was

16   their problem, particularly if it was (inaudible).

17       And I've never -- and I wrote that down here.

18   I've never contemplated hurting J█, ever.  I love

19   her very much.  I wouldn't hurt her or M███████████

20   mean -- and then, why would I do that?  Because if I

21   did that, one, I'd get caught.  And then there would

22   be nobody for L.I.

23 Q.  You're dealing with some fairly gnarly people on

24   this.  And as you may have guessed, that's kind of

25   why we're here.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

30

1   A.   I didn't -- I didn't know if they were real or not.

2   Q.   Right.

3   A.   When I spoke to the first folks, I thought they were

4        fake. I don't know. I mean, obviously, it seemed

5        like they were.

6   Q.   Right.

7               AGENT PARKER: So, we do a fair amount of

8        investigations regarding the dark web. Do you -- do

9        know their monikers, you know, what -- how did you

10       communicate? On this phone?

11  A.   No. I had -- that's a funny story too. You'll like

12       this. I'll finish this in a second.

13              I had a different phone, just a phone that

14       didn't have a phone number associated with it that

15       tracked on the web.

16              AGENT PARKER: (Inaudible).

17  A.   I just used that. And when we were in Mexico, when

18       ████████ found it, she found it and threw it in the

19       swamp.

20              AGENT PARKER: Okay.

21  A.   As far as I know, she said that she got rid of it.

22  Q.   Why did she -- why did she do that? Did she see

23       something on there?

24  A.   Oh, no. Sorry. I should tell you the rest of the

25       story.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

31

1        I was in Mexico. And I don't know if you've

2    ever been to Mexico. But we went to -- went to this

3    shell (inaudible). It's a snorkeling place. But I

4    had L.I. with me and other people. And they were

5    snorkeling. And so, I was just hanging out with

6    L.I. and just kind of (inaudible).

7        And I met a woman there, and she gave me her

8    telephone number. And ████████ found out about it

9    and got all frustrated. And then -- and so -- and

10   she -- and she believed that I was using this woman

11   to communicate with, because that's -- again,

12   there's so much to this story, it's just hard to --

13   I -- again, I should have a lawyer here, but...

14       She -- ████████ has a tendency to break up

15   with me every three or four weeks, because she just

16   gets pissed off about stuff. And she kind of just

17   gets pissed off about it.

18       And she thinks I'm always kind of -- and --

19   well, and then there's been times when she breaks

20   up. Particularly these times when I have been just

21   really depressed, I just need a distraction. And

22   so, I've gone on the regular web and was chatting

23   with some women on the regular web on some different

24   sites.

25       And then, we get back together. And so, I

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

32

1    have to kind of clean that mess up.  And

2    blah-blah-blah.  So, she's always kind of thinking

3    that I'm chatting with women and stuff like that.

4    So that's when she found this phone.  She thought

5    that I was doing that behind her back because, you

6    know, she wasn't expecting me to do (inaudible).

7  Q.  Sure.

8  A.  She found that phone and trashed it.

9          AGENT PARKER:  So, do you have a way to

10    communicate with these people going forward?  Like I

11    said, we investigate on the dark web.  We would love

12    to continue the conversation on it.  If you can get

13    us the hitman, that's a good thing.

14  A.  I mean, I haven't been communicating with them.  I

15    mean -- again, I was communicating with them when I

16    was in Mexico.  But, you know, telling them about

17    setting this thing up.

18  Q.  Right.

19  A.  But I haven't -- I haven't talked with them

20    (inaudible).

21  Q.  What was the site?  Do you remember?  Or do you have

22    that written down anywhere?

23  A.  I don't.  I would have to -- again, it's on a hidden

24    Wiki.  It was on that phone.  It was bookmarked on

25    that phone that was destroyed.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

33

1          AGENT PARKER:  What was your moniker,

2     your username?

3  A.  That was on that phone too.  And I'm trying to

4     remember what it was.  Scar, I think.  Scar.  Yeah,

5     it was "Scar" and "2" something.  But it was, again,

6     like I said, on that phone.  It was on that phone.

7  Q.  Okay.

8          AGENT PARKER:  Okay.  I didn't mean to

9     distract you if you want to keep going.

10  Q.  Maybe lay that down flat for us, please.  Thank you.

11  A.  So when we were in Mexico, this was an odd thing.

12     Another thing that I write.  I wrote this down,

13     because it seemed like they knew, the staff.

14          AGENT PARKER:  The staff?

15  A.  At the resort.  The wait staff.

16          AGENT PARKER:  They knew what?

17  A.  That I was talking to somebody on the cartel -- with

18     the cartel.  And maybe it was just me over-thinking

19     things.

20  Q.  What did they say?

21  A.  Well, let me read this, because this is what I --

22     so, ███████ -- so -- in Mexico was odd.  The wait

23     staff seemed to ask more questions about who I was,

24     where I lived, how long I would be there in Mexico.

25     Maybe I was being hypersensitive, but it just seemed

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

34

1    odd.

2           And then, this was really odd.  ██████ says

3    that -- we had breakfast delivered.  ██████ said

4    that there was some OJ, some orange juice, that was

5    delivered to the room.  And that it was covered up

6    with Saran wrap.

7           AGENT PARKER:  Uh-huh.

8  A. And each one of them had the same -- some dates on

9    it, she said.  And on each one were different

10   initials.

11          And, again, this is where she had said that

12   she believes I am trying to get all sorts of women

13   and have them brought -- I think it says

14   (inaudible).  But I don't know what it says there.

15   Have them brought to the U.S.  Because that's what

16   she was worried about with this one girl that I had

17   met, that I was trying to bring her back to the U.S.

18          But I think -- again, she wouldn't let me see

19   these.  She took pictures of them.  And she wouldn't

20   let me see the pictures, because she was thinking it

21   was me trying to get these women or something.

22          But what I think it was was a range of dates

23   of when the accident was supposed to be happening,

24   would be the range.  And I don't know anything

25   beyond that.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

35

1       AGENT PARKER:  These were dates in the

2   future?

3 A.  As far as I know.  That's what she said.  She didn't

4   tell me anything other -- and I asked her, you know,

5   is this (inaudible).

