UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RONALD CRAIG ILG,<br><br>  Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT THREE OF THE SUPERSEDING INDICTMENT** |

THIS MATTER came before the Court pursuant to Defendant's Motion to Dismiss Count Three of the Superseding Indictment. The Court has reviewed Defendant's Motion to Dismiss Count Three of the Superseding Indictment, any Responses and Replies thereto, as well as the pertinent files and records herein.

THEREFORE, the Court hereby concludes as a matter of law that no substantial step for the attempted kidnapping charge (Count Three) occurred.

As such, Defendant's Motion to Dismiss Count Three of the Superseding Indictment is hereby **GRANTED**.

It is so **ORDERED** this ___ day of March, 2022.

_____
**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Spokane, Washington this 28th day of February, 2022.

By: /s/ Andrew M. Wagley
Andrew M. Wagley