Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S MOTION FOR LEAVE TO APPEAR IN DRESS CLOTHES AT PRETRIAL CONFERENCES** |

COMES NOW, the Defendant Ronald C. Ilg, MD ("Dr. Ilg"), by and through his attorneys of record, and hereby submits the following Motion for Leave to Appear in Dress Clothes at Pretrial Conferences.

As explained below, Dr. Ilg has dress clothes held in property at the Spokane County Jail for purposes of court hearings.  Nevertheless, the United

Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences- Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

States Marshals Service required that Dr. Ilg obtain a Court Order prior to being allowed to appear at Pretrial Conferences in this matter in such clothing.

Dr. Ilg is held at the Spokane County Jail pending trial in this federal matter. Code of Federal Regulations ("CFR") Title 28, Chapter V governs the Bureau of Prisons and Department of Justice. In turn, section 551 of Title 28, Chapter V governs the Bureau of Prisons treatment of "pretrial inmates." *See* 28 C.F.R. § 551.100. The U.S. Marshals Service is "a bureau within the Department of Justice under the authority and direction of the Attorney General." 28 U.S.C. § 561(a). Pursuant to 28 C.F.R. § 551.118(c), "[s]taff may supply the <u>pretrial inmate</u> with clothing for court appearances, <u>or the inmate may supply his or her own</u>."

Dr. Ilg respectfully requests that the Court exercise its discretion and allow him to appear in dress clothes at all pretrial conferences in this matter for the foregoing reasons. First, Dr. Ilg has a presumption of innocence until proven guilty. Second, this matter may garner media attention, and Dr. Ilg could be prejudiced in the eyes of potential jurors if he is photographed by the media in prison garb. Third, Dr. Ilg has dress clothes currently held in property by the Spokane County Jail for purposes of court appearances.

Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences- Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Logistically speaking, as Dr. Ilg is already required to be transported from the Spokane County Jail for purposes of court appearances, it would not add significant inconvenience to allow him to change into dress clothes. As a practical matter, the Spokane County Jail required that any shoelaces and neckties be removed, so no safety concern would be present.

Based upon the foregoing, the Defendant respectfully requests that the Court grant this Motion for Leave to Appear in Dress Clothes at Pretrial Conferences in this matter.

RESPECTFULLY SUBMITTED this 28th day of February, 2022.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Andrew M. Wagley
  Carl J. Oreskovich, WSBA #12779
  Andrew M. Wagley, WSBA #50007
  *Attorneys for Ronald C. Ilg, MD*

Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences- Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Spokane, Washington this 28th day of February, 2022.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences- Page 4

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100