1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

RONALD CRAIG ILG,

              Defendant.

Case No. 2:21-cr-00049-WFN

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO APPEAR IN DRESS CLOTHES AT PRETRIAL CONFERENCES**

    THIS MATTER came before the Court pursuant to Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences.  The Court has reviewed the Motion for Leave to Appear in Dress Clothes at Pretrial Conferences, any Responses and Replies thereto, as well as the pertinent files and records herein.

    THEREFORE, Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conference is hereby **GRANTED**.

1
2       It is so **ORDERED** this ___ day of March, 2022.
3
4
5
6                                   _____
7                                   **Hon. Wm. Fremming Nielsen**
8                                   **Senior Judge, United States District Court**
9                                   **Eastern District of Washington**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

[Proposed] Order Granting Defendant's
Motion for Leave to Appear in Dress
Clothes at Pretrial Conference- Page 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 28th day of February, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Spokane, Washington this 28th day of February, 2022.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

[Proposed] Order Granting Defendant's
Motion for Leave to Appear in Dress
Clothes at Pretrial Conference- Page 3