```
1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Richard R. Barker
4  Assistant United States Attorneys
   Post Office Box 1494
5  Spokane, WA  99210-1494
6  Telephone: (509) 353-2767
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00049-WFN-1 |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO EXTEND BRIEFING SCHEDULE AND MOTION TO CONTINUE PRETRIAL HEARING |
| v. | |
| RONALD CRAIG ILG (a/k/a "SCAR215"), | |
| Defendant. | |

The United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney, respectfully submit the following unopposed motion to extend the briefing schedule in this matter and continue the pretrial conference set for March 21, 2022, at 9:00 a.m.

## DISCUSSION

Trial in this matter is currently scheduled for September 19, 2022. The parties are not seeking a continuance of the trial date or of any other pretrial deadlines, aside from the briefing schedule and the motion hearing set for March 21, 2022.

On March 1, 2022, Defendant filed four pretrial motions in this matter.  ECF Nos. 95, 97, 99-100.  These include a motion to suppress evidence allegedly obtained in violation of *Miranda* (ECF No. 95), a motion to suppress evidence allegedly derivative of a search warrant (ECF No. 97), a motion to dismiss Count 3 of the Superseding Indictment (ECF No. 99), and a motion for Dr. Ilg to appear in dress clothing at

UNITED STATES' MOTION TO CONTINUE – 1

subsequent pretrial hearings (ECF No. 100). The motions themselves total approximately 75 pages, and they are accompanied by declarations and exhibits totaling another 154 pages. *See* ECF No. 95, 97, 99-100.

As the United States referenced at the pretrial conference on February 23, 2022, the United States was uncertain whether a week would be sufficient for the government to make an appropriate response to Defendant's motions. The Court also noted at the hearing that it may require additional time to consider Defendant's motions.

Based on the foregoing, the parties have agreed upon on the following adjustment for the current briefing and pretrial conference schedule. The proposed extensions/adjustments also will provide Defense with additional time to respond to the motions and ensure the Court has adequate time to review the motions and apprise itself of the relevant issues and facts prior to the pretrial conference:

    Government's Response Deadline:    May 19, 2022

    Defendant's Reply Deadline:    June 2, 2022

    Pretrial Conference:    June 16, 2022, at 9:00 a.m.

On March 9, 2022, the United States consulted with counsel for the defense for the defense's position on a continuance/extension of the briefing schedule. Defense Counsel does not oppose the continue or the dates noted above.

Finally, an extension of the pretrial schedule will not unfairly prejudice Defendant. Because Defendant has already signed a Speedy Trial waiver through the September trial date, no further waiver is necessary. Moreover, at the current time, the Speedy Trial clock is stopped in light of Defendant's pending motions. *See* 18 U.S.C. § 3161(h)(1)(D) (any "delay resulting from any pretrial motion, from the filing of the motion through the

/

/

/

/

conclusion of the hearing on" and "prompt disposition of[] such motion" is excluded in "computing the time within which the trial . . . must commence.").

Dated this 9th day of March 2022.

    Vanessa R. Waldref
    United States Attorney

    *s/ Richard R. Barker*
    Richard R. Barker
    Assistant United States Attorney

## CERTIFICATION

I hereby certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of the Court and counsel of record using the CM/ECF System.

    *s/Richard R. Barker*
    Richard R. Barker
    Assistant United States Attorney

UNITED STATES' MOTION TO CONTINUE – 3