UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG (a/k/a "SCAR215"),<br><br>Defendant. | Case No.: 2:21-CR-00049-WFN-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE PRETRIAL CONFERENCE |

This MATTER coming before the Court upon motion by the United States, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Unopposed Motion to Extend Briefing Schedule and Motion to Continue Pretrial Hearing is granted. The Court hereby modifies its scheduling order (ECF No. 94) to adjust the briefing schedule for the currently pending pretrial motions (ECF Nos. 95, 97, 99, and 100) as follows:

| | |
|---|---|
| Government's Response Deadline: | May 19, 2022 |
| Defendant's Reply Deadline: | June 2, 2022 |
| Pretrial Conference: | June 16, 2022, at 9:00 a.m. |

Order Granting Motion to Extend Briefing Schedule and Continue Pretrial Conference – 1

The Court also vacates the Pretrial Conference scheduled for March 21, 2022. All other dates, including the September 19, 2022 trial date remain as currently scheduled.

DATED this _____ day of March, 2022.

_____
William Fremming Nielsen
Senior United States District Court Judge

Order Granting Motion to Extend Briefing Schedule and Continue Pretrial Conference – 2