Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA  99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00049-WFN-1 |
| Plaintiff, | Motion to Expedite Hearing |
| v. | **Without Oral Argument** |
| RONALD CRAIG ILG (a/k/a "SCAR215"), | Date: March 11, 2022<br>Time:  6:30 p.m. |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Richard R. Barker, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion To Expedite Hearing without oral argument on United States' Unopposed Motion To Extend Briefing Schedule And Motion To Continue Pretrial Hearing.

Dated:  March 9, 2022.

Vanessa R. Waldref,
United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

Motion To Expedite Hearing – 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

Motion To Expedite Hearing – 2