1

2

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

4

5    UNITED STATES OF AMERICA,

6                        Plaintiff,

7              v.

8

9    RONALD CRAIG ILG (a/k/a
     "SCAR215"),

10                       Defendant.

11

Case No. 2:21-CR-00049-WFN-1

Order Granting Motion to
Expedite

12

13        THIS MATTER coming before the Court upon motion by the United States for

14   an order allowing an expedited hearing re: United States' Unopposed Motion To

15   Extend Briefing Schedule And Motion To Continue Pretrial Hearing, the Court having

16   considered the motion and the Court being fully advised in the premises,

17

18        IT IS HEREBY ORDERED that the United States' Motion to Expedite Hearing

19   is granted.

20        IT IS SO ORDERED this _____ of March, 2022.

21

22

23                                    _____

24                                    William Fremming Nielsen
                                      Senior United States District Court Judge

25

26

27

28

Order Granting Motion to Expedite Hearing