Case 2:21-cr-00049-WFN    ECF No. 103    filed 03/10/22    PageID.915    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br> -vs-<br><br>RONALD CRAIG ILG,<br><br>               Defendant. | Nos.  2:21-CR-0049-WFN-1<br><br>ORDER EXTENDING<br>BRIEFING SCHEDULE |

      Pending before the Court are the Government's Motion to Extend Briefing Schedule and Motion to Continue Pretrial Hearing and Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences. ECF Nos. 101 and 100. The Court has reviewed the file and motions and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1. The Government's Motion to Extend Briefing Schedule and Motion to Continue Pretrial Hearing, filed March 9, 2022, **ECF No. 101**, is **GRANTED**.

      2. The Government's Motion to Expedite, filed March 9, 2022, **ECF No. 102**, is **GRANTED**. The underlying motion was considered on an expedited basis.

      3. The March 21, 2022, pretrial conference is **STRICKEN and RESET for June 16, 2022, at 9:00 a.m.**

      4. Defendant's Motions to Suppress and Dismiss, **ECF Nos. 95, 97, and 99**, are **RESET for an evidentiary hearing on June 16, 2022, at 9:00 a.m.** The briefing schedule is **AMENDED** as follows:

          (a) The Government's responses shall be filed and served no later than **May 19, 2022**.

          (b) Defendant's replies, if any, shall be filed and served no later than **June 2, 2022**.

ORDER - 1

5. Defendant's Motion to for Leave to Appear in Dress Clothes at Pretrial Conferences, filed February 28, 2022, **ECF No. 100**, is **DENIED**. The only reason Defendant cites in favor of his motion is the possibility that he may be photographed in prison garb thereby prejudicing potential future jurors. However, photography is banned within the courtroom, as well as the seventh, eighth and ninths floors of the courthouse, which substantially reduces such a risk. In order to facilitate efficient movement of incarcerated individuals, the Court defers to the United States Marshals Service's policies regarding prisoner garb unless such a policy interferes with the prisoner's rights. The Court sees no reason to deviate from the standard practice in this case.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service.

**DATED** this 10th day of March, 2022.

03-10-22

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2