FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>RONALD CRAIG ILG,<br><br>               Defendant. | Nos.  2:21-CR-0049-WFN-1<br><br>ORDER CORRECTING SCRIVENER'S ERROR ON ORDER EXTENDING BRIEFING SCHEDULE |

    In the previous Order Extending Briefing Schedule, the pretrial conference in June was inadvertently reset. This Order corrects the scrivener's error. The Court has reviewed the file and is fully informed. Accordingly,

    **IT IS ORDERED** that Defendant's Motions to Suppress and Dismiss, **ECF Nos. 95, 97, and 99**, are **RESET for an evidentiary hearing on June 15, 2022, at 9:00 a.m.** The briefing schedule **remains** as follows:

    1.  The Government's responses shall be filed and served no later than **May 19, 2022**.

    2.  Defendant's replies, if any, shall be filed and served no later than **June 2, 2022**.

    The District Court Executive is directed to file this Order and provide copies to counsel.

    **DATED** this 14th day of March, 2022.

03-14-22

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER