# EXHIBIT A

**Job type: Kidnapping**

Dates: March 29 – April 8, 2021
Payment .1758 BTC
Name: [Victim 2]
Address: [redacted]
City: Spokane, Washington 99216
Country United States

Job Description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done around April 9 to the 18th. If it is done at this time and the goals are achieved, the payment will be doubled

---

From Sinaloa Cartel to Scar215
March 29, 2021 @ 15:54:31

Hi , Your new job request has been received and saved. We will check with an appropiate vendor near the location of your mark whether it can be done or not. In the meantime please prepare bitcoins, we need to see that you have funds ready, sometimes kids or trolls do jokes and are not serious about their job. We value your time and we ask you to value our time in return. Exchanging cash into bitcoins takes days and you might need to learn the safest ways to get bitcoins in your area You can store the bitcoins in your free wallet on our website. After the vendor confirms the job can be done, we recommend that you open an escrow transaction with the vendor. Once the
job has been completed you will receive a link with the proof and a link to release the payment to the vendor. Please reply if you need to share any thoughts

Best regards Miguel

---

From Scar215 to Sinaloa Cartel
March 29, 2021 @ 16:07:27

I am trying to prove I have enough Bitcoin. I am trying to attach a pic of my wallet with $38k in bitcoin but it is not attaching?? Can you send this on to a vendor since it needs to be done in a timely way?
Can you suggest how to share that I have adequate Bitcoin?

*Messages Between Sinaloa Cartel and Scar215 Re:* [Victim 2]
Page 1 of 13

From Scar215 to Sinaloa Cartel
March 29, 2021 @ 16:11:12

If you have a vendor that can do the job as described in the time frame described, I will add the Bitcoin to your escrow now.

From Scar215 to Sinaloa Cartel
March 30, 2021 @ 11:28:50

I will be adding the minimum Bitcoin today. If the job gets done within the next 2 weeks, I will add a bonus of $5k. If the goals that are specified happen within 2 weeks of the job being done, I will provide a bonus of $20k to $40k in bonus.
I am not sure how to prove I have this Bitcoin available to reassure the vendor of my sincerity. Do you have any suggestions?

From Sinaloa Cartel to Scar215
March 31, 2021 @ 06:00

Hi, I see the minimum amount of bitcoin that you sent is arriving to your wallet.

Yes, the goals can be done withing the 2 weeks of the job being done, for the bonus of $20k to $40k.

As for proof of the bonus, you can put the bitcoin for the bonus $20k to $40k either here on your wallet, or on an external bitcoin wallet.

After the two weeks after the job is done, when the goals have been achieved, you can release the bonus to us Is this ok?
Let me know

Juan admin
Sinaloa Cartel cyberteam

From Scar215 to Sinaloa Cartel
March 31, 2021 @ 10:10:55

The information shared with me regarding the target is she has a full time job and a part-time job at SpaBlue, https://spabluespokane.com/. She works there every other Wednesday night and closes the business by herself around 7 pm. I dont know for sure if she is actually working tonight, but it is likely. Her schedule gets complicated because she has kids every other week. This week she does not have kids. She will have kids starting Friday after work,around 4.

That is something to consider now. But, since it is such short notice, I am sure you will have other ideas.

She is stubborn. The vendor/team will have to be very persuasive to get her to follow through with the goals. But I suspect your team can be just that, very persuasive and hopefully will be able to encourage her to complete the tasks even after she is released.

From Sinaloa Cartel to Scar 215
March 31, 2021 @ 11:30:02

Hi,

I got the information. I have spoken with the assigned hitman, and he said he would prefer to see the entire bonus amount added to escrow before he proceeds with the job.

Seeing the entire bonus added to escrow is a great incentive for him to do the job as careful as possible and follow with everything so that the goals are done within 2 weeks after that

Can you please add the bonus to escrow? Let me know

Juan admin
Sinaloa Cartel cyberteam

From Scar215 to Sinaloa Cartel
March 31, 2021 @ 17:47:47

Let me know which of those two would work.

I would prefer to just add the bonus Bitcoin shortly after the target is in hand, with some sort of obvious pics that prove it.

