# EXHIBIT B

### – Order –

Date: Feb. 23 21:14 – Mar 30
Payment . 0.3595 Bitcoin
Target: ▮▮▮▮▮▮▮▮▮
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮
Country United States

Description: The target destroyed two families and walked away as if she did nothing. I want the target kidnapped for 7 days. While being held, she will be given injections of heroin at least two times per day. She will be taught to do it herself and pics and videos of her doing on her own should be collected. Also, while being held, all means necessary will be done to get the following goals with in 2 weeks of her release. First, cancel all court proceedings immediately. Second, return to the chaos she left with her husband and the 3rd party she invited into the house, and third she will tell absolutely no one about her kidnapping and goals. She should be told that her families health, including her father and her kids, depend on her completing these rules. It would be unfortunate if her older boy became addicted to heroin. Or her dad be severely beaten or her dog be slaughtered. Any and all persuasion should be used. This needs to be done in two weeks

> I would prefer to use an independent escrow service. Can you give me 3 diffent ones and how exactly it works using an independent service

> I am hesitant to use so much money with your escrow. At one point I had tried to reclaim some Bitcoin from this escrow and it didnt go anywhere despite waiting 2 or 3 days. I will deposit the amount needed if I can be reassured I will get it back if the job is not completed

*Messages Between Admin Internet Killers and Scar215 Re:* ▮ Victim 2

Page 1 of 2

> I have that much Bitcoin already. How can I show you proof of that without putting it in your escrow? Thanks

> Hello , Your order has been updated and the information has been saved. Looking forward to hear from you

> Can you adjust the goal. It is stated as a high profile kill. That is wrong. It is a seven day kidnapping of a non-high profile person. What would the escrow be for this?? What would be the real timeline? The reason I ask is because I had ordered a simple beating of a target. After almost four weeks, nothing had happened so I canceled it. So, how long should it take and if it hasnt happened, then what?? Thanka

> I am looking for someone who can do this job around April 9 to the 18th. If you identify someone who can do it I will provide the Bitcoin needed to start. If it goes well within the time frame, I will at least double the pay. I would provide a pic of my Bitcoin balance of $38k but it is not attaching. Thanks for your prompt reply

> Hello , This is a notification to let you know that you or someone else requested a withdraw of BTC on your account. The amount is : 0.04 BTC. The withdraw is going to: 38zfXfijJ4vptz6Ef65P2dSSePfVdyisYR Please know that the bitcoin can take from a few hours to a few days to show in your external wallet, as is going through our bitcoin mixer. If you din't authorized the withdraw please contact us immediately to stop it Looking forward to hear from you

*Messages Between Admin Internet Killers and Scar215 Re:* [Victim 2]

Page 2 of 2