# EXHIBIT C

**Dark Bitcoin Escrow**

**Transaction Name:  Bonus for Goals**

Secret code: 5sneyavp
View code: 9y5bqv2352h

Transaction Status:  Pending funds from customer
Balance:  0.664 BTC
To send: 0.0194
Next step: Send 0.194 BTC to your escrow transaction bitcoin address :
1DGZ5LPNYbodxdPuCRx2kWUiuoFF9mq5

From Scar215 to Dark Bitcoin Escrow
April 1, 2021 @ 12:51

To earn the additional associated bonus, within 2 weeks of the target being released, she will have completed the specific goal. 1. Permanently withdraw all court motions and all mediated agreements. Bonus $10k 2. Return to your husband by asking to move back home AND fucking him at least three times within the 2 week time frame Bonus: $10k 3. Keep her mouth shut and tell no one, ever about the kidnapping Bonus $10k 4. Inject her daily with heroin and teach her to do it AND supply pics and videos of her injecting herself. $5k 5. Plant drugs and used needles with her DNA in the needles through her home. Provide some pics of drugs and needles scattered around $5k

From Scar215 to Dark Bitcoin Escrow
April 1, 2021 @ 15:41

I cant seem to find the place to edit the transaction. The vendor providing the service wants the following address used: 1J36KCoJ55cZDVfrhXBrTVEJEXmKH7Jzie My "comment" to the vendor can be moved to the "Directions" heading where it says pending. Can these be done? Thanks

From Dark Bitcoin Escrow to Scar215
April 1, 2021 @ 16:21

I am sorry there is no way to change the success wallet or any other details after the bitcoin escrow has been started. This is because, some people could change the success wallet or other details after escrow has been started, breaking the deal. For example: Person A wants to sell a gun to person B. The success wallet is set, refund wallet is set. If person A doesnt get the gun, person A gets funds back If person A receive the gun, person B gets funds But if person A is able to change the success wallet, then success wallet can become a wallet of person A When deal is completed, person A receives funds that are needed to be sent to person B This is why, nothing can be changed after escrow has been started If you are not happy with the escrow details, please start new escrow transaction This escrow transaction can be canceled, and the funds will be received back to you within 15 to 30 days

*Messages with Dark Bitcoin Escrow*
*Page 1 of 2*

> From Scar215 to Dark Bitcoin Escrow
> April 1, 2021 @ 18:06
>
> Can the funds be transferred to another address not listed?

> From Scar215 to Dark Bitcoin Escrow
> April 1, 2021 @ 18:17
>
> Ok I will cancel and restart. The address that it should go back to is bc1qluh26akxa2ypts893t0ewk8kmhgv4wtanp7pef If that doesnt work then it should go to 3FgRnwSMHr5wqowcpEEZv5ua7nVUnw9GXB

From Dark Bitcoin Escrow to Scar215
April 1, 2021 @ 23:17

Ok. The funds will be sent back to the address you provided, and the transaction is being canceled. The seller is being notified by this request. The processing time is 15-30 days. This is to avoid situations where the transaction is being canceled without the seller being aware of what is happening.