# EXHIBIT D

I have occasionally visited the dw over the last couple years out of curiosity, looking at p and buying s .

There are a lot of interesting sites there. Some are harmless and just provide a platform for dialog about different things, politics, religion, see, b.  But it's called the dw for a reason and there are a lot of nefarious sites.

The markets are sites where all of the various wares are advertised.   Drugs, hackers, stolen cc and PayPal accounts.   Once, I experimented and paid for some stolen cc information.   It turned out to be a total scam and I wasted a few hundred dollars for nothing.

I did occasional reading about the dw and found what I suspected to be true which was that essentially all the sites are scams.  A few articles pointed to what they called legitimate sites, but I was certain these were scans as well.

One site I visited was hid wiki .  It listed a bunch of sites that they said were absolutely legit. Curious, I visited several of these sites and indeed they did seem to be legit.  Most of them were based upon using escrow accounts.  Some had their own built in escrow and others encouraged using an independent escrow.  This included all the things I mentioned,  drugs, ster,  hackers, stolen cc etc.  They also listed hm.

The hm sites intrigued me. They were interesting.   One had a forum where customers and apparent hm would talk. Some hm advertised themselves and customers would ask questions or actually report a successful deal.  In this forum one customer had asked the question if he could order a h on himself, make it look like an accident.   Again, interesting.   And there was affirmation from the admin of the site that this could be arranged.  The customer wanted to ensure that his life ins would pay out to his family and therefore it needed to be "an accident."

About 6 or 8 weeks ago,  my depression was at an extreme.   I constantly contemplated s.  I know enough to be careful about exactly what I would share with Dr. V.  She, I am sure, had contemplated having me admitted as an inpatient but I just didn't give her enough to make it happen. Had she known that I had laid awake on several occasions with my l g next to me, there is no doubt she would have .  I had considered other possibilities also.   Carbon m poi or an overdose of X.  The g seemed to violent and I didn't want anyone finding me like that.  But I also didn't want to be seen as defeated. A lover. That they had won.  So, the conversation on that site became more real. Likewise,  I thought my laws coukd continue for my estate and my  life insurance would pay out, believing there was a clause that said it wouldn't if it was s.

I visited the site again and started an email thread with a particular hm associated with what seemed to be ms.   After many discussions about how, when and where,  I loaded up my bit acc and transferred it to them.  Ignorantly, it was not an escrow.  We started at 10 but quickly got to 26.  And then they said for it to be done right they would need a bigger team and needed more and more.   I didn't really care, I thought with how things would work out,a few extra here and there was no big deal.  But I didn't have an easy way to quickly transfer dollars to bit.  Coinb takes weeks, bit atm had limited amounts per day.  Anyway, it became a lot of back and forth that eventually lead to them saying f.. this and they backed out.  I asked for at least some back but obviously that didn't happen.

My dep didn't get better. Visits with my doc, increased dose of my mess, didn't help. Ongoing drama and strife with m … nothing was going right nothing. I cried almost every night. Being alone was torture.

So, I went back. This time looking for a hm with an escrow. I found it with the s c . They had there own but I also opted for an independent one for a "bonus." The bonus being if it truly was seen as an accident then it would pay out. The admin of the site would be the arbitar. They would, based upon what was in the papers or ob release the bit or not depending on the outcome.

I messed up with the first account. I thought I could go back and add info. I put in the info I had, and 40 . But I found our I couldn't edit it. So, I had to close that and I am waiting for the 40 to return. I recently reopened a new one the correct way that would hopefully be funded by what was returned. The admin said 15 to 30 days for it to be returned. So, I again, used some bit in my coinb acc and transferred more money into coinb.

Now, though, I am rethinking things. The m trip and the relationship building I did with m and her girls has made me step back a bit. I am still not good. Not at all. But……who knows.

The s c hm had not wanted to proceed until the "bonus" escrow is fully funded. So, that is where it presently stands.


That is why I have been moving alot of dollars into bit and moved it around.


I have know idea of the how. That was their problem particularly if they wanted the bonus.


No, I never contemplated hurting j. That would be dumb. Likely would get caught and then L would have no one. So, no, that was never an option.


In m it was odd. The wait staff seemed to ask more questions about who I was, where I lived, how long I would be there….. maybe I was being hypersensitive but it just seemed odd. And m said we had oj delivered to the room and each one had some dates on them with different initials. She believes I am trying to get all sorts of women and have them coke to the US. But I think these were ranges of dates of when it might happen. She found my trac phone and got pissed so she threw it in the pool. I never got it back. But the staff knew something.


I told m that I had officially called it off and that they were now bm me by threatening her and the kids. I said this to try and get those dates from her but she wouldn't budge. She truly believed I was bringing these different women to the US.