Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD CRAIG ILG (a/k/a "SCAR215"),<br><br>　　　　　　Defendant. | Case No.: 2:21-CR-00049-WFN-1<br><br>Motion And Memorandum to File Over-length Brief |

Plaintiff, United States of America, by and through Vanessa R. Waldref United States Attorney for the Eastern District of Washington, and Richard R. Barker Assistant United States Attorney for the Eastern District of Washington, submits the following Motion and Memorandum to File Over-length Brief. This motion is based upon the files and records herein and Local Rule 7.1(e)(4).

On February 28, 2022 Defendant file a Motion to Statements (ECF 95). The Government cannot provide a response within the 20-page limitation and finds it necessary to file a brief longer than 20 pages in order to adequately response to

Motion And Memorandum To File Over-length Brief –1
C:\Users\ACalkins1\Desktop\DRAFTS\ILG\Mot for overlength brief 5.19.22.docx

defense counsel's Motion. The United States anticipates filing a response that is approximately 29 pages in length. The United States consulted with counsel for the defense, who does not oppose this motion.

The Government therefore requests the Court grant its Motion to File Over-length Brief.

Dated: May 19, 2022.

Vanessa R. Waldref<br>
United States Attorney<br>
<br>
<i>s/ Richard R. Barker</i><br>
Richard R. Barker<br>
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record:

<i>s/ Richard R. Barker</i><br>
Richard R. Barker<br>
Assistant United States Attorney