UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG (a/k/a "SCAR215"),<br><br>Defendant. | Case No.: 2:21-CR-00049-WFN-1<br><br>Order Granting United States' Motion To File Over-length Brief |

THIS MATTER coming before the Court upon motion by the United States, the Court having considered the motion and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the United States' Motion to File Over-length Brief in Response to Defendant's Motion to Suppress Statements is GRANTED.

IT IS SO ORDERED this _____ of May, 2022.

_____
Wm. Fremming Nielsen
United States District Judge

Order Granting United States' Motion to File Overlength Brief – 1