# EXHIBIT B

# NON-SCANNABLE PLACEHOLDER

United States' Response to Defendant's Motion to Suppress Evidence