# EXHIBIT C

United States' Response to Defendant's Motion to Suppress Evidence







