Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**REPLY DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF DEFENDANT'S PRETRIAL MOTIONS** |

I, Andrew M. Wagley, do hereby declare the following is true and correct to the best of my knowledge:

1. I am an attorney of record for the Defendant, Ronald C. Ilg, MD ("Dr. Ilg"), in this matter. I make this Declaration in support of Defendant's Reply briefing filed contemporaneously herewith.

Reply Declaration- Page 1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2. The Exhibits pagination herein is continued from the original Exhibits pagination contained in ECF No. 98. As such, the Exhibits herein begin with Exhibit F.

3. Attached hereto as **Exhibit F** are true and correct copies of pleadings from the divorce proceedings between Dr. Ilg and Victim 2. These documents are contained within the public Court File located at the Spokane County Superior Court Clerk's Office.

4. Attached hereto as **Exhibit G** is a true and correct copy of a statement authored by Dr. Ilg's former nanny. This statement was propounded by the Government in discovery herein. As indicated in the Coinbase Search Warrant Application, "VICTIM 2 provided the FBI with a statement and supporting text messages from a person VICTIM 2 identified as a nanny that VICTIM 2 and RONALD CRAIG ILG hired to care for their son." (ECF No. 98-1 at 34.)

5. Attached hereto as **Exhibit H** is a true and correct copy of a photograph taken during the search of Dr. Ilg's residence and propounded by the Government in discovery herein.

6. Attached hereto as **Exhibit I** are true and correct copies of the Search and Seizure Warrant for Ronald Craig Ilg, as well as the

Reply Declaration- Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

Search and Seizure Warrant for the Smartphone Belonging to Ronald Craig Ilg. These documents were propounded by the Government during discovery herein.

7. Attached hereto as **Exhibit J** is a true and correct copy of the Search and Seizure Warrant for Witness 1, which was propounded by the Government during discovery herein.

8. Pursuant to Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and Eastern District of Washington ECF filing requirements, my office has redacted the social security numbers, dates of birth, and names of minor children.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the State of Washington and United States of America.

EXECUTED this 2nd day of June, 2022 in Spokane, Washington.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Reply Declaration- Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED this 2nd day of June, 2022 in Spokane, Washington.

By: /s/ Andrew M. Wagley
 Andrew M. Wagley

Reply Declaration- Page 4

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100