Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD CRAIG ILG,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S RESPONSE TO UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY** |

COMES NOW, the Defendant Ronald C. Ilg, MD ("Dr. Ilg"), by and through his attorneys of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby submits the following Response to the United States' Motion for Reciprocal Discovery (ECF No. 111).

Response to Motion for
Reciprocal Discovery- Page 1

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

First, the Government requests "reciprocal discovery, pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure." (ECF No. 111 at 1.) Pursuant to Fed. R. Crim. P. 16(b):

> **(b) Defendant's Disclosure.**
> **(1) Information Subject to Disclosure.**
> **(A) Documents and Objects.** If a defendant requests disclosure under Rule 16(a)(1)(E) and the government complies, then the defendant must permit the government, upon request, to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items if:
> **(i)** the item is within the defendant's possession, custody, or control; and
> **(ii)** the defendant intends to use the item in the defendant's case-in-chief at trial.

Fed. R. Crim. P. 16(b)(1)(A); *but see* Fed. R. Crim. P. 16(b)(2) (excluding certain items from "discovery or inspection"). The Rule 16(b)(1) duty of disclosure is continuing in nature. *See* Fed. R. Crim. P. 16(c); LCrR 16(c).

The Federal Rules of Criminal Procedure are supplemented by the Local Criminal Rules of the Eastern District of Washington. In turn, LCrR 16(b) indicates:

> <u>No later than fourteen (14) days before trial</u>, the defense shall make available for inspection or copying all the Rule 16(b) material (documents and objects, reports of examinations and tests, and expert witnesses opinions, the bases and reasons for those opinions, and the witness's qualifications) within defendant's possession,

Response to Motion for
Reciprocal Discovery- Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

custody, or control that the defendant ***intends*** to use in defendant's case-in-chief.

(Emphasis in original). As such, Defendant will comply with its obligations pursuant to Fed. R. Crim. P. 16(b)(1) "[n]ot later than fourteen (14) days before trial." LCrR 16(b); LCrR 16(c).

The Government also requests an Order "striking the testimony of any defense witnesses for whom no witness statements are provided, pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure." (ECF No. 111 at 1.) In turn, Fed. R. Crim. P. 26.2(a) provides:

> **(a) Motion to Produce.** After a witness other than the defendant has testified on direct examination, the court, on motion of a party who did not call the witness, must order an attorney for the government or the defendant and the defendant's attorney to produce, for the examination and use of the moving party, any statement of the witness that is in their possession and that relates to the subject matter of the witness's testimony.

As such, the Defendant will comply with the requirements of any statements pursuant to Fed. R. Crim. P. 26.2 in a timely manner and in advance of trial. *See* LCrR 16(b) ("The court encourages early disclosure by the defense of *United States v. Nobles*, 422 U.S. 225 (1975) statements (Fed. R. Crim. P. 26.2) when the reasons for withholding such statements are not implicated.").

Response to Motion for
Reciprocal Discovery- Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Finally, the Government seeks notice indicating whether "Defendant intends to adduce evidence of any 'other mental condition' at trial" pursuant to Fed. R. Crim. P. 12.2(b). (ECF No. 111 at 3.) Pursuant to Fed. R. Crim. P. 12.2(b):

> **(b) Notice of Expert Evidence of a Mental Condition.** If a defendant intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the defendant bearing on either (1) the issue of guilt or (2) the issue of punishment in a capital case, the defendant must--within the time provided for filing a pretrial motion or at any later time the court sets--notify an attorney for the government in writing of this intention and file a copy of the notice with the clerk.

In turn, LCrR 16(b) indicates: "No later than twenty-one (21) days before trial, the defense shall . . . File and serve a written copy of any intention to . . . assert any other mental condition bearing on the issue of guilt or the issue of punishment in a capital case, pursuant to Fed. R. Crim. P. 12.2." LCrR 16(b)(1).

As such, the Defendant intends to comply with all of the time requirements of LCrR 16(b), absent circumstances that would warrant late disclosure as a matter of law or equity. Further, Defendant will make a good faith effort to provide any such disclosures in advance of the deadlines contained in LCrR 16(b) to the extent possible and as warranted. *See* LCrR 16 ("The purposes of this Rule are to expedite the transfer of discoverable material between opposing

Response to Motion for
Reciprocal Discovery- Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

parties in criminal cases and to ensure that pretrial discovery motions are filed only when these discovery procedures have failed to timely result in the exchange of all legitimately discoverable material."); *accord* LCrR 16(f) ("If discovery or inspection beyond that provided for above is sought, the attorney for the government and the defendant's attorney shall confer with a view toward satisfying these requests in a cooperative manner without involving the court.").

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

          ETTER, McMAHON, LAMBERSON,
          VAN WERT & ORESKOVICH, P.C.

By: /s/ Andrew M. Wagley
    Carl J. Oreskovich, WSBA #12779
    Andrew M. Wagley, WSBA #50007
    *Attorneys for Ronald C. Ilg, MD*

Response to Motion for
Reciprocal Discovery- Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 3rd day of June, 2022.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Response to Motion for
Reciprocal Discovery- Page 6

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100