**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>-vs-<br>RONALD CRAIG ILG,<br><br>                                    Defendant. | Case No.        2:21-CR-0049-WFN-1<br>CRIMINAL MINUTES<br><br>DATE:        JUNE 15, 2022<br>LOCATION:   SPOKANE<br><br>EVIDENTIARY MOTION HEARING<br>AND PRETRIAL CONFERENCE |
|---|---|

**Hon. Wm. Fremming Nielsen**

| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Richard R. Barker | Carl J. Oreskovich    and    Andrew M. Wagley ||
| **Government Counsel** | **Defense Counsel** ||

[ X ]  Open Court            [  ]  Chambers            [ X ]  Telecon

Defendant present in custody of United States Marshal with retained counsel.  Initial comments by Court noting motions set for hearing today:

- Defendant's Motion to Suppress Evidence Obtained in Violation of Miranda Rule
- Defendant's Motion to Suppress Evidence Derivative of Coinbase Search Warrant
- Defendant's Motion to Dismiss Count Three of Superseding Indictment
- Defendant's Motion for Leave to Appear in Dress Clothes at Pretrial Conferences
- Government's Motion for Reciprocal Discovery

Court inquired of counsel how they would like to proceed.  Mr. Barker indicated he would begin with no objection from defense counsel.

**Defendant's Motion to Suppress Evidence Obtained in Violation of Miranda Rule**.  Testimony presented by Special Agent **Christian Parker**, direct (Government Exhibits B, D, C 1 thru C 4, and A, discussed with witness and admitted for purposes of this hearing).  Cross by Mr. Oreskovich (Defendant's Exhibit I and Government Exhibit A discussed with witness.  Defense Exhibit I admitted for purposes of this hearing); redirect; no recross, witness excused.

Court GRANTED Mr. Barker's oral motion for the admission Defendant's Declaration attached to Defendant's Motion for purposes of this hearing.

**Recess:**            10:51 a.m. to 11:01 a.m.

Argument in opposition of Defendant's Motion presented by Mr. Barker; argument in support presented by Mr. Oreskovich.

For the reasons stated on the record, Defendant's Motion to Suppress Evidence Obtained in Violation of Miranda was taken under advisement by the Court, but the Court shared its inclination with the parties.

**[ X ]  ORDER FORTHCOMING**

| **Convened:**  9:13 a.m. | **Adjourned:**  12:46 p.m. | **Time:**  3:23 hr. | **Calendared**    [ X ] |
|---|---|---|---|

*United States –vs- Ronald Craig Ilg*  June 15, 2022
2:21-CR-0049-WFN-1  Page 2
Evidentiary Motion Hearing
and Pretrial Conference

Court and counsel discuss timing of the remainder of this hearing.  Mr. Barker advised he had no further evidence to present, just argument.  Mr. Oreskovich advised Mr. Wagley would be arguing the remaining motions and advising that he would be exiting the hearing at 12:30 due to a conflict.

**Defendant's Motion to Suppress Coinbase Search Warrant.** Argument in support presented by Mr. Wagley; argument in opposition presented by Mr. Barker.  For the reasons stated on the record, the Court respectfully DENIED Defendant's Motion re: Coinbase Search Warrant.

**Defendant's Motion to Dismiss Count Three of Superseding Indictment.** Court queried Mr. Wagley.  For the reasons stated on the record, the Court finds the motion is premature.

**Defendant's Motion for Leave to Appear in Dress Clothes.** For the reasons stated on the record, the Court respectfully DENIED the motion.  Defendant will be allowed to wear dress clothes at trial.

**Government's Motion for Reciprocal Discovery.** Discussion between Court and counsel.  Court ordered reciprocal discovery shall be disclosed by August 1, 2022.

The Court inquired of counsel regarding the setting of an additional pretrial conference in August, noting a current trial date of September 19, 2022.  After discussion, a pretrial conference shall be held July 28, 2022, at 9:00 a.m., S/WFN.

Court noted the trial date of September 19, 2022, which has been considered a firm trial date, with a speedy trial timeout of September 21, 2022.

e