| WITNESS AND EXHIBIT LISTS |
|:-:|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF WASHINGTON** |

| *UNITED STATES OF AMERICA*<br><br>*-vs-*<br><br>*RONALD CRAIG ILG* | **LOCATION:  SPOKANE**<br><br>**Case No.:**    **2:21-CR-0049-WFN-1** |
|:-:|:-:|

| EVIDENTIARY HEARING DATE:  JUNE 15, 2022 | | |
|:-:|:-:|:-:|
| | **Hon. Wm. Fremming Nielsen** | |
| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Richard R. Barker | Carl J. Oreskovich    and    Andrew M. Wagley | |
| **Government Counsel** | **Defense Counsel** | |

| WITNESS LIST | | | |
|:-:|:--|:-:|:--|
| **Date** | **Exhibits Discussed** | **Testifying For** | **Name of Witness** |
| 06/15/22 | Direct: Government B, D, C 1, C 2, C 3, C 4, and A; Cross: Defendant's I and Government A | Government | Christian Parker |

| EXHIBIT LIST | | | | | |
|:-:|:-:|:-:|:-:|:-:|:--|
| **Pltf's Exh.** | **Deft's Exh.** | **Date Offered** | **Admitted** | **Used w/ Witness** | **Description of Exhibits** |
| A | | 06/15/22 | √ | √ | Transcript of Interview with Ronald Ilg |
| B | | 06/15/22 | √ | √ | Audio of interview with Ronald Ilg |
| C 1 | | 06/15/22 | √ | √ | Photograph of interview room |
| C 2 | | 06/15/22 | √ | √ | Photograph of interview room |
| C 3 | | 06/15/22 | √ | √ | Photograph of door to interview room |
| C 4 | | 06/15/22 | √ | √ | Photograph of door to interview room |
| D | | 06/15/22 | √ | √ | Video of path to interview room |
| | A | | | | Application of Search Warrant – Information from Coinbase Inc. related to certain Bitcoin Transactions and Accounts |
| | B | | | | Search and Seizure Warrant – Information from Coinbase, Inc. related to certain Bitcoin Transactions and Accounts |
| | C | | | | Transcript of Interview of Ronald Ilg |

**WITNESS AND EXHIBIT LIST** - Page 2          *United States -vs- Ronald Craig Ilg*
                                                Case No. 2:21-CR-0049-WFN-1

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| | D | | | | Article from Central District of California re Beverly Hills Man Arrested on Federal Charges of Attempting to Hire Hitman to Murder One-Time Girlfriend Who Had Rebuffed Him |
| | E | | | | FBI 302 – Parker/Barker 4/22/21 Re Search Warrant Executed at Spokane International Airport |
| | F | | | | Spokane Superior Court – Ilg Divorce Pleadings |
| | G | | | | September 24, 2020 Interview of RS and Text Messages |
| | H | | | | Lukins & Annis Invoice Summary Marked Paid 11/23 |
| | I | 06/15/22 | √ | √ | Search and Seizure Warrant Re Ronald Craig Ilg |
| | J | | | | Search and Seizure Warrant Witness 1 |
| | K | | | | Exhibit A – United States' Response to Defendant's Motion to Suppress Evidence |