UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>RONALD CRAIG ILG,<br><br>             Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE ALLEGED DARK WEB MESSAGES AND WEBSITES** |

   THIS MATTER came before the Court pursuant to Defendant's Motion to Exclude Dark Web Messages and Websites. The Court has reviewed the Motion to Exclude Dark Web Messages and Websites, any Responses and Replies thereto, as well as the pertinent files and records herein.

   THEREFORE, the Court hereby finds and concludes that the dark web messages, transcript, and dark websites are inadmissible and must be excluded from evidence. Such evidence is in violation of the Confrontation Clause, as

well as the Federal Rules of Evidence regarding authentication and hearsay. As such, Defendant's Motion to Exclude Alleged Dark Web Messages and Websites is hereby **GRANTED**. The alleged dark web messages, transcript, and dark websites shall be **EXCLUDED** at the time of trial and **SUPPRESSED** at all further proceedings in this matter.

It is so **ORDERED** this ___ day of July, 2022.

**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 1st day of July, 2022.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal