Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD CRAIG ILG, <br><br> Defendant. | Case No. 2:21-cr-00049-WFN <br><br> **DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE ALLEGED DARK WEB MESSAGES AND WEBSITES** |

I, Andrew M. Wagley, do hereby declare as follows:

1. I am over the age of eighteen and competent to testify regarding the matters stated herein.

2. I am one of the attorneys of record for the Defendant, Ronald C. Ilg ("Dr. Ilg"). I make this Declaration in Support of Defendant's Motion to Exclude Alleged Dark Web Messages and Websites.

Declaration of Andrew M. Wagley in Support of Defendant's Motion to Exclude- Page 1

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

3. The accompanying Motion to Exclude Dark Web Messages and Websites should be construed as a "dispositive motion" subject to the 20-page limit of LCivR 7(f)(1), as incorporated into criminal matters pursuant to LCivR 83.  In this vein, the Motion seeks to exclude and suppress from evidence the dark web messages, transcript, and dark websites, which purport to be the crux of the Government's case against Dr. Ilg.  As such, if this Motion were granted, the disposition of multiple charges would likewise be determined.  *See* Fed. R. Crim. P. 59(b)(1) (defining "dispositive matters" regarding magistrate referrals as "a defendant's motion to dismiss or quash an indictment or information, <u>a motion to suppress evidence, or any matter that may dispose of a charge or defense</u>").  Furthermore, this Motion seeks to exclude such evidence not only on constitutional grounds (*i.e.*, the Confrontation Clause), but also pursuant to multiple provisions of the Federal Rules of Evidence.

4. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot taken by me of a video provided by the Government in discovery herein.  This video is of the FBI's alleged search of Dark Website #1, entitled "Internet Killers."

Declaration of Andrew M. Wagley in Support of Defendant's Motion to Exclude- Page 2

ETTER, MᶜMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

5. Attached hereto as **Exhibit B** is a true and correct copy of a screenshot taken by me of another video provided by the Government in discovery herein. This video is of the FBI's alleged search of Dark Website #2, entitled "Sinaloa Cartel Marketplace."

6. Attached hereto as **Exhibit C** is a true and correct copy of a screenshot taken by me of another video provided by the Government in discovery. This video is of the FBI's alleged search of Dark Website #3, entitled "Dark Bitcoin Escrow (DBE)."

7. Attached hereto as **Exhibit D** is a true and correct copy of a Serial 22 Report propounded by the Government during discovery herein.

I hereby declare the foregoing is true and correct under penalty of perjury of the laws of the State of Washington and the United States.

EXECUTED this 1st day of July, 2022 in Spokane, Washington.

By: /s/ Andrew M. Wagley
     Andrew M. Wagley

Declaration of Andrew M. Wagley in Support of Defendant's Motion to Exclude- Page 3

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 1st day of July, 2022.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Declaration of Andrew M. Wagley in Support of Defendant's Motion to Exclude- Page 4

ETTER, M<sup>c</sup>MAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100