# **EXHIBIT A**

{00926343}



{00926343}

35cuaq55z6d2jods.onion
ORIGINAL
Home
Sign In
Register
Prices
Order
FAQ
Forum
About
Welcome to the #1 hitmen service
We are by far the oldest hitmen for hire website, with thousands of members and hundreds of hitmen. If you are looking to have someone murdered, beaten, kidnapped you arrived at the best place.
Here is why:
1. We offer a complex platform.
2. Encrypted communication system between customers and hitmen.
3. Ability to submit new orders and manage orders on site, view progress.
4. Built-in Bitcoin Mixer and built-in escrow. We accept external escrows.
5. PGP Support for additional security.
6. Good reputation on other dark web resources
7. No complaints from users.
8. Lowest prices around.
9. 100% job completion rate. If we can't do a job, we don't take it.
10. Forum where members can talk with each other.
We have gang members and hitmen for hire. Years ago, they had only worked for local gangs or drug cartels, but now they are taking orders online using the deep web. Our website keeps them safe but most importantly anonymous thanks to Tor Browser and the deep/dark web.
DSCN0589
0:01:02
0:09:58
Activate Windows
Go to Settings to activate Windows.

# **EXHIBIT B**

{00926343}



{00926343}

Sinaloa Cartel Marketplace offe
wtwk7m6br62gsmpf.onion
CDS
The Sinaloa Cartel Marketplace
MURDER FOR HIRE, ASSAULT, ARSON
Home
Vendors
Customers
Drugs
Guns
Assault and Murder
Support
Welcome to Sinaloa Cartel marketplace!
Under the shelter and protection of the Deep Web, our hundreds of Sinaloa Cartel members offer you high-quality drugs, guns, and professional assault services at affordable costs.
We can kill any person you want, as long as is not a president or very important person that is guarded by military.
We can make the murder look accidental, so that Police will not suspect anyone.
We also do kidnappings, beatings, and set fire to properties.
Murder, wet work, assault, arson can be easily provided worldwide by our experienced strongmen via a secure way, while you remain fully anonymous and your order confidential. Thousands of happy customers recommend our products and services such as drugs, guns, assault, arson, and murder.
You can place the order on our marketplace anonymously without providing your name, email, phone number or address. Only description about the job and the mark.
You will need to provide proof you have the funds available, but you pay after the job is completed.
The selected killer doing your job can not scam you because he does not receive payment until the job is done.
You can choose your heavie, goon, enforcer, juce man, leg-breaker, strongman, shylock, repo man, bagman from a large selection of criminals providing services in various countries.
DSCN0593
0:00:50
0:15:23
Activate Windows
Go to Settings to activate Windows.

# **EXHIBIT C**

{00926343}



{00926341}

jxotugbval26qqlv.onion
Bitcoin Escrow
Helps secure trade since 2018
over 18 million transactions processed
4.2 million satisfied customers
Saftey. On Dark web.
Home
What is Dark Escrow
Start escrow
Check status
Fees
About
Whether you sell or buy drugs, guns, stolen credit cards, carding equipment, fake currency or other goods and services, you can use our secure multi-sig bitcoin escrow to pay and receive payment.
If you pay the vendor directly before receiving goods, he can scam you. If the vendor sends you goods first and then you pay, the customer can scam him.
The only secure way of payment between an anonymous customer and an anonymous vendor is a secure locker controlled by a 3rd party such as our service.
For a moderate fee, we hold the payment securely in a locker on our website until the vendor delivers the goods and services. Customer can either approve releasing the payment to the seller or he can open a dispute in case he did not receive the goods or services.
Dark Bitcoin Escrow
DSCN0588
0:01:06
0:03:55
Activate Windows
Go to Settings to activate Windows.

# EXHIBIT D

FD-302 (Rev. 5-8-10)

166C-SE-3418226 Serial 22
-1 of 1-

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/19/2021

[Redacted], email [Redacted], and [Redacted], email [Redacted], were interviewed telephonically. SSRA Christian Parker also participated on the call. After being advised of the identity of the interviewing Agents and the nature of the interview, [Redacted] and [Redacted] provided the following information:

[Redacted] explains that an individual or group of people run scam websites on the dark web. Sinaloa and Hydra are two of the sites linked to this person/group that [Redacted] has a source where he can see messages and content. [Redacted] has never seen intent to apply violence by the administrators of the dark web sites.

DBE is a fake escrow site. DBE is advertised as an independent third party to hold funds but is run by the same person/group that runs other dark web sites like Sinaloa and Hydra.

[Redacted] advised that the user Scar215 paid for attacks on two women. Scar215 paid for and requested that [Redacted], "be given a significant beating that is obvious. It should injure both hands significantly or break the hands," and that [Redacted] should be kidnapped for seven days and be given daily doses of heroin while she is held. Further details are in the text of messages provided by [Redacted] and attached to a 1A package.

Investigation on  04/06/2021  at  Spokane, Washington, United States (Phone)

File #  166C-SE-3418226                                    Date drafted  04/06/2021

by  DIBARTOLO DAVID, Christian L. Parker

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US v. Ilg                                                                       00000045

{00926343}