**Exhibit A**

Transcript of FBI Interview with Ronald Craig Ilg

1

2

3

4    _____

5

6                          **INTERVIEW**

7                            **OF**

8                        **RONALD ILG**

9    _____

10

11

12              CONDUCTED BY INTERVIEWERS

13      SPECIAL AGENTS ERIC BARKER & CHRISTIAN PARKER

14

15          ON APRIL 11, 2021, @ 5:00 P.M.

16          AT SPOKANE INTERNATIONAL AIRPORT

17              SPOKANE, WASHINGTON

18

19

20

21

22              AUDIO TRANSCRIBED BY:
                CINDY J. CHATTERTON, CCR
23                   CCR #2951

24

25

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-2-

```
 1                    MEMBERS IN ATTENDANCE

 2

 3

 4   INTERVIEWERS:

 5        SPECIAL AGENT ERIC BARKER
          SPECIAL AGENT CHRISTIAN PARKER
 6

 7

 8
     INTERVIEWEE:
 9
          DR. RONALD ILG
10        Spokane, Washington

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-3-

```
1              (COMMENCING AUDIO TRANSCRIPTION)

2

3              COURT REPORTER'S DISCLAIMER:

4         The interviewee was outside the range of the

5    microphone.  As a result, the audio recording was unclear

6    throughout the interview proceedings.  This transcript

7    may contain mishears, as well as many areas designated as

8    "inaudible" due to indecipherable recorded audio.

9

10

11             * * * P R O C E E D I N G S * * *

12

13                  (AIRPORT ACTIVITY)

14

15             AGENT PARKER:  Excuse me, Sir? Dr. Ilg?

16             DR. ILG:  Yeah.

17             AGENT PARKER:  Can I speak with you for a minute?

18        My name is Special Agent Parker with the FBI.

19             DR. ILG: Okay. [To third person] You guys go ahead.

20             AGENT PARKER:  Could we visit with you in here?

21             DR. ILG: Sure.

22             AGENT PARKER:  Come on in here, if you would?

23             (ENTERING INTERVIEW ROOM)

24             AGENT PARKER:  This is Special Agent Barker.

25             AGENT BARKER:  Good evening, sir.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-4-

1           DR. ILG:  Should I just tell them to go

2     ahead?  Send them a text and just to go without me?

3     Is this going to be a while?

4           AGENT PARKER:  Yeah, it might be a few minutes.

5           DR. ILG:  Minutes or -- let me just text them.

6           AGENT PARKER:  Yeah. That's fine. Water, if you need a

7     water.

8           AGENT BARKER:  Did you guys drive in

9     today or driving out from the airport?

10          AGENT PARKER:  Separate cars, I guess, is what were --

11          DR. ILG:  No.  No, no, no.  No.  We came together.

12    I've got to tell her where it's at.

13          AGENT BARKER:  You got luggage coming?

14          DR. ILG:  Yeah.

15        Again, hopefully, she knows where the car is.

16          DR. ILG:  Okay.  Can I take my mask

17    off? Is that okay?

            AGENT PARKER:  Yep

18          AGENT BARKER:  We're fully vaccinated too.

19          DR. ILG:  Okay.  Cool.

20          AGENT BARKER:  We appreciate you swinging

21    in with us.

22        We received some allegations regarding some

23    threats to your wife. The vast majority of these

24    things are, you know, scams or what have you.  We

25    are bringing people in.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-5-

1            We have to take all of them very seriously,

2    obviously. When we get these, it is a serious

3    matter. That's why we're here on a Sunday at the

4    airport.

5            DR. ILG:  Yeah, sorry to bother you on a Sunday.

6            AGENT PARKER:  We know you have been

7    traveling a long day.

8            AGENT BARKER:  Yeah, I know.  It has been

9    a long time.

10           We're trying to get things -- you know, get

11   some answers to these questions.  Get you in here

12   and get you out of here.  As soon as we're done

13   here, you're out of there.  So we'll, hopefully, get

14   you on the road as quick as we can.

15           DR. ILG:  Yeah.  I mean, I can catch an

16   Uber, if I need to.  So, that's fine.

17           AGENT BARKER:  Okay.  All right.

18   Perfect.

19           AGENT PARKER:  We appreciate your

20   cooperation.

21           DR. ILG:  They do have an Uber here in

22   Spokane.

23           AGENT BARKER:  Yes, they do.  Yes, they

24   do.

25           AGENT PARKER:  I think even two of them. [laughs]

26           AGENT BARKER:  How was Mexico?

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-6-

```
 1                    DR. ILG:  It was fun.  We had a good
 2          time.
 3                    AGENT BARKER:  Excellent.  Excellent.
 4              So let's -- we like to just get a little bit
 5          of background, as far as when we're doing these.
 6          Get kind of a framework of knowledge on the family
 7          and --
 8                    DR. ILG:  Sure.
 9                    AGENT BARKER:  -- any contacts that you
10          have that might kind of point us in the right
11          direction to either prove this out, disprove it or
12          prove it out.
13                    DR. ILG:  Sure.
14                    AGENT BARKER:  So that we can adjudicate
15          it and get back home and carry on with our weekend.
16          So...
17
18                    * * * I N T E R V I E W * * *
19
20     BY AGENT BARKER:
21     Q.  What can you tell us about your family structure
22          right now?
23     A.  Well, I think you guys know that we're in the midst
24          of a divorce.
25     Q.  How long have you been married?
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-7-

1    A.    ███    and I were married for three, four years.  Three

2          or four years.

3    Q.    Okay.

4    A.    Yeah.

5    Q.    And you have --

6    A.    Together for seven.  So, seven or eight.

7    Q.    Okay.  Okay.

8                All right.  And then, you say -- when did the

9          divorce proceedings start?

10   A.    That's a good question.  Was it like eight, nine months ago,

11         maybe.

12   Q.    Okay.

13   A.    Yeah.

14   Q.    All right.  How would you characterize that?  Has it

15         been fairly amicable or --

16   A.    No.  I mean, I think you guys know that it's been

17         contentious and -- in that it's something that she

18         pushed.  I wasn't wanting it.  And so -- but that's

19         -- that's kind of where that went.

20   Q.    Okay.  What's your current job situation right now?

21         Are you still up here?

22   A.    So, I -- in December, I separated from the group in

23         Spokane.

24   Q.    Who was that?

25   A.    The Spokane group that I worked with.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-8-

1   Q.   What was the name of it?

2   A.   It depends on what you go by.  But Spokane -- no,

3        Washington Pediatrics.

4   Q.   Okay.  Okay.  Do you know of anybody that has any

5        ill will against your wife or --

6   A.   No.

7   Q.   Describe her for us.  Is she pretty even keel?  Or

8        how would you describe her?

9   A.   Generally speaking, yes.  I mean, there were some

10       times where -- well, I mean, she had domestic

11       violence.  I think she kind of -- I called the

12       police on her.

13  Q.   When was that?

14  A.   A couple a months into the divorce. I think it was in

15       the fall.

16  Q.   Okay.

17  A.   And so, yeah, she got arrested for that.

18  Q.   What happened there?

19  A.   Well, I mean, there had been some times where she

20       had -- well, just to be honest with you, she just

21       got violent.  And I didn't call anybody that time

22       because, generally, it's the guy that gets arrested.

23            But that night, she was -- and every time

24       she's done it, you know, she's been drunk.  She has

25       a drinking history.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-9-

1  Q.  Okay.

2  A.  And she had a DUI when we first met.  And so, she

3      has a drinking history.

4          And so, on that particular night, when --

5       some, in the night, when she has been violent.  She

6      has been violent with [Minor 1] my two-year-old [Minor 1] I was

7      holding him, she would attack me and those sorts of

8      things. And on that night --

9  Q.  Did she ever touch [Minor 1] or just you?

10 A.  Just me. I had to move him out of the way. But

11     just me.

12         And so, during that -- that particular night,

13     she was escalating pretty rapidly.  And so, she was,

14     you know, doing the typical, pushing me around and

15     hitting me.

16         And [Minor 1] and I were in the bedroom.  I moved

17     out of the bedroom.  And she came after me then.

18     And I just -- I said, "I'm going to have to call the

19     police if you don't stop."  Because I didn't want it

20     to continue.  And so, she kept.  And so I said,

21     "Well, I've got to call the police."

22 Q.  Sure.

23 A.  And so -- you know.  And so -- and she was drunk

24     that night too.

25 Q.  Okay.  Okay.  How does she --

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-10-

```
 1   A.  And then -- and then, subsequently, I called the

 2       prosecute -- because I didn't want it to hurt her

 3       too badly.  So I called the prosecutor and tried to

 4       get it dropped.  Eventually, got the whole thing

 5       dropped.

 6   Q.  Okay.

 7   A.  Because I don't even think she has a mark on her

 8       record.

 9   Q.  Oh.  It got expunged?

10   A.  I think.

11   Q.  Okay.

12   A.  Yeah.  I don't -- yeah, I don't think it even has any

13       mark on her record.

14   Q.  Okay.

15

16                       (PHONE RINGING)

17   A:  Can I get that?

18               AGENT PARKER:  We'd rather you didn't

19       until we're done.

20   A.  Okay. It's my Realtor. So I'll just (inaudible).

21   Q.  Okay. So tell us, has she been sideways at all with

22       anybody that you work with, or how is that

23       relationship?

