Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**RESPONSE TO UNITED STATES' MOTION FOR USE OF TRANSCRIPT** |

COMES NOW, the Defendant Ronald C. Ilg, MD ("Dr. Ilg"), by and through his attorneys of record, and hereby submits the following Response to the United States' Motion for Use of Transcript (ECF No. 122).

This Motion indicates "[i]n the event the United States elects to introduce Defendant's statement, the United States will also seek to use the transcript to aid the jury in listening to the recording." (ECF No. 122 at 2.) Dr. Ilg does not

Response to United States' Motion
for Use of Transcript—Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

oppose the relief requested regarding the transcript, subject to the limitations indicated herein.

First, Dr. Ilg expressly maintains his position that he was subject to custodial interrogation by the Federal Bureau of Investigations ("FBI") at the Spokane International Airport. As such, the transcript at issue is the unlawful product of a violation of Dr. Ilg's *Miranda* rights. By submitting this Response, Dr. Ilg in no way waives his right to subsequently challenge and/or appeal the Court's Order (ECF No. 118) regarding Defendant's Motion to Suppress Evidence Obtained in Violation of *Miranda* (ECF No. 95).

Second, the Government identifies the following procedural safeguards associated with the use of a transcript:

> whether the court reviewed the transcript for accuracy; whether defense counsel was allowed to <u>highlight alleged inaccuracies and to introduce alternative versions</u>; whether the <u>jury was instructed that the audio recording, rather than the transcript, was evidence</u>; and whether the jury was allowed to <u>compare the transcript to the tape and hear counsel's arguments as to the meaning of the conversation</u>.

(ECF No. 122 at 3.) The Government further indicates "[i]f there is a dispute as to accuracy, the United States asks that the defense bring it to the government's attention <u>prior to the marking of exhibits</u>, so a resolution may be able to be reached." (*Id.* at 3.)

Response to United States' Motion
for Use of Transcript—Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Subject to these procedural safeguards, the defense acknowledges that the transcript may be used at the time of trial "to aide the jury in listening to the audio recording." (ECF No. 112 at 1.) In the event the Government subsequently seeks to introduce the audio recording, Dr. Ilg reserves the right to challenge the admissibility of such evidence under all potential routes, including Dr. Ilg's constitutional rights and the Federal Rules of Evidence.

RESPECTFULLY SUBMITTED this 8th day of July, 2022.

By: /s/ Andrew M. Wagley
Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
*Attorneys for Ronald C. Ilg, MD*

Response to United States' Motion
for Use of Transcript—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record in this matter.

EXECUTED in Spokane, Washington this 8th day of July, 2022.

By: /s/ Jodi Dineen
Jodi Dineen, Paralegal

Response to United States' Motion
for Use of Transcript—Page 4

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100