Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Patrick J. Cashman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RONALD CRAIG ILG (a/k/a "SCAR215"),

    Defendant.

Case Nos.: 2:21-CR-00049-WFN-1

Notice of Appearance of Counsel for The United States

    Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Patrick J. Cashman, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Appearance on behalf of the United States of America.

    Dated: July 8, 2022.

    Vanessa R. Waldref
    United States Attorney

    *s/Patrick J. Cashman*
    Patrick J. Cashman
    Assistant United States Attorney

Notice of Appearance of Counsel for The United States – 1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

*s/Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney