Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Patrick J. Cashman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.: 2:21-CR-00049-WFN-1 |
| v. | Motion to Seal Exhibit A to United States' Response to Defendant's Motion to Exclude Dark Web Messages and Websites |
| RONALD CRAIG ILG (a/k/a "SCAR215"), | |
| Defendant. | **Expidited Hearing requested Without Oral Argument Hrg: July 8, 2022 at 6:30pm** |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Richard R. Barker as well as Patrick J. Cashman, Assistant United States Attorneys for the Eastern District of Washington, moves the court, pursuant to Rule 49.1(d), for an order sealing Exhibit A to United States' Response to Defendant's Motion to Exclude Dark Web Messages and Websites, on the ground the exhibit contains

Motion to Seal Exhibit A to United States' Response
to Defendant's Motion to Exclude Evidence - 1

personal identifying information of witnesses as well as materials otherwise producted pursuant to Federal Rule of Criminal Procedure 6(e).

DATED July 8, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Patrick J. Cashman
Assistant United States Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

*s/ Richard R. Barker*
Richard Barker
Assistant United States Attorney

Motion to Seal Exhibit A to United States' Response
to Defendant's Motion to Exclude Evidence - 3