# **EXHIBIT A**

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   04/22/2021

On 4-11-2021 I, TFO J Palmer, assisted in the execution of a search warrant at the residence of Ronald Ilg at ▓▓▓ ▓ ▓▓▓▓ ▓, ▓▓▓▓▓▓, ▓. The residence is located in the eastern district of Washington State. Prior to the service of the warrant, I attended a briefing where information was shared by the Team Leader, SA Butler. The information included photos of the location, suspect, and assignments. I was assigned as an entry Officer for the location on ▓▓▓▓ ▓. After the briefing, I donned my uniform and police vest, clearly identifying me as a Law Enforcement Officer with the word "SHERIFF" printed on the front and back, as well as my Sheriff's Badge on the front of my vest.

We responded to the ▓▓▓▓ location and arrived at approximately 5:20PM. SA Bulter contacted a female who was later identified as a nanny of Ilg's child. The rest of the entry team entered the residence through the unlocked front door. During our search, we did not locate any additional persons. We then transitioned to the evidence portion of the search. The location was digitally photographed by SA Butler before the evidence search started.

During the evidence search, I located several financial documents on a dining room table for Ronald Ilg. They were photographed for digital documentation. I did not locate any additional evidence during my search.

Several firearms were located in Ilg's bedroom that I observed with TFO Wallace. I was instructed the firearms would not be seized during the operation. I was concerned that the suspect had claimed to be suicidal and had allegedly contracted someone to assault his ex-wife. Due to this concern, I removed the firing bolt from the rifle I observed and also took the loaded pistol magazines. These items were then placed in one of Ilg's dresser drawers in an attempt to slow his process of utilizing them in the event he decided to harm himself or another. I left the location as

---

Investigation on  04/11/2021  at  Spokane, Washington, United States (In Person)

File #  166C-SE-3418226                                    Date drafted  04/22/2021

by  PALMER JUSTIN JOSEPH

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

166C-SE-3418226

Continuation of FD-302 of (U) 4/11/2021 SW Ronald Ilg TFO J Palmer , On 04/11/2021 , Page 2 of 2

Ilg returned with Special Agents to open several safes that were located.

The following day I was contacted by Spokane County Sergeant Shover who was at Ilg's home seizing any firearms due to a suicide attempt by Ilg. I learned Ilg had attempted to kill himself by taking dozens of prescription pills. I informed Sergeant Shover of the location of the firearms parts and they were collected during the seizure.