**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>-vs-<br>RONALD CRAIG ILG,<br><br>                       Defendant. | Case No.    2:21-CR-0049-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:    JULY 20, 2022<br>LOCATION:  SPOKANE<br><br>**PRETRIAL CONFERENCE AND MOTION HEARING** |
|---|---|

**Hon. Wm. Fremming Nielsen**

| Joanna L. Knutson | Heather Foe   and   Jon T. Burtard | Ronelle F. Corbey |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Richard R. Barker   and   Patrick J. Cashman | | Carl J. Oreskovich   and   Andrew M. Wagley |
| **Government Counsel** | | **Defense Counsel** |

**[ X ]  Open Court**          **[  ]  Chambers**          **[ X ]  Telecon**

Defendant present in custody of United States Marshal with retained counsel. Public phone line opened for this hearing.

Initial comments by Court noting two primary motions set for hearing today, Defendant's Motion to Exclude Alleged Dark Web Messages and Websites and Government's Motion to Admit Evidence of Defendant's Attempted Flight to Show Consciousness of Guilt and suicide issues.

Argument presented by Mr. Wagley in support of Defendant's Motion. Inquiry by Court. Argument in opposition presented by Mr. Barker; inquiry by Court. Responsive argument by Mr. Wagley.

Argument in support of Government's Motion presented by Mr. Barker; argument in opposition presented by Mr. Oreskovich.

The Court also inquired of counsel as to their position regarding use of a supplemental juror questionnaire in light of issues discussed this morning. Counsel asked for time to consider whether a supplemental questionnaire would be appropriate in this case. Court ordered a proposed questionnaire be submitted by counsel by August 29, 2022, if counsel deems a supplemental questionnaire necessary.

Court notes a trial date of September 19, 2022, and that the Court will be unavailable during the month of August. Court further inquired if another pretrial conference would be beneficial to the parties, noting Defendant's reciprocal discovery is to be disclosed by August 1, 2022. Counsel advised another pretrial would be useful. After discussion, the Court set an additional pretrial conference for September 6, 2022 at 9:00 a.m., S/WFN.

The Court shared his inclination with the parties on the pending motions.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:**  9:00 A.M. | **ADJOURNED:**  9:57 A.M. | **TIME:**  0:57 HR. | **CALENDARED**   **[ X ]** |
|---|---|---|---|