**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>-vs-<br>RONALD CRAIG ILG,<br><br>                          Defendant. | Case No.    2:21-CR-0049-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:    JULY 27, 2022<br>LOCATION:  TELEPHONIC<br><br>**INFORMAL CONFERENCE CALL** |

| Hon. Wm. Fremming Nielsen | | |
|---|---|---|
| Joanna L. Knutson<br>**Courtroom Deputy** | Heather Foe   and   Jon T. Burtard<br>**Law Clerk** | None<br>**Court Reporter** |
| Richard R. Barker<br>**Government Counsel** | Carl J. Oreskovich   and   Andrew W. Wagley<br>**Defense Counsel** ||

[   ]  **Open Court**              [ X ]  **Chambers**              [   ]  **Telecon**

Informal conference call held with counsel <u>only</u> at the request of the Court. The Defendant did not participate on the call.

The Court informed counsel of the unavailability of Courtroom 903 for the jury trial set for September 19, 2022 due to construction and upgrade of the sound system. Further, it is anticipated the courtroom will be available two weeks later on October 3, 2022.

Mr. Oreskovich advised he did not believe moving the trial out two weeks would be an issue and the defense is willing to resolve any speedy trial issues. Further, Mr. Oreskovich inquired whether the Court would be available in the near future if the parties reach an agreement. The Court advised he will make himself available and directed counsel to contact his staff if a hearing is requested.

Mr. Barker advised he had no objection to moving the trial date to October 3, 2022, if necessary.

[ N/A ]  **ORDER FORTHCOMING**

| **CONVENED:**  10:03 A.M. | **ADJOURNED:**  10:10 A.M. | **TIME:**  0:07 HR. | **CALENDARED**   [ N/A ] |
|---|---|---|---|