# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br>  -vs-<br>RONALD CRAIG ILG,<br><br>                                  Defendant. | Case No.      2:21-CR-0049-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:        AUGUST 10, 2022<br>LOCATION:  SPOKANE<br><br>**CHANGE OF PLEA HEARING** |

### Hon. Wm. Fremming Nielsen

| Joanna L. Knutson | Heather Foe | Ronelle F. Corbey |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Richard R. Barker and Patrick J. Cashman | | Carl J. Oreskovich and Andrew M. Wagley |
| **Government Counsel** | | **Defense Counsel** |

| **United States Probation Officer:** | Cassandra M. Lerch |
|---|---|

**[ X ]  Open Court**      **[  ]  Chambers**      **[ X ]  Telecon**

Defendant present in custody of United States Marshal with retained counsel. Court confirmed with defense counsel that the Defendant was prepared to enter a change of plea at this time. Mr. Oreskovich confirmed his client was prepared to enter a change of plea but also addressed a potential conflict and the resolution. Defendant addressed the Court and waived any potential conflict. Court briefly queried Defendant on his waiver of any potential conflict.

Government counsel set forth the elements that would need to be proven to obtain a conviction. Original signed 11(c)(1)(C) Plea Agreement handed up for filing prior to commencement of the hearing. Court engaged Defendant in a colloquy regarding charges and advised Defendant he has a right to go to trial. Court advised Defendant of Constitutional Rights given up by plea of guilty. Defendant entered guilty plea to Counts 1 and 4 of the Superseding Indictment. Order Accepting Guilty Plea to Counts 1 and 4 of the Superseding Indictment signed and filed; Presentence Investigation Report ordered. Order Re: Schedule for Sentencing to be filed. Any pending motions are denied as moot.

Sentencing set for **November 8, 2022 at 9:00 a.m., S/WFN**. Defendant shall **REMAIN DETAINED** as previously ordered.

**[ X ]  ORDERS FORTHCOMING**

| **Convened:** 10:01 a.m. | **Adjourned:** 10:38 a.m. | **Time:** 0:37 hr. | **Calendared** [ X ] |
|---|---|---|---|