FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:21-CR-0049-WFN-1 |
|---|---|
| Plaintiff, | ORDER ACCEPTING GUILTY PLEA |
| -vs- | |
| RONALD CRAIG ILG, | |
| Defendant. | |

This Court finds Defendant's plea of guilty to Counts 1 and 4 of the Superseding Indictment is voluntary, is not induced by fear, coercion, or ignorance; is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime and the consequences, and that the facts admitted to by the Defendant in open court constitute the essential elements of the crime as charged. Accordingly,

**IT IS ORDERED** that:

1. Defendant's guilty pleas are **ACCEPTED**.

2. All pending motions are **DENIED AS MOOT**.

3. By and through this Order, the District Court Executive is authorized to accept Defendant's payment in the amount of $100 per count, for a total of $200, toward Special Penalty Assessments.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 10th day of August, 2022.

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

08-10-22-2

ORDER ACCEPTING
GUILTY PLEA