Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00049-WFN |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND ASSOCIATED DEADLINES** |
| RONALD CRAIG ILG, | |
| Defendant. | **Without Oral Argument:** October 25, 2022 at 6:30 pm |

COMES NOW, Defendant Ronald C. Ilg, MD ("Dr. Ilg"), by and through

his attorneys of record Carl J. Oreskovich and Andrew M. Wagley of Etter,

McMahon, Lamberson, Van Wert & Oreskovich, P.C., and respectfully submits

the following Motion to Continue Sentencing Hearing and Associated

Defendant's Motion to Continue Sentencing
Hearing and Associated Deadlines—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Deadlines.    Furthermore, Dr. Ilg respectfully requests that this Motion be

considered without oral argument, on an expedited basis if possible.

This Motion is supported by the following Memorandum of Law, as well

as the files and records contained herein. Furthermore, this Motion is unopposed

by the Government and the United States Probation Office.

## BACKGROUND

On August 10, 2022, Dr. Ilg pled guilty via Plea Agreement to "Counts 1

and 4 of the Superseding Indictment dated February 1, 2022, charging the

defendant with Threats in Interstate Commerce in violation of 18 U.S.C. §

875(c)." (ECF No. 141 at 1.) As provided in the Plea Agreement: "Pursuant to

Rule 11(c)(1)(C), the United States and Defendant agree that the appropriate

disposition of the case falls within a range of 60-96 months custody." (*Id*. at 3.)

Dr. Ilg's Sentencing Hearing is currently scheduled for November 8, 2022.

(ECF No. 144.) "Pending sentencing Defendant shall be **DETAINED** pursuant

to this Court's previous Order." (*Id*. at 1 (emphasis in original).) The Defense

is in the process of obtaining a report from Dr. Ilg's previous treating

Psychologist, Jennifer Van Wey, in support of Dr. Ilg's forthcoming sentencing

request. (Wagley Decl. at ¶ 3.) Dr. Van Wey does not believe she can complete

the report prior to the end of November. (*See id*.) Furthermore, Defense

Defendant's Motion to Continue Sentencing
Hearing and Associated Deadlines—Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

Counsel has an approximate two-week trial scheduled in Spokane County Superior Court set to commence on Monday, December 12, 2022.  (*Id.* at ¶ 4.)

As indicated above, the Government, by and through Assistant United States Attorney Rich Barker, and the United States Probation Office, by and through Probation Officer Cassie Lerch, do not oppose this continuance request. (Wagley Decl. at ¶ 5.)   The parties have conveyed and request one of the following dates if available from the Court: Tuesday, January 24, 2023, at 10:00 a.m.; or Thursday, January 26, 2023, at 9:00 a.m..  (*Id.*)  Additionally, Dr. Ilg is in agreement with this continuance request.  (*Id*. at ¶ 6.)

## **POINTS & AUTHORITIES**

In general, "[t]he court must impose sentencing without unnecessary delay."  Fed. R. Crim. P. 32(b)(1).  However, "[t]he court may, for good cause, change any time limits" for sentencing.  Fed. R. Crim. P. 32(b)(2).  For the reasons indicated herein, good cause exists to grant this continuance request.

First, a continuance is necessary for the Defense to obtain a report from Dr. Ilg's treating Psychologist (Dr. Van Wey) and potential other expenses witnesses to use in support of Dr. Ilg's sentencing arguments.  Second, Defense Counsel has a two-week trial conflict beginning on December 12, 2022.  Third, the Government does not oppose this continuance request and the parties have

Defendant's Motion to Continue Sentencing
Hearing and Associated Deadlines—Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

conferred regarding potential dates.  Fourth, Dr. Ilg is in agreement with this request and will remain in custody pending sentencing.

## **CONCLUSION**

Based upon the foregoing, Dr. Ilg respectfully requests that this Court grant Defendant's Motion to Continue Sentencing Hearing and Associated Deadlines.

RESPECTFULLY SUBMITTED this 20th day of October, 2022.


By: /s/ Andrew M. Wagley
      Carl J. Oreskovich, WSBA #12779
      Andrew M. Wagley, WSBA #50007
      *Attorneys for Ronald C. Ilg, MD*

Defendant's Motion to Continue Sentencing
Hearing and Associated Deadlines—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1

2

## <u>CERTIFICATE OF SERVICE</u>

3

I hereby certify that on October 20, 2022, I electronically filed the

4

5

foregoing document with the Clerk of the Court using the CM/ECF System,

6

which will send notification of such filing to all attorneys of record.

7

8

EXECUTED in Spokane, Washington this 20th day of October, 2022.

9

10

11

By: /s/ Jodi Dineen

Jodi Dineen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

Defendant's Motion to Continue Sentencing
Hearing and Associated Deadlines—Page 5

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100