Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND ASSOCIATED DEADLINES** |

THIS MATTER came before the Court pursuant to Defendant's Unopposed Motion to Continue Sentencing Hearing and Associated Deadlines. Having reviewed this Motion and the reasons articulated therein, the Court hereby finds **GOOD CAUSE** exists to continue Defendant's Sentencing

Hearing and the Associated Deadlines. As such, Defendant's Motion is **HEREBY GRANTED**.

It is so **ORDERED** this ___ day of October, 2022.

_____
**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**