Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DECLARATION OF ANDREW M. WAGLEY IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND ASSOCIATED DEADLINES** |

I, Andrew M. Wagley, do hereby declare the foregoing is true and correct to the best of my knowledge:

1. I am an attorney of record for the Defendant, Ronald C. Ilg, MD ("Dr. Ilg"). I make this Declaration in support of Defendant's Motion to Continue Sentencing Hearing and Associated Deadlines.

Declaration of Andrew M. Wagley—Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

2. Dr. Ilg's Sentencing Hearing is currently scheduled for Tuesday, November 8, 2022 at 9:00 am. Dr. Ilg remains in custody at the Spokane County Jail pending sentencing.

3. For purposes of Dr. Ilg's sentencing, we are in the process of obtaining a report from Dr. Ilg's previous treating Psychologist, Jennifer Van Wey. From my understanding, Dr. Van Wey indicated to Mr. Oreskovich that she would be unable to complete the report until the end of November 2022. We also may utilize additional expert witness(es) in support of Dr. Ilg's sentencing arguments.

4. Mr. Oreskovich and I currently have a criminal trial scheduled in Spokane County Superior Court set to commence on Monday, December 12, 2022. This matter is a prosecution for various felony sex crimes and is entitled *State of Washington v. Mark Hoffmeister*, Case No. 19-11-12623-2. *See* https://cp.spokanecounty.org/courtdocument viewer/iFrames/iFrameSCHearingByDefendantNameDetailed.aspx?pt= 681103. It is anticipated this trial will last approximately two-weeks.

5. Defendant's Motion to Continue Sentencing is unopposed. Specifically, the Government, by and through Assistant United States Attorney Rich Barker, and the United States Probation Office, by and through

Probation Officer Cassie Lerch, do not oppose this continuance request. The parties have conveyed and request one of the following dates if available from the Court: Tuesday, January 24, 2023, at 10:00 a.m.; or Thursday, January 26, 2023, at 9:00 a.m.

6. Additionally, Dr. Ilg does not oppose a continuance request based upon the reasons indicated herein.

7. This continuance request is made in good faith and not for the purpose of hindering or delaying this matter.

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct.

EXECUTED this 20th day of October, 2022 in Spokane, Washington.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Spokane, Washington this 20th day of October, 2022.

By: /s/ Jodi Dineen
Jodi Dineen

Declaration of Andrew M. Wagley—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100