Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com

*Attorneys for Defendant Ronald Craig Ilg*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S MOTION TO SHORTEN TIME RE: UNOPPOSED MOTION TO CONTINUE**<br><br>**Without Oral Argument:**<br>  October 25, 2022 at 6:30 pm |

COMES NOW, Defendant Ronald Craig Ilg, MD ("Dr. Ilg"), by and through his counsel of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby submits the following Motion to Shorten Time Re: Unopposed Motion to

Defendant's Motion to Shorten Time Re:
Unopposed Motion to Continue- Page  1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Continue Sentencing Hearing and Associated Deadlines. This Motion to Shorten Time, as with the Motion to Continue Sentencing Hearing and Associated Deadlines, is unopposed by the United States.

RESPECTFULLY SUBMITTED this 20th day of October, 2022.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Andrew M. Wagley
　　Carl J. Oreskovich, WSBA #12779
　　Andrew M. Wagley, WSBA #50007
　　*Attorneys for Defendant Ronald Craig Ilg*

Defendant's Motion to Shorten Time Re:
Unopposed Motion to Continue- Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of October, 2022, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

EXECUTED in Spokane, Washington on October 20th, 2022.

By: ___/s/Jodi Dineen_____
Jodi Dineen, Paralegal

Defendant's Motion to Shorten Time Re:
Unopposed Motion to Continue- Page  3

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100