Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S UNOPPOSED MOTION TO SEAL RE: JENNIFER VAN WEY, PSY.D. CLINICAL TREATMENT SUMMARY**<br><br><u>Sentencing Hearing:</u><br>   January 24, 2023 at 10:00 am |

COMES NOW, Defendant RONALD CRAIG ILG, by and through his attorneys of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby moves the Court for an Order sealing the Clinical Treatment Summary of Defendant

Defendant's Motion to Seal- Page  1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

Ronald Craig Ilg, MD ("Dr. Ilg") completed by Jennifer Van Wey, Psy.D. This Clinical Treatment Summary is used in support of Dr. Ilg's accompanying Sentencing Memorandum. This Motion is brought pursuant to Fed. R. Crim. P. 49.1(d) and is supported by the following Memorandum of Law.

## **MEMORANDUM OF LAW**

Pursuant to Fed. R. Crim. P. 49.1(d), the Court "may order that filing be made under seal without redaction." "Unless a particular court record is one traditionally kept secret, a strong presumption [exists] in favor of [public] access [to the record] is the starting point." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Therefore, "[a] party seeking to seal a judicial record bears the burden of overcoming this strong presumption by meeting the compelling reasons standard." *Kamakana*, 447 F.3d at 1178. However, the public's right of access "can be overcome . . . by an overriding right or interest 'based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest.'" *Oregonian Publ'g Co. v. U.S. Dist. Court,* 920 F.2d 1462, 1465 (9th Cir. 1990) (quoting *Press–Enterprise Co. v. Superior Court,* 464 U.S. 501, 510 (1985)).

Defendant's Motion to Seal- Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

In the situation at hand, the accompanying Clinical Treatment Summary contains substantial private information in the form of statutorily-protected medical information regarding Dr. Ilg's mental health. *See* RCW 70.02.005(1) ("Health care information is personal and sensitive information that if improperly used or released may do significant harm to a patient's interests in privacy, health care, or other interests."); *accord* 45 C.F.R. § 164.502(a) ("A covered entity or business associate may not use or disclose protected health information, except as permitted or required by this subpart or by subpart C of part 160 of this subchapter."). As such, various District Courts have likewise ordered that mental health records be sealed in the court file. *See United States v. Salisbury*, 2014 WL 1577196, at *3 (D. Nev. 2014) (unpublished) (forensic report filed under seal); *see also United States v. Hutton*, 2020 WL 5018383, at *2 (D. Mont. 2020) (unpublished) (noting that reports on defendant's psychological condition shall be filed under seal); *accord United States v. Caraang*, 2018 WL 2216103, at *6 (W.D. Wash. 2018) (unpublished) (forensic psychological evaluation filed under seal).

To the extent the public has a right of access to documents used in the judicial decision-making process, pertinent excerpts and conclusions of the

Defendant's Motion to Seal- Page  3

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Clinical Treatment Summary are quoted in the accompanying Sentencing Memorandum. Furthermore, the Government, by and through Assistant United States Attorney Rich Barker, has advised the Government does not object to this Motion. Based upon the foregoing, good cause and compelling reasons exist to grant Defendant's Motion to Seal Dr. Van Wey's Clinical Treatment Summary.

RESPECTFULLY SUBMITTED this 12th day of January, 2023.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.


By: /s/ Carl J. Oreskovich
 Carl J. Oreskovich, WSBA #12779
 Andrew M. Wagley, WSBA #50007
 *Attorneys for Defendant Ronald C. Ilg, MD*

Defendant's Motion to Seal- Page  4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the United States and the State of Washington that on the 12th day of January, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send electronic service to all attorneys of record.

EXECUTED this 12th day of January, 2023 in Spokane, WA.


By: /s/Jodi Dineen
Jodi Dineen

Defendant's Motion to Seal- Page 5

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100