# EXHIBIT A

**FILED UNDER SEAL**

**NON-SCANNABLE**