# EXHIBIT D

**From:** [Witness 1] <[Witness 1]@gmail.com>
**Sent:** Tuesday, October 25, 2022 8:52 AM
**To:** [redacted]
**Subject:** Fwd: Coffee?

**EXTERNAL SENDER**

Amy,

I believe he is breaking the protection order by doing this via a third party. Can you please forward this to the FBI and attorneys.

Here is the Email I received from Starr Laurene Kozlowski; Ron Ilg's fiancé.

Photo attached from her Facebook page. I wanted to make sure it's her and the pictures match the one in the article.

Thanks,

[Witness 1]



Sent from my iPhone

Begin forwarded message:

**From:** Starr Laurene <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Date:** October 25, 2022 at 12:59:38 AM PDT
**To:** Witness 1
**Subject: Coffee?**

I was wondering if you were still in the construction industry?
Hi Witness 1,
I'm Starr K.
The local sandblaster for One Dude & A Couple Blasting Chicks aka Spokane Mobile Blasting. I stumbled upon this huge R
renevationtion project hust to big for me to handle alone not sure if your still running your company but maybe you could call me or we could have coffees, talk business.
Phone number
Yours truly Starr K