**EXHIBIT E**

**FILED UNDER SEAL**

**NON-SCANNABLE**