# EXHIBIT G

**NON-SCANNABLE**