# EXHIBIT H

# NON-SCANNABLE