1  Vanessa R. Waldref
   United States Attorney
2  Eastern District of Washington
3  Richard R. Barker
   Patrick J. Cashman
4  Assistant United States Attorney
5  Post Office Box 1494
   Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

7
              UNITED STATES DISTRICT COURT
8           FOR THE EASTERN DISTRICT OF WASHINGTON

9  UNITED STATES OF AMERICA,
10
                   Plaintiff,          2:21-CR-00049-WFN
11
12         v.                          United States' Notice of Non-
                                       Scannable Exhibit G & H
13 RONALD CRAIG ILG (a/k/a/
14 "SCAR215"),

15                 Defendant.

16
17   Plaintiff, United States of America, by and through Vanessa R. Waldref, United
18 States Attorney, for the Eastern District of Washington, Richard R. Barker, and Patrick
19 J. Cashman, Assistant United States Attorneys for the Eastern District of Washington,
20 submits the following Disk labeled Exhibit G & H to be attached to United States'
21 Sentencing Memorandum.
    Dated: January 13, 2023.
22
23
24                                      Vanessa R. Waldref
                                        United States Attorney
25
26
                                        s/ Richard R. Barker
27                                      Richard R. Barker
                                        Assistant United States Attorney
28

United States' Notice of Non-Scannable Exhibit A - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record:

CARL J. ORESKOVICH,
ANDREW M. WAGLEY,
ETTER, McMAHON, LAMBERSON
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201

I hereby certify that on January 13, 2023, two (2) copies of the Disk labeled Exhibit A (one for the Clerk and one for Judge Nielsen) were hand-delivered to the Clerk of the Court in Spokane, Washington. The content of the Disk labeled Exhibit G & H was previously provided in discovery to Defense.

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney

United States' Notice of Non-Scannable Exhibit A - 2