1

Vanessa R. Waldref
United States Attorney

2

Eastern District of Washington

3

Richard R. Barker
Patrick J. Cashman

4

Assistant United States Attorneys

5

Post Office Box 1494
Spokane, WA 99210-1494

6

Telephone:  (509) 353-2767

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

9

10

UNITED STATES OF AMERICA,

Case No.: 2:21-CR-00049-WFN-1

11

Plaintiff,

12

v.

Motion to Seal United States'
Exhibits A, C, E, F, I & J  to United
States' Sentencing Memorandum and
Motion for an Upward
Variance/Departure

13

14

RONALD CRAIG ILG (a/k/a
"SCAR215"),

15

Defendant.

16

Motions Hearing:

17

**January 24 2023, at 6:30 p.m.**

18

Plaintiff, United States of America, by and through Vanessa R. Waldref,

19

United States Attorney for the Eastern District of Washington, Richard R. Barker

20

and Patrick J. Cashman, Assistant United States Attorneys for the Eastern District

21

of Washington, moves the court, pursuant to Rule 49.1(d), for an order sealing

22

Exhibits A, C, E, F, I & J  to United States' Sentencing Memorandum and Motion

23

for an Upward Variance/Departure, on the ground the Exhibits contains information

24

containing personal identification information, Defendant's financial information,

25

26

Motion to Seal Exhibit A, C, E, F, I & J  to United States' Sentencing
Memorandum and Motion for an Upward Variance/Departure - 1

27

28

sensitive audio of a witness, who appears to be a victim of a sexual assault. Accordingly, the United States, respecting the Defendant and Witnesses' privacy, moves to seal the related exhibits.

The United States also has conferred with the Defense. The Defense does not anticipate an objection to these exhibits being filed under seal, subject to further consultation with Defendant.

DATED January 13, 2023.

Vanessa R. Waldref
United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

*s/ Richard R. Barker*
Richard Barker
Assistant United States Attorney

Motion to Seal Exhibit A, C, E, F, I & J  to United States' Sentencing Memorandum and Motion for an Upward Variance/Departure - 2