UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-CR-00049-WFN-1 |
| Plaintiff, | Order Sealing United States' Exhibits A, C, E, F, I & J to United States' Sentencing Memorandum and Motion for an Upward Variance/Departure |
| v. | |
| RONALD CRAIG ILG (a/k/a "SCAR215"), | |
| Defendant. | |

Upon motion by the Government,

IT IS ORDERED that the Exhibits A, C, E, F, I & J to United States' Sentencing Memorandum and Motion for an Upward Variance/Departure be sealed by the Clerk of Court until further order of the Court.

DATED this _____ day of January 2023.

_____
Wm. Fremming Nielsen
United States District Judge

Order United States'
Seal Exhibits                                                    - 1