FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  -vs-<br><br>RONALD CRAIG ILG,<br><br>        Defendant. | No.   2:21-CR-0049-WFN-1<br><br>ORDER |

      Pending before the Court are Defendant's Unopposed Motion to Seal re: Jennifer Van Wey, Psy.D Clinical Treatment Summary, ECF No. 154, and the Government's Motion to Seal United States' Exhibits A, C, E, F, I & J to United States' Sentencing Memorandum and Motion for an Upward Variance/Departure, ECF No. 161. Defendant seeks an order sealing a clinical treatment summary offered in support of his sentencing memorandum. The Government does not object. Because the document contains substantial private medical information, it should be sealed. The Government seeks an order sealing documents containing personal identification information and Defendant's financial information, and a highly sensitive audio recording of an apparent sexual assault victim. Defendant does not object. Because the Government's filings contain substantial private information, they should also be sealed. The Court has reviewed the file and the Motions and is fully informed. Accordingly,

      **IT IS ORDERED** that:

      1. Defendant's Unopposed Motion to Seal re: Jennifer Van Wey, Psy.D Clinical Treatment Summary, filed January 12, 2023, **ECF No. 154**, is **GRANTED**. The proposed filed documents shall be filed **under seal**.

      2. The Government's Motion to Seal United States' Exhibits A, C, E, F, I & J to United States' Sentencing Memorandum and Motion for an Upward Variance/Departure,

ORDER - 1

filed January 13, 2023, **ECF No. 161**, is **GRANTED**. The proposed filed documents shall be filed **under seal**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 13th day of January, 2023.

01-12-23

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2