Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD CRAIG ILG,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>**Without Oral Argument:**<br>　January 18, 2023 at 6:30 pm |

COMES NOW, Defendant Ronald C. Ilg, MD ("Dr. Ilg"), by and through his attorneys of record Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and respectfully submits the following Motion to Continue the Sentencing Hearing approximately one week to ten days based upon the reasons stated herein.  Furthermore, Dr. Ilg

Defendant's Motion to Continue
Sentencing Hearing—Page 1

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

respectfully requests that this Motion be considered without oral argument, on an expedited basis if possible.

In general, "[t]he court must impose sentencing without unnecessary delay." Fed. R. Crim. P. 32(b)(1). However, "[t]he court may, for good cause, change any time limits" for sentencing. Fed. R. Crim. P. 32(b)(2). "A sentencing court has broad discretion respecting the scheduling of sentencing proceedings." *United States v. Prescott*, 920 F.2d 139, 146 (2d Cir. 1990).

Dr. Ilg's Sentencing Hearing is currently scheduled for January 24, 2023. Dr. Ilg is detained in the Spokane County Jail pending sentencing. Previously, the Defense requested an unopposed continuance to obtain the Clinical Treatment Summary of Dr. Ilg by Jennifer Van Wey, Psy.D. On January 12, 2023, the parties filed their respective Sentencing Memorandums. (*See* ECF No. 153; ECF No. 156.) Dr. Ilg, by and through counsel, now respectfully requests a brief extension of the Sentencing Hearing based upon the following reasons.

First, one of the attorneys for Dr. Ilg—Andrew Wagley—is currently in a multi-week jury trial in Grant County, WA.[1] This trial commenced on January 10, 2023 and the Jury has been instructed that trial may continue through Monday, January 23, 2023. Although this trial may end before January 23, the

---

[1] *Janke v. Camacho*, Grant County Superior Court Case No. 20-2-00581-13.

Defendant's Motion to Continue
Sentencing Hearing—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

scheduling conflict previous co-counsel from substantively preparing for the Sentencing Hearing and/or drafting portions of the Response to the United States' Sentencing Memorandum in the interim while in an out-of-town trial.

Second, the United States' Sentencing Memorandum is approximately twenty pages in length, cites to multiple portions of the Court File (including multiple bates numbers of discovery incorporated by virtue of the citation to ECF No. 89), and attaches Exhibits A-J (which includes multiple audio recordings of jail phone calls). The United States' Sentencing Memorandum not only requests an upward variance / departure, but also seeks a $250,000 fine and over $30,000 in restitution. (*See* ECF No. 156.) The Defense respectfully requests the brief continuance to fully respond to the United States' Sentencing Memorandum and arguments presented therein. Dr. Ilg is in agreement with this continuance and requests the same.

Third, the United States, by and through Assistant United States Attorney ("AUSA") Rich Barker, has been advised of this continuance request. AUSA Barker has reserved the right to object to this continuance request based upon the victims' respective position(s). However, this continuance request is only for a brief period of time—approximately one week to ten days—and the new date would be subject to the availability of the Court, counsel, and the victims.

Defendant's Motion to Continue
Sentencing Hearing—Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Based upon the foregoing, Dr. Ilg respectfully requests that this Court continue the Sentencing Hearing approximately one week to ten days. Dr. Ilg further requests that the Court continue the deadline to file Responses to the Sentencing Memorandums to one week prior to the new Sentencing Hearing.

RESPECTFULLY SUBMITTED this 16th day of January, 2023.

> By: /s/ Andrew M. Wagley
> Carl J. Oreskovich, WSBA #12779
> Andrew M. Wagley, WSBA #50007
> *Attorneys for Ronald C. Ilg, MD*

Defendant's Motion to Continue
Sentencing Hearing—Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Ephrata, Washington this 16th day of January, 2023..

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Defendant's Motion to Continue
Sentencing Hearing—Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100