UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RONALD CRAIG ILG,<br><br>                    Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

THIS MATTER came before the Court pursuant to Defendant's Motion to Continue Sentencing Hearing.  Having reviewed this Motion and the reasons articulated therein, the Court hereby finds **GOOD CAUSE** exists to continue Defendant's Sentencing Hearing and the Associated Deadline to File Responses. As such, Defendant's Motion is **GRANTED**.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

It is so **ORDERED** this ___ day of January, 2023.

 

**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**

[Proposed] Order Granting
Defendant's Motion to Continue
Sentencing Hearing—Page 2