Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DEFENDANT'S MOTION TO SHORTEN TIME RE: MOTION TO CONTINUE SENTENCING HEARING**<br><br><u>**Without Oral Argument:**</u><br>   January 18, 2023 at 6:30 pm |

COMES NOW, Defendant Ronald Craig Ilg, MD ("Dr. Ilg"), by and through his counsel of record, Carl J. Oreskovich and Andrew M. Wagley of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby submits the following Motion to Shorten Time Re: Defendant's Motion to Continue Sentencing Hearing.  As indicated fully in the accompanying Motion

Defendant's Motion to
Shorten Time—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

to Continue, Dr. Ilg respectfully requests that the Court continue the Sentencing Hearing approximately one week to ten days. The United States, by and through Assistant United States Attorney ("AUSA") Rich Barker, has been advised of this continuance request and reserves the right to object to this continuance request based upon the victims' respective position(s).

RESPECTFULLY SUBMITTED this 16th day of January, 2023.

By: /s/ Andrew M. Wagley
Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
*Attorneys for Ronald C. Ilg, MD*

Defendant's Motion to
Shorten Time—Page 2

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Ephrata, Washington this 16th day of January, 2023.

By: /s/ Andrew M. Wagley
Andrew M. Wagley

Defendant's Motion to
Shorten Time—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100