UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SHORTEN TIME** |

THIS MATTER came before the Court pursuant to Defendant's Motion to Shorten Time Re: Motion to Continue Sentencing Hearing. Having reviewed this Motion and the reasons articulated therein, the Court hereby finds **GOOD CAUSE** exists to shorten time and Defendant's Motion is **HEREBY GRANTED**.

[Proposed] Order Granting Defendant's
Motion to Shorten Time—Page 1

It is so **ORDERED** this ___ day of January, 2023.

**Hon. Wm. Fremming Nielsen**
**Senior Judge, United States District Court**
**Eastern District of Washington**

[Proposed] Order Granting Defendant's
Motion to Shorten Time—Page 2