Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Richard R. Barker
Patrick J. Cashman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

RONALD CRAIG ILG,

       Defendant.

Case No. 2:21-CR-0049-WFN-1

United States' Opposition to
Defendant's Motion to Continue
Sentencing

The United States of America, by and through United States Attorney Vanessa R. Waldref and Assistant United States Attorneys Richard R. Barker and Patrick J. Cashman, submits this response to Defendant's motion to continue sentencing. As noted in Defendant's motion, the United States reserved its position on the requested countenance pending consultation with the victims. The United States has now spoken with the victims and opposes the continuance.

On January 17, 2023, the United States reached out to Defendant's now ex-wife (Victim 2 in the Superseding Indictment), who is the person Defendant arranged to have kidnapped by a dark web hitman in April 2020. Victim 2 strongly opposes any further continuance in this case. In this regard, a close family member of Victim 2 arranged travel from out of state to be present at sentencing and support Victim 2. This same family member had to rearrange travel and scheduling when the original

United States' Opposition to the Motion to Continue Sentencing – 1

November sentencing date was continued, and the family member may suffer additional financial and scheduling difficulties if the sentencing were continued again. Victim 2's counselor has also rearranged her busy work schedule to be with Victim 2 at sentencing. As Victim 2 put it in an email to the United States, "I've been anxious for months to get this over with, and I'm tired of continuing it on. I'm not only dealing with this, but also dealing with the motions [Defendant] files in family court. I just want some peace."

In light of Victim 2's comments, the United States submits that sentencing should go forward as scheduled on January 24, 2023 at 10:00 a.m. This case has been pending for nearly two years, and the change of plea took place on August 10, 2022 – more than five months ago. There already has been one continuance to the sentencing date. And, while the United States is sensitive to Mr. Wagley's trial schedule, the United States believes that Defendant's sentencing arguments can be summarized in a responsive brief by Defendant's lead counsel, who has demonstrated his capacity for strong written and oral advocacy.

In addition, while the Defense notes the length and substance of the United States' sentencing memorandum as a basis for a continuance, the government submits that our sentencing position is based on the PSIR along with some additional materials with which Defendant is well familiar. In fact, much of these materials were cited in the United States 404(b) notice and flagged elsewhere in discovery. While the United States did attach a small number of audio files, these materials were noticed in discovery and at prior detention hearings. In fact, certain of the audio – including jail calls in which Defendant discussed a book deal and financial opportunities stemming from this case – were provided to Defendant well in advance of sentencing.

///

///

///

United States' Opposition to the Motion to Continue Sentencing – 2

Respectfully submitted this 17th day of January 2023.

Vanessa R. Waldref
United States Attorney

*s/ Richard R. Barker*
Richard R. Barker
Patrick J. Cashman
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

*s/ Richard R. Barker*
Richard R. Barker
Assistant United States Attorney