FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -vs-<br><br>RONALD CRAIG ILG,<br><br>                Defendant. | No.   2:21-CR-0049-WFN-1<br><br>ORDER |

      Pending before the Court are Defendant's Motion to Continue Sentencing Hearing, ECF No. 168, and Defendant's Motion to Shorten Time re: Motion to Continue Sentencing Hearing, ECF No. 169. On August 10, 2022, Defendant pled guilty, and the Court scheduled a sentencing hearing to be held November 8, 2022. ECF Nos. 143, 144. The Court then continued the sentencing hearing, on Defendant's motion, to January 24, 2023. ECF No. 150. Defendant now asks to continue sentencing again because one of his attorneys may be in trial out of town through January 23, 2023, and because the Government's sentencing memo is voluminous.

      The Government objects. ECF No. 170. One of the victims will be supported at the sentencing hearing by a family member who is coming from out of town. The victim's family member has already rearranged her travel plans once for the sentencing. The victim's counselor has also arranged her schedule to attend this sentencing. Another continuance could prevent the victim from bringing her family and her counselor with her to the sentencing.

      The Court will deny Defendant's requested continuance to ensure the victim can attend the sentencing with her family and her counselor without undue financial hardship. Although one of Defendant's attorneys may be out of town until the day before sentencing,

ORDER - 1

Defendant's lead attorney—who is very capable—will be available. The Court also notes the Government provided Defendant notice of the information in its sentencing memo well in advance of sentencing. The Court has reviewed the file and the Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Shorten time re: Motion to Continue Sentencing Hearing, filed January 16, 2023, **ECF No. 169**, is **GRANTED.** The Motion was considered on an expedited basis.

2. Defendant's Motion to Continue Sentencing Hearing, filed January 16, 2023, **ECF No. 168**, is **DENIED**.

3. The sentencing hearing set for **January 24, 2023, at 10:00 a.m.** is **CONFIRMED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Cassandra Lerch.

**DATED** this 17th day of January, 2023.

01-17-23

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2