FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 19, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -vs-<br><br>RONALD CRAIG ILG,<br><br>    Defendant. | No. 2:21-CR-0049-WFN-1<br><br>ORDER |

   Pending before the Court is the Government's Motion to Seal Exhibit 1 to the United States Response to Defendant's Sentencing Memorandum. ECF No. 172. The Government seeks an order sealing an exhibit that contains personal identifying information and information protected by Rule 6 of the Federal Rules of Criminal Procedure. Defendant does not object. The Court has reviewed the file and the Motion and is fully informed. Accordingly,

   **IT IS ORDERED** that the Government's Motion to Seal Exhibit 1 to the United States Response to Defendant's Sentencing Memorandum, filed January 18, 2023, **ECF No. 172**, is **GRANTED**. The proposed filed documents shall be filed **under seal**.

   The District Court Executive is directed to file this Order and provide copies to counsel.

   **DATED** this 19th day of January, 2023.

01-18-23

                WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER