**EXHIBIT A**



Sir



*For my Love, my Lion, my Sir, my Everything*



Sir,

Today and always, wishing you the freedom to be who you are, the courage to believe in your dreams, and the faith to follow your heart.

## Happy Birthday

Happy Birthday!

I hope your day is as amazing as you are. I Love You so much! Thank you for being apart of my life! You are very special to me and I can't wait to spend the rest of my life with You! ♡ Love always and forever your kitten





Sis,
Thank You for being my bich and taking good care of me.
I know im always safe with you.
i love You always and forever!
Love, Your Sister

