Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: carl@ettermcmahon.com
Email: awagley@ettermcmahon.com
*Attorneys for Defendant Ronald C. Ilg, MD*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD CRAIG ILG,<br><br>Defendant. | Case No. 2:21-cr-00049-WFN<br><br>**DECLARATION OF ANDREW M. WAGLEY RE: SENTENCING LETTERS** |

I, Andrew M. Wagley, do hereby declare the foregoing:

1. I am over the age of 18 and competent to testify regarding the matters stated herein.

2. I am one of the attorneys of record for the Defendant, Ronald C. Ilg, MD.  I make this Declaration in support of Defendant's Sentencing

Declaration of Andrew M. Wagley—Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

Memorandum and his response to the United States' Sentencing Memorandum and Motion for Upward Variance/Departure.

3. Attached hereto as **"Exhibit A"** are true and correct copies of character letters written on behalf of Defendant Ronald Ilg.

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct.

RESPECTFULLY SUBMITTED this 23rd day of January, 2023 in Spokane, Washington.

By: /s/ Andrew M. Wagley
     Andrew M. Wagley

Declaration of Andrew M. Wagley—Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

EXECUTED in Spokane, Washington this 23rd day of January, 2023.

By: /s/ Jodi Dineen
Jodi Dineen

Declaration of Andrew M. Wagley—Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100