1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Richard R. Barker
4  Patrick J. Cashman
   Brian M. Donovan
5  Assistant United States Attorneys
6  Post Office Box 1494
   Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

8

9              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF WASHINGTON

10

11  UNITED STATES OF AMERICA,

12              Plaintiff,                    Case No. 2:21-CR-0049-WFN-1

13        v.                                  Notice of Exhibits for Sentencing
                                              and Notice re. Acceptance of
14  RONALD CRAIG ILG,                         Responsibility

15

16              Defendant.

17

18        The United States of America, by and through United States Attorney Vanessa

19  R. Waldref and Assistant United States Attorneys Richard R. Barker and Patrick J.

20  Cashman submit the enclosed exhibits 2-9, which the United States may reference at

21  the sentencing hearing.  Today, January 23, 2023, The United States received these

22  materials from the FBI and Witness A (Defendant's former fiancé, who recently broke

23  off her engagement to Defendant) through Witness A's counsel.

24        The exhibits consist of an FBI 302 regarding an interview with Witness A on

25  January 19, 2023. There also are excerpts of letters from Defendant to Witness A

26  during Defendant's period of custody.  In these letters, Defendant discusses outreach

27  toward Witness 1 and Victim 2, as well as plans for Defendant to put out a press

28  release at the time of sentencing claiming he was not responsible for sending out the

United States' Notice of Sentencing Exhibits – 1

dark web messages that are the subject of this case. Defendant's letters also describe Defendant's plot, previously unknown to the government, to post social media messages alleging that Defendant's ex-wife (Victim 2) sent the messages that are the subject of this case.

Based on these letters, and consistent with the parties' plea agreement, the United States hereby gives notice that it will recommend that Defendant not receive a full three-level downward adjustment for acceptance responsibility. The United States respectfully submits Defendant has not "demonstrated recognition and affirmative acceptance of Defendant's personal responsibility for Defendant's criminal conduct." ECF No. 142 at ¶ 10(c). While the Court may afford Defendant a two-level downward adjustment, the United States submits that the third point should be withheld at the time of sentencing. If the Court agrees with the Government, this will result in an adjusted Advisory Guideline Range of 78-97 months' incarceration.

Respectfully submitted this 23rd day of January 2023.

Vanessa R. Waldref
United States Attorney

s/ Richard R. Barker
Richard R. Barker
Patrick J. Cashman
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to counsel of record.

s/ Richard R. Barker
Richard R. Barker
Assistant United States Attorney

United States' Notice of Sentencing Exhibits – 2