# EXHIBIT 2

FD-302 (Rev. 5-8-10)

- 1 of 2 -

FEDERAL BUREAU OF INVESTIGATION



Date of entry  01/20/2023

    [Witness A] was interviewed at the United States Attorney's Office for the Eastern District of Washington in Spokane, Washington. [Witness A] was joined by her attorney [redacted], email [redacted]. Assistant United States Attorney Richard Barker also participated in the interview. After being advised of the identity of the interviewing Agent and the nature of the interview, [Witness A] provided the following information:

    [Witness A] noted that her legal name remains [Witness A] because she is not yet divorced from her husband, [Witness A's Husband], but that she uses the last name [redacted].

    [Witness A] estimated her last contact with Ronald Ilg was about a week after the FBI initially contacted her. [Witness A] is no longer in a relationship with Ilg.

    [W-A Spouse] had been Ilg's cellmate in Spokane County Jail. When [W-A Spouse] got out of jail he was going to live in Ilg's house but Ilg's ex-wife Correna Cockrill (Correna) would not let him. [W-A Spouse] thought Ilg was innocent. [Witness A] noted this was before Ilg plead guilty. [W-A Spouse] told [Witness A] that Ilg wanted him to check on [Witness 1] [Victim 2], and [Minor 1].

    [Witness A] stated that Ilg was obsessed with [Witness 1]. [Witness A] conversations with Ilg would frequently go back to [Witness 1]. Ilg would tell her that she and [Witness 1] would be great friends.

    When asked if Ilg directed her to contact [Witness 1], [Witness A] believed Ilg indirectly did. Ilg mentioned [Witness 1] and his ex-wife [Victim 2] as "M" and "J". Ilg wrote [Witness A] many letters that she felt implied for her to contact [Witness 1] and [Victim 2]. Ilg didn't explicitly direct her to contact [Witness 1] but would say things like, "[Witness 1] would be a great person to help you."

    If [Witness A] was going to marry Ilg, she felt she should contact [Witness 1] to talk about Ilg. [Witness A] saw [Witness 1]' full name in one of Ilg's letters and looked up her information.

Investigation on  01/19/2023  at  Spokane, Washington, United States (In Person)

File #  166C-SE-3418226                                          Date drafted  01/19/2023

by  DIBARTOLO DAVID

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

166C-SE-3418226
Continuation of FD-302 of (U) Interview of [Witness A] ([redacted]), On 01/19/2023, Page 2 of 2

In Ilg's letters to [Witness A] he still claimed he was innocent or forced into a plea.

Ilg's initial letter to [Witness A] was soliciting her to work for him to handle his public relations. Ilg thought he could make money from the publicity he got.

[Witness A] received a letter with artwork which Ilg claimed another cellmate wrote. However, [Witness A] explained that she knew his handwriting from all the other letters he'd written and it was from Ilg. The letter referenced a red barn or shed, a burner phone, and a child involved she assumed to be Ilg's young son with [Victim 2]. The letter suggested reporting a crime of child abuse using the burner phone.

[Witness A] claimed to have multiple letters from Ilg in her possession still. She agreed to provide some of these letters to her attorney to share with the government.