# EXHIBIT 3

#20

)                                                                4/8.

I bet you have heard it said not to believe anything you have read on the internet. That's because people put false stories and lies. Well, why not...?

Find the social media that is talking about my stuff the most and anonymously post this:

There was an alleged leak from the prosecution that [Victim 2], Dr. Ily's wife, said she was involved in creating the fake messages. During an alleged interview with the FBI, recently, she admitted she was contacted by an anonomous person asking if she would be interested in setting Dr. Ily up to go to jail. She agreed and admitted to helping create the online messages as well as making the transfer of Bitcoin. The prosecution does not want to share this information allegedly, according to the leaked information, given the likely implications of

having locked up Ruby for a year unnecessarily. [Victim 2]

13. refusing to discuss these allegations in anyway and is now publically denying that she had anything to do with the messages, despite the leak from a reliable source.

[Victim 2], again, put this out there anonymously, not using your home website AND using a very good VPN. This would obviously, in the eyes of the public, begin to put a question in their minds.

And then one week later, put this;

[Victim 2] slammed her door closed in the face of a reporter recently. The reporter pointed out that [Victim 2] is not allowing any contact between their son, who is almost 4, and his father, Dr. Ily. The reporter asked, " How is the sudden loss of your son's father any different than the loss you experienced of your mother, whom you still grieve? Does your son not have the same feelings of loss?" [Victim 2] appeared confused, initially, and then, embarassed, slammed the door.
(more to come)                                           R