# EXHIBIT 4

I had to share this with you. It is outrageous how [Victim 2] and her lawyer are using [Minor 1] as a tool to get money.

Our expert witness was noting that even minimal contact with the biological father was helpful for a child. But undoubtedly, more frequent and consistent time with either parent was the key. The studies are very clear, however, that if one parent is pitted against the other and putting the child in the middle, that creates the worst outcome for the child. This proposal from [Victim 2] clearly shows she is doing (again that) using [Minor 1] as a tool. Even more outrageous is she never asked her ex-husband, [redacted], to pay the child support he was ordered to pay, while her and I were together. So, I supported her & her two boys for nearly seven

years, including paying for her fake boobs and her schooling. I even offered to pay for private schooling at GPREP for her oldest boy, Parker. Parker essentially flunked out of high school despite being very intelligent. He started smoking and selling weed illegally at his high school as a freshman.

Victim 2 is no innocent princess. It would be eye opening for the public if somehow this information was posted online where she and everyone else could see it.

This just emphasizes even more that she needs our prayers. We must pray that she has the opportunity to revisit her spirituality, her Catholic faith, and what a sacrament means. Please light a candle for her also. I truly believe God's hand is upon us all and will provide the right pathways for all of us. But he gives us the ability to choose the right path. "God helps those who help themselves." We will get through this storm. I love you.

X

PS. This is the kind of Tuna fish I ebban order on commissary. How much does it really cost in the grocery store?