# EXHIBIT 5

p.1/1

I want you to go back to each one of those "casting" applications for news agencies and shows and I want you to put the following:

Dr. Ron Ily, a double board certified physician, was allegedly targeted and eventually fired by his employer, Medcury, for identifying as a Dominant in the D/s lifestyle. His company was pressured by Providence Health Care to terminate Dr. Ily during contract negotiations between the two giant corporate medicine companies.

Dr. Ily was later entangled in the Dark Web and eventually arrested for allegedly trying to hire a hitman to kidnap his ex-wife, inject her with heroin to get her to return to him. (new para) Dr. Ily has been held in the Spokane County Jail for nearly two years. This jail has been listed as one of the worst in the United States, and Dr. Ily refers to it as Dante's Inferno or

[margin note: ronald reagan's ave]

earth.

Dr. Ty has plead guilty to the dark web plot.

However, after sentencing, Dr. Ty will discuss with the nation how he was forced to plead guilty having originally pleaded not guilty. He will also discuss why he plead guilty despite clear evidence suggesting [Victim] might have actually plotted to have him arrested.

Please contact Dr. Ty at the Spokane County Jail or via Isabella Bowen at - email or ▉▉▉▉

Izzy, ONLY send this to Dateline, 60 minutes & other National News Shows.

▉▉ Keep the above statement. On the day of sentencing - send it out as a press release to the Associated Press.

p.s. [Victim 1] might want to try and convince me not to share this letter from her lawyer or about her.