# EXHIBIT 6

#2

Publishing Company

voice while he remains incarcerated. We are seeking a publishing company and an Ghostwriter to document his next story. I've attached links to a small sampling of the stories that surfaced on social media alluding to his story. But none capture the entirety of his life story that he alone truly knows and will share. His true life story will be the next "50 shades of Grey" but on steroids. We are excited and hopeful that your publishing company will be willing to partner with us and a writer to document the truth and share the true narrative of his amazing, heartbreaking, poignant tale that has been distorted.

We look forward to hearing back from you. Dr. Ty is available by phone and interview to answer any of your questions.

Thank you for your consideration.

Contact Info