# EXHIBIT 7

future. I feel is they are doing all they are doing to "stick it to me" so to speak then it is fair that they be held accountable for the illegal things they did & are doing. However, for your future success, I could forego that part.

I will bring this full circle. Izzy, look past the actions and see the person. The entire nation & world has seemingly formed the wrong opinion about me. You were the only one to see past the lies. But you are doing the same to m & j. You are painting them to be horrible, just like what was supposed to me. Instead, meet them, then decide.
I love you & whatever you decide is ok by me. You are right, they have both done horrible things to me and to you. But, regardless of that, you would like me, I know it, and it would put you in a better place quickly. I almost tossed this letter because I bet you are pissed that I'm stuck in the past. I'm not. I'm actually looking out for your future. This would secure it. Please don't disappear. I'm only trying to help you & us it

ideal opportunity to make it work. I'm not there, so there is no actual "sharing" that is gonna happen. Not yet. You would be able to establish relationships with in without me there, while you are building the empire. Once I am able to join, the transition would be much easier. And who is to say there would be "sharing" even then. What happens for the public to see may not be the reality.

But I am certain we will be topping $500,000 by the time I'm out. A few years later, $1 million. You are smart, very smart, so is m and I think I may have a few brain cells left. This would be giant!

I'm not gonna mention it any more. Given the no-contact, I do not want anything to do with what you decide. If you pursue anything with either of them, anytime you are with them, record it. You need a record of it to ensure it isn't used in the wrong way.

Unless I hear otherwise, I plan on sharing the illegal activity of both j & m in the