# EXHIBIT 8

Remember, if you do anything else, you will ensure I get 8 to 10 years. We need to stick with our narrative, which is you & I are the perfect D/s couple. If we do anything away from this narrative, you will give me 8 to 10 years.

You disappearing - 8 to 10 years
You making emotional
     decisions - 8 to 10 years
You leaving - 8 to 10 years

Do you see the pattern? You are going to give me 8 to 10 years with your current behavior. You need to be My submissive & stop with the bullshit or I will get 8 to 10 years. It is simple - stay on my path, be the submissive you have promised over & over again - stop the bullshit.