# EXHIBIT 9

compatible, we are gonna have a beautiful, wonderful future. But [Minor 1] won't; Grace & Jaclan - Nope; [Witness 1] - Nope; [Victim 2] - Nope. Indigo, Sophia, Reince - they will be happy with us.

Again - I'm sorry for who I am. I am a Dominant. I had a sacramental wedding with [Victim 2] - a true sacrament that does NOT go away. I made a covenant with Michaela & I made a covenant & promise of an absolute commitment to you.

I'm planning a future with you. You & I are going to be together - I will never let you go - Never.

I had a dream - you were in it before I knew you. We have a connection, a real connection. We will be happy in the future - we will be great together. You will have to help me get [Minor 1] away from [Victim 2]. That [Witness 1]'s decisions are her decisions. So, don't talk to [Witness 1] unless you are willing to make it work with all of us.