FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   -vs-<br><br>RONALD CRAIG ILG,<br><br>                    Defendant. | No.   2:21-CR-0049-WFN-1<br><br>ORDER |

Pending before the Court is Defendant's Motion to Seal re: Supplemental Sentencing Exhibit. ECF No. 180. Defendant seeks an order sealing an exhibit that reveals the identity of Witness 1, which has been protected throughout this proceeding. The Court has reviewed the file and the Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Seal re: Supplemental Sentencing Exhibit, filed January 23, 2023, **ECF No. 180**, is **GRANTED**. The proposed filed document shall be filed **under seal**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 24th day of January, 2023.

01-23-23

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER