1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00049-WFN-1 |
| | ) | |
| Plaintiff, | ) | January 24, 2023 |
| | ) | Spokane, Washington |
| vs. | ) | |
| | ) | Sentencing Hearing Excerpt - |
| RONALD CRAIG ILG, | ) | Defendant's Allocution |
| | ) | |
| Defendant. | ) | Pages 1 - 23 |

BEFORE THE HONORABLE WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiff:            RICHARD R. BARKER
                             PATRICK J. CASHMAN
                             U.S. Attorney's Office
                             920 W. Riverside Ave., Ste. 300
                             P.O. Box 1494
                             Spokane, Washington 99210


For the Defendant:           CARL J. ORESKOVICH
                             ANDREW M. WAGLEY
                             Attorneys at Law
                             618 W. Riverside Ave., 2nd Floor
                             Spokane, Washington 99201




Official Court Reporter:     Allison R. Anderson, RMR, CRR, CCR
                             United States District Courthouse
                             P.O. Box 700
                             Spokane, Washington 99210
                             (509) 458-3465




Proceedings reported by mechanical stenography; transcript
produced by computer-aided transcription.

1          (Previous proceedings in the Hearing on January 24,

2    2023, were reported but not requested to be transcribed.)

3          THE COURT:  Dr. Ilg, anything you want to say?  I'm

4    anxious and most willing to hear from you.  Come on up.

5          THE DEFENDANT:  Your Honor.

6          THE COURT:  Good afternoon.  It's now afternoon.

7          THE DEFENDANT:  It's now afternoon.  Thank you for the

8    opportunity for me to -- sorry.

9          THE COURT:  Make sure you use the microphone, Dr. Ilg.

10         THE DEFENDANT:  I will.  This is going to be very

11   difficult for me.  What I did was horrible.  The messages I

12   wrote were -- I can't even wrap my mind around what I did.  I

13   truly can't.  And what I can't truly come to grips with is how I

14   hurt so many people, the people I love the most, people I still

15   love and still care for; a respected colleague and friend,

16   former friend; my now ex-wife, somebody I loved with all my

17   heart and all my soul, everything that I had, and I hurt her.  I

18   scarred her.  It's hard for me to call her Witness 1.  I loved

19   her, too.  I loved them both, and maybe that's wrong.  Maybe

20   it's wrong to love two people at the same time as much as I did,

21   but I did, and I still love them both, and I still care for

22   them.  I will carry that cross with me every day.

23         Over the last 21, 22 months, we're locked down for 22 hours

24   a day of 24 hours a day.  We get maybe an hour or two hours out

25   every day.  That gave me a lot of time to think about what I did

1  and who I hurt; and believe me, I know it -- the ripple effect

2  went far beyond just the victims and Witness 1, far beyond that,

3  and I recognize that.  And I will never be able to say I'm sorry

4  to everyone in the way that I want or feel.  Saying I'm sorry is

5  just like dropping a stone in the ocean.  It's not enough.

6      If -- if one could open up and see how I feel, what my

7  heart says, what's in my soul, I think people would understand

8  that my despair for what I did and how I hurt people would be

9  not just a stone that's dropping in the ocean.  It would be like

10 a giant land mass because of the amount of pain that I know that

11 they went through that I caused.  I don't go through a day -- I

12 don't go through an hour per day -- every hour of the day almost

13 constantly thinking about what I did and how I hurt them, and I

14 can't take that back.

15     Every day, I wish that I could just ball up everything

16 that -- all the agony and pain that they went through and take

17 it and put it in a big ball for each one of them and me -- and

18 let me carry it and let them be at peace.  And I'm thankful that

19 each one of them came up and spoke today.  I'm thankful that

20 they were able to come up and show the resilience and the

21 bravery to be able to come up and discuss how they felt and

22 share that with me because that will always be with me always.

23     Over the last 22 months or so, I've tried to put myself in

24 their shoes, tried to feel what they felt, and there's no way

25 that I could get even close to what they must have felt.  But

1  one thing that I started to do as kind of a ritual for me is my

2  morning devotion.  I have a Catholic devotional reader that I

3  read every morning and in the evening.  And rather than reading

4  it for myself, I've read it for them, put myself in their shoes,

5  and it helps me to understand a little bit better where they're

6  at and what they went through.