6       Then I said:  She found my track phone and

7   got pissed and threw it into -- actually, she threw

8   it into the pool is what she ended up doing.

9   Because I thought -- I was asking her why she threw

10  it in the swamp, and she said she threw it in the

11  pool.  And we never got that back.

12      But it just seemed like the staff knew

13  something.  Particularly -- I don't know.  The last

14  night we were there -- was it the last night?  No,

15  no, no.  It was Friday.  This Friday.  There was a

16  -- this really struck me as odd is -- and I couldn't

17  understand him very well because of his accent.  But

18  he said -- he was asking all of those kind of really

19  kind of detailed questions and seemed really

20  detailed.  He was real friendly and nice and

21  blah-blah-blah.

22      And then he said, "Well, I've only been here

23  a week, and then I'm leaving tomorrow."  And I

24  didn't understand him.  I think that's what he said.

25  I wasn't sure.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

36

1   Q.   Okay.

2   A.   All right. But I know I heard him say, "I've been

3       here for a week, and then tomorrow -- and I thought

4       I heard him say, "We're leaving tomorrow." And I

5       didn't know where he was going to go. But that's --

6       so it just -- it was odd, his demeanor. And it was

7       kind of -- when he was talking to us, which was just

8       different.

9   Q.   Okay.

10   A.   So, it just seemed like the staff knew something,

11       particularly that OJ thing. I don't know what that

12       was about.

13   Q.   What cartel were you supposedly dealing with?

14   A.   I think it was the Sandinista, I think. I think.

15       If I saw the website, I could tell you.

16       I told -- I was talking with ▮▮▮▮▮▮.

17       Because I told her that I had talked -- I was

18       thinking about doing this. And I told her that I

19       had officially called it off. And when I told her

20       that, though, I was trying to get the information

21       out of her regarding the dates.

22       And so, I actually said, "Well, these guys

23       are now blackmailing me and threatening to hurt her

24       and her kids," just to say give me the dates so that

25       I can see what's going on. But she didn't buy it.

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

37

1      And that's (inaudible).

2  Q.  Yeah.

3         Thank you.

4  A.  I said this to try and get those dates from her.

5      But she wouldn't budge.  She truly believed I was

6      bringing these different women to the U.S.

7         So, that's -- that's that.

8         AGENT PARKER:  Okay.  Well, let me stop,

9      and we'll get this process started here.

10  A.  Is somebody grabbing my bags?

11  Q.  Yes.

12         AGENT PARKER:  We'll grab those.

13  A.  Do you know what they look like?

14         AGENT PARKER:  What's the description?

15  A.  It looks like that, but twice the size.

16         AGENT PARKER:  Okay.

17  Q.  You want the water there?

18         Is there any locked compartments in that

19      phone that they are going to have to -- password

20      lock, or is there anything like that that might slow

21      up the works?

22         AGENT PARKER:  What is the password on

23      that?  It's unlocked, but just in case we run into

24      issues.

25  A.  I changed it recently.  It's -- my last phone, my

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

38

1    social security backwards.  So 5-7-4-3.  So 3-4-7-5.

2 Q.  Sounds about right.

3         AGENT PARKER:  Is it a pattern?

4 A.  No.  Just a code and my fingerprint.

5         AGENT PARKER:  We'll just verify that and

6    unlock it.

7 A.  Yeah, yeah, yeah.

8         AGENT PARKER:  Okay.

9         (Addressing someone outside the door.)

10        Looks like this one, but twice the size.  Oh,

11   okay.  Thanks.

12 A.  So, I'm okay talking about this stuff that we just

13   talked about.  But if we go much further than that,

14   I want to have a lawyer.

15 Q.  Okay.  Absolutely.  We just want to make sure that

16   there's no outstanding issues.

17        Well, number one, with you, you know, this

18   isn't probably going to do a lot of good on your

19   end.  Are you going to be okay after this?

20        AGENT PARKER:  Let me give you some

21   motivation.  You've got to be okay.

22 A.  I don't know about that.

23 Q.  You have done a lot of good in your life.

24        AGENT PARKER:  Yeah.  Were you concerned,

25   as you were seeking out this suicide plan/accident

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

39

1    plan, that, in the investigation afterwards,

2    somebody would find the document that you wrote?

3  A.  No.  No.

4          AGENT PARKER:  That would undo everything

5    that you orchestrated.

6  A.  I'd delete that.  So, yeah, I was going to delete

7    that.

8          AGENT PARKER:  As I mentioned, we do some

9    investigations on the dark web.  A little more than

10   we led on to, initially.  We know your moniker is

11   "Scar215."

12 A.  Uh-huh.

13         AGENT PARKER:  And we have your

14   transcript, as you communicated with the cartel.

15         So, the document that you're read is a great

16   document to deflect.  It's a great document to

17   explain away why the Bitcoin was transferred.  But

18   it doesn't match up with the transcript.

19         Any explanation for that?

20 A.  The only explanation I have is what I read from the

21   phone.  And it is that -- again, I wasn't going to

22   hurt anybody.  The only person that was going to be

23   hurt, in my mind, was going to be me.

24         AGENT PARKER:  And, you know, you shared

25   with us earlier that this messy divorce, messy

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

40

1    custody dispute, that was not your idea.  You didn't

2    want that.  That was J█████'s idea.

3            And so, if there was a way to get her back,

4    that's what you -- that's what you wanted.

5  A.  What I wanted was to not hurt anyone.  And --

6            AGENT PARKER:  I get that.  I get that.

7  A.  And the best way that I could do that was to -- and

8    to save face, was to have somebody take me out.

9            AGENT PARKER:  Okay.  Those weren't in

10    the instructions to the hitman that we saw.

11  A.  Yeah.  I don't -- that's not what I -- what I gave

12    the hitman was to create an accident for me.

13            AGENT PARKER:  Okay.  We --

14  A.  I don't know -- again, I don't know --

15  Q.  Can you prove this?  Can you get on that site and

16    get into your -- there's -- the way those read,

17    there's reply, reply, reply.  It should have the

18    complete transcript.

19            Can you get in there and show us that that

20    was the case; that the transcript we had is wrong

21    and yours is right?

22  A.  I can't, because that phone is gone.  And I don't

23    have that -- I don't have that in front of me.