Does you guy need more details? Does he understand the goals? The top goals to get the biggest bonus is stopping all court proceeding AND going back to her husband. Importantly, the court timeline is coming up, that is why there is a 2 week window. If we miss that, then the bonus will shrink, unfortunately.

What is his timeline for getting her? I have few restrictions on what it will take to persuade her. Threatening family, use her dog as a demonstration, whatever. And pics and videos are necessary to use to keep her mouth shut in the future.

Time is of the essence to avoid the court stuff moving forward.

Thanks

From Sinaloa Cartel to Scar 215
March 31, 2021 @ 23:32:56

Hi,

Yes, I understand you being nervous to add all bitcoin in a single escrow here.

To easier the worries, we agree to use external escrow. This means, we can use an external escrow site that is independent from us, to put the bonus there. We will have no control over it, and it will be fully into your control.

The hitman understand the goals perfectly. This is why he needs to see if you have bonus ready, he will do everything in his power to fulfill the goals in the two week window, before the court timeline

He can be very persuasive into convincing her to keep the mouth shut, he can use really scary ways of threatening her into not talking to anyone and not going back to her husband.

But all these efforts he will put into, are depending on if he sees you have the bitcoin for bonus ready or not.

Do you agree to put into external escrow? if yes, I can ensure that he will fulfill all the goals, because he is a really determined person, he can do whatever it takes to persuade her into the goals you ask

If you agree into using external escrow, we will then look for an escrow that is agreeable with both you and me, an escrow that doesnt ask for personal details nor email addresses, and uses bitcoin

Let me know
Juan admin
Sinaloa Cartel cyberteam

*Messages Between Sinaloa Cartel and Scar215 Re:* Victim 2
Page 4 of 13

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 05:01:09

First, lets ensure the goals are correct. I think you accidently wrote "not go back" when in fact she MUST go back. This is the absolute goal that she must do for a good bonus.
Goals
1. Stop all court proceedings
2. Do go back to her husband weather she wants to or not
3. Keep her mouth shut, and tell no one about the kidnapping
4. Plant drugs in her home and used needles a day or so after collecting her. So, if people start looking for her while she is detained, they will find them.
5. Inject her with heroin 2 times per day. Teach her to inject herself.
6. Send pics and videos of her injecting herself for bribery later. Her schedule I have described. I have been told she has kids every other week starting on Friday. She has kids starting this Friday. She works week days from about 8 to 4. When she does NOT have kids she works at the spa on Saturday and then Wednesday after work.

I will use an external escrow. Hidden WiKi, where I first discovered your link, suggests the following:. "Bitcoin Escrow – Best escrow service on dark web, low fees, ensures that both vendor and customers are safe by keeping the funds in a secure account until goods or services are delivered"

Can you please encourage your guy to start now. I have $40k in a wallet right now. I tried to send a pic of it but I cant get this email to select that file. I will start moving the Bitcoin as soon as we agreed on an escrow. But it will take a couple days to get there. I dont want to loose much more time.
If he collects her when she has kids it will be immediately publisized. If she doesnt have kids AND she is forced to send texts out to work and any nosey friends, she could say she has COVID and is quarantined.

So, please have him start now and send me updates and pics as soon as you have her.
AND is the Bitcoin Escrow gonna work for us?

Thanks

*Messages Between Sinaloa Cartel and Scar215 Re:* Victim 2
*Page 5 of 13*

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 07:18:29

I am moving Bitcoin around for the independent escrow.

I think being very clear about the bonus will avoid a dispute. So, I will propose the following: To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal.
1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k
2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k
3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k
4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k
5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k

It is important to note that the husband does NOT know this is happening. He had a similar experience though to make sure he will take her back, which he agreed to do.

She is strong for a woman. And she is stubborn and will need lots of persuasion. And she will say yes when she is thinking "fuck no" so after she is released a way to continue to encourage her would be a good idea.

Let me know soon if the escrow I named is acceptable. If so, I will put $40k in there. I will put $20k today, once we agree to the escrow and the terms of the goals

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 07:22:51

The escrow listed on Hidden wiki leaks is Dark Bitcoin Escrow. http://jxotugbval26qqlv.onion/

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 12:29:39

Because of time constraints, I will set up the escrow now and begin to fill it with Bitcoin if I can.