24   A.  Anybody I work with?

25   Q.  You work with or she works with that you know of
```

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-11-

```
1          that might want to cause her a problem?

2     A.   I mean, her and I have been separated for so long,

3          I don't know. I mean --

4     Q.   Do you talk to her regularly other than --

5     A.   No.

6     Q.   -- to Levi?

7     A.   No.  We can't talk. We can't talk other than...

8          Well, we can't even talk. So...

9     Q.   Okay.

10              AGENT PARKER:  There's a no-contact

11        order?

12    A.   Yeah. There's --  It's a no-contact order

13        that's within the divorce.

14              AGENT PARKER:  Okay.

15    A.   So I don't know if it's within the court as a legal

16        thing. But it's a no contact within the divorce.

17    Q.   Okay.

18    A.   And so, we use this app on the phone to communicate.

19    Q.   Okay. I gotcha. Okay.

20              And inside her world, I mean, has she brought

21        up anything, through the course of this divorce,

22        about threats or anything like that; or is this kind

23        of out of the blue that you know of?

24    A.   Yeah. I don't know of anything about that.

25    Q.   Okay.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-12-

```
 1   A.   I don't know of anything about that.

 2   Q.   Okay. All right. What kind of social media does

 3        she prefer? Do you know? Is she on --

 4   A.   Facebook, as far as I know. But other than that.

 5   Q.   Is that the only one?

 6   A.   I don't know.

 7   Q.   Okay.

 8   A.   When we were together, she was on Facebook.

 9   Q.   How about yourself?

10   A.   I don't.

11   Q.   Do you have a preference?

12   A.   I don't use social media.

13   Q.   Okay.

14   A.   I mean, I have a Facebook account. I'm not sure if

15        I deleted it or turned it off. I don't even know

16        how to get on it or how to use them.  So I

17        just several months ago just turn it off.

18   Q.   Okay. All right. What e-mail accounts and phone

19        numbers does she use, generally?

20   A.   I don't know. Just her -- I just know her regular

21        phone.

22   Q.   What is that?

23   A.   509-494-290 -- 07.  I believe, I'm not a hundred

24        percent, but --

25   Q.   Okay.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-13-

1    A.   Unless she's changed it. But that's the one that I

2         call her on. That's her main one.

3              In fact, she texted me when I was in Mexico saying

4         that that parenting app that we use, that she was not able

5         to use it. And I said, no --

6    Q.   Okay.

7              AGENT PARKER: Maybe they shut it down in Mexico.

8    A.   Well, no.  And then, I texted her again. I

9         texted her on the weekend saying, Hey. This is on

10        Monday.  (inaudible) And she texted me back on that

11        parenting app. So she (inaudible).

12   Q.   Okay.  That's good.

13             As far as e-mail accounts, anything like that

14        that she would use?

15   A.   Well, during the divorce proceedings, I see that

16        she's got -- she's got her work e-mail. I see that,

17        you know, we've got -- also, recently, you know, we've been

18        selling property. We have some river property.

19        And the Realtor has been e-mailing us. And I think

20        he's been using her Gmail account. And then she

21        also has her work e-mail.

22   Q.   Okay.

23   A.   And I don't recall what that is. I just know that

24        she has a work e-mail.

25   Q.   How was her -- how is her relationship with Ms.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-14-

1      [Witness 1]? Is that how you pronounce that? [Witness 1]?

2   A.  Oh, with [Witness 1]?

3   Q.  [Witness 1]

4   A.  I don't know. It's up and down, as far as I know.

5       I don't know what it's like right now.

6   Q.  Okay.

7   A.  But it's been up and down.

8   Q.  Okay. Do they talk regularly or --

9   A.  I don't know that either.

10  Q.  Okay.

11  A.  But, yeah, [Witness 1] doesn't necessarily tell me how

12      often they talk. I know, recently -- meaning

13      "recently," maybe a couple weeks ago. No. Maybe a

14      month ago that they were talking more on a regular

15      basis, it seemed like, is what it sounded like.

16  Q.  Okay.

17  A.  But then, from that point, I don't know.

18  Q.  Okay.  How did they meet? Just --

19  A.  It's a crazy kind of story.  But [Victim] and I kind of

20      have an unorthodox kind of relationship, sexual

21      relationship, where we have a dominant-submissive

22      kind of relationship. And as part of that, we also

23      experimented with adding others into the -- into the

24      relationship.

25  Q.  Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-15-

1    A.   And Witness 1 was the first one that we met and

2         brought into the relationship.

3    Q.   When did that happen, roughly?

4    A.   About two years ago.

5    Q.   Okay.

6    A.   And then that's kind of the turmoil, within that,

7         is what eventually, led to the --

8    Q.   Was there any friction between the two of them? Or

9         on and off, maybe?

10   A.   Oh, absolutely. Absolutely.

11             There were times where they went kind of

12        after each other in one way or another. I don't

13        know all the details obviously. So I don't know that.

14        I just know that they are.

15             At times, they were kind of -- at times, it

16        was funny. Because at times, they would kind of

17        gang up on me. And I was the bad guy. And then

18        they would kind of fight amongst themselves.

19        And then everybody just kind of, it was all over the place.

20   Q.   Sure. Sure.

21             What social media does she run? Do you know?

22   A.   I know she does Facebook. I think she has

23        Instagram. But I think that's more to kind of watch

24        her daughter's stuff.

25   Q.   Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-16-

```
 1    A.   And she was using the WhatsUp app in Mexico. That's

 2         the first time that I have heard of, that she was

 3         using that.

 4    Q.   The WhatsApp?

 5    A.   WhatsApp, whatever. I mean, that was part of the --

 6         you know, that's how we communicated with

 7         the butler in Mexico.

 8              And let's see. Instagram. WhatsApp. What's

 9         the other name that she has?  I think that's the

10         main ones, as far as I know.

11    Q.   Okay. Okay. Do you maintain separate financial

12         relationships with Witness ?

13    A.   Yeah.

14    Q.   So, there's nothing commingled as far as that goes?

15    A.   No. No.

16    Q.   What about with Victim 2  Has everything been severed

17         on that end of things?

18    A.   Yeah, as much as -- I mean, we had a postnuptial

19         agreement. So when we were married, things were

20         relatively separated.

21              I was disappointed that, despite having a

22         postnuptial agreement, Victim  has been trying to kind

23         of squeeze everything she can. But that

24         is what it is.