7       And I want -- I just tore the one out this morning, and I

8  just want to read what -- a piece -- a piece of what it -- and I

9  want -- and when I read it, I read it as if I'm Victim 1, Victim

10 2, or Witness 1.  I read in small part, and I tried to put

11 myself in their shoes.

12      This is from Psalms.  "With my voice, I cry to you, oh

13 Lord.  With my voice, I entreat you, oh Lord.  I pour out my

14 trouble before you.  I recount to you all my distress while my

15 spirit faints within me."

16      That's maybe a small portion of how they feel every day,

17 and I caused that.  I caused that.  Again, I can't -- I can't

18 wrap my mind around what I did or why I did it.  I want to talk

19 about that a little bit, why, because people are asking how did

20 I get to where I was.  How did I get to that point?  I know

21 Mr. Oreskovich kind of went over some parts of that, and I want

22 to -- I want to talk about it in a way of what was going on

23 within me because it's -- because it was more than that.

24      Growing up -- Mr. Oreskovich referred to growing up, and I

25 was one of eight.  We grew up in rural Oregon.  And becoming a

1  physician was always a dream for me, always a dream, and I was

2  discouraged from trying to reach that dream because when you

3  live in rural Oregon, it's not very often that somebody achieves

4  that sort of a dream, but I did.  Remarkably, I did.  It was a

5  miracle.

6          I got into medical school, actually, my second time.  First

7  time, I didn't make it.  First time, I didn't make it.  But I

8  went up and talked to the dean at OHSU.  I asked him how can I

9  -- what do I need to do?  He directed me, and I did those things

10  that he asked; and miraculously, I made it into medical school

11  the next year, graduated, went through residency, and, like

12  Mr. Oreskovich mentioned, I practiced general pediatrics for

13  about four years, and then I went back and became a

14  neonatologist.

15          I loved being a general pediatrician.  I loved the

16  relationships with the parents and their kids, but I wanted

17  something more.  I wanted something that had more -- it was just

18  more active and more intellectually stimulating, and I liked the

19  intensive care setting, and so that's what I did.  I had a job

20  in Portland already lined up after I graduated, but I came out

21  to Spokane instead, came out with -- my wife at the time was

22  Correna.

23          And Correna and I found our roots in Spokane, and I became

24  rooted in the community pretty quickly; and within the group, I

25  -- I found a -- my own niche and moved up fairly rapidly as far

1   as leadership.  And eventually, I took over the helm of the

2   group and -- where I was a group leader for seven -- about seven

3   years.

4       And again, forgive me for just kind of struggling with my

5   words.  I didn't make a prepared statement.  I just wanted to

6   just speak from the heart and -- because I think not just the

7   Court but I think the victims need to hear from my heart and

8   not --

9           THE COURT:  Bend the microphone up a little bit.

10  Yeah.

11          THE DEFENDANT:  Is that better?

12          THE COURT:  So everybody can hear you better.  Right.

13          THE DEFENDANT:  Okay.  So I wanted to speak from the

14  heart.  I wanted to not have a prepared statement.  I just

15  wanted to just share with you what I was feeling and -- and what

16  happened.

17      So Correna and I divorced, but we kept the orchard

18  together.  She had two boys from a prior relationship that I

19  raised, and then we had Benjamin between us.  Benjamin now just

20  graduated from basic training, and now he's jumping out of

21  airplanes, learning to be a paratrooper and is going to be

22  stationed in Italy soon.

23          THE COURT:  I read the letter he wrote.

24          THE DEFENDANT:  I'm very, very proud of him.  I'm

25  proud of all my boys.  Ryan and Jared, very strong boys, and I'm

 1  happy with how they how they turned out.

 2      When J.P. and I got together after my divorce from Correna,

 3  I thought I had found the woman of my dreams, and she was

 4  absolutely the woman of my dreams.  I loved her, loved her with

 5  everything I had; and again, I still do love her very much.  She

 6  brought her boys into our relationship, and she was right in

 7  that we dated for quite a while because I wanted to ensure that

 8  her older boys and our boys would all get together and that this

 9  mixed relationship, this mixed family, would get together and be

10  stable.