24            AGENT PARKER:  So, we have --

25  A.  I don't have any of that anymore.  That -- that

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

41

1   phone is gone, so I don't know.  I can't -- I can't

2   get back on that site with the passwords and such.

3   (Inaudible).

4              AGENT PARKER:  You don't remember the

5   passwords?

6   A.  No.

7              AGENT PARKER:  Can you get that app on a

8   different phone and log in again?

9   A.  Yeah, I wouldn't remember it.

10             AGENT PARKER:  Okay.  The issue we have

11  is -- as I mentioned, we conduct investigations on

12  the dark web.  And we search the dark web for

13  certain monikers, certain keywords.  It ultimately

14  brought us here.

15       The conversations we saw between Scar215,

16  which is you, and Noella [as heard].  Does that

17  sound familiar?

18  A.  That doesn't sound familiar.

19             AGENT PARKER:  That's not the cartel?

20  A.  That doesn't sound familiar.

21             AGENT PARKER:  Anyway, once something

22  pops, then we start to look at other things what

23  Scar215 is saying.  And, you know, it's not

24  difficult to track who Scar215 is when they are

25  sending Bitcoin.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

42

1          You understand that there's not only

2     coinbase, but other currency.  Cryptocurrency

3     platforms are being used, and some threats hiring

4     hitmen to kidnap and hitmen to assault.  And there's

5     more than one, more than one victim.

6  A.  Again, I -- all I can say is that I -- that wasn't

7     anything that I had talked to them about.  Again, I

8     wouldn't -- the only person that I was going to try

9     to hurt was me.

10          AGENT PARKER:  Okay.  We would love to

11    help you out.  We would love to be able to, you

12    know.  And if you're watching videos on YouTube or

13    any other movie or TV, you know how this works.

14          When somebody gets themselves jammed up, you

15    get yourself unjammed by helping us go after other

16    people.  We would love to go after these guys, these

17    hitmen.  If you can recreate that, that's going to

18    help you in your case.

19          Because we -- I'm being honest with you, we

20    have information.  We have the transcripts of your

21    communications.  It's not good.  And it was nothing

22    about suicide or an accident to cover up a suicide.

23    It was your assaults, your kidnappings, to get your

24    wife back.

25  A.  I am certainly open to helping.  Again, if -- if

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

43

1   helping helps to help you guys do your job and those

2   sorts of things, I'm certainly open to that.

3                    AGENT PARKER:  Okay.

4   A.   Again, I never wanted anybody else to be hurt.

5                    AGENT PARKER:  We're going to have to get

6   around that.  We're going to have to address that

7   first, before you can help us go after the hitmen.

8   Q.   Nobody was hurt.  That's the main point here.  It

9   didn't happen.

10                   AGENT PARKER:  It hasn't yet.

11  Q.   Hasn't yet.

12                   AGENT PARKER:  We understand there was an

13  urgency to get -- on your part, to get this done

14  before custody, divorce, court proceeding.

15       Like I said, we have the transcript.  We know

16  what you said.  At this point, it is now a matter of

17  you taking that opportunity to help yourself.  But

18  we can't go there until we begin to acknowledge what

19  happened.

20  A.   So how would I help you?

21                   AGENT PARKER:  Well, we get back, logged

22  into your account, so that you -- or we, acting as

23  you, can communicate with these guys again.

24  A.   I can't remember my account.  And again, my intent

25  was never to hurt anybody except for myself.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

44

1           AGENT PARKER:  Well, we can -- all of
2       these -- all of these sites, there's admins that can
3       help you reset a password, if that's what you want
4       to do.  It's not something we're going to get done
5       tonight.  But we can -- you know, with your
6       cooperation, we can get that done.
7   A.  Right.
8           Well, I mean, obviously, at this point, I
9       would like to have a lawyer representing me and
10      helping to negotiate --
11          AGENT PARKER:  Okay.
12  A.  -- what we are talking about.
13          AGENT PARKER:  Okay.
14  A.  And, again, I'll simply say that, you know, anything
15      that you say is my transcript, I would disagree
16      with.
17          AGENT PARKER:  Okay.
18  A.  Because my intent was never to hurt anybody except
19      to, you know, set something up so that it ends up
20      like an accident.
21          AGENT PARKER:  Okay.  Well, the first
22      step is going to be getting all of us on the same
23      page for us to be able to work together.  With your
24      cooperation, we've got to have the same foundation.
25      And right now, we're not there.  And so, maybe