I may need information from you to include you or your guy.

*Messages Between Sinaloa Cartel and Scar215 Re:* [Victim 2]
*Page 6 of 13*

> **From Scar215 to Sinaloa Cartel**
> April 1, 2021 @ 12:57:48
>
> The independent escrow is startwd at the Dark Bitcoin Escrow using the link I supplied.
>
> Your view code is. 9y5qv2352h
>
> I sent some Bitcoin to eventually get to a total Bitcoin of 0.68
>
> I copied the goals from my previous email.
>
> Please have you guy proceed.
>
> I can verify that he has the correct target if and when he is wanting that.
>
> Thanks

**From Sinaloa Cartel to Scar 215**
April 1, 2021 @ 14:30:58

Hi,

I agree with the bitcoin of your choise, http://jxotugbval26qqlv.onion is fine with us.

Please add the 0.68 btc there as bonus for the goals, and then we proceed .

You can put the following bitcoin address as succes wallet there
1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie

It belongs to the assigned hitman. When all goals are completed, you can release funds to that addres.

Let me know after you have added funds there, so we can proceed with the job soon
Let me know

Juan admin
Sinaloa Cartel cyberteam

> **From Scar215 to Sinaloa Cartel**
> April 1, 2021 @ 15:44:36
>
> Done.
>
> Because of volatility with Bitcoin I still need to add a tiny amount 0.019.
>
> Would you agree that there is sufficient funds now to proceed?
>
> Thanks

*Messages Between Sinaloa Cartel and Scar215 Re:* [Victim 2]
Page 7 of 13

From Sinaloa Cartel to Scar 215
April 1, 2021 @ 15:50:58

Hi,

I checked the escrow transaction view code and I see you have added 0.664 to escrow of your choise. We will proceed. Just one question, there is about 0.016 that needs to be aded more, can you please add that?

About the other of your messages, I got it and I have forwarde it to the hitman. All is understood

To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k It is important to note that the husband does NOT know this is happening.

Let me know
Juan admin
Sinaloa Cartel cyberteam

---

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 15:57:48

Yes, I will add the additional Bitcoin. I had to convert cash to bitcoin and that will take a day or two to be available. Before the weekend is over,it will all be there. Hopefully sooner than later.

I hope that is satisfactory.

If your guy has any questions, let me know.

Is it possible to get a timeline from your guy? Thanks

*Messages Between Sinaloa Cartel and Scar215 Re:* ▮Victim 2▮
*Page 8 of 13*

From Sinaloa Cartel to Scar 215
April 1, 2021 @ 16:12:51

Hi,

Yes, I agree is enouch to proceed. No problem for the 0.019 btc, you can add it during the following days. We will proceed with the job tomorow. The hitman is happy he sees the bonus in escrow; he is glad to know you have the money available.

He will follow the directions as exactly specified by you, and the goals will be filled exactly as requested. I will keep you updated soon

Let me know
Juan admin
Sinaloa Cartel cyberteam

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 18:01:18

I already noticed that also.

I emailed the admin and asked them to add it and my refund address wasnt correct either. It should be added soon.

It will be fixed one way or another

I absolutely want to pay him if he gets it right.

I have other jobs worth quite a bit to accomplish in the near future.

So, if thisgoes well, then we can work together on a few other things also.

Im not sure if you can email admin with the same request? It may help to expedite the fix.

Please have your man proceed. All will get worked out very soon.

Thanks

From Scar215 to Sinaloa Cartel
April 1, 2021 @ 18:20:54

I am talking with admin and we are getting it worked out. Hopefully it shouldnt take long. But, I hope your guy is reassured that I clearly have the Bitcoin ready.

So, please proceed while I work out this small detail.

Thanks

From Sinaloa Cartel to Scar 215
April 1, 2021 @ 23:20:42

Hi,

I see. I have been informed that the escrow transaction is being ended and the funds are being sent to your address.

Please let me know once you startup a new escrow transaction for the bonus, and add funds there.

Unfortunatelly, the hitman doesnt want to start the job until he sees the bonus funds in escrow. He is afraid you might change your mind and not add the funds to escrow any more

How soon can you start a new escrow transaction and add the funds there?