25    Q.   Okay. All right. What about banking accounts?
```

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-17-

```
1        Where do you maintain those, as far as yours and
2        Witness 1's?
3   A.   Witness 1's, I don't know.
4            Mine, I have Bank of America, Chase. I have
5        some money in Merrill Lynch and U.S. Bank.
6   Q.   Okay.  Stock-trading relationship? Any stock
7        exchange accounts?
8   A.   Yeah.  I mean, I just -- I had a pretty big account
9        in Merrill Lynch, and I just moved all that over to
10       a new account.
11  Q.   Okay. Okay. What about the big bank, crypto these
12       days? Do you have any crypto accounts?
13  A.   Yeah. I have a couple.
14  Q.   Okay. Where?
15  A.   Before I go, should I have a lawyer?
16  Q.   That's always up to you. That's your call.
17  A.   Yeah.
18           AGENT PARKER:  Yeah.  You're here of your
19       own will.
20  A.   Yeah.
21           AGENT PARKER:  If you ever want to get up
22       and walk out, you're free to do that.  But I -- you
23       know, we can't give legal advice.  That's up to you.
24  A.   Right. You know, I'll be honest with you, I watched
25       a YouTube video about three month ago. There was a
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-18-

```
 1      prosecutor and a detective. And both of them said:
 2      Never talk to a police officer without your lawyer
 3      present. It doesn't matter if you're guilty or not,
 4      never talk to them.
 5            So, I prefer that, at this point, is to have
 6      a lawyer present. Not because I have anything to
 7      hide.
 8            AGENT PARKER:  Uh-huh.
 9   A. But more because -- because of the advice I actually
10      heard on YouTube.  So...
11            AGENT PARKER:  Okay.
12   Q. Okay. With that, we do have a warrant for your
13      personal device.
14   A. Which one?
15            AGENT PARKER:  Well, we actually have a
16      warrant for your person and all your luggage. So --
17   A. For me, personally?
18            AGENT PARKER:  Yes. So what that means
19      is we have a search warrant, a federal search
20      warrant.
21   A. Oh, a search warrant?
22            AGENT PARKER:  Yes. Not an arrest
23      warrant.
24   A. Okay.
25            AGENT PARKER: Not being arrested tonight.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-19-

1  A.  Okay.  That's what I --

2              AGENT PARKER: And so, we do just need to

3       search you.  We'll search your luggage, your checked

4       bag, looking for the items that are outlined in the

5       warrant.

6  A.  Okay.

7              AGENT PARKER:  And we will -- you know,

8       you will get a copy of the warrant, as well as a

9       receipt for everything that we seize.

10  A.  Okay.

11              AGENT PARKER:  If you are -- if you are

12       interested, as I mentioned, we have a warrant for --

13       for digital items in general but, specifically, for

14       your phone.

15          If you would like us to forensically image

16       that right now and have you wait, when we're

17       done, you can take it with you. Or we can take it

18       and you can be on your way.

19  A.  Umm. Boy. It's my only means of communication is

20       why I'm hesitating.

21              AGENT PARKER:  Oh, I know. Without that

22       phone, none of us can function.

23  A.  Right. Why don't you guys do that, do the digital

24       imaging while I wait.

25              AGENT PARKER:  Okay.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-20-

1    A.   That way, I have my phone.

2    Q.   Okay.

3              AGENT PARKER:  And there is the caveat

4         that if something goes wrong and we're not able to

5         do it, for some technical glitch or reason, then we

6         would need to send it off to a lab.  Just kind of --

7    A.   Okay.

8              AGENT PARKER: -- in full disclosure.

9    A.   No, no. That's fine.

10   Q.   We'll do what we can.

11             AGENT PARKER:  We're gonna be completely

12        honest with you. We're not here to yank you around.

13   A.   Okay. No, that's fine.

14             There's one thing that I will share with you,

15        since I don't have my lawyer. But I did put it on

16        there while I was in Mexico. I will just read it

17        to you, because you are going to see it anyway.

18             And the reason I put it on there is because I

19        was uh, let me just read it to you.

20             AGENT PARKER:  Okay. But if you don't

21        mind, I'll -- let me to hold it or -- there you go.

22             Is there a specific app you're looking for or

23        something?

24   A.   Yeah. It's just - [whispers] let me find it.

25             AGENT PARKER:  If you know the name of

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-21-

1    it, you can search there in that search bar.

2    A.  Yeah.  Okay. It's a Word document.

3        Okay. So the reason I wrote this is because

4        -- well, I'll just read it. Because of -- I'll just

5        say it this way: The last several months has been

6        very difficult. And this reflects it.

7            AGENT PARKER:  Okay.  Okay.

8    A.  Is that okay?

9    Q.  Yeah.

10   A.  Fair enough?

11       And I have some abbreviations in here so that

12       I know what they:  I have occasionally visited the dark

13       web over the last couple of years and out of

14       curiosity, looking at porn and then buying steroids.

15       Okay.

16           AGENT PARKER:  Okay.

17   A.  I'll admit that.

18   Q.  Okay.

19   A.  Because I was part of a competitive bodybuilding.

20   Q.  Okay.

21   A.  There's lots of interesting sites there. Some are

22       harmless and just provide a platform for dialog

23       about different things; politics, religions. Oh. I

24       said sex.  Oh, and BDSM. So that was

25       kind of one of the places I would go there, to

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-22-

1      actually have dialog with other people that did

2      that.

3              But it's called the dark web for a reason.

4      And there are a lot of nefarious sites also. The

5      markets are sites where all of the various wares are

6      advertised; drugs, hackers, stolen credit cards and

7      PayPal accounts.

8              And once, I actually experimented and paid

9      for a stolen credit card information, but it was all

10     --

11             AGENT PARKER:  Scams?

12  A.  Scams.

13             AGENT PARKER:  Yeah.

14  A.  And so, it turned out to be a total scam. And I

15     wasted a few a hundred dollars for nothing.

16             I did occasional reading about the dark web

17     on the regular web and found what I suspected to be

18     true, which was that, essentially, all the sites are

19     scams. A few articles pointed to what they call

20     legitimate sites. But I was certain these were

21     scams as well.

22             The one site I visited was the -- what's

23     called "Hidden Wiki," "WikiLeaks." It listed a

24     bunch of sites that were, obviously, legit.

25     Curious, I visited several of these sites and,

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-23-

1    indeed, they did seem to be legit. Most of them

2    were based upon using escrow accounts. Some had

3    their own built-in escrow, and others encouraged

4    using an independent escrow. This included all of

5    the things I mentioned; drugs, steroids, hackers,

6    stolen credit cards, et cetera.

7        They also listed hitmen. The hitmen sites

8    intrigued me. Again, this was a while ago. They

9    are interesting. There was one that had a forum

10   where customers and apparent hitmen would talk.

11   Some hitmen advertise themselves. And customers

12   would ask questions or actually reported a

13   successful deal.

14       In this forum, one customer had asked a

15   question if he could order a hit on himself, sorry, um, and

16   make it look like an accident. Again, interesting. And,

17   therefore -- and there was an affirmation of the

18   administration on that site that this could be

19   arranged. The customer wanted to ensure that his

20   life insurance would pay out to his family. And,

21   therefore, it needed to be looked like an accident.

22   And that was a while ago when I saw that.

23       So about six to eight weeks ago, my

24   depression was probably at its worst. And I hate to

25   admit it, but I constantly contemplated suicide. I

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-24-

1    know enough to be careful about it, because I have a

2    psychologist. I know enough to be careful about

3    exactly what I should say to Dr. V, my

4    psychologist.

5        She, I'm sure, had contemplated -- and she

6    did -- had contemplated having me admitted as an

7    in-patient. But I just didn't give her enough

8    information to make that happen. Had she known that

9    I had laid awake on several occasions with my loaded

10   Glock next to me, there's no doubt she would have.

11   I considered other possibilities also; carbon

12   monoxide poisoning, overdoses, on Xanax or something like that.

13       The gun option -- this is what I said. The

14   gun option seemed to be too violent and I didn't

15   want anyone finding me like that. But I also didn't

16   want to see -- be seen as defeated. It says lover but it's

17   supposed to say a loser. That they had won. Meaning, with

18   everything going on, as far as separating from

19   the group and everything else going on in my life.

20   I didn't want to be seen as not being strong

21   enough to make it through everything that's been pushing me.

22   Anyway, so I didn't want them to think that they had won.

23       So the conversation on that site -- I

24   remember that conversation became real. Likewise, I

25   thought on my lawsuit. Because I have a lawsuit

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-25-

1    pending against the group. If I would have

2    committed suicide, I think that would have probably

3    impacted the ability for that to move forward

4    significantly. And I thought, Well, if it looked

5    like I died from an accident, then that -- it could

6    continue the lawsuit as part of my estate.

7  Q.  Right.

8  A.  And that would have helped ███████ and her girls as

9      well. I didn't put that part in there.

10          I thought my lawsuit could continue for my

11     estate, and my life insurance would pay out. I also

12     think -- I'm not sure, but I think there's a clause

13     in my life insurance policy that if you die from a

14     suicide that it doesn't pay out. So...

15          I visited this site again. Started an e-mail

16     thread with the particular hitman associated with

17     what seemed to be -- I think it was MS-13. After

18     many discussions and about how and when and where, I

19     loaded up my Bitcoin account, transferred it to

20     them.

21          But I was stupid. So, ignorantly,

22     it was not an escrow account. It

23     started at 10,000.  But quickly, they went to

24     26,000. And then there -- they said for it to be

25     done right, it would need a bigger team and need

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-26-

1    more and more. And -- but I didn't really care. I

2    thought that's how things would work out. A few

3    extra dollars here or there was no big deal.

4         I didn't have an easy way to quickly transfer

5    the Bitcoin. It always seems to take forever for

6    the Bitcoin to -- for the cash to turn into Bitcoin.

7  Q.  Sure.

8  A.  Anyway, the Coinbase takes weeks is what -- and the

9    Bitcoin ATMs they have just a limited amount of money

10   that you can transfer from. Obviously, they are

11   wanting more than what I can do.

12        Anyway, it came back. There was a lot of

13   back and forth. And, eventually, it led to them

14   saying, "Fuck this whole thing," and they backed

15   out. But in saying that, they said, "This will be

16   interesting information to pass along."  Or pass

17   along to the authorities. And so, they were

18   threatening me.

19        But, anyway, I just -- I just let that go. I

20   just -- I didn't know what they would do with it. I

21   just -- I was like, Well, I can't keep working with

22   these people.

23        Anyway --

24        AGENT PARKER:  How long ago was that this

25   ended with them?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-27-

1   A.   So that probably -- a good question. Maybe three,

2        four -- three or four weeks ago.

3             AGENT PARKER:  Okay.

4   A.   When I originally started talking to them, they said

5        that they -- if things didn't go right, or whatever,

6        that they would send back the money that they -- so

7        I asked them to send it back. But, obviously, they

8        didn't.

9             And then, obviously, my depression wasn't

10       getting any better over the last couple weeks,

11       despite going up on my medication dose and visiting

12       with my doctor. It just hasn't gotten much better.

13       A little bit better in Mexico, but not great.

14            Ongoing drama and the strife with Witness 1.

15       Nothing was going right. Nothing was going right.

16       I cried almost -- like I said, I cried almost every

17       night being alone. Just being alone in my house is

18       just torture. It's just torture. I can't describe

19       it.

20            So, I went back, looking for somebody that

21       would help to orchestrate some sort of an accident.

22       Again, this time, it was -- it uh, was with -- it looked,

23       like, the Sandinista cartel people is what it is --

24       what it was.

25            AGENT PARKER:  Um.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-28-

1    A.    And they had that -- their own independent escrow.

2          Well, they had their own escrow. And then I said,

3          Well, I'll also use an independent escrow for a

4          bonus. And they said the bonus being if it truly

5          was seen as an accident, then it would pay itself

6          out.

7                And the administration -- the administrators

8          of the site would be the arbiter of it to be an

9          accident or not. Obviously, they (inaudible). They

10         would, based upon what was in the papers or the

11         obituary. They would release the Bitcoin depending on the

12         outcome.

13               So, I created the first escrow account, but I

14         messed that up. I thought -- I thought I could go

15         back and add some more information afterwards, but I

16         messed it all up. So that escrow account was --

17         that particular escrow account was canceled, and it

18         had $40,000 in it as the bonus if things went right.

19               But -- well, that was still going on. But I

20         found out I couldn't edit it. So I had to close

21         that, waiting for that $40,000 to get returned to

22         me. And I started another escrow account that has a

23         little bit of money on it.

24               AGENT PARKER:  Okay.

25    A.    And the administrators said that it takes about

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-29-

```
 1        15 to 30 days for it to be returned. So, again,

 2        using some Bitcoin in my Coinbase account and

 3        transferred more money into my Coinbase account. So

 4        if you look at my Coinbase account, there's a lot of

 5        movement in there just because of --

 6             AGENT PARKER:  Sure.

 7   A.   Now, like I said, this is the reason why I was

 8        writing this all down is to actually kind of -- for

 9        me and just to try and understand everything.