11      And when we brought her boys into my family, I treated them

12  as my own.  I loved them just like my own.  P., P. struggled --

13  sorry, I'm using his name -- and such a good kid; both of them,

14  just amazing boys.  I wanted to help them as much as I could.  I

15  was prepared to and wanted to help him go in -- to do well in

16  school.  In fact, I was going to put him into G. Prep., too.

17  Ben was going to G. Prep., and I wanted -- and so I brought them

18  in.  I treated them and loved them just as much as I did my own

19  kids.

20      And then one of the best days of my life happened when L.I.

21  was born, our son.  It was the most glorious day of my life.

22  And I remember J.P. was getting cleaned up, and I took -- I took

23  our son into the nursery, gave him his first bath, put his first

24  diaper on, and then I put his onesie on, his first onesie, and

25  his onesie had his name across it.  We hadn't picked out his

1  name yet.  J.P. had a preference, but she didn't -- she didn't

2  know what name.

3      And I put the onesie on that had his name across it and

4  brought him back into the room and laid him down onto her chest,

5  and I said, "This is L.C.I."  And when I said the middle name,

6  C., I was looking at -- at Victim 2's dad, and he burst into

7  tears, and we all cried together because we had chosen -- chosen

8  the middle -- his middle name as his (sic) dad, C.

9      J.P. went into postpartum depression.  She'd had postpartum

10  depression based upon what I'd talked about and seen before, and

11  she was having postpartum depression with L.I., too.  We

12  struggled through that.  The beginning of 2019, L.I. was almost

13  two.

14      And, yeah, we did practice the dominant-submissive

15  lifestyle, and I want to talk about that a little bit.  We

16  started that a year after -- about a year after we had met, and

17  I talked to J.P. about what that meant.  And I remember the day

18  that we talked about it, and she -- I remember exactly what she

19  said.  She said she was happy that that -- that I would take

20  that leadership role because she was tired of raising three

21  boys, meaning her two boys plus her husband.  So she was happy

22  to take that position where she didn't have to be in the

23  leadership role, that she could be comfortable as the -- as in

24  the supporting role as my first mate.

25      And so beginning of 2019, the group was doing great as far

1  as -- as far as how the group -- and we were a well-recognized

2  group throughout the region, and the group was happy with how

3  things were going.

4      And J.P. and I were struggling as we -- as she was coming

5  out of her postpartum depression.  As J.P. had mentioned --

6  sorry, I'm using her name again.  As Victim 2 mentioned, we had

7  started to become involved with the dominant-submissive groups

8  that are here in town and around the area.  Those groups are

9  very, very large.  Thousands of people are part of the -- part

10 of that dominant-submissive society.  And J.P. started making

11 relationships and finding people within there that she -- that

12 she resonated with.

13     At that point in time, we had decided to bring another

14 woman into the relationship, and J.P. courted several different

15 women.  She went out on her own and courted several different

16 women.  And eventually, we met M. -- sorry, I'm using her name

17 again.  Sorry.  I'm just -- I'm just so accustomed to that.

18          MR. BARKER:  Your Honor, I would ask that that name be

19 redacted from the transcript.

20          THE COURT:  Yes, it should be.

21          THE DEFENDANT:  Sorry.

22     So we met Witness 1, and she became a part of our

23 relationship, and both of them enjoyed each other and enjoyed

24 each other's company, and both of them told me that they loved

25 each other and loved me.  Witness 2 had told me more than once

1   that she had loved me more than anybody that she had ever loved

2   in her life and that she had never experienced that kind of love

3   before.  Those are the same words that I heard from J.P. -- from

4   Victim 2 before as well.

5         In the spring of 2019 is when things started to crash.

6   From out of the blue, an HR investigation was launched that I --

7   it was just out of the blue.  I had no idea where it came from

8   or why it happened.  And I was initially very confident that --

9   because there was nothing that I could recall or recognize that

10  I had done anything that was wrong, and I was confident and

11  mostly concerned that we would come through it and that the

12  group would come through it, and we'd continue to be a strong

13  group.  Other allegations continued to come through, and the

14  allegations that -- during the actual HR investigation, the --

15  after the interviews, after the investigation, everything

16  changed.