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

45

```
1        that's going to take an attorney.

2              And some attorneys will say:  Hey, don't ever

3        talk.  Don't ever, ever, ever cooperate with law

4        enforcement.  And some will look at your case and

5        say:  Yeah, let's get in there.  Let's be the first

6        one in the door.  Let's help you the most we can.

7              So, absolutely, if you want to get an

8        attorney.  But that's where we're going to have to

9        start is coming to that.  You're saying this was a

10       suicide plot to look like an accident.  And what we

11       are seeing, through our investigation, is not that.

12   A.  It might be somebody else.  But that wasn't

13       something that I would do.

14             AGENT PARKER:  Well, your account, it was

15       tied to your Bitcoin, says it was you.

16   A.  Again, I -- the Bitcoin that I transferred was to

17       negotiate an accident for myself.

18             AGENT PARKER:  Okay.  Can you explain

19       this other transcript or this transcript in any way?

20   A.  Which one?

21             AGENT PARKER:  The one I described to

22       you, where you have a -- you are requesting a hitman

23       to kidnap your wife, inject her with heroin, so that

24       she will drop the court proceedings, come back to

25       you, and then (inaudible).
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

46

1          No, and I'm not bluffing.

2   A.   If I was to come up with sort of a conjecture or

3      guess of how that came about, I would say that I

4      have some heated online discussions with the initial

5      people that I has talking about. And they made some

6      significant threats.

7          AGENT PARKER: They made threats towards

8      whom?

9   A.   Towards me.

10         AGENT PARKER: Okay.

11   A.   And turning me in and -- and setting me up.

12   Q.   For what? If all you're wanting to do is have a

13      suicide, what's their endgame?

14   A.   The --

15   Q.   That's not bribery material.

16   A.   No. We had some significant discussions, heated

17      discussion online, regarding the amount of money

18      initially. And then, their continuing to ask for

19      more money.

20         AGENT PARKER: Uh-huh.

21   A.   And I told them, no, I wasn't going to. And they

22      said stuff like: Well (inaudible). We're ready to

23      do this. You're costing us a lot of money. This

24      and that.

25         And like I said, I just couldn't get money

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

47

1      transferred quickly enough for them to cash the

2      Bitcoin. And so -- so I called it off. And that's

3      when they tried to (inaudible).

4 Q.    So how did this website, in the basement of some

5      15-year-old-kid's house in Moscow, or wherever it is

6      -- how did they get such specific detail on your

7      wife?

8 A.    I have no idea what -- all I'm saying is that sex,

9      the one thing that I can come up with.

10          AGENT PARKER: They got the child custody

11      schedule.

12 Q.    Her part-time job.

13 A.    I, again --

14 Q.    The odds are just astronomical.

15 A.    When I was originally talking with that first group,

16      (inaudible/shuffling paper).

17          AGENT PARKER: We know that. And we know

18      about the -- I forget her name.

19 Q.    Who's that? ███ L███?

20          AGENT PARKER: Yeah. We know about her

21      too, and breaking her hands.

22 A.    Again, I don't know anything about that.

23          AGENT PARKER: Okay. Well, your

24      transcript was Scar215, and your Bitcoin wallet says

25      otherwise.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

48

1    A.    Okay.  Again, don't know.

2                AGENT PARKER:  Okay.

3    Q.    Can you understand our skepticism on this?  The odds

4        of somebody having a transcript with your wife who

5        you are having a contentious divorce with, ▇ L▇

6        who you are contentious with, ending up on the same

7        message board, both with threats linked to your

8        coinbase account.  That is just impossible odds.

9    A.    So, the money that I sent to the MS-13, (inaudible)

10       came from my own coinbase account.

11              AGENT PARKER:  No.  There were others --

12       yeah, you're right.  There were other cryptocurrency

13       platforms.

14    A.    Right.  And that -- and so that's where those came

15       from.  And again, it was the MS-13 people and trying

16       to negotiate with them and then their threats

17       thereafter that -- and I didn't keep any of that.

18       But they had made a lot of threats.

19              AGENT PARKER:  Right.  But how do they

20       know -- how do they know ▇ L▇?  How do they know

21       J▇?  How do they know J▇'s work schedule

22       and the child's custody schedule?

23    A.    Well --

24              AGENT PARKER:  There's a lot of

25       information.  And, Dr. Ilg, the best way that you

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

49

1       can help yourself now is for all of us to get on the

2       same page. Because right now, we're a long way

3       apart.

4             So helping you out is not on the horizon yet.

5       I would like to help you out. We would like to get

6       these guys that you're communicating with. But we

7       can't do that until you begin to acknowledge the

8       conversations you've had.

9             Because if your only conversation is to stage

10      a suicide and make it look like an accident, well,

11      then, there's nothing you can help us with there.

12  A.  Again, I'm willing to help out in any way that I

13      can. And to negotiate that piece of it, I think a

14      good lawyer would do better than what I'm going to

15      be able to do.

16  Q.  All right.

17  A.  Again, I don't -- I hear what you're saying. Right?

18      I understand what you're saying.

19             But my conversations with the MS-13 folks

20      was, again, several weeks. And we covered a lot of

21      ground. Right? And some of it was schedule.

22      Right?

23             AGENT PARKER: Uh-huh.

24  A.  They wanted -- I wanted to make sure that it wasn't

25      going to happen when I had L.I. with me. Right?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

50

1        So, obviously, that's where scheduling things come

2        into play.

3               AGENT PARKER:  Right.  But we've got

4        conversations this week, very recent, with some

5        urgency to get this kidnapping done.  We've got to

6        have this done because there's court proceedings

7        going on.  The bonus goes down if it's not done

8        before the court proceedings.

9   A.   Like I said, I'm willing to help out in any way that

10       I can.  And the best way to negotiate that is to

11       have a lawyer that's going to help me to negotiate

12       that piece.

13              AGENT PARKER:  Okay.

14  Q.   All right.  Do we need to -- what's your mental

15       state right now?  I know we probably scrambled you.

16       But do we need to get rid of your weapons?

17  A.   Like I said, that's a messy way to go.

18  Q.   Yes.  That, it is.

19              AGENT PARKER:  Can I ask one more thing?

20       And then we'll get this searched, and we'll get you

21       on your way as soon as we're done with your phone.

22              Again, wanting to help you out.  Is there a

23       danger to J███████?  Because if something were to

24       happen -- as far as you know right now, she's safe.

25       Nobody has been hurt.  But if she were to be hurt,

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

51

1    then this pretty minor incident right now becomes a

2    very big deal.  This is -- at this point, nobody is

3    hurt.  This is not a big deal.  But if she gets

4    injured because tens of thousands of dollars had

5    been sent to a Bitcoin escrow.

6  A.  To hurt myself.

7         AGENT PARKER:  Well, we have information

8    that says otherwise.  So my question is:  Is she in

9    danger?  Do we need to do something to keep her

10   safe?

11 A.  Again, from --

12        AGENT PARKER:  And, maybe, let -- let's