Let me know
Juan admin
Sinaloa Cartel cyberteam

---

From Scar215 to Sinaloa Cartel
April 2, 2021 @ 07:37:04

Unfortunately they said 15 days to get the funds.

I am also getting more funds available.

Please reassure him I will restart it as soon as possible. By the time he has finished and the 2 weeks after it will be there

The time is gonna run low so if he would please start it is best

---

From Sinaloa Cartel to Scar 215
April 6, 2021 @ 14:55:59

Hi,

Hi, I talked with the hitman and he said we need to wait until you have the bonus funds in escrow with the correct success wallet. He can not start the mission before you have funds in escrow. Please start a new escrow transaction with the correct success address
and add as much bonus funds as you can there, for him to start the mission

Let me know
Juan admin
Sinaloa Cartel cyberteam

*Messages Between Sinaloa Cartel and Scar215 Re:* [Victim 2]
Page 10 of 13

> From Scar215 to Sinaloa Cartel
> April 6, 2021 @ 07:37:04
>
> Sorry for the late reply.
>
> I had to go to a place that had no cell coverage.
>
> Would he start this weekend if I add $5k to your escrow and start a new escrow that I will eventually fill to $40k? I will start #10k by this weekend.
>
> Send me the address you want me to put into this new escrow.
>
> Again, the timing is an issue. Since stopping the court proceedings soon is a major part of the bonus, the bonus may be affected if we wait too long.
>
> So, will he start this weekend with the above?
>
> Thanks

From Sinaloa Cartel to Scar 215
April 7, 2021 @ 10:43:33

Hi,

Yes, if you put $5k in our escrow and you start a new escrow that will eventually fill to 40k we can start this weekend. Please let me know once you have added the bitcoin and we can proceed

The bitcoin wallet for escrow is 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie Let me know

Juan admin
Sinaloa Cartel cyberteam

> From Scar215 to Sinaloa Cartel
> April 7, 2021 @ 13:34:35
>
> Ok I am working on that today. I will let you know when the additional is added and I have started a new escrow the proper way this time

*Messages Between Sinaloa Cartel and Scar215 Re:* [Victim 2]
*Page 11 of 13*

> From Scar215 to Sinaloa Cartel
> April 7, 2021 @ 15:38:06
>
> $5k is on the way to your escrow. A new escrow in the other will be established with $10k by tomorrow.
>
> Please alert your guy that it will be ready AND that the full $40k bonus escrow will be filled by the time it will be needed if the bonus goals are achieved. The job needs to start this weekend for the timing to work.
>
> Thanks

> From Scar215 to Sinaloa Cartel
> April 8, 2021 @ 00:07:24
>
> The new escrow is started. View code: y3awan8u9b Funds will be added shortly

> From Scar215 to Sinaloa Cartel
> April 8, 2021 @ 00:19:26
>
> Please have your man begin this weekend and send a timeline AND pics and videos the day he starts as verification .
>
> I will do my best to answer any questions in a timely manner

From Sinaloa Cartel to Scar 215
April 11, 2021 @ 5:02

Hi,

I see uou have added $5k to escrow here, and $10 k to external escrow as per the view code you provided . This is $15 k of the bonus

I talked to the hitman and he said he can fill the tasks for the bonus in max two weeks from today even if he starts the job within several days from now

He said he cant start the job until he sees the full amount of bonus in the external escrow

Can you please add the remaining $25 k of funds in the external escrow within the next few days so that the hitman starts the job soon? He wont start the job until he sees the full bonus in the external escrow and I don't want to delay the starting to much is this ok can you do it ?

Let me know
Juan admin
Sinaloa Cartel cyberteam

*Messages Between Sinaloa Cartel and Scar215 Re:* [Victim 2]
Page 12 of 13

From Sinaloa Cartel to Scar 215
April 13, 2021 @ 23:16

Hi,

Let me know the plan. If you can add the remaining of the bitcoin bonus, the hitman can start today or tomorrow. He will be able to complete the tasks for the bonus in two weeks time from last sunday.

By 26th April for bonus will be completed. But we need to start asap. Is there a way for you to add the remaining bitcoin for bonus today or tomorrow so he can start?

Let me know
Juan admin
Sinaloa Cartel cyberteam