10             Now that I am rethinking things, the trip,

11        relationship with Witness 1 and building this

12        relationship with Witness 1 and her girls has made

13        me step back from wanting to kind of orchestrate

14        this accident. Not that I -- I'll be honest with you

15        guys, it's not that I haven't completely taken it

16        off the table for various reasons.

17             AGENT PARKER:  Well, we'll tell you --

18        I'm sure your psychiatrist has told you the same

19        thing -- that's never a good option. It's never as

20        bad as you think it is.

21   Q.   We just don't want anybody to get hurt on this

22        thing; you, Witness 1 Victim 2 That's the worst

23        possible option on this thing. Okay?

24   A.   I know, I know. I would like to agree with you guys, but I think

25        sometimes it's best that maybe that I'm just not
```

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-30-

1      here. Because I think it would just be easier for

2      everybody. Let me just finish. Sorry.

3          So, the hitman guy that -- he -- actually, I

4      haven't been talking to the hitman it was the

5        administrator of the site. They didn't want to do

6      anything or proceed, in any way, until

7        the escrow account was fully funded. So that's

8        where it stands right now. I think there's about

9      $10,000 in this new escrow.

10         Let's see. I can't read what I wrote. I have no idea

11     what -- oh. That's what I was trying to say there, yeah.

12         They never even really discussed it. It was

13     always going to -- and I didn't want to know how it

14     would happen. Or the timing. So I never knew the timing or the

15     how. But -- because that -- again, I wrote that was

16     their problem, particularly if they wanted the bonus.

17         And I've never -- and I wrote that down here.

18     I've never contemplated hurting Jen, ever. I love

19     her very much. I wouldn't hurt her or Witness 1. I

20     mean -- and then, why would I do that? Because if I

21      did that, one, I'd get caught. And then there would

22     be nobody for Levi.

23  Q.  You're dealing with some fairly gnarly people on

24      this. And as you may have guessed, that's kind of

25      why we're here.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-31-

```
 1   A.   I didn't -- I didn't know if they were real or not.

 2   Q.   Right.

 3   A.   When I spoke to the first folks, I thought they were

 4        fake. I don't know. I mean, obviously, it seemed

 5        like they were.

 6   Q.   Right.

 7             AGENT PARKER:  So, we do a fair amount of

 8        investigations involving the dark web. Do you -- do

 9        know their monikers, you know, what -- how did you

10        communicate?  On this phone?

11   A.   No.  I had -- that's a funny story too. Well, let me

12        finish. I'll finish this in a second.

13             I had a different phone, just a phone that

14        didn't have a phone number associated with it that

15        tracked on the web.

16             AGENT PARKER:  Wifi, or whatever, I guess.

17   A.   I just used that. And when we were in Mexico, when

18        Witness 1 found it, got rid of it and threw it in the

19        swamp.

20             AGENT PARKER:  Okay.

21   A.   As far as I know, she said that she got rid of it.

22   Q.   Why did she -- why did she do that? Did she see

23        something on there?

24   A.   Oh, no.  Sorry. I should tell you the rest of the

25        story.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-32-

1          I was in Mexico probably six months ago

2     or something like that. And I don't know if you've

3     ever been to Mexico. But we went to -- went to this

4     shell (inaudible). It's a snorkeling place. But I

5     had Minor 1 with me and other people. And they were

6     snorkeling. And so, I was just hanging out with

7     Minor 1 and there was just kind of a little area for kids to play.

8          And I met a woman there, and she gave me her

9     telephone number. And Witness 1 found out about it

10    and got all frustrated. And then -- and so -- and

11    she -- and she believed that I was using this phone

12    to communicate with women, because that's -- again,

13    there's so much to this story, it's just hard to --

14    I -- again, I should have my lawyer here, but whatever.

15          She -- Witness 1 has a tendency to break up

16    with me every three or four weeks, because she just

17    gets pissed off about stuff. And she kind of just

18    gets pissed off about it.

19          And she thinks I'm always kind of -- and --

20    well, and then there's been times when she breaks

21    up.  Particularly these times when I have been just

22    really depressed, I just need a distraction. And

23    so, I've gone on the regular web and was chatting

24    with some women on the regular web on some different

25    sites.  I can't even remember which ones.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-33-

1       And then, we get back together. And so, I

2   have to kind of clean that mess up. And

3   blah-blah-blah.  So, she's always kind of thinking

4   that I'm chatting with women and stuff like that.

5   So that's when she found this phone. She thought

6   that I was doing that behind her back because, you

7   know, she wasn't expecting me to be doing it on this phone.

8   Q.  Sure.

9   A.  She found that phone and trashed it.

10      AGENT PARKER:  So, do you have a way to

11  communicate with these people going forward? Like I

12  said, we investigate on the dark web. We would love

13  to continue the conversation with them. If you can get

14  us the hitman, that's a good thing.

15  A.  I mean, I haven't been communicating with them. I

16  mean -- again, I was communicating with them when I

17  was in Mexico. But, you know, telling them about

18  setting this thing up.

19  Q.  Right.

20  A.  But I haven't -- I haven't talked with the administrator

21  of that site in a while.

22  Q.  What was the site? Do you remember?  Or do you have

23  that written down anywhere?

24  A.  No, I don't. I would have to -- again, it's on a hidden

25  Wiki. It was on that phone. It was bookmarked on

26  that phone that was destroyed.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-34-

1                    AGENT PARKER:  What was your moniker,

2          your username?

3    A.   That was on that phone too. And I'm trying to

4          remember what it was.  Scar, I think. Scar. Yeah,

5          it was "Scar" and "2" something.  But it was, again,

6          like I said, on that phone.  It was on that phone.

7    Q.   Okay.

8                    AGENT PARKER:  Okay. I didn't mean to

9          distract you if you want to keep going.

10   Q.   Maybe lay that down flat for us, please.  Thank you.

11   A.   So when we were in Mexico, this was an odd thing.

12        Another thing that I write. I wrote this down,

13        because it seemed like they knew, the staff.

14                    AGENT PARKER:  The staff?

15   A.   At the resort.  The wait staff.

16                    AGENT PARKER:  They knew what?

17   A.   That I was talking to somebody on the cartel -- with

18        the cartel. And maybe it was just me over-thinking

19        things.

20   Q.   What did they say?

21   A.   Well, let me read this, because this is what I --

22        so, Witness 1 -- so -- in Mexico it was odd. The wait

23        staff seemed to ask more questions about who I was,

24        where I lived, how long I would be there in Mexico.

25        Maybe I was being hypersensitive, but it just seemed

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-35-

1    odd.

2          And then, this was really odd. Witness 1 says

3    that -- we had breakfast delivered. Witness 1 said

4    that there was some OJ, some orange juice, that was

5    delivered to the room. And they had all this covered up

6    with Saran wrap.

7          AGENT PARKER:  Uh-huh.

8    A.  And each one of them had the same -- some dates on

9    it, she said. And on each one were different

10   initials.

11         And, again, this is where she had said that

12   she believes I am trying to get all sorts of women

13   and have them brought -- it says coke.

14   But I don't know why it says that.

15   Have them brought to the U.S. Because that's what

16   she was worried about with this one girl that I had

17   met, that I was trying to bring her back to the U.S.

18         But I think -- again, she wouldn't let me see

19   these. She took pictures of them. And she wouldn't

20   let me see the pictures, because she was thinking it

21   was me trying to get these women or something.

22         But what I think it was, was a range of dates

23   of when the accident was supposed to be happening,

24   would be arranged. And I don't know anything

25   beyond that.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-36-

1                 AGENT PARKER:  These were dates in the
2        future?
3   A.   As far as I know. That's what she said. She didn't
4        tell me anything other -- and I asked her, you know,
5        is this this weekend? Next weekend?  She says no, not
6        gonna tell me.  So she never told me.
7             Then I said:  She found my track phone and
8        got pissed and threw it into -- actually, she threw
9        it into the pool is what she ended up doing.
10       Because I thought -- I was asking her why she threw
11       it in the swamp, and she said she threw it in the
12       pool. And we never got that back.
13            But it just seemed like the staff knew
14       something. Particularly there were, where were we? The last
15       night we were there -- was it the last night? No,
16       no, no. It was Friday. This Friday. There was a
17       -- this really struck me as odd is -- and I couldn't
18       understand him very well because of his accent. But
19       he said -- he was asking all of those kind of really
20       kind of detailed questions and seemed really
21       detailed. He was really friendly and nice and
22       blah-blah-blah.
23            And then he said, "Well, I've only been here
24       a week, and then I'm leaving tomorrow." And I
25       didn't understand him. I think that's what he said.
1        I wasn't sure.