17        The interviews were -- just as an example, one of the nurse

18  practitioners, she -- I've known her for 17 years, worked with

19  her for 17 years.  She was my mom at work.  We loved each other.

20  We had a great -- great working relationship.  After her

21  interview, she wouldn't talk to me.  She wouldn't even look at

22  me, and I had no idea why.  I had no understanding what was

23  happening.

24        Another friend, after her interview, the next morning, we

25  had a meeting; she wouldn't look at me.  She wouldn't pay any

1  attention to me.  She -- and I -- later, I found out that the

2  investigation itself was much more involved than this final

3  report, which, again, I just saw for the very first time last

4  night and read through for the very first time.

5      The -- I'd learned that the actual nature of the -- of the

6  investigation was very inflammatory and very -- it was directed

7  towards my dominance and my lifestyle and who I am as a -- and

8  my sexual identity, and that's -- that's what people I don't

9  think truly understand is it's not something I chose.  It is who

10  I am as a dominant.  It's just part of who I am.

11      And so the investigation -- after the investigation, the

12  actual nature of the -- the full nature of that investigation

13  was broadcast through the medical community almost overnight;

14  and not only was I ostracized from our group, I was ostracized

15  entirely from the medical community as well.  I was demoted.  I

16  was thereafter for the next -- again, the investigation happened

17  in the spring of 2019.  I wasn't fired until about a year-and-a-

18  half later.

19      The investigation itself essentially came to nothing.  It

20  says unsubstantiated or partially substantiated, but essentially

21  the investigation didn't really come to -- but what it did do is

22  it completely ostracized me from everybody and everything that I

23  knew.  I had been the group leader for seven years; and one day

24  and one morning, I woke up, and all the people that I thought

25  were my friends were now accusing me of things that I didn't do.

1  Twisted truths and lies ruined my reputation, ruined who I was

2  as a person.  From there on forward within the group for the

3  next year-and-a-half, I was ridiculed.  I was pushed into the

4  corner and ignored as a -- as a human being and as a physician.

5      And then -- and along those same lines, Victim 2, she moved

6  out in June, June of 2020, June, July.  So as this -- as this

7  was playing out at work, my relationship with the woman that I

8  loved was falling apart as well.  Then when she moved out, I was

9  -- I was devastated.  I was trying to keep my head above water.

10 I was truly, truly trying to keep my head above water, trying to

11 understand what happened at work, trying to understand why the

12 woman that I loved left me.

13     I had the support of Witness 1.  She was still there, but

14 to be honest, she was struggling and we were struggling because

15 I couldn't let go and truly, truly let go of Victim 2 because of

16 how much I loved her; and Witness 1 recognized how much I

17 struggled with the loss of losing that relationship, and that

18 was really hard for her to see.

19     And then throughout that time, the corporate office kept

20 reassuring me that I wasn't going to lose my job.  There were

21 contract negotiations going on between MedMax and Providence at

22 the same time; and I was told by the CEO of Sacred Heart

23 Hospital, Mike Barsotti, who is a friend of mine, and then also

24 the vice president of MedMax, that my pink slip was attached to

25 the contract negotiations.  They tried to reassure me they were

1  going to fight that and fight that I wouldn't lose my job, and

2  they kept reassuring me through the year, but their fight wasn't

3  successful because I was fired December 8th of 2020, right

4  before Christmas in the middle of a pandemic, right before the

5  group bonus was to come out.

6      I was barely keeping my head above water when I was called

7  to the office, and I walked into the office.  My best friend was

8  sitting there, Dr. Wilson, and she was crying, and tears were

9  streaming down her face, and I knew what was about to happen.

10 Now, losing your job, sure, is -- lots of people lose their job.

11 I understand that.  But this isn't just losing your job.  This

12 is losing your family.

13     I had almost twenty years of a spotless medical career, and

14 the best way that I can describe it is it's not an uncommon day

15 where I'd go into work, show up at 8:00, 8:30 in the morning,

16 with the idea that I was going to be on-call that day, probably

17 work 24 to 30 hours, hopefully get a little sleep.  When you're

18 called to a delivery in the middle -- right as soon as you get

19 there, a delivery where the -- it's just a disaster.  The baby's

20 very, very sick.  The baby aspirated, has got a chemical burn to

21 the lungs, is very sick.