13   not get into explanations, because we'll leave that

14   with the attorney to negotiate.  And this isn't a

15   confession.  But just a "yes" or "no."  Is she in

16   danger?

17 A.  From what my interactions with the dark web, it was

18   never meant to do anything to hurt her.

19        AGENT PARKER:  Okay.  I'm not concerned

20   -- again, we'll worry about the negotiations down

21   the road.  Is she in danger right now?

22       I'm not concerned about your intentions.

23   Because I -- I think you're probably right.  You

24   might have gone to these places because of the story

25   you saw making a suicide look like an accident.  But

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

52

1    as we sit here today, given your conversations a few

2    days ago, is she at risk?

3  A.  Any conversations I had a few days ago were

4    regarding my accident.  And so, if -- any of my

5    conversations that I had with whoever was on the web

6    wouldn't have led to any -- my direct conversations

7    wouldn't have done anything like that.

8        Now, whether threats from the MS-13 people --

9    because they did threaten other people in my family,

10   in addition to threatening to turn me in.  But none

11   of the things that I had discussed on the web had

12   anything to do with hurting her.

13       And so, if there were threats from other

14   people on the web, MS-13 and their threats from

15   original conversations, then I can't speak to that.

16               AGENT PARKER:  Okay.

17  A.  Does that make sense?

18               AGENT PARKER:  No.  I'm sorry, it

19   doesn't.

20       And I'm going to leave here very concerned

21   for the safety of J█████.  Because you've got

22   conversations with -- between Scar215, who has

23   somehow gotten your Bitcoin wallet.

24  A.  Right.  And that's what -- that's what I was worried

25   about was that.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

53

1          AGENT PARKER:  Those are hard to -- those

2     are hard.  Even if you have the wallet address, you

3     got to know the password too.  That's pretty hard to

4     steal somebody's Bitcoin wallet without them knowing

5     it.  And this person sent Bitcoin to this hitman.

6     And all I can assume is that that person was you.

7  A.  And I hear what you're saying.  And the escrow that

8     I set up, the two separate escrows that I set up,

9     one with -- on their website and then the secondary

10    bonus one --

11         AGENT PARKER:  Uh-huh.

12 A.  -- was regarding an accident for me.

13         AGENT PARKER:  Dr. Ilg, the best way to

14    tell a story that's not true is to leave into it

15    parts that are true.  And you've done a masterful

16    job of that.  There are so many instances that you

17    are telling us of things that actually happened, but

18    you're leaving out the key details.

19         It's easy to tell a story that way.  But we

20    know that it's a story because we've got your

21    instructions to the hitman pulled off the dark web.

22 A.  And I hear what your perception of the situation is.

23    My conversations were, again, to set up an accident

24    so that -- to look like an accident.

25         AGENT PARKER:  And that might have been

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

54

1      how it started.  But at some point, it evolved to

2      instructions to a hitman.  Payment of Bitcoin to a

3      hitman to kidnap, inject her with heroin, get her to

4      return to you, in exchange for bonuses for different

5      aspects of these goals.

6           And I can -- I mean, I can see it in your

7      face.  This is sounding very familiar, because these

8      are your words that you typed.

9  A.  I don't know what you're seeing in my face.

10          Again, I -- like I said, I would never want

11     to hurt her.

12          AGENT PARKER:  No, I -- and let's be

13     clear.  You were incredibly clear in your

14     instructions, this was not a hit.  They were not to

15     kill her.  This was a kidnapping, with instructions

16     along the way, for the purpose of getting her to

17     return to you.  Be done with the child custody

18     disputes, be done with the divorce, and just come

19     home.

20          And I get that.  There's -- there's no

21     long-term harm there.  You just want to be a family.

22  A.  Again, I would never want to hurt her, nor would

23     that make any logical sense because she hates me.

24     Why would I bring somebody back into my house who

25     hates me?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

55

1    And I'm trying to build a new family with

2    ▮▮▮▮.  And so, to protect ▮▮▮▮, given that

3    she's going through a divorce herself.  Needless to

4    say, she's never had (inaudible).  The only way that

5    I could protect her, the best way I could protect

6    her is to stage an accident so that she could have

7    the life insurance, have my estate, including

8    anything from the lawsuit.

9         And to bring J▮ back, with the degree of

10   hatred that she has for me, would --

11             AGENT PARKER:  Well, but --

12   A.   -- would only -- would just be bad for L.I., for all

13   of us.

14             AGENT PARKER:  But we talked to a few

15   people this week, and do you know what all of them

16   said that know you? Very charming.  Very likable.

17        You get her back, and then you convince her

18   that you're charming and likable and she wants to

19   stay.  I don't know.  That's one scenario.  But --

20   A.   Clearly, that didn't work, because she's there.

21             AGENT PARKER:  Well --

22   A.   And she hates me.

23             AGENT PARKER:  -- the plan was disrupted,

24   because we are scraping until we come across some

25   troubling things that trace back to you and your

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

56

1    Bitcoin.

2         Did you modify your will or your trust?  What

3    do you have?

4 A.  I was actually thinking about that on the plane.

5    No, I haven't.

6         AGENT PARKER:  Okay.

7 A.  I thought about doing that this week.  And then --

8         AGENT PARKER:  So, there's nothing -- if

9    you were to have an accident in Mexico --

10 A.  I haven't decided.

11        AGENT PARKER:  -- there's nothing that

12   says that ▋▋▋▋ gets anything.

13 A.  Well, I had already left instructions for my

14   attorney that if something were to happen, that

15   ▋▋▋▋'s name should replace.

16 Q.  That isn't going to do any good.

17 A.  No, I know it wouldn't.  It wouldn't have done

18   anything.  And that was for my last trip, actually,

19   to be honest.  And then, I wasn't sure who I wanted

20   to get the money.

21 Q.  So you went to this extent to commit suicide, but

22   you didn't plan it out to the point of getting all

23   of this money to ▋▋▋▋.  Did you change your

24   insurance beneficiaries?

25 A.  No, I haven't changed anything.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

57

1   Q.   So nothing has been changed.  But you hired a hitman

2        to kill you?

3   A.   Well, again, that hasn't been -- the timing of that

4        hasn't been figured out.

5              And so, like I said, I was thinking about it

6        on the plane as to how I was going to negotiate it.

7        I wasn't sure if I was going to change it all to

8        ██████  or leave it to --

9              AGENT PARKER:  So you understand -- you

10       understand this is another inconsistency that

11       doesn't make sense with the story.

12  A.   It makes sense.

13            AGENT PARKER:  If there was going to be

14       an accident, you would want to have your ducks in a

15       row ahead of that accident.

16  A.   Right.

17            AGENT PARKER:  And you don't know when

18       that accident is going to happen.

19  A.   Well, I knew that it wasn't going to happen until

20       the escrow account was full.  Right?  Remember, it

21       wasn't full.

22            AGENT PARKER:  So, one thing I'll share

23       with you, Dr. Ilg, is there's a statute.  It's Title

24       18, United States Code, Section 1001, dealing with

25       false statements.  There's a -- I'm sure you know

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

58