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-37-

```
 2   Q.   Okay.

 3   A.   All right.  But I know I heard him say, "I've been

 4        here for a week, and then tomorrow -- and I thought

 5        I heard him say, "We're leaving tomorrow." And I

 6        didn't know where he was going to go. But that's --

 7        so it just -- it was odd, his demeanor. And it was

 8        kind of -- when he was talking to us, which was just

 9        different.

10   Q.   Okay.

11   A.   So, it just seemed like the staff knew something,

12        particularly that OJ thing. I don't know what that

13        was about.

14   Q.   What cartel were you supposedly dealing with?

15   A.   I think it was the Sandinista, I think.

16        If I saw the website, I could tell you.

17             I told -- I was talking with Witness 1

18        Because I told her that I had talked -- I was

19        thinking about doing this. And I told her that I

20        had officially called it off. And when I told her

21        that, though, I was trying to get the information

22        out of her regarding the dates.

23             And so, I actually said, "Well, these guys

24        are now blackmailing me and threatening to hurt her

25        and her kids," just to say give me the dates so that

26        I can see what's going on. But she didn't buy it.
```

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-38-

1     And that's (inaudible).

2  Q.  Yeah.

3     Thank you.

4  A.  I said this to try and get those dates from her.

5     But she wouldn't budge. She truly believed I was

6     bringing these different women to the U.S.

7     So, that's -- that's that.

8     AGENT PARKER:  Okay. Well, let me run this out,

9     and we'll get this process started here.

10  A.  Is someone grabbing my bags?

11  Q.  Yes.

12     AGENT PARKER:  We'll grab those.

13  A.  Do you know what they look like?

14     AGENT PARKER:  What's the description?

15  A.  It looks like that, but twice the size.

16     AGENT PARKER:  Okay.

17  Q.  You want the water there?

18     Is there any locked compartments in that

19     phone that they are going to have to -- password

20     lock, or is there anything like that that might slow

21     up the works?

22     AGENT PARKER:  What is your password on

23     that?  It's unlocked, but just in case we run into

24     issues.

25  A.  I changed it recently.  It's -- my last four of my

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-39-

1    social security backwards.  So 5-7-4-3.  So 3-4-7-5.

2  Q.  Sounds about right.

3         AGENT PARKER:  Is it a pattern?

4  A.  No.  Just a code and my fingerprint.

5         AGENT PARKER:  We'll just verify that and

6    unlock it.

7  A.  Yeah, yeah, yeah.

8         AGENT PARKER:  3-4-7-5, Okay.  Yeah, do you want

9    to grab his?      (Addressing someone outside the door.)

10        Looks like this one, but twice the size. Oh,

11    okay.  Thanks.

12  A.  So, I'm okay talking about this stuff that we just

13    talked about. But if we go much further than that,

14    I want to have a lawyer.

15        AGENT PARKER:    Okay.

16  A.  Is that fair?

17  Q.  Absolutely. We just want to make sure that there's no outstanding

18    issues.

19        Well, number one, with you, you know, this

20    isn't probably going to do a lot of good on your

21    end. Are you going to be okay after this?

22  A.  Sure.

23        AGENT PARKER:  Let me give you some

24    motivation. You've got to be okay.

25  A.  I don't know about that.

26  Q.  You have done a lot of good in your life.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-40-

1              AGENT PARKER:  Yeah. Were you concerned,

2        as you were scheming out this suicide plan/accident

3        plan, that, in the investigation afterwards,

4        somebody would find the document that you wrote?

5   A.   No. I was going to --

6              AGENT PARKER:  That would undo everything

7        that you orchestrated.

8   A.   I was going to delete that. So, yeah, I wasn't going to keep

9        that.

10             AGENT PARKER:  As I mentioned, we do some

11       investigations on the dark web. A little more than

12       we led on to, initially.  We know your moniker is

13       "Scar215."

14  A.   Uh-huh.

15             AGENT PARKER:  And we have your

16       transcript, as you have communicated with the cartel.

17             So, the document that you're read is a great

18       document to deflect. It's a great document to

19       explain away why the Bitcoin was transferred. But

20       it doesn't match up with the transcript.  Thank you.

21             Any explanation for that?

22  A.   The only explanation I have is what I read from the

23       phone. And it is that -- again, I wasn't going to

24       hurt anybody. The only person that was going to be

25       hurt, in my mind, was going to be me.