22     And so I'd park myself at that bedside for the next 24 to

23 30 hours, and I'd park myself at the bedside not just by myself;

24 I was there with my team, the nurses, the therapists, the

25 housekeepers, cafeteria staff, administrators.  We're all part

1  of that team, and we're all working together minute by minute,

2  second by second, trying to maintain and -- because this baby

3  represents not just a life.  It represents hope, aspirations,

4  and dreams for the parents as well.  And so I'd sit there day by

5  day, day by day, minute by minute, helping and working with the

6  team to keep this baby alive.

7      And so this just -- this is -- so you develop these

8  relationships and these bonds that are very, very close;

9  battlefront friendships is what I call them because you're in

10 the front lines, and you're trying desperately to work as a team

11 to keep this baby alive.  And with that team, you cry.  With

12 that team, you cry with the parents when the babies don't make

13 it.  More often than not, you're laughing and you're

14 experiencing joy because you were able to save that baby.

15     And so to be fired after almost 20 years -- almost 20 years

16 of a spotless medical career was not just losing my job; it was

17 losing my other family.  And at that point, having barely been

18 able to keep my head above water, at that point, I was sinking.

19     Victim 2, on a couple of occasions, she had it right.  I

20 was unravelling, not just my life, but everything was

21 unravelling.  And there -- and I heard -- one of the victim

22 statements was that on the outward side, I can maintain my

23 composure.  That's absolutely true.  When you're in an ICU, you

24 have to be able to maintain your composure.  But inside, I was a

25 -- I was in total chaos.  I had contemplated suicide, and I

1   looked very strongly at that, and that's when I went on the dark

2   web to actually look for that initially, but then things

3   evolved.

4       And I can recall one moment when I was talking with my

5   psychologist, and I mentioned to her kind of in passing, I

6   said -- I said, "There's almost like there's two of me, and I

7   don't understand what's happening," but that was near the end of

8   the visit, and -- but that's what it felt like.  I was drowning,

9   and I was -- everything was just out of my control.  Everything

10  was out of my control.

11      And there was this part of me, this other part of me, that

12  was just grasping for control of anything that I could get ahold

13  of, and then there was this rational part of me that was

14  watching this other part.  And I know it doesn't make sense and

15  it doesn't -- but it was like I was watching myself in a role or

16  in a play or some sort of a fantasy world.  And I was spending

17  all this money, and I didn't understand what was happening.  It

18  didn't seem like real money.  It seemed like Monopoly money.

19      The rational part of me was just like -- but then this

20  other part of me was grasping for control and writing these

21  horrific, horrible, horrible things, messages that make my

22  stomach turn just thinking about those things that I wrote.  And

23  again, I want to emphasize that this is not an excuse.  In no

24  way does it detract from my personal responsibility because I

25  recognize that we all end up at forks in the road, and sometimes

1  we end up at a fork in the road that we weren't necessarily

2  expecting in life.

3        I chose a fork that was a destructive, hurtful, horrendous

4  fork that hurt lots of people.  That was my choice and my choice

5  alone, and I understand that.  I bare complete responsibility

6  for that.  But I wasn't expecting to find myself at that fork,

7  but I did, and I took the wrong direction absolutely.

8        In April, I went to Mexico with Witness 1 and her kids, and

9  that's when a lot of these messages were being -- or had been

10 generated, right around then.  We were having a wonderful time,

11 great time.  And around that same time, on the messages, the

12 whole deal kind of fell apart.  Nothing had been solidified as

13 far as what was happening on the web.  Nothing had been

14 solidified.  The deal just kind of disintegrated.

15       And while I was in Mexico, there were two unexpected

16 meetings that I had.  One was at dinner.  We had been called to

17 go to a dinner and had a reservation for a dinner, and the

18 waiter was a new waiter that I had never met before.  And it was

19 a resort, all-inclusive resort.  You get to know most of the

20 people there pretty quickly.