```
 1        Martha Stewart.  That's why Martha Stewart went to
 2        prison.
 3   A.   And Chenoweth.
 4   Q.   Yep.
 5             AGENT PARKER:  Yep.  Although, he had a
 6        friend in The White House.
 7   A.   Didn't help him.
 8             AGENT PARKER:  Well, it did eventually.
 9        Yes.
10             So, again, as we sit here tonight, nobody has
11        been hurt.  That could all change if we don't take
12        control of the situation now.  If we leave this room
13        tonight with what's been said, we can demonstrate
14        that you've provided false statements to us.  We
15        don't -- we don't want to go there.  We would like
16        to get on the same page and get on the same
17        foundation right now.
18   A.   Again, I hear what you're saying.  And I truly want
19        to help in any way that I can to mitigate any
20        issues.  I'll say this is, I don't think it will.
21             AGENT PARKER:  Sorry?  You don't think
22        what will?
23   A.   How do I -- well, I'll say it this way:  If -- as we
24        know, with Martha Stewart and Chenoweth, if someone
25        says a false statement to the FBI, they are --
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

59

1    whatever statute.  But that doesn't stop the FBI

2    from saying something that's not true to me.

3         Isn't that right?

4         AGENT PARKER:  Well, that's right.

5    That's absolutely true.

6  A.  You could be lying.

7         AGENT PARKER:  Yep.  We could be

8    bluffing.

9  Q.  But you know all the cards here.  You know.

10        AGENT PARKER:  You know what I've said to

11   you about this transcript of the conversation

12   between you and these hitmen.  You know I'm not

13   bluffing.  You know I'm not lying.  What I have said

14   are very familiar words because you typed them.

15 A.  So, again, I would love to help you as much as I

16   can.  And the best way for me to understand how that

17   can be negotiated would be with a lawyer helping me

18   with that.

19        AGENT PARKER:  Okay.

20 Q.  Okay.

21 A.  Because again, I mean, let's be honest.  When you

22   add up somebody's emotional response and everything

23   that I've gone through, and now this, it's hard to

24   negotiate.

25        AGENT PARKER:  Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
60

1   A.   I think that's fair.

2   Q.   Okay.

3   A.   So, again, I -- I -- my best guess is the heated

4        discussions that I had with the MS-13 people --

5                    AGENT PARKER:  Can I -- can I just pause

6        you?  And here's what I would say:  If -- for us to

7        be able to move forward in a way that's going to be

8        helpful to you --

9   A.   But how is it going to be helpful to me,

10       specifically?

11                   AGENT PARKER:  Specifically, if you can

12       get us online and we begin communicating with these

13       guys and we are able to track them down and arrest

14       them and charge them, that's going to be good for

15       you.

16  A.   How?

17                   AGENT PARKER:  Well --

18  Q.   You have some exposure here.

19                   AGENT PARKER:  Yeah.  We know what

20       happened.  Not tonight, but in the future you're

21       likely to be arrested.  And if we can get ahead of

22       that, it's all -- not "all."  But it becomes much

23       more in your court.  The ball is in your court.  You

24       come in and surrender on your own terms, rather than

25       us getting an arrest warrant.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

61

1          There's -- what I'm saying is, we don't want

2     to hear about the suicide plan to make it look like

3     an accident.  So, if you really want to cooperate

4     and get an attorney, we don't want to hear that

5     anymore.  That's not -- that's not what happened.

6  A.  Again, I hear what you're saying.  Irregardless of

7     how one goes about moving forward, having a better

8     negotiator than me who has a clear mind.

9          AGENT PARKER:  Yep.  And that's what I'm

10    saying.  If that's the approach you want to go, then

11    we'll just stop.

12         But what I'm saying is:  Let's not continue

13    with the "Suicide to make it look like an accident"

14    story.  Let's not keep saying, Well, this is what I

15    did.  Let's just be done.  And we'll continue this

16    once you identify an attorney.

17         Does that make sense to you?  Does that make

18    sense?  I'm trying to keep you from telling --

19    continuing to tell us something that we know is not

20    true.  That's all I'm saying.

21         So if that's the approach you want to take,

22    then -- you know, we can -- we'll finish up the

23    search and -- but if there's anything you want to --

24    again, I'm not telling you can't talk.  I'm just

25    saying there's elements of the story you're telling

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

62

1     us that we know aren't true.  There's elements of

2     the story that we know are true.

3  A.  I hear what you're saying.  And, again, I would love

4     to help the best way that I can to provide you guys

5     what it is that you need.  But at the same time, I

6     need somebody that has a clearer mind than mine --

7                    AGENT PARKER:  Right.

8  A.  -- to help me to navigate that.

9  Q.  Fair enough.

10                   AGENT PARKER:  All right.  Anything else

11    we need?

12 Q.  Nope.  I was going to show him these warrants.

13         So, this is the one for your Smartphone.  It

14    goes over what we're planning on seizing, the

15    Smartphone.  This was on your person.  So this will

16    cover your bags, your luggage, and anything on you

17    personally.

18 A.  Are you taking those things?

19 Q.  No.  Devices, that is probably going to come.  Other

20    than that, probably going to be looking at -- wallet

21    contents, anything in there, probably take a

22    picture.

23         We'll have you in here as we do this, so you

24    can verify what's taken.  We'll give you a receipt

25    for it.  And then that will be coming back to you

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

63

1    once we're done with it.

2  A.  Okay.

3  Q.  Fair enough?

4  A.  Yeah.

5        These are for me to take?

6  Q.  Yes.  Yeah.  Those are yours.

7        So I think that's the laptop there?

8  A.  Yes.

9  Q.  Does that have a password or anything on it?  It

10     speeds up the processing.

11           AGENT PARKER:  Do you mind writing down

12     the password for us?

13  A.  It's 5743.

14  Q.  Need some readers.  Starting to go.

15  A.  I don't know how you can see that.

16           UNIDENTIFIED SPEAKER:  You want me to

17     take a picture of it and you can zoom in?

18  Q.  Almost there.

19        That one's smaller.  See if you can get a

20     picture of that, will you?  I don't think I will be

21     able to make that one out, the model number.  It's

22     right there.