26             AGENT PARKER:  And, you know, you shared

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-41-

```
1        with us earlier that this messy divorce, messy
2        custody dispute, that was not your idea. You didn't
3        want that. That was  Victim 2  idea.
4              And so, if there was a way to get her back,
5        that's what you -- that's what you wanted.
6    A.  What I wanted was to not hurt anymore.  And --
7              AGENT PARKER:  I get that.  I get that.
8    A.  And the best way that I could do that was to -- and
9        to save face, was to have somebody take me out.
10              AGENT PARKER:  Okay.  Those weren't
11        the instructions to the hitman that we saw.
12    A.  Yeah. I don't -- that's not what I -- what I gave
13        the hitman was let's create an accident for me.
14              AGENT PARKER:  Okay.  We --
15    A.  I don't know -- again, I don't know --
16    Q.  Can you prove this? Can you get on that site and
17        get into your -- there's -- the way those read,
18        there's reply, reply, reply. It should have the
19        complete transcript.
20              Can you get in there and show us that that
21        was the case; that the transcript we had is wrong
22        and yours is right?
23    A.  I can't, because that phone is gone. And I don't
24        have that -- I don't have that in front of me.
25              AGENT PARKER:  So, we have --
26    A.  I don't have any of that anymore.  That -- that
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-42-

1        phone is gone, so I don't know. I can't -- I can't

2        get back on that site with the passwords and such

3        that I was using for it.

4                AGENT PARKER:  You don't remember the

5        passwords?

6    A.  No.

7                AGENT PARKER:  Can you get that app on a

8        different phone and log in again?

9    A.  Yeah, I wouldn't remember it.

10               AGENT PARKER:  Okay. The issue we have

11       is -- as I mentioned, we conduct investigations on

12       the dark web. And we scrape the dark web for

13       certain monikers, certain keywords. It ultimately

14       brought us here.

15               To the conversations we saw between Scar215,

16       which is you, and Sinaloa.  Does that

17       sound familiar?

18   A.  That doesn't sound familiar.

19               AGENT PARKER:  That's not the cartel?

20   A.  That doesn't sound familiar.

21               AGENT PARKER:  Anyway, once something

22       pops, then we start to look at other things that

23       Scar215 is saying. And, you know, it's not

24       difficult to track who Scar215 is when they are

25       sending Bitcoin.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-43-

 1        And we understand that there's not only

 2   Coinbase, but other currency, cryptocurrency

 3   platforms that are being used, and some threats, hiring

 4   hitmen to kidnap, hiring hitmen to assault. And there's

 5   more than one, more than one victim.

 6   A.   Again, I -- all I can say is that I -- that wasn't

 7   anything that I had talked to them about. Again, I

 8   wouldn't -- the only person that I was going to try

 9   to hurt was me.

10        AGENT PARKER:  Okay. We would love to

11   help you out. We would love to be able to, you

12   know. And if you're watching videos on YouTube or

13   any other movie or TV, you know how this works.

14        When somebody gets themselves jammed up, you

15   get yourself unjammed by helping us go after other

16   people. We would love to go after these guys, these

17   hitmen. If you can recreate that, that's going to

18   help you in your case.

19        Because we -- I'm being honest with you, we

20   have information. We have the transcripts of your

21   communications. It's not good. And it was nothing

22   about suicide or an accident to cover up a suicide.

23   These are assaults, these are kidnappings, to get your

24   wife back.

25   A.   I certainly am open to helping. Again, if -- if

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-44-

1    helping helps to help you guys do your job and those

2    sorts of things, I'm certainly open to help.

3              AGENT PARKER:  Okay.

4    A.  Again, I never wanted anybody else to be hurt.

5              AGENT PARKER:  We're going to have to get

6    around that. We're going to have to address that

7    first, before you can help us go after the hitmen.

8    Q.  Nobody was hurt. That's the main point here. It

9    didn't happen.

10             AGENT PARKER:  It hasn't yet.

11   Q.  Hasn't yet.

12             AGENT PARKER:  We understand there was some

13   urgency to get -- on your part, to get this done

14   before custody, divorce, court proceeding.

15         Like I said, we have the transcript. We know

16   what you said. At this point, it is now a matter of

17   you taking that opportunity to help yourself. But

18   we can't go there until we begin to acknowledge what

19   happened.

20   A.  So how would I help you?

21             AGENT PARKER:  Well, we get back, logged

22   into your account, so that you -- or we, acting as

23   you, begin to communicate with these guys again.

24   A.  I can't remember my account. And again, my intent

25   was never to hurt anybody except for myself.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-45-

1          AGENT PARKER:  Well, we can -- all of

2     these -- all of these sites, there's admins that can

3     help you reset a password, if that's what you want

4     to do. It's not something we're going to get done

5     tonight. But we can -- you know, with your

6     cooperation, we can get that done.

7  A.  Right.

8          Well, I mean, obviously, at this point, I

9     would like to have a lawyer representing me and

10    helping to negotiate --

11         AGENT PARKER:  Okay.

12  A.  -- what we are talking about.

13         AGENT PARKER:  Okay.

14  A.  And, again, I'll simply say that, you know, anything

15    that you say is my transcript, I would disagree

16    with.

17         AGENT PARKER:  Okay.

18  A.  Because my intent was never to hurt anybody except

19    to, you know, set something up so that it would look

20    like an accident.

21         AGENT PARKER:  Okay. Well, the first

22    step is going to be getting all of us on the same

23    page for us to be able to work together. With your

24    cooperation, we've got to have the same foundation.

25    And right now, we're not there. And so, maybe

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-46-

1       that's going to take an attorney.

2               And some attorneys will say:  Hey, don't ever

3       talk. Don't ever, ever, ever cooperate with law

4       enforcement. And some will look at your case and

5       say:  Yeah, let's get in there. Let's be the first

6       one in the door. Let's help you the most we can.

7               So, absolutely, if you want to get an

8       attorney. But that's where we're going to have to

9       start is coming to that. You're saying this was a

10      suicide plot to look like an accident. And what we

11      are seeing, through our investigation, is not that.

12  A.  It might be somebody else. But that wasn't

13      something that I would do.

14              AGENT PARKER:  Well, your account, it was

15      tied to your Bitcoin, says it was you.

16  A.  Again, I -- the Bitcoin that I transferred was to

17      negotiate an accident for myself.

18              AGENT PARKER:  Okay.  Can you explain

19      this other transcript or this transcript in any way?

20  A.  Which one?

21              AGENT PARKER:  The one I described to

22      you, where you have a -- you are requesting a hitman

23      to kidnap your wife, inject her with heroin, so that

24      she will drop the court proceedings, come back to

25      you, and never speak of this kidnapping.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-47-

1          You know, you know, I'm not bluffing.

2   A.   If I was to come up with sort of a conjecture or

3        guess of how that came about, I would say that I

4        had some heated online discussions with the initial

5        people that I was talking with. And they made some

6        significant threats.

7          AGENT PARKER:  They made threats towards

8        whom?

9   A.   Towards me.

10         AGENT PARKER:  Okay.

11  A.   And turning me in and -- and setting me up.

12  Q.   For what? If all you're wanting to do is have a

13       suicide, what's their endgame?

14  A.   The --

15  Q.   That's not bribery material.

16  A.   No, it wouldn't. We had some significant discussions,

17       heated discussion online, regarding the amount of money

18       initially. And then, their continuing to ask for

19       more money.

20         AGENT PARKER:  Uh-huh.

21  A.   And I told them I wasn't going to. And they

22       said stuff like:  Well, we got the team all set up. The team

23       is there. They're ready do this. You're costing us a lot

24       of money. This and that.

25         And like I said, I just couldn't get money

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-48-

1     transferred quickly enough for them to cash the

2     Bitcoin.  And so -- so I called it off. And that's

3     when they threatened me.

4  Q.  So how did this website, in the basement of some

5     15-year-old-kid's house in Moscow, or wherever it is

6     -- how did they get such specific detail on your

7     wife?

8  A.  I have no idea what -- all I'm saying is that's the

9     only thing that I can come up with.

10         AGENT PARKER:  They got your child custody

11     schedule.

12  Q.  Her part-time job.

13  A.  I, again --

14  Q.  The odds are just astronomical.

15  A.  When I was originally talking with that first group, the

16     MS-13 people, there was a long conversation over several weeks.

17         AGENT PARKER:  We know that. And we know about,

18     I say we know about it and then I forget her name.  The other one.

19         AGENT BARKER: Victim 1?

20         AGENT PARKER:  Yeah. We know about her

21     too, and breaking her hands.

22  A.  Again, I don't know anything about that.

23         AGENT PARKER:  Okay. Well, your

24     transcript with Scar215, and your Bitcoin wallet says

25     otherwise.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-49-

1    A.    Okay. Again, don't know.

2                AGENT PARKER:  Okay.

3    Q.    Can you understand our skepticism on this? The odds

4          of somebody having a transcript with your wife who

5          you are having a contentious divorce with, Victim 1

6          who you are contentious with, ending up on the same

7          message board, both with threats linked to your

8          Coinbase account. That is just impossible odds.

9    A.    So, the money that I sent to the MS-13, didn't

10         came from my own Coinbase account.

11               AGENT PARKER:  No. There were others --

12         yeah, you're right. There were other cryptocurrency

13         platforms in between.

14   A.    Right. And that -- and so that's where those came

15         from.  And again, it was the MS-13 people and trying

16         to negotiate with them and then their threats

17         thereafter that -- and I didn't keep any of that.

18         But they had made a lot of threats.

19               AGENT PARKER:  Right. But how do they

20         know -- how do they know Victim 1? How do they know

21         Victim 2  How do they know Victim 2  work schedule

22         and the child custody schedule?

23   A.    Well --

24               AGENT PARKER:  There's a lot of

25         information. And, Dr. Ilg, the best way that you

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-50-

1    can help yourself now is for all of us to get on the

2    same page. Because right now, we're a long way

3    apart.

4           So helping you out is, we're not on the horizon yet.

5    We'd like to help you out. We would like to get

6    these guys that you're communicating with. But we

7    can't do that until you begin to acknowledge the

8    conversations you've had.

9           Because if your only conversation is to stage

10   a suicide and make it look like an accident, well,

11   then, there's nothing you can help us with there.

12   A.   Again, I'm willing to help out in any way that I

13        can. And to negotiate that piece of it, I think a

14        good lawyer would do better than what I'm going to

15        be able to do.

16   Q.   All right.

17   A.   Again, I don't -- I hear what you're saying. Right?

18        I understand what you're saying.

19           But my conversations with the MS-13 folks

20        was, again, several weeks. And we covered a lot of

21        ground. Right?  And some of it was schedule.

22        Right?

23                AGENT PARKER:  Uh-huh.

24   A.   They wanted -- I wanted to make sure that it wasn't

25        going to happen when I had Minor 1 with me. Right?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-51-

1      So, obviously, that's where scheduling things come

2      into play.

3                 AGENT PARKER:  Right. But we've got

4      conversations this week, very recent, with some

5      urgency to get this kidnapping done. We've got to

6      have this done because there's court proceedings

7      going on. The bonus goes down if it's not done

8      before the court proceedings.

9   A.  Like I said, I'm willing to help out in any way that

10     I can. And the best way to negotiate that is to

11     have a lawyer that's going to help me to negotiate

12     that piece.

13                AGENT PARKER:  Okay.

14  Q.  All right.  Do we need to -- what's your mental

15     state right now? I know we probably scrambled you.

16     But do we need to get rid of your weapons?

17  A.  Like I said, that's a messy way to go.

18  Q.  Yes. That, it is.

19                AGENT PARKER:  Can I ask one more thing?

20     And then we'll get this searched, and we'll get you

21     on your way as soon as we're done with your phone.

22                Again, wanting to help you out.  Is there a

23     danger to Victim 2   Because if something were to

24     happen -- as far as I know right now, she's safe.

25     Nobody has been hurt.  But if she were to be hurt,

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-52-

1       then this pretty minor incident right now becomes a

2       very big deal. This is -- at this point, nobody is

3       hurt. This is not a big deal. But if she gets

4       injured because tens of thousands of dollars had

5       been sent to a Bitcoin escrow.

6   A.  To hurt myself.

7               AGENT PARKER:  Well, we have information

8       that says otherwise. So my question is:  Is she in

9       danger? Do we need to do something to keep her

10      safe?

11  A.  Again, from --

12              AGENT PARKER:  And, maybe, let -- let's

13      not get into explanations, because we'll leave that

14      with the attorney to negotiate. And this isn't a

15      confession. But just a "yes" or "no." Is she in

16      danger?

17  A.  From what my interactions with the dark web, it was

18      never meant to do anything to hurt her.

19              AGENT PARKER:  Okay. I'm not concerned

20      -- again, we'll worry about the negotiations down

21      the road. Is she in danger right now?

22          I'm not concerned about your intentions.

23      Because I -- I think you're probably right. You

24      might have gone to these places because of the story

25      you saw making a suicide look like an accident. But

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-53-

1    as we sit here today, given your conversations a few

2    days ago, is she at risk?

3  A.  Any conversations I had a few days ago were

4    regarding my accident. And so, if -- any of my

5    conversations that I had with whoever was on the web

6    wouldn't have led to any -- my direct conversations

7    wouldn't have done anything like that.

8        Now, whether threats from the MS-13 people --

9    because they did threaten other people in my family,

10    in addition to threatening to turn me in. But none

11    of the things that I had discussed on the web had

12    anything to do with hurting her.

13        And so, if there were threats from other

14    people on the web, MS-13 and their threats from

15    original conversations, then I can't speak to that.

16            AGENT PARKER:  Okay.

17  A.  Does that make sense?

18            AGENT PARKER:  No. I'm sorry, it

19    doesn't.

20        And I'm going to leave here very concerned

21    for the safety of Victim 2 Because we've got

22    conversations with -- between Scar215, who has

23    somehow gotten your Bitcoin wallet.

24  A.  Right. And that's what -- that's what I was worried

25    about was that.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-54-

1           AGENT PARKER:  Those are hard to -- those

2       are hard. Even if you have the wallet address, you

3       got to know the password too. That's pretty hard to

4       steal somebody's Bitcoin wallet without them knowing

5       it. And this person sent Bitcoin to this hitman.

6       And all I can assume is that that person was you.

7    A.  And I hear what you're saying. And the escrow that

8       I set up, the two separate escrows that I set up,

9       one with -- on their website and then the secondary

10      bonus one --

11          AGENT PARKER:  Uh-huh.

12   A.  -- was regarding an accident for me.

13          AGENT PARKER:  Dr. Ilg, the best way to

14      tell a story that's not true is to weave into it

15      parts that are true. And you've done a masterful

16      job of that. There are so many instances that you

17      are telling us of things that actually happened, but

18      you're leaving out the key details.

19          It's easy to tell a story that way. But we

20      know that it's a story because we've got your

21      instructions to the hitman pulled off the dark web.

22   A.  And I hear what your perception of the situation is.

23      My conversations were, again, to set up an accident

24      so that -- to look like an accident.

25          AGENT PARKER:  And that might have been

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-55-