21       This is a waiter that I had never met before.  And he said,

22 "Dr. Ilg, what a beautiful family you have.  What a beautiful

23 family you have."  He was taking everybody's order, and he came

24 to me and he whispered in my ear.  He said -- he said, "Why are

25 you trying to hire us when you have this beautiful family?"  And

1    I looked at him, and I said, "Love."  That was all I said.

2         And then the next day, the kids and their mom were playing

3    down at the beach, and I was walking down to meet them, and I

4    got called -- there was a Catholic priest that was in the

5    courtyard, and the Catholic priest said, "Dr. Ilg, can I speak

6    with you for a minute?"  I was surprised because I wasn't

7    expecting a Catholic priest to know who I was.  And we talked.

8    We talked for about an hour or a little more than an hour, and

9    then he blessed me with the sacrament of reconciliation or

10   confession.

11        And he said -- he said, "Rather than doing your typical Our

12   Fathers and Hail Marys for your penance, I want you to do

13   something different."  He said, "I want you to go down towards

14   the beach, and I want you to stand in the palm trees right there

15   near the beach, and I want you to just notice what that apparent

16   waiter noticed last night," and so that's what I did.

17         So I went to this, and I stood in the palm trees, and I

18   just watched; and I watched the girls, and I watched their mom

19   playing in the surf and how much fun they were having, how

20   beautiful they were and how much I loved them, and I saw what

21   the waiter saw, my future right there.  That was my future, and

22   so I abandoned everything at that point.

23        I knew that the deal had messed up.  It was gone, and so I

24   just let everything go.  I just let it go.  I didn't go back on.

25   I didn't go back on to say, "Hey, the deal's off."  I just let

1  it go, completely abandoned it.  And then the next couple of

2  days were the best days of my life, just wonderful days.  It was

3  like a heavy, heavy weight was lifted from me.  But I knew I

4  just needed a week or two weeks just to get past it all, right?

5       I was worried that M. -- sorry, Witness 2 -- Witness 1

6  would -- knew something or had found out something and was going

7  to tell Victim 2 about it and that they would confront me or

8  something.  And so I had plotted out on my phone an excuse of

9  what -- let's not call it an excuse -- a lie -- let's call it

10  what it is -- to say this is what I was doing because I just

11  needed a week or two just -- just for the -- for the darkness of

12  the dark web to just swallow it up and it just all disappear

13  because I just wanted it all just to disappear.  And that other

14  person, that second me that was -- he disappeared just as soon

15  as -- after -- after I came to this realization that this was my

16  future, and I just needed a week or two.  That was it.

17       I wasn't expecting to be interviewed by the FBI when I hit

18  the airport in Spokane, but I was, and so I panicked and used

19  that lie to somehow hope and pray that I could try to get out

20  from underneath the horrific messages and the things that I'd

21  done and put on the web that I did never expect to come to

22  light.  That rational part of me never really believed that it

23  would ever really amount to anything.

24       And then that night when I got dropped off by the FBI at my

25  house by myself, I was entirely alone.  I had nothing.  I didn't

1  have my phone.  I didn't have anybody to call.  And I was

2  embarrassed, and I felt horrible about what was about to happen

3  because I knew -- I knew the pain that I was going to cause all

4  these people, and I didn't want that.  I didn't want them to be

5  hurt, none of them.  And so I took all those pills because I

6  wanted to save them from all that pain, but it wasn't to be.

7      And so I remember waking up in the hospital, and that week

8  in the hospital was -- it flew by, and then I was arrested as

9  soon as I was discharged.  The psychiatrist said that I should

10  have two weeks, two weeks of inpatient treatment upon discharge,

11  and I told the psychiatrist that wasn't going to happen.  I was

12  going to get arrested and -- but someone determined that the

13  treatment at Spokane County jail was the same kind of treatment

14  that I was going to get at the -- at the inpatient treatment.

15      I was arrested in my room at the hospital and paraded

16  through the hospital that I worked at for almost 20 years.  And

17  then when the doors closed at Spokane County jail, you're

18  entering a nightmare, because it is a nightmare there.  I was

19  put into a cell after being stripped and given some jailhouse

20  garb under suicide watch; so I was in an 8-by-15 cell, almost

21  two weeks without being released, without getting any time out,

22  because I was being watched for suicide.