23           UNIDENTIFIED SPEAKER:  Okay.  You need

24     the --

25  Q.  The model number.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

64

1          UNIDENTIFIED SPEAKER:  Model No.

2     15-CS3153CL.

3  Q.  Okay.

4          UNIDENTIFIED SPEAKER:  Serial number?

5  Q.  Yeah, hit me on that one.

6          UNIDENTIFIED SPEAKER:  5 Charlie Delta

7     05282 Juliette 2.

8  Q.  Juliette.  All right.  That will work.

9          How's he coming on the phone?

10          UNIDENTIFIED SPEAKER:  (Inaudible).

11  Q.  Okay.

12          UNIDENTIFIED SPEAKER:  It may be that we

13     have to take it back to the office, and then we can

14     get it back to you either tonight or tomorrow.

15          There's one other bit of information we would

16     share with you (inaudible).  We are executing a

17     search warrant for the residence.  There's a safe in

18     the closet near the front door.

19  A.  Uh-huh.

20          UNIDENTIFIED SPEAKER:  Do you mind

21     sharing the combination with us?

22  A.  It's a fingerprint.  Why would he ask me for a

23     combo?

24          Yeah, I don't think it has a combo.  I think

25     there's a button thing.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

65

1  Q.  Okay.  Yep.

2          Did you go through this thing?  Power cords

3      are in there?

4              UNIDENTIFIED SPEAKER:  Yep.

5  A.  It's dead --

6  Q.  Okay.

7  A.  -- I believe.

8  Q.  Is that all?  Just power cords?  This?

9  A.  (Inaudible).

10             AGENT PARKER:  Is this sand, or what is

11     this?

12 A.  Maybe.

13 Q.  It has been at the beach.

14 A.  Yeah.  Okay.  Sorry.  Somebody will have to vacuum.

15             UNIDENTIFIED SPEAKER:  Do you remember

16     what all of these are?

17 A.  I can tell you.

18             UNIDENTIFIED SPEAKER:  Got your name on

19     it.

20 Q.  What is your street address?

21 A.  7207 East Uhlig, U-H-L-I-G, Road, Spokane, 99217.

22 Q.  Thanks.

23             UNIDENTIFIED SPEAKER:  Is that

24     prescribed?  (Inaudible).

25 A.  (Inaudible).

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

66

1    Q.   What's that?

2                 UNIDENTIFIED SPEAKER:   Testosterone.

3    Q.   Yeah.

4    A.   That's for an enema.

5                 UNIDENTIFIED SPEAKER:   And this one?

6    A.   That's an antibiotic.

7                 UNIDENTIFIED SPEAKER:   Is that

8         prescribed?

9    A.   That's the same as the (inaudible) one.

10              What's that?

11   Q.   It's a Sheraton Hotel receipt, looks like.

12   A.   Oh, for -- right, right.

13   Q.   Yep.

14   A.   That was my hotel in Kalispell.

15   Q.   23rd of February.  Sound about right?

16   A.   Yeah.  Been awhile.  (Inaudible).

17

18              (UNIDENTIFIED INDIVIDUAL ENTERS)

19

20                 UNIDENTIFIED SPEAKER:   Do you know where

21        (inaudible)?

22   Q.   Just walked out a second ago.

23                 UNIDENTIFIED SPEAKER:   Okay.

24   Q.   There's no sharps in here, is there?

25   A.   No.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

67

1    (AGENTS SEARCHING THROUGH LUGGAGE)

2

3        AGENT PARKER:  Sorry.  We know this isn't

4    the most pleasant thing when you get back from your

5    vacation in Mexico.

6  A.  That's medicine that I bought for █████.

7  Q.  Dang.  That ain't cheap.  Is that in Pesos or is

8    that American?

9  A.  It's in Pesos.  It's a basic (inaudible).  It's a

10    lot cheaper there.

11  Q.  What is this?  What does it do?

12  A.  It's for cold sores.

13  Q.  Okay.

14

15    (AGENTS CONTINUE SEARCHING LUGGAGE)

16

17  Q.  We have that one.  Filled that out.

18        What's that one?

19  A.  It's a present to somebody.

20        UNIDENTIFIED SPEAKER:  Are they all

21    fingerprint?  (Inaudible).

22  A.  My guns safe has my guns.  And the other one has

23    gold, cash.  And I have passports, but that's here.

24    I can't remember what's in the other.

25        UNIDENTIFIED SPEAKER:  It says a gun safe

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

68

```
1        with guns and a knife.  The other one has gold and
2        cash.
3   Q.   How quick can you get out there, so they don't have
4        to pop these things?
5   A.   Uber, I guess.
6   Q.   All right.
7                UNIDENTIFIED SPEAKER:  (Speaking on
8        phone).  Yeah.  Right.  No.  How much longer you
9        guys -- will you be?
10  Q.   Do you have a scrip for this?
11  A.   No.
12  Q.   He doesn't?
13  A.   No.
14               (UNIDENTIFIED SPEAKER ON PHONE)
15
16               UNIDENTIFIED SPEAKER:  Yeah.  We've got
17       his laptop.  Let's grab that and talk for a minute.
18       Okay.
19  Q.   What do you think?
20               UNIDENTIFIED SPEAKER:  We can drive him
21       home.  ████████ already left with the car.  So that
22       will be the quickest way for him to get home and for
23       us to get those safes opened.
24               (UNIDENTIFIED SPEAKER ON PHONE)
25               UNIDENTIFIED SPEAKER:  All right.  We'll
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

69

1       be there.  We will be there shortly.

2             We can get you home faster, and then you can

3       pop those safes for us.  And then, I think, we

4       should be done there.  Okay?

5

6                        (INTERVIEW CONCLUDED)

7

8   / / / /

9

10  / / / /

11

12  / / / /

13

14  / / / /

15

16  / / / /

17

18  / / / /

19

20  / / / /

21

22  / / / /

23

24  / / / /

25

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

70

```
 1                 C E R T I F I C A T E

 2   STATE OF WASHINGTON)
                        ) ss.
 3   COUNTY OF GRANT    )

 4

 5       THIS IS TO CERTIFY that I, Cindy J. Chatterton,

 6   residing in Moses Lake, Washington, transcribed the

 7   within and foregoing audio-recorded interview conducted

 8   of Ronald Ilg on April 11, 2021

 9       IT IS FURTHER ASSERTED that I am a licensed

10   Washington State Court Reporter on the date herein set

11   forth; and that said transcript is a full, true, and

12   correct record of the interview, including all questions,

13   answers and objections, if any, by the parties, to the

14   best of my ability.