```
1      how it started. But at some point, it evolved to
2      instructions to a hitman. Payment of Bitcoin to a
3      hitman to kidnap, inject her with heroin, get her to
4      return to you, in exchange for bonuses for different
5      aspects of these goals.
6              And I can -- I mean, I can see it in your
7      face. This is sounding very familiar, because these
8      are your words that you typed.
9   A. I don't know what you're seeing in my face.
10             Again, I -- like I said, I would never want
11     to hurt her.
12             AGENT PARKER:  No, I -- and let's be
13     clear. You were incredibly clear in your
14     instructions, this was not a hit. They were not to
15     kill her. This was a kidnapping, with instructions
16     along the way, for the purpose of getting her to
17     return to you. Be done with the child custody
18     disputes, be done with the divorce, and just come
19     home.
20             And I get that. There's -- there's no
21     long-term harm there. You just want to be a family.
22  A. Again, I would never want to hurt her, nor would
23     that make any logical sense because she hates me.
24     Why would I bring somebody back into my house who
25     hates me?
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-56-

1             And I'm trying to build a new family with

2     Witness 1 And so, to protect Witness 1 given that

3     she's going through a divorce herself. She's just a stay

4     at home mom, she's never had a career. The only way that

5     I could protect her, the best way I could protect

6     her is to stage an accident so that she could have

7     the life insurance, have my estate, including

8     anything from the lawsuit.

9             And to bring ▮▮▮ back, with the degree of

10    hatred that she has for me, would --

11            AGENT PARKER:  Well, but --

12   A.  -- would only -- would just be bad for Minor, for all

13    of us.

14            AGENT PARKER:  But we talked to a few

15    people this week, and do you know what all of them

16    said that know you? Very charming. Very likable.

17            So you get her back, and then you convince her

18    that you're charming and likable and she wants to

19    stay. I don't know. That's one scenario.  But --

20   A.  Clearly, that didn't work, because she's there.

21            AGENT PARKER:  Well --

22   A.  And she hates me.

23            AGENT PARKER:  -- the plan was disrupted,

24    because we, our scraping tool came across some

25    troubling things that we traced back to you and your

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-57-

1      Bitcoin.

2            Did you modify your will or your trust?  What

3      do you have?

4   A.  I was actually thinking about that on the plane.

5      No, I haven't.

6            AGENT PARKER:  Okay.

7   A.  I thought about doing that this week. And then --

8            AGENT PARKER:  So, there's nothing -- if

9      you were to have an accident in Mexico --

10  A.  I haven't decided.

11           AGENT PARKER: -- there's nothing that

12     says that Witness 1 gets anything.

13  A.  Well, I had already left instructions for my

14     attorney that if something were to happen, that

15     Witness 1's name should replace.

16           AGENT PARKER:  That's not going to hold up.

17  Q.  That isn't going to do any good.

18  A.  No, I know it wouldn't. It wouldn't have done

19     anything. And that was for my last trip, actually,

20     to be honest. And then, I wasn't sure who I wanted

21     to get the money.

22  Q.  So you went to this extent to commit suicide, but

23     you didn't plan it out to the point of getting all

24     of this money to Witness 1  Did you change your

25     insurance beneficiaries?

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-58-

1   A.   No, I haven't changed anything.

2   Q.   So nothing has been changed.  But you hired a hitman

3        to kill you?

4   A.   Well, again, that hasn't been -- the timing of that

5        hasn't been figured out.

6             And so, like I said, I was thinking about it

7        on the plane as to how I was going to negotiate it.

8        I wasn't sure if I was going to change it all to

9        Witness 1 or leave it to - Victim 2

10            AGENT PARKER:  So you understand -- you

11       understand this is another inconsistency that

12       doesn't make sense with the story.

13  A.   It makes sense.

14            AGENT PARKER:  If there was going to be

15       an accident, you would want to have your ducks in a

16       row ahead of that accident.

17  A.   Right.

18            AGENT PARKER:  And you don't know when

19       that accident is going to happen.

20  A.   Well, I knew that it wasn't going to happen until

21       the escrow account was full.  Right?  Remember, it

22       wasn't full.

23            AGENT PARKER:  So, one thing I'll share

24       with you, Dr. Ilg, is there's a statute.  It's Title

25       18, United States Code, Section 1001, dealing with

26       false statements.  It is a -- I'm sure you know

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-59-

1      Martha Stewart.  That's why Martha Stewart went to

2      prison.

3   A.  And General --.

4   Q.  Yep.

5           AGENT PARKER:  Yep.  Although, he had a

6      friend in The White House.

7   A.  Didn't help him.

8           AGENT PARKER:  Well, it did eventually.

9      Yes.

10          So, again, as we sit here tonight, nobody has

11      been hurt.  That could all change if we don't take

12      control of the situation now.  If we leave this room

13      tonight with what's been said, we can demonstrate

14      that you've provided false statements to us.  We

15      don't -- we don't want to go there.  We would like

16      to get on the same page and get on the same

17      foundation right now.

18  A.  Again, I hear what you're saying.  And I truly want

19      to help in any way that I can to mitigate any

20      issues.  I'll say this is, I don't think it will.

21          AGENT PARKER:  Sorry?  You don't think

22      what will?

23  A.  How do I -- well, I'll say it this way:  If -- as we

24      know, with Martha Stewart and General, if someone

25      says a false statement to the FBI, they are --

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-60-

```
1        whatever statute.  But that doesn't stop the FBI
2        from saying something that's not true to me.
3               Isn't that right?
4               AGENT PARKER:  Well, that's right.
5        That's absolutely true.
6   A.   You could be lying.
7               AGENT PARKER:  Yep.  We could be
8        bluffing.
9   Q.   But you know all the cards here.  You know.
10              AGENT PARKER:  You know what I've said to
11       you about this transcript of the conversation
12       between you and these hitmen.  You know I'm not
13       bluffing.  You know I'm not lying.  What I have said
14       are very familiar words because you typed them.
15  A.   So, again, I would love to help you as much as I
16       can.  And the best way for me to understand how that
17       can be negotiated would be with a lawyer helping me
18       with that.
19              AGENT PARKER:  Okay.
20  Q.   Okay.
21  A.   Because again, I mean, let's be honest.  When you
22       add up somebody's emotional response and everything
23       that I've gone through, and now this, it's hard to
24       negotiate.
25              AGENT PARKER:  Okay.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-61-

```
 1   A.   I think that's fair.

 2   Q.   Okay.

 3   A.   So, again, I -- I -- my best guess is the heated

 4        discussions that I had with the MS-13 people --

 5             AGENT PARKER:  Can I -- can I just pause

 6        you?  And here's what I would say:  If -- for us to

 7        be able to move forward in a way that's going to be

 8        helpful to you --

 9   A.   But how is it going to be helpful to me,

10        specifically?

11             AGENT PARKER:  Specifically, if you can

12        get us online and we begin communicating with these

13        guys and we are able to track them down and arrest

14        them and charge them, that's going to be good for

15        you.

16   A.   How?

17             AGENT PARKER:  Well --

18   Q.   You have some exposure here.

19             AGENT PARKER:  Yeah.  You're, we know what

20        happened.  Not tonight, but in the future you're

21        likely to be arrested.  And if we can get ahead of

22        that, it's all -- not "all."  But it becomes much

23        more in your court.  The ball is in your court.  You

24        come in and surrender on your own terms, rather than

25        us getting an arrest warrant.
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-62-

```
1              There's -- what I'm saying is, we don't want
2         to hear about the suicide plan to make it look like
3         an accident.  So, if you really want to cooperate
4         and get an attorney, we don't want to hear that
5         anymore.  That's not -- that's not what happened.
6    A.   Again, I hear what you're saying.  Irregardless of
7         how one goes about moving forward, having a better
8         negotiator than me who has a clear mind.
9              AGENT PARKER:  Yep.  And that's what I'm
10        saying.  If that's the approach you want to go, then
11        we'll just stop.
12             But what I'm saying is:  Let's not continue
13        with the "Suicide to make it look like an accident"
14        story.  Let's not keep saying, Well, this is what I
15        did.  Let's just be done.  And we'll continue this
16        once you identify an attorney.
17             Does that make sense to you?  Does that make
18        sense?  I'm trying to keep you from telling --
19        continuing to tell us something that we know is not
20        true.  That's all I'm saying.
21             So if that's the approach you want to take,
22        then -- you know, we can -- we'll finish up the
23        search and -- but if there's anything you want to --
24        again, I'm not telling you can't talk.  I'm just
25        saying there's elements of the story you're telling
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-63-

1      us that we know aren't true.  There's elements of

2      the story that we know are true.

3  A.  I hear what you're saying.  And, again, I would love

4      to help out the best way that I can to provide you guys

5      whatever it is that you need.  But at the same time, I

6      need somebody that has a clearer mind than mine --

7              AGENT PARKER:  Right.

8  A.  -- to help me to navigate that.

9  Q.  Fair enough.

10             AGENT PARKER:  All right.  Anything else

11     we need?

12             AGENT BARKER:  Nope.  I was going to show him

13     these warrants.  So, this is the one for your

14     Smartphone.  It goes over what we're planning on seizing,

15     the Smartphone.  This was on your person.  So this will

16     cover your bags, your luggage, and anything on you

17     personally.

18 A.  Are you taking those things?

19 Q.  No.  Devices, that is probably going to come.  Other

20     than that, probably going to be looking at -- wallet

21     contents, anything in there, probably take a

22     picture.

23         We'll have you in here as we do this, so you

24     can verify what's taken.  We'll give you a receipt

25     for it.  And then that will be coming back to you

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-64-

```
1        once we're done with it.