23      The first weekend there was -- was sure terror and hell.  I

24  was put on 2 West, and 2 West is where they put all the people

25  that are undergoing detoxification.  I cried for the screams and

1  the pain and agony that was happening around me.  These people

2  with diseases were being locked into these cages and then just

3  allowed to just go cold turkey, and they were just screaming in

4  pain and agony.  At one point -- at one point -- again, when

5  you're going through these acute withdrawals, they're throwing

6  up; they're having diarrhea.

7          THE COURT:  You know, I'm not sure we need to get into

8  that.

9          THE DEFENDANT:  So the reason I'm trying -- I'll move

10  forward in that -- with that --

11          THE COURT:  I understand the time at Spokane County

12  jail is hard time.  I'm well aware of that.

13          THE DEFENDANT:  I'll move forward to the letter

14  because I want to get to the letter.

15          THE COURT:  Yeah, let's move on.

16          THE DEFENDANT:  So I get -- so the medication they had

17  me -- they had upped my medication dose, and I was having severe

18  -- severe side effects from the medication that they had put me

19  on in the hospital.  It wasn't able to sleep at all, and so I

20  was sleeping very little, and I hadn't seen any provider at all.

21  And so in that period of time, I started weaning myself off the

22  medication because the side effects were just so bad, and that's

23  when I wrote that letter to Witness 1.  I wrote that letter out

24  of desperation.  I wrote that letter out of hope.

25          Her and I had -- we were engaged.  She had an engagement

1   ring.  We were planning on getting married.  We considered

2   ourselves that we were married in heart -- in our heart and

3   mind, and we would have been married had she gone through and

4   finished her divorce, but it had been slowed down.  And so --

5   and so I wrote that letter out of desperation and hope because I

6   truly believed that our future was together.  I truly believed

7   that she truly did love me as much as she had told me, but maybe

8   I was wrong.

9        THE COURT:  Well, you've explained your situation

10  going up to the time that you committed these crimes by

11  contacting the dark web, and I'm not sure that we need to go in

12  great detail to what has happened since then unless you think

13  it's necessary.

14       THE DEFENDANT:  No, Your Honor, I don't.  I don't.

15  The only piece of it that I want to just say is that I'm not the

16  monster that people have -- have portrayed me as.  I just want

17  to end by just one more time just saying how sorry I am to each

18  one of the victims.  And truly every day, I've not cried

19  alligator tears.  I can tell you that.  They're real true tears,

20  and -- and it goes beyond that.

21       I feel horrible for what I did to my sons.  I feel horrible

22  to what I did to my family, to their family, to all the

23  families.  I feel horrible for the scars that it created.  And

24  as a physician who's held to a little bit of -- to a higher

25  standard, I feel horrible to the community, and I -- and I

1  apologize to everybody for what I've done, and I know that what

2  I did was wrong.  And again, I wish I could say I'm sorry to

3  everybody.  And so thank you for the opportunity of reaching out

4  and saying -- and being able to apologize to everybody that I

5  could.  Thank you.

6            (Further proceedings in the Hearing on January 24,

7  2023, were reported but not requested to be transcribed.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3       I, ALLISON R. ANDERSON, do hereby certify:

4       That I am an Official Court Reporter for the United States

5  District Court for the Eastern District of Washington in

6  Spokane, Washington;

7       That the foregoing excerpt of proceedings was taken on the

8  date and place as shown on the first page hereto; and

9       That the foregoing excerpt of proceedings is a full, true,

10  and accurate transcription of the requested proceedings, duly

11  transcribed by me or under my direction.

12      The conversion of certain names to initials in the

13  transcript was done to comply with Federal Rule of Criminal

14  Procedure 49.1.

15      I do further certify that I am not a relative of, employee

16  of, or counsel for any of said parties, or otherwise interested

17  in the event of said proceedings;

18      DATED this 14th day of March, 2023.

19

20      _____
        ALLISON R. ANDERSON, RMR, CRR
21      Washington CCR No. 2006
        Official Court Reporter
22      Spokane, Washington

23

24

25