15       I further certify that I am not a relative,

16   employee, attorney, counsel of any of the parties; nor am

17   I financially interested in the outcome of the cause.

18       IN WITNESS WHEREOF, I have hereunto set my hand and

19   affixed my official seal this 3rd day of February, 2022.

20
                    /s/ Cindy Chatterton
21                  Cindy J. Chatterton, CCR
                    CCR NO. 2951
22

23

24

25
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net

71

# EXHIBIT D


United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE
CENTRAL DISTRICT *of* CALIFORNIA

U.S. Attorneys » Central District of California » News

**Department of Justice**

U.S. Attorney's Office

Central District of California

FOR IMMEDIATE RELEASE                                           Friday, May 21, 2021

# Beverly Hills Man Arrested on Federal Charges of Attempting to Hire Hitman to Murder One-Time Girlfriend Who Had Rebuffed Him

*LOS ANGELES* – A Beverly Hills man was arrested today on a murder-for-hire charge that alleges he tried to hire a hitman to kill a woman he briefly dated and who had repeated tried to break off the relationship.

Scott Quinn Berkett, 24, was arrested this afternoon without incident after being charged in a federal criminal complaint that alleges he sent thousands of dollars in bitcoin to arrange the murder and then wired another $1,000 to the "hitman," who was actually an undercover FBI agent.

According to the affidavit in support of the complaint, Berkett met "Victim 1" online last year, and the woman flew to Los Angeles to meet Berkett in late October. Victim 1, who described Berkett's behavior as "sexually aggressive," tried on several occasions to break off the relationship following the October trip, the affidavit states.

In April, a family member who had learned that Berkett continued to contact Victim 1 called and sent text messages to Berkett's father's phone, and, on April 20, Berkett appears to have responded saying "consider this matter closed."

But, Berkett allegedly contacted a group on the dark web that advertised murder-for-hire services. While law enforcement believes that this dark web group was a scam, the group contacted a media outlet, which provided information to the FBI, including messages from Berkett, who was using a screenname of "Ula77," and documentation of payments by Berkett, according to the affidavit.

The media outlet provided "transaction information from an unnamed source on the Dark Web that showed that Bitcoin payments were made with an understanding that an unknown individual would murder Victim 1," the affidavit states. "The information provided was specific about the identity and location of Victim 1, as well as social media accounts, nicknames, email, and a distinctive tattoo of Victim 1."

Berkett allegedly submitted his order for the hit on April 28, writing to the dark web group: "I'd like it to look like an accident, but robbery gone wrong may work better. So long as she is dead. I'd also like for her phone to be retrieved and destroyed irreparably in the process." The information provided to the FBI indicated that Berkett made Bitcoin payments totally $13,000 between April 5 and May 5.

An undercover FBI agent, posing as a hitman, made contact with Berkett on Wednesday and eventually sent a photo of Victim 1, which Berkett confirmed was the victim, according to the affidavit. During the discussions with the purported hitman, Berkett demanded a proof-of-death photo that would show the corpse and Victim 1's distinctive tattoo.

Berkett made the final $1,000 payment via Western Union late Thursday afternoon, the affidavit states.

Berkett is expected to make his initial appearance in United States District Court on May 25.

*A criminal complaint contains allegations that a defendant has committed a crime. Every defendant is presumed innocent until and unless proven guilty in court.*

If convicted of the murder-for-hire count, Berkett would face a statutory maximum sentence of 10 years in federal prison.

The FBI is investigating this matter.

Assistant United States Attorney Joseph D. Axelrad of the Violent and Organized Crime Section is prosecuting the case.

---

**Topic(s):**
Violent Crime

**Component(s):**
USAO - California, Central

**Contact:**
Thom Mrozek
Director of Media Relations
United States Attorney's Office
Central District of California (Los Angeles)
thom.mrozek@usdoj.gov
(213) 894-6947

**Press Release Number:**
21-098

Updated May 21, 2021

# EXHIBIT E

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___04/22/2021___

A search warrant, issued in the United States District Court for the Eastern District of Washington on 04/10/2021, was executed at Spokane International Airport at approximately 5:30 pm on 04/11/2021.

On 04/11/2021, Ronald Ilg was returning to Spokane, WA from Cancun, Mexico, via Seattle, WA. Ilg was contacted by SSRA Christian Parker and SA Eric Barker as he walked from the gate to baggage claim. Ilg was taken to a meeting room near the Airport Police office and interviewed for approximately 20 minutes before the search warrant was executed. The interview continued as the search was being conducted. The entire interview was recorded and is memorialized in a separate FD-302. Ilg was never handcuffed.

A search of Ilg and his bags resulted in the collection of three items.

1)  HP Laptop, S/N 5CD05282J2 and power cord and mouse

2)  Samsung Galaxy S21 smartphone, S/N R5CNC095V9L

3)  One vial of testosterone.

Ilg voluntarily opened his smart phone with his fingerprint and provided the passcode. A forensic image of the phone was subsequently captured by SAs Andrew Booth and Jennifer Banks.

Ilg was provided a copy of the search warrant and a copy of the FD-597. A copy of the FD-597 is also maintained in the 1A section.

At the conclusion of the search and interview at approximately 7:00 pm, SSRA Parker and SA Barker provided transportation for Ilg from the airport to his residence where another search warrant was being executed. Upon arrival at his residence, Ilg voluntarily opened two safes with his fingerprint. The search warrant at Ilg's residence is memorialized in a

---

Investigation on ___04/11/2021___ at Spokane, Washington, United States (In Person)

File # 166C-SE-3418226                                    Date drafted ___04/20/2021___

by Christian L. Parker, Eric Jon Barker

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

166C-SE-3418226

(U) Search warrant execution and interview
of Ronald Ilg at Spokane International

Continuation of FD-302 of Airport _____ , On  04/11/2021 , Page  2 of 2

separate FD-302.