2    A.   Okay.

3    Q.   Fair enough?

4    A.   Yeah.

5             These are for me to take?

6    Q.   Yes.  Yeah.  Those are yours.

7             So I think that's the laptop there?

8    A.   Yes.

9    Q.   Does that have a password or anything on it?  It

10       speeds up the processing.

11            AGENT PARKER:  Do you mind writing down

12       the password for us?

13   A.   It's 5743.

14   Q.   Need some readers.  Starting to go.

15   A.   I don't know how you can see that.

16            AGENT PARKER:  You want me to

17       take a picture of it and you can zoom in?

18   Q.   Almost there.

19            That one's smaller.  See if you can get a

20       picture of that, will you?  I don't think I will be

21       able to make that one out, the model number.  It's

22       right there.

23            AGENT PARKER:  Okay.  You need

24       the --

25   Q.   The model number.
```

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-65-

```
 1              AGENT PARKER:  Model No.
 2       15-CS3153CL.
 3  Q.  Okay.
 4              AGENT PARKER:  Serial number?
 5  Q.  Yeah, hit me on that one.
 6              AGENT PARKER:  5 Charlie Delta
 7       05282 Juliette 2.
 8  Q.  Juliette.  All right.  That will work.
 9          How's he coming on the phone?
10              AGENT PARKER:  He's run into a little
11       hiccup. Something's not working right.
12  Q.  Okay.
13              AGENT PARKER:  It may be that we
14       have to take it back to the office, and then we can
15       get it back to you either tonight or tomorrow.
16          There's one other bit of information we will
17       share with you in addition to these search warrants.
18       We are executing a search warrant at your residence.
19       There's a safe in the closet near the front door.
20  A.  Uh-huh.
21       AGENT PARKER:  Do you mind
22       sharing the combination with us?
23  A.  It's a fingerprint.
24
25
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-66-

1          AGENT PARKER: Why did he ask me for a

2    combo?

3    A.          Yeah, I don't think it has a combo.  I think

4    there's a button thing.

5    Q.  Okay.  Yep.

6          Did you go through this thing?  Power cords

7    are in there?

8          AGENT PARKER:  Yep.

9    A.  It's dead --

10   Q.  Okay.

11   A.  -- I believe.

12   Q.  Is that all?  Just power cords?  This?

13   A.  (Inaudible).

14          AGENT PARKER:  Is this sand, or what is

15   this?

16   A.  Maybe.

17   Q.  It has been at the beach.

18   A.  Yeah.  Okay.  Sorry.  Somebody will have to vacuum.

19          AGENT PARKER:  I don't know

20   what all of these are?

21   A.  I can tell you.

22          AGENT PARKER:  Got your name on it.

23   A:  I can tell you.

24   Q.  What is your street address?

25   A.  7207 East Uhlig, U-H-L-I-G, Road, Spokane, 99217.

26   Q.  Thanks.

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-67-

1           AGENT PARKER: What is this?

2    A.   It's my steroid.  Testosterone.

3           AGENT PARKER:  Is that

4    prescribed?  (Inaudible).

5    A.   (Inaudible).

6    Q.   What's that?

7           AGENT PARKER:  Testosterone.

8    Q.   Yeah.

9    A.   That's for an enema.

10          AGENT PARKER:  And this one?

11   A.   That's an antibiotic.

12          AGENT PARKER:  Xanax, Is that

13   prescribed?

14   A.   That's the same as the (inaudible) one.

15         What's that?

16   A.   It's a Sheraton Hotel receipt, looks like.

17   Q.   Oh, for -- right, right.

18   A.   Yep.

19        That was my hotel in Kalispell.

20   Q.   23rd of February.  Sound about right?

21   A.   Yeah.  Been awhile.  (Inaudible).

22

23          (UNIDENTIFIED INDIVIDUAL ENTERS)

24

25          UNIDENTIFIED SPEAKER:  Do you know where

26   (inaudible)?

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-68-

1    Q.  Just walked out a second ago.

2                UNIDENTIFIED SPEAKER:  Okay.

3    Q.  There's no sharps in here, is there?

4    A.  No.

5              (AGENTS SEARCHING THROUGH LUGGAGE)

6

7                AGENT PARKER:  Sorry.  We know this isn't

8        the most pleasant thing when you get back from your

9        vacation in Mexico.

10   A.  That's medicine that I bought for ██████ Witness 1 ██████

11   Q.  Dang.  That ain't cheap.  Is that in Pesos or is

12       that American?

13   A.  It's in Pesos.  It's a basic (inaudible).  It's a

14       lot cheaper there.

15   Q.  What is this?  What does it do?

16   A.  It's for cold sores.

17   Q.  Okay.

18

19              (AGENTS CONTINUE SEARCHING LUGGAGE)

20

21   Q.  We have that one.  Filled that out.

22              What's that one?

23   A.  It's a present to somebody.

24              AGENT PARKER:  (speaking on phone) Hey Ryan – [to Dr.

25       Ilg] Are they all fingerprint? What's in them?

26   A.  My guns safe has my guns.  And the other one has

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-69-

1     gold, cash.  And I have passports, but that's here.

2     I can't remember what's in the other.

3              AGENT PARKER:  It says a gun safe

4     with guns and a knife.  The other one has gold and

5     cash.

6  Q.  How quick can you get out there, so they don't have

7     to pop these things?

8  A.  Just depends on Uber, I guess.

9  Q.  All right.

10             AGENT PARKER:  (Speaking on

11    phone).  Yeah.  Right.  No.  How much longer you

12    guys -- will you be?

13  Q.  Do you have a scrip for this?

14  A.  No.

15  Q.  He doesn't?

16  A.  No.

17             (UNIDENTIFIED SPEAKER ON PHONE)

18

19             AGENT PARKER:  Yeah.  We've got his laptop.

20    Let's grab that and talk for a minute. Okay. Standby one second.

21    We can drive him home. That's going to be the quickest thing if we

22    want those safes opened.

23             AGENT BARKER:  What do you think?

24             AGENT PARKER:  Ryan, we can drive him home. Witness 1

25    already left with the car.  So that will be the quickest way for

26    him to get home and for us to get those safes opened.

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-70-

1              (UNIDENTIFIED SPEAKER ON PHONE)

2              AGENT PARKER:  All right.  We'll

3      be there.  We will be there shortly.

4              AGENT PARKER:  How do you feel about us being your Uber?

5      A.  As long as you don't charge me too much.

6              AGENT PARKER:  We can get you home faster, and then

7      you can pop those safes for us.  And then, I think, we should

8      be done there.  Okay?

9      A:  Okay.

10             (Agents and Dr. Ilg leave interview room)

11     / / / /

12

13     / / / /

14

15     / / / /

16

17     / / / /

18

19     / / / /

20

21     / / / /

22

23     / / / /

24

25     / / / /

**CHATTERTON COURT REPORTING**
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-71-

```
 1              C E R T I F I C A T E

 2   STATE OF WASHINGTON)
                        ) ss.
 3   COUNTY OF GRANT    )

 4

 5       THIS IS TO CERTIFY that I, Cindy J. Chatterton,

 6   residing in Moses Lake, Washington, transcribed the

 7   within and foregoing audio-recorded interview conducted

 8   of Ronald Ilg on April 11, 2021

 9       IT IS FURTHER ASSERTED that I am a licensed

10   Washington State Court Reporter on the date herein set

11   forth; and that said transcript is a full, true, and

12   correct record of the interview, including all questions,

13   answers and objections, if any, by the parties, to the

14   best of my ability.

15       I further certify that I am not a relative,

16   employee, attorney, counsel of any of the parties; nor am

17   I financially interested in the outcome of the cause.

18       IN WITNESS WHEREOF, I have hereunto set my hand and

19   affixed my official seal this 3rd day of February, 2022.

20
                     /s/ Cindy Chatterton
21                   Cindy J. Chatterton, CCR
                     CCR NO. 2951
22

23

24

25
```

CHATTERTON COURT REPORTING
877-765-6999 / 509-765-6999
www.chattertonreporting.com
cchatterton@gcpower.net
